1  QUYEN L. TA (SBN 229956)
   qta@kslaw.com
2  MICHAEL L. RESCH (SBN 202909)
   mresch@kslaw.com
3  LIVIA M. KISER (SBN 285411)
   lkiser@kslaw.com
4  SAMUEL R. DIAMANT (SBN 288738)
   sdiamant@kslaw.com
5  **KING & SPALDING LLP**
   50 California Street, Suite 3300
6  San Francisco, CA 94111
   Telephone: (415 318-1200
7  Facsimile: (415) 318-1300

8  *Attorneys for Defendants*
   Flowers Foods, Inc. and
9  Dave's Killer Bread, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.,<br><br>  Defendants. | Case No. 4:21-cv-10053-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF SAMUEL R. DIAMANT IN SUPPORT OF DEFENDANTS FLOWERS FOODS, INC.'S AND DAVE'S KILLER BREAD, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND MOTION TO STRIKE THE DECLARATION OF COLIN B. WEIR**<br><br>Hearing Date:   April 16, 2024<br>Hearing Time:   2:00 pm<br>Courtroom:      Courtroom 1, 4th Floor |

I, Samuel R. Diamant, hereby declare as follows:

1. I am an attorney with the law firm of King & Spalding LLP, a member in good standing of the State Bar of California and admitted to practice before this Court. I am counsel of record in this action for Defendants Dave's Killer Bread, Inc. and Flowers Foods, Inc. (together "Flowers"). I submit this declaration in connection with Flowers' opposition to plaintiff's class certification motion and motion to strike the declaration of Colin B. Weir, which are being filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts from the transcript of David Swartz's January 25, 2024 deposition in the above-referenced matter.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the transcript of Colin B. Weir's January 23, 2024 deposition in the above-referenced matter.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of the Declaration of Mr. Dan Letchinger.

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of the Declaration of Dr. Ran Kivetz.

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of the Declaration of Mr. Joao dos Santos.

7. Attached to this declaration as **Exhibit 6** is a true and correct copy of the Declaration of Dr. John Wallingford.

8. Attached to this declaration as **Exhibit 7** is a true and correct copy of the January 7, 2022 text message exchange between Michael Smith and David Swartz which was produced by plaintiff in this action.

9. Attached to this declaration as **Exhibit 8** is an email from the law firm Gutride Safier to David Swartz as produced by plaintiff in this action. The redactions on Exhibit 8 were made by plaintiff's counsel and appear in the version that was produced in this case.

10. Pursuant to the terms of the Stipulated Protective Order and the Court's rules regarding sealing, where relevant, Flowers will be submitting provisionally sealed and public redacted versions of the above-referenced documents as described in sealing-related motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of February, 2024.

*/s/ Samuel R. Diamant*
SAMUEL R. DIAMANT