**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
marie@gutridesafier.com
HAYLEY REYNOLDS (State Bar No. 306427)
hayley@gutridesafier.com
KALI R. BACKER (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

MATTHEW T. MCCRARY (admitted *pro hac vice*)
matt@gutridesafier.com
4450 Arapahoe Ave., Suite 100
Boulder, Colorado 80303
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff David Swartz*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SWARTZ, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.,<br><br>Defendants. | CASE NO. 4:21-cv-10053-YGR<br><br>**DECLARATION OF SETH SAFIER IN SUPPORT OF PLAINTIFFS-IN-INTERVENTION'S MOTION TO INTERVENE**<br><br>Date: April 16, 2024<br>Time: 2:00 p.m.<br>Location: Oakland, Courtroom 1, 4th Fl.<br><br>Hon. Yvonne Gonzalez Rogers |

I, Seth A. Safier, declare and state that:

1. I am an attorney licensed to practice law in the State of California and in this Court, and a partner of Gutride Safier LLP ("GSLLP"). My firm is counsel of record for Plaintiff David Swartz, in the above captioned matter against Dave's Killer Bread, Inc. and Flowers Foods, Inc. ("Defendants").

2. I submit this Declaration in support of Plaintiff's Motion to Intervene. Unless otherwise noted, I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them if called upon to do so.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the proposed Second Amended Complaint.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a redlined document comparing the Second Amended Complaint to the First Amended Complaint.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Plaintiff David Swartz.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email exchange I had with Defendants' counsel in which I asked if they were willing to stipulate to the additional plaintiffs in lieu of the motion to intervene. I offered to accept any discovery and make them available for depositions. Defendants refused the offer.

This declaration was executed on February 23, 2024, in San Francisco, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 23, 2024

*/s/ Seth A. Safier /s/*
Seth A. Safier