# EXHIBIT E

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                   OAKLAND DIVISION

4

      ********************************

5

DAVID SWARTZ,

6

                Plaintiff

7

vs.                 NO. 4:21-CV-10053-YGR

8

DAVE'S KILLER BREAD, INC. and

9 FLOWER FOODS, INC.,

10               Defendants

11       ********************************

12

13

             VIDEOTAPED DEPOSITION OF:

14

                COLIN B. WEIR

15

           VERITEXT LEGAL SOLUTIONS

16

              101 Arch Street

17

          Boston, Massachusetts

18

        January 23, 2024        9:06 a.m.

19

20

21

22              Darlene M. Coppola

23          Registered Merit Reporter

24         Certified Realtime Reporter

                            Page 1

| | | |
|---|---|---|
| 1 | King & Spalding on behalf of the defendants. | 09:06:54 |
| 2 | MS. PARADIS: Rebecca Paradis of | 09:06:58 |
| 3 | King & Spalding on behalf of defendants. | 09:06:58 |
| 4 | MS. REYNOLDS: Hayley Reynolds | 09:07:01 |
| 5 | of Gutride Safier on behalf of plaintiff. | 09:07:01 |
| 6 | THE VIDEOGRAPHER: Would the | 09:07:05 |
| 7 | court reporter please swear in the witness and | 09:07:06 |
| 8 | we can proceed. | 09:07:07 |
| 9 | | 09:07:07 |
| 10 | COLIN B. WEIR, | 09:07:07 |
| 11 | a witness called for examination by | 09:07:07 |
| 12 | counsel for the Defendant, having been | 09:07:07 |
| 13 | satisfactorily identified by the production of | 09:07:07 |
| 14 | his driver's license and being first duly | 09:07:07 |
| 15 | sworn by the Notary Public, was examined and | 09:07:07 |
| 16 | testified as follows: | 09:07:07 |
| 17 | | 09:07:16 |
| 18 | THE STENOGRAPHER: Thank you. | 09:07:16 |
| 19 | You may proceed. | 09:07:16 |
| 20 | | 09:07:17 |
| 21 | DIRECT EXAMINATION | 09:07:17 |
| 22 | BY MR. RESCH: | 09:07:17 |
| 23 | Q. Good morning, Mr. Weir. | 09:07:18 |
| 24 | A. Good morning, Mr. Resch. | 09:07:19 |

Page 5

| | | |
|---|---|---|
| 1 | would be possible to calculate class-wide | 09:52:31 |
| 2 | damages using common evidence pursuant to | 09:52:34 |
| 3 | plaintiff's theory in the case. | 09:52:37 |
| 4 | When I made the affirmative | 09:52:41 |
| 5 | determination that it would be possible to | 09:52:42 |
| 6 | make such a calculation, I was assigned the | 09:52:44 |
| 7 | task of setting forth a complete method by | 09:52:46 |
| 8 | which that calculation could be made and to | 09:52:50 |
| 9 | conduct whatever efforts were required to set | 09:52:54 |
| 10 | forth the details of that method. | 09:52:56 |
| 11 | Q. All right. And as part of that, you | 09:52:59 |
| 12 | set forth a methodology to calculate a price | 09:53:01 |
| 13 | premium as well as then computing damages; is | 09:53:08 |
| 14 | that correct? | 09:53:14 |
| 15 | A. They are related, but, yes, that's | 09:53:14 |
| 16 | correct. | 09:53:16 |
| 17 | Q. Now, are you familiar with the term | 09:53:18 |
| 18 | the "but-for world"? | 09:53:21 |
| 19 | A. I am familiar with that. | 09:53:23 |
| 20 | Q. And I think there are portions of your | 09:53:25 |
| 21 | declaration that even use the term "but-for," | 09:53:27 |
| 22 | which we'll get to. | 09:53:30 |
| 23 | What do you understand the term | 09:53:32 |
| 24 | "but-for world" to mean? | 09:53:33 |

Page 50

| | | |
|---|---|---|
| 1 | A.   Pursuant to my general experience and | 09:53:37 |
| 2 | the reference manual on scientific evidence as | 09:53:40 |
| 3 | it relates to damages quantification, I | 09:53:42 |
| 4 | understand the but-for world to be a | 09:53:45 |
| 5 | comparison with the real world meant to | 09:53:48 |
| 6 | identify the consequences of a particular | 09:53:51 |
| 7 | allegedly harmful act holding everything else | 09:53:54 |
| 8 | constant other than the allegedly harmful act. | 09:53:58 |
| 9 | In this case, the but-for world would be an | 09:54:02 |
| 10 | examination of the challenged products without | 09:54:05 |
| 11 | the use of the challenged protein claim | 09:54:08 |
| 12 | holding everything else constant in the | 09:54:12 |
| 13 | but-for world as it existed in the real world. | 09:54:15 |
| 14 | Q.   So the real world would be exactly | 09:54:18 |
| 15 | what transpired in reality, correct? | 09:54:20 |
| 16 | A.   Yes. | 09:54:23 |
| 17 | Q.   And in the but-for world, as I | 09:54:24 |
| 18 | understand what you're saying, you would have | 09:54:26 |
| 19 | everything else the same except you would, in | 09:54:29 |
| 20 | this case, remove the protein content claim | 09:54:33 |
| 21 | and then determine if there's any price | 09:54:37 |
| 22 | premium in any related damages; is that -- is | 09:54:40 |
| 23 | that correct? | 09:54:43 |
| 24 | A.   I guess I would say more broadly, I | 09:54:43 |

Page 51

| | | |
|---|---|---|
| 1 | would hold everything in the but-for world the | 09:54:45 |
| 2 | same as the real world.  I would then change | 09:54:47 |
| 3 | the allegedly harmful conduct, in this case, | 09:54:50 |
| 4 | the protein claim, and I would measure, if | 09:54:52 |
| 5 | any, the resulting economic consequence that | 09:54:55 |
| 6 | is solely attributable to the protein claim. | 09:54:58 |
| 7 | Q.   And when you say "protein claim," | 09:55:01 |
| 8 | you're talking about 5g, or grams, protein; is | 09:55:04 |
| 9 | that correct? | 09:55:12 |
| 10 | A.   I think this case is more broad than | 09:55:12 |
| 11 | 5g.  I use that as an example in the conjoint | 09:55:14 |
| 12 | design, but I'm fairly certain that I | 09:55:18 |
| 13 | referenced a possibility of calculating | 09:55:20 |
| 14 | damages and premiums relating to other similar | 09:55:22 |
| 15 | but numerically different protein claims. | 09:55:26 |
| 16 | Q.   Meaning you would just change the | 09:55:30 |
| 17 | number 5? | 09:55:31 |
| 18 | A.   Yes.  So I say "protein claims" | 09:55:33 |
| 19 | precisely because 5 is overly specific.  It's | 09:55:36 |
| 20 | applicable to some products but not to others. | 09:55:38 |
| 21 | Q.   But the only -- just to make sure I | 09:55:40 |
| 22 | understand your answer, the only difference is | 09:55:43 |
| 23 | whether you would say "5" or a different | 09:55:44 |
| 24 | number g protein, correct? | 09:55:46 |

Page 52

| 1 | A.   To the best of my understanding, yes. | 09:55:50 |
| 2 | For example, I think the bagels may say, like, | 09:55:51 |
| 3 | "12g protein," and certain of the bread | 09:55:54 |
| 4 | products might say "4g protein."  Others of | 09:55:56 |
| 5 | them for certain say "5g protein."  So when I | 09:55:59 |
| 6 | refer to the "protein claims," I'm referring | 09:56:03 |
| 7 | to the grams of protein.  But I do that | 09:56:05 |
| 8 | generically so that we're not ignoring that | 09:56:08 |
| 9 | there are other numerical iterations on the | 09:56:11 |
| 10 | table.  I'm more than happy to discuss 5g as | 09:56:14 |
| 11 | it relates.  I just don't want it to be deemed | 09:56:18 |
| 12 | as the exclusive focus of the work. | 09:56:20 |
| 13 | Q.   I understand.  And so for the purpose | 09:56:24 |
| 14 | of the deposition, when we use "5g protein," | 09:56:26 |
| 15 | we can have an understanding that that "5" may | 09:56:28 |
| 16 | be a different number based on the particular | 09:56:31 |
| 17 | product? | 09:56:33 |
| 18 | A.   And that -- | 09:56:35 |
| 19 | Q.   Can we have that understanding for the | 09:56:35 |
| 20 | deposition? | 09:56:38 |
| 21 | A.   That we'll be using that as an | 09:56:38 |
| 22 | illustrative example? | 09:56:40 |
| 23 | Q.   Correct.  But everything else will be | 09:56:44 |
| 24 | the same.  In other words, the "G" and the | 09:56:44 |

Page 53

| | | |
|---|---|---|
| 1 | protein will be the same.  It's just that the | 09:56:45 |
| 2 | number may change, and we're using the | 09:56:47 |
| 3 | number 5 as an illustrative example? | 09:56:49 |
| 4 | A.   I'm fine with that shorthand. | 09:56:52 |
| 5 | Q.   So as I understand it, what your goal | 09:56:55 |
| 6 | is, through the declaration and the | 09:57:00 |
| 7 | methodology you proposed, is to compare the | 09:57:04 |
| 8 | real world with a but-for world where the | 09:57:08 |
| 9 | package did not have the 5g protein content | 09:57:12 |
| 10 | claim on it; is that correct? | 09:57:18 |
| 11 | A.   Yes, where that's the front-of-pack | 09:57:23 |
| 12 | protein claim. | 09:57:26 |
| 13 | Q.   What you do you mean by "Yes, where | 09:57:27 |
| 14 | that's the front-of-pack protein claim"? | 09:57:30 |
| 15 | What do you mean by that? | 09:57:32 |
| 16 | A.   I just want to be precise that on the | 09:57:33 |
| 17 | packaging, the claim at issue, I believe, is | 09:57:35 |
| 18 | either on the front or the side label. | 09:57:36 |
| 19 | It's -- it's on the package as opposed to, for | 09:57:39 |
| 20 | example, being in the nutrition facts. | 09:57:42 |
| 21 | Q.   All right.  So in your but-for world, | 09:57:44 |
| 22 | the nutrition facts would still contain 5g | 09:57:49 |
| 23 | protein? | 09:57:53 |
| 24 | A.   Whatever the nutrition fact panel was | 09:57:54 |

Page 54

| | | |
|---|---|---|
| 1 | in the real world, it will be held the same as | 09:57:56 |
| 2 | in the but-for world.  That way we control for | 09:57:59 |
| 3 | any value that the new nutrition facts panel | 09:58:04 |
| 4 | may provide. | 09:58:06 |
| 5 | Q.   So the but-for world that you're | 09:58:09 |
| 6 | measuring to understand if there's any price | 09:58:10 |
| 7 | premium and therefore any damages is a world | 09:58:13 |
| 8 | where the package no longer has any 5g protein | 09:58:16 |
| 9 | content statement anywhere on the package | 09:58:26 |
| 10 | except in the nutrition facts panel to the | 09:58:29 |
| 11 | extent it has one in the real world. | 09:58:32 |
| 12 | Correct? | 09:58:35 |
| 13 | A.   I'm comfortable saying that we leave | 09:58:36 |
| 14 | the nutrition facts panel however it was and | 09:58:38 |
| 15 | hold that constant as between the real world | 09:58:41 |
| 16 | and the but-for world.  And then elsewhere, | 09:58:45 |
| 17 | for example, if it says "5g" on the front, | 09:58:48 |
| 18 | what we're talking about is what is the | 09:58:50 |
| 19 | economic consequence, if any, of the removal | 09:58:52 |
| 20 | of that claim holding everything else | 09:58:54 |
| 21 | constant? | 09:58:56 |
| 22 | Q.   Now, all right.  Let's mark as your | 09:59:03 |
| 23 | report Exhibit 2. | 09:59:05 |
| 24 | | 09:59:06 |

Page 55

| | | |
|---|---|---|
| 1 | been, you know, two months since I've looked | 10:23:39 |
| 2 | at this. | 10:23:42 |
| 3 | Q. And the same is true with | 10:23:43 |
| 4 | Paragraph 19, correct? | 10:23:44 |
| 5 | A. I mean, there it's making a direct | 10:23:46 |
| 6 | reference to the grams of protein labeling | 10:23:49 |
| 7 | claim. | 10:23:52 |
| 8 | Q. Which is also in the nutrition facts | 10:23:52 |
| 9 | panel, correct? | 10:23:54 |
| 10 | A. I would have to go look at the | 10:23:55 |
| 11 | nutrition facts panel to confirm. | 10:23:58 |
| 12 | Q. You don't know, as you sit here today, | 10:23:59 |
| 13 | whether the nutrition facts panel includes the | 10:23:59 |
| 14 | grams of protein? | 10:24:02 |
| 15 | A. As it relates to that particular | 10:24:03 |
| 16 | product and that particular claim, I don't | 10:24:04 |
| 17 | have a memory one way or the other. | 10:24:06 |
| 18 | Q. Do you think that there are any Dave's | 10:24:08 |
| 19 | products that did not include the grams of | 10:24:10 |
| 20 | protein in the nutrition facts panel? | 10:24:13 |
| 21 | A. I'm not offering an opinion about that | 10:24:14 |
| 22 | one way or the other. | 10:24:15 |
| 23 | Q. You're not offering an opinion about | 10:24:17 |
| 24 | the nutrition facts panel one way or the | 10:24:18 |

Page 81

| | | |
|---|---|---|
| 1 | other? | 10:24:21 |
| 2 | A. I've already offered an opinion about | 10:24:21 |
| 3 | that, which is that to the extent there is any | 10:24:23 |
| 4 | value to the statements in the nutrition facts | 10:24:25 |
| 5 | panel, that is held constant in my analysis as | 10:24:29 |
| 6 | between the real world and the but-for world. | 10:24:31 |
| 7 | Q. And that held constant is in the | 10:24:38 |
| 8 | conjoint analysis that you proposed, you | 10:24:40 |
| 9 | believe? | 10:24:43 |
| 10 | A. And in the market simulator. | 10:24:44 |
| 11 | Q. Now, did you read Mr. Letchinger's | 10:24:48 |
| 12 | entire deposition? | 10:24:49 |
| 13 | A. I don't recall. | 10:24:51 |
| 14 | Q. All right. Do you see in | 10:25:01 |
| 15 | Paragraph 22 -- actually, let's back up. | 10:25:03 |
| 16 | Paragraph 21 talks about point of sale | 10:25:08 |
| 17 | materials. Do you see that? | 10:25:09 |
| 18 | A. Yes. | 10:25:10 |
| 19 | Q. You're not testing any impact from | 10:25:10 |
| 20 | point of sale materials, are you? | 10:25:12 |
| 21 | A. I am not. I'm testing the value of | 10:25:15 |
| 22 | the label claim on the package, but their | 10:25:16 |
| 23 | point of sale materials indicate, again, | 10:25:18 |
| 24 | awareness that Dave's knows that its product | 10:25:20 |

Page 82

| | | |
|---|---|---|
| 1 | about the products in the store.  It wasn't | 10:45:57 |
| 2 | intended to be a comprehensive review or | 10:46:01 |
| 3 | something like that. | 10:46:02 |
| 4 | Q.  You just looked at bread products; is | 10:46:03 |
| 5 | that right? | 10:46:06 |
| 6 | A.  Yes.  And the pricing on the shelf and | 10:46:06 |
| 7 | brand availability and whatnot. | 10:46:09 |
| 8 | Q.  All right.  And so you don't know | 10:46:12 |
| 9 | whether or not you saw that particular | 10:46:14 |
| 10 | product, correct? | 10:46:16 |
| 11 | A.  I just don't have a precise | 10:46:17 |
| 12 | recollection one way or the other. | 10:46:19 |
| 13 | Q.  All right.  And do you see on the | 10:46:22 |
| 14 | front of the package that you're holding there | 10:46:24 |
| 15 | that there's a reference to the protein | 10:46:27 |
| 16 | content? | 10:46:29 |
| 17 | A.  Yes. | 10:46:30 |
| 18 | Q.  What does it say? | 10:46:31 |
| 19 | A.  It says "5g Protein." | 10:46:32 |
| 20 | Q.  And is that the particular protein | 10:46:34 |
| 21 | statement that you are studying and proposing | 10:46:36 |
| 22 | to remove in the but-for world? | 10:46:40 |
| 23 | A.  Yes. | 10:46:41 |
| 24 | Q.  And is that the only difference to the | 10:46:43 |

Page 91

| | | |
|---|---|---|
| 1 | package that you are proposing to analyze as | 10:46:46 |
| 2 | part of your work? | 10:46:49 |
| 3 | A.   Unless the Court suggests otherwise, | 10:46:53 |
| 4 | yes, that is what I'm intending to analyze. | 10:46:55 |
| 5 | Q.   And that's what you're setting forth | 10:46:57 |
| 6 | in your declaration, correct? | 10:46:59 |
| 7 | A.   Correct. | 10:47:00 |
| 8 | Q.   All right.  And so I see that you | 10:47:01 |
| 9 | turned the package over. | 10:47:02 |
| 10 | And you see the nutrition facts panel | 10:47:04 |
| 11 | there, correct? | 10:47:06 |
| 12 | A.   Yes. | 10:47:06 |
| 13 | Q.   And what does it say next to | 10:47:07 |
| 14 | protein? | 10:47:10 |
| 15 | A.   It says "5g." | 10:47:10 |
| 16 | Q.   All right.  And you're proposing that | 10:47:12 |
| 17 | that would still be there in your survey, | 10:47:14 |
| 18 | correct? | 10:47:19 |
| 19 | A.   We would hold that nutrition facts | 10:47:19 |
| 20 | panel, not just that one line but every | 10:47:22 |
| 21 | element of it, the same as in the real world | 10:47:24 |
| 22 | and the but-for world. | 10:47:28 |
| 23 | Q.   We're going to talk about how you're | 10:47:29 |
| 24 | going to do that.  Now I want to ask you a | 10:47:30 |

Page 92

| | | |
|---|---|---|
| 1 | Q.   But it's not in there, correct? | 10:48:20 |
| 2 | A.   For the reasons I've just given you, | 10:48:23 |
| 3 | it's not part of the scope of my work and | 10:48:24 |
| 4 | isn't part of what I understand to be | 10:48:26 |
| 5 | plaintiff's theory, at least as it relates to | 10:48:29 |
| 6 | my work.  No, I am not proposing to study the | 10:48:32 |
| 7 | daily value, though it is possible to do so if | 10:48:34 |
| 8 | the Court were to require it. | 10:48:36 |
| 9 | Q.   Now, do you have an understanding | 10:48:38 |
| 10 | whether or not, even under plaintiff's theory, | 10:48:40 |
| 11 | that label, as I've just proposed, that is, | 10:48:42 |
| 12 | this package you've just looked at with the | 10:48:45 |
| 13 | percent DV added in the nutrition facts panel | 10:48:48 |
| 14 | and still including the 5g protein statement | 10:48:50 |
| 15 | on the front would be lawful? | 10:48:52 |
| 16 | A.   I'm not offering an opinion about that | 10:48:55 |
| 17 | one way or the other. | 10:48:57 |
| 18 | Q.   You don't know one way or the other; | 10:48:57 |
| 19 | is that right? | 10:49:00 |
| 20 | A.   I'm not a lawyer, so I am not offering | 10:49:00 |
| 21 | a legal opinion about what's lawful or | 10:49:02 |
| 22 | unlawful. | 10:49:03 |
| 23 | Q.   So you're not testing the lawfulness | 10:49:04 |
| 24 | or unlawfulness.  You're simply testing the | 10:49:05 |

Page 94

 1   package with 5 gram protein on it versus a          10:49:08

 2   package without 5 gram protein on it, the           10:49:11

 3   front, correct?                                     10:49:13

 4        A.   I think it's a reasonable nuance to       10:49:15

 5   say that I'm not testing, for example,              10:49:18

 6   disclosing to people that Dave's behaved in an      10:49:20

 7   unlawful way.  All I'm testing is the presence      10:49:22

 8   versus absence of the challenged 5g claim with      10:49:26

 9   the but-for construct where everything else is      10:49:30

10   the same as in the real world.                      10:49:35

11        Q.   So if your conjoint analysis is           10:49:42

12   performed exactly how you propose to do it in       10:49:48

13   your declaration, it will not answer the            10:49:51

14   question whether there's any price premium          10:49:53

15   between the package of Dave's Bread as it is        10:49:56

16   versus the package exactly as it is with the        10:50:00

17   addition of the percent daily value, correct?       10:50:03

18        A.   It is correct that that is not the        10:50:06

19   question that I was asked to answer, and it is      10:50:08

20   correct that I don't propose to make that           10:50:11

21   measurement unless the Court so requires.           10:50:15

22        Q.   All right.  Let's go to page 9 of your    10:50:25

23   report, which is Exhibit 2.                         10:50:30

24        You cite two papers there that are             10:50:36

| | | |
|---|---|---|
| 1 | I mean, there's a lot of text, but, | 11:59:29 |
| 2 | no, I don't believe there would be other | 11:59:31 |
| 3 | graphics shown. | 11:59:32 |
| 4 | Q.  So, for example, they're not going to | 11:59:33 |
| 5 | actually see images of labels, correct? | 11:59:34 |
| 6 | A.  Not that you can't do that in | 11:59:41 |
| 7 | conjoint, but that's not standard procedure | 11:59:43 |
| 8 | for conjoint.  So, no, they will not see the | 11:59:44 |
| 9 | full label. | 11:59:46 |
| 10 | Q.  They won't see any images of the | 11:59:48 |
| 11 | packages, correct? | 11:59:53 |
| 12 | A.  Again, not that that's impossible in | 11:59:55 |
| 13 | conjoint, but that's not standard procedure. | 11:59:56 |
| 14 | So, no, they will not see packages. | 11:59:58 |
| 15 | MR. RESCH:  All right.  Why | 12:00:02 |
| 16 | don't we -- it's 12:00, so why don't we break | 12:00:02 |
| 17 | for lunch. | 12:00:04 |
| 18 | THE VIDEOGRAPHER:  The time is | 12:00:05 |
| 19 | 12:00 p.m., and we've going off the record. | 12:00:06 |
| 20 | | 12:00:09 |
| 21 | (Recess taken from 12:00 p.m. | 12:00:16 |
| 22 | to 12:38 p.m.) | 12:00:16 |
| 23 | | 12:00:16 |
| 24 | THE VIDEOGRAPHER:  The time is | 12:38:27 |

Page 172

1       260-milligram omegas?                           12:55:47

2           A.   It's not designed to measure 5g        12:55:50

3       protein relative to anything else.  It's        12:55:52

4       designed to be able to measure the value of     12:55:55

5       the 5g protein claim independently and to       12:55:57

6       isolate the economic impact of that claim from  12:55:59

7       everything else on the package.                 12:56:02

8           Q.   Right.  But all these attributes and   12:56:04

9       label statements and attribute levels are       12:56:07

10      going to be put into the market simulator       12:56:09

11      ultimately, right, the data from it?            12:56:13

12          A.   Correct.  And they're going to be held 12:56:15

13      constant.                                        12:56:17

14          Q.   Right.  And so people are going to be  12:56:18

15      choosing through your choice exercise, but      12:56:20

16      they're never going to have the opportunity to  12:56:24

17      identify whatever utility that they ascribe to  12:56:27

18      260 milligrams of omegas-3s or the look of the  12:56:31

19      bread or the USD organic seal, or the non-GMO   12:56:35

20      butterfly, Dave's story.  None of that stuff    12:56:39

21      is represented in your survey is it, sir?       12:56:41

22          A.   You've put a lot into that question,   12:56:45

23      so I'll see how best I can answer.              12:56:47

24              If you were to hold up the standard     12:56:52

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | that you presuppose in your question, that | 12:56:53 |
| 2 | everything in the conjoint -- or everything in | 12:56:55 |
| 3 | the package needs to be in a conjoint in order | 12:56:57 |
| 4 | to get reliable results, conjoint as a method | 12:57:00 |
| 5 | would not exist because it's been determined | 12:57:02 |
| 6 | that that's not the appropriate way to do it. | 12:57:05 |
| 7 | But you can look at the peer-reviewed | 12:57:09 |
| 8 | literature, and you can look at 20,000 of | 12:57:10 |
| 9 | these conjoints that get performed by American | 12:57:13 |
| 10 | businesses every year, and they will study | 12:57:14 |
| 11 | elements of a package such as this and only | 12:57:15 |
| 12 | include a handful of attributes that meet the | 12:57:18 |
| 13 | needs of the case. | 12:57:21 |
| 14 | So it is true that there are a handful | 12:57:21 |
| 15 | of things on that package that I do not | 12:57:23 |
| 16 | include and have done so purposefully.  I've | 12:57:25 |
| 17 | made a reasonable and understandable choice | 12:57:27 |
| 18 | task.  I have met the research objective. | 12:57:29 |
| 19 | I mean, obviously if you want to study | 12:57:32 |
| 20 | omega-3s, you put omega-3s in your survey. | 12:57:34 |
| 21 | But if you're not studying omega-3s, as we're | 12:57:37 |
| 22 | not here, you can hold that constant. | 12:57:39 |
| 23 | That's one of the nice parts about | 12:57:41 |
| 24 | conjoint is that you can hold elements of the | 12:57:41 |

| | | |
|---|---|---|
| 1 | product that do exist but that are not in the | 12:57:44 |
| 2 | survey the same across all instances.  And | 12:57:47 |
| 3 | because this real-world versus but-for-world | 12:57:49 |
| 4 | concept calls for holding everything constant, | 12:57:54 |
| 5 | that's quite appropriate in the conjoint. | 12:57:57 |
| 6 | Q.   My question, though, sir, is how is | 12:58:00 |
| 7 | your conjoint going to measure the utility or | 12:58:02 |
| 8 | the value that consumers apportion to the | 12:58:04 |
| 9 | other aspect of this package that are not | 12:58:08 |
| 10 | reflected in there? | 12:58:11 |
| 11 | A.   If my job was to come up with a price | 12:58:12 |
| 12 | premium for every element of that package, we | 12:58:15 |
| 13 | would have a very different survey. | 12:58:17 |
| 14 | But what I have been tasked with is | 12:58:19 |
| 15 | determining the price premium that is solely | 12:58:21 |
| 16 | attributable to the 5g protein claim, and that | 12:58:24 |
| 17 | can be done with a subset of attributes as | 12:58:27 |
| 18 | reflected in many peer-reviewed articles, | 12:58:29 |
| 19 | including your exhibit about digital cameras, | 12:58:31 |
| 20 | including how I've designed this survey, and | 12:58:34 |
| 21 | including how other experts who have received | 12:58:36 |
| 22 | court approval in dozens and dozens of cases | 12:58:39 |
| 23 | choose to perform their conjoint. | 12:58:44 |
| 24 | Q.   So your conjoint is not going to | 12:58:45 |

Page 192

| | | |
|---|---|---|
| 1 | identify any utility or value with respect to | 12:58:47 |
| 2 | these other aspects of this package that are | 12:58:49 |
| 3 | not included, correct? | 12:58:52 |
| 4 | A.   Again, it's not part of the research | 12:58:54 |
| 5 | objective.  We're not attempting to measure | 12:58:56 |
| 6 | the price premium of omega-3.  We can hold | 12:58:57 |
| 7 | that value constant in the market simulator as | 12:59:00 |
| 8 | between the real world and the but-for world. | 12:59:03 |
| 9 | So to the extent that omega-3s have | 12:59:05 |
| 10 | value, we account for that.  But it is true I | 12:59:07 |
| 11 | am not including omega-3 in the survey and nor | 12:59:10 |
| 12 | I do need to measure it in order to get an | 12:59:13 |
| 13 | estimate of the price premium that is solely | 12:59:15 |
| 14 | attributable to the 5g protein claim. | 12:59:17 |
| 15 | Q.   And you're not including the brand | 12:59:20 |
| 16 | story as an element in your conjoint and, | 12:59:22 |
| 17 | therefore, are not ascribing any utility or | 12:59:26 |
| 18 | value as part of your conjoint survey to the | 12:59:28 |
| 19 | brand story that's on the package, correct? | 12:59:30 |
| 20 | A.   No, no, no.  That's a major | 12:59:32 |
| 21 | misstatement. | 12:59:33 |
| 22 | First of all, there are parts of the | 12:59:35 |
| 23 | survey, for example, the use of brands, that | 12:59:36 |
| 24 | capture and reflect other untested elements. | 12:59:39 |

Page 193

| | | |
|---|---|---|
| 1 | there, are these the graphic illustrative | 13:05:33 |
| 2 | example that's reflected on page 15? | 13:05:38 |
| 3 | A.   Yes. | 13:05:42 |
| 4 | Q.   Let's go back to Paragraph 50, please, | 13:06:01 |
| 5 | on page 12.  There's a bullet point that says, | 13:06:02 |
| 6 | "Any features not shown in the exercise are | 13:06:06 |
| 7 | assumed to be the same across the possible | 13:06:10 |
| 8 | choices presented." | 13:06:13 |
| 9 | Do you see that? | 13:06:14 |
| 10 | A.   Yes. | 13:06:14 |
| 11 | Q.   So that means that you are asking | 13:06:16 |
| 12 | consumers who are taking the survey to assume | 13:06:18 |
| 13 | that all the bread looks the same, correct? | 13:06:22 |
| 14 | A.   I'm asking for them to assume that | 13:06:27 |
| 15 | everything is the same across the possible | 13:06:29 |
| 16 | choices presented unless they themselves have | 13:06:31 |
| 17 | any indication or understanding of the | 13:06:34 |
| 18 | products that they may derive, for example, by | 13:06:36 |
| 19 | looking at the brand logo or from their past | 13:06:38 |
| 20 | experience. | 13:06:41 |
| 21 | Q.   Well, it doesn't say all that, does | 13:06:42 |
| 22 | it? | 13:06:44 |
| 23 | A.   But that's implied in how the survey | 13:06:44 |
| 24 | works. | 13:06:46 |

Page 200

| | | |
|---|---|---|
| 1 | It says "Heart Healthy" is the first | 13:14:40 |
| 2 | bullet. "No High-fructose Corn Syrup," is the | 13:14:42 |
| 3 | second bullet. "Non-GMO" is the third bullet. | 13:14:43 |
| 4 | "Good Source of Fiber" is the fourth bullet. | 13:14:47 |
| 5 | I don't see any blanks there. | 13:14:50 |
| 6 | A. You didn't read 5g protein as being in | 13:14:53 |
| 7 | that bulleted list, did you? | 13:14:57 |
| 8 | Q. Well, I'm not here to answer your | 13:14:59 |
| 9 | questions. But, no, I didn't. It's -- | 13:15:00 |
| 10 | A. Right, that's because that level is | 13:15:02 |
| 11 | blank in that product profile. | 13:15:03 |
| 12 | Q. But the consumers aren't seeing | 13:15:05 |
| 13 | anything blank. | 13:15:07 |
| 14 | A. It is correct that they are not | 13:15:10 |
| 15 | highlighting a blank, but the label claim is | 13:15:11 |
| 16 | not there, and it is therefore blank. | 13:15:14 |
| 17 | Q. Okay. | 13:15:16 |
| 18 | Now, if it's not there, are the | 13:15:18 |
| 19 | consumers supposed to understand that the | 13:15:21 |
| 20 | product has no protein? | 13:15:24 |
| 21 | A. I am not instructing the consumers to | 13:15:26 |
| 22 | assume anything about the actual protein | 13:15:29 |
| 23 | content of the product. They are just not | 13:15:31 |
| 24 | seeing the label statement just as if it was | 13:15:34 |

Page 209

| | | |
|---|---|---|
| 1 | on the package of Dave's Killer Bread or was | 13:15:36 |
| 2 | not. | 13:15:38 |
| 3 | Q.   Will they see what -- do you see, on | 13:15:40 |
| 4 | the left on your illustrative example, the | 13:15:42 |
| 5 | graphic on page 15, where it says "brand," | 13:15:43 |
| 6 | "label statements," "price"? | 13:15:46 |
| 7 | Do you see that? | 13:15:47 |
| 8 | A.   Yes. | 13:15:47 |
| 9 | Q.   Will they see that also? | 13:15:47 |
| 10 | A.   Yes. | 13:15:48 |
| 11 | Q.   And so you don't know whether or not a | 13:15:50 |
| 12 | survey participant is going to take from the | 13:15:54 |
| 13 | fact that it's not there that the other option | 13:15:57 |
| 14 | simply doesn't have protein, correct? | 13:16:00 |
| 15 | A.   I'm not measuring whether or not they | 13:16:04 |
| 16 | interpret the absence of the claim in any | 13:16:06 |
| 17 | particular way. | 13:16:07 |
| 18 | Q.   Now -- and this is supposed to measure | 13:16:10 |
| 19 | the difference between -- well, let me ask you | 13:16:17 |
| 20 | this question, Mr. Weir.  It just says "label | 13:16:20 |
| 21 | statements," correct? | 13:16:22 |
| 22 | A.   Yes, it does. | 13:16:23 |
| 23 | Q.   And I think we talked about this | 13:16:25 |
| 24 | earlier, but there's nothing to indicate on | 13:16:26 |

Page 210

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. RESCH: | 13:22:03 |
| 2 | Q.  Now, I believe that you -- well, let | 13:22:03 |
| 3 | me ask you this, Mr. Weir.  As I understand | 13:22:09 |
| 4 | it, you are measuring or attempting to measure | 13:22:11 |
| 5 | through your methodology and your survey the | 13:22:15 |
| 6 | difference between this package of bread that | 13:22:17 |
| 7 | I'm holding up as it is versus not having a 5g | 13:22:20 |
| 8 | protein statement, correct? | 13:22:27 |
| 9 | A.  Yes. | 13:22:28 |
| 10 | Q.  And you think that that's an | 13:22:31 |
| 11 | appropriate measure that is tied to the theory | 13:22:33 |
| 12 | of liability. | 13:22:36 |
| 13 | Is that your understanding? | 13:22:37 |
| 14 | A.  Yes. | 13:22:39 |
| 15 | Q.  Now, do you understand that the 5g of | 13:22:39 |
| 16 | protein also appears -- and I'm pointing to | 13:22:43 |
| 17 | the nutrition facts panel. | 13:22:46 |
| 18 | Do you see that? | 13:22:47 |
| 19 | A.  Yes. | 13:22:47 |
| 20 | Q.  Do you understand that it appears | 13:22:49 |
| 21 | there as well? | 13:22:50 |
| 22 | A.  Yes. | 13:22:50 |
| 23 | Q.  And your survey is going to come up | 13:22:52 |
| 24 | with a price premium that would eliminate both | 13:22:55 |

Page 217

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | 5g proteins from the package, correct? | 13:23:03 |
| 2 | MS. REYNOLDS:  Object to form. | 13:23:05 |
| 3 | A.  No. | 13:23:05 |
| 4 | BY MR. RESCH: | 13:23:06 |
| 5 | Q.  So your survey here on page 15 | 13:23:06 |
| 6 | distinguishes between the 5g protein on the | 13:23:08 |
| 7 | front and the 5g protein in the nutrition | 13:23:11 |
| 8 | facts panel. | 13:23:14 |
| 9 | Is that what you're saying? | 13:23:14 |
| 10 | A.  We measure the label statement and | 13:23:15 |
| 11 | hold the value of the nutrition facts panel | 13:23:16 |
| 12 | constant. | 13:23:19 |
| 13 | Q.  How is that reflected in your survey, | 13:23:19 |
| 14 | sir? | 13:23:22 |
| 15 | A.  Well, it's partly done through the | 13:23:22 |
| 16 | market simulation. | 13:23:23 |
| 17 | Q.  I'm asking you, in this survey, how | 13:23:25 |
| 18 | the data you will get distinguishes between 5g | 13:23:27 |
| 19 | protein on the front and 5g protein in the | 13:23:31 |
| 20 | nutrition facts panel. | 13:23:33 |
| 21 | MS. REYNOLDS:  Objection to | 13:23:34 |
| 22 | form. | 13:23:35 |
| 23 | A.  Because we collect information about | 13:23:35 |
| 24 | the label statement and hold the nutrition | 13:23:36 |

Page 218

| | | |
|---|---|---|
| 1 | facts panel value constant in the market | 13:23:39 |
| 2 | simulation. | 13:23:41 |
| 3 | BY MR. RESCH: | 13:23:41 |
| 4 | Q.  No.  I'm asking about this survey, | 13:23:41 |
| 5 | sir. | 13:23:43 |
| 6 | A.  I'm sorry that I can't answer your | 13:23:44 |
| 7 | question in the manner that you would like. | 13:23:45 |
| 8 | Q.  Well, you don't want to answer the | 13:23:47 |
| 9 | question, but I'm going to keep trying. | 13:23:48 |
| 10 | Mr. Weir, it's a very specific | 13:23:51 |
| 11 | question.  In this survey -- not at the market | 13:23:52 |
| 12 | simulator, in this survey -- there's no way | 13:23:56 |
| 13 | that you are distinguishing between the 5g | 13:23:58 |
| 14 | protein in the nutrition facts panel as a | 13:24:01 |
| 15 | label statement and the 5g protein on the | 13:24:03 |
| 16 | front-of-pack label statement. | 13:24:06 |
| 17 | Isn't that true, sir? | 13:24:08 |
| 18 | A.  Again, we put the label statement in | 13:24:08 |
| 19 | the survey, as noted here, and then we hold | 13:24:11 |
| 20 | the value of the nutrition facts panel | 13:24:13 |
| 21 | constant in the market simulator. | 13:24:15 |
| 22 | Q.  How do you intend to hold it constant | 13:24:18 |
| 23 | in the market simulator, sir? | 13:24:19 |
| 24 | A.  Because we can specify changes of any | 13:24:20 |

Page 219

| | | |
|---|---|---|
| 1 | kind in the product that we might want, and we | 13:24:22 |
| 2 | are not going to have a specification of the | 13:24:25 |
| 3 | change in the nutrition facts panel. | 13:24:27 |
| 4 | Q. So you're just going to have data -- | 13:24:30 |
| 5 | you are going to have data from the survey | 13:24:32 |
| 6 | that goes into the market simulator, aren't | 13:24:34 |
| 7 | you, sir? | 13:24:35 |
| 8 | A. The survey data will not go into the | 13:24:36 |
| 9 | market simulator. | 13:24:38 |
| 10 | Q. It's going to be utilized and | 13:24:40 |
| 11 | analyzed, and then the data will go into the | 13:24:42 |
| 12 | market simulator, correct? | 13:24:45 |
| 13 | A. It is correct that the raw survey data | 13:24:47 |
| 14 | will be processed and analyzed by the | 13:24:49 |
| 15 | hierarchical Bayesian regression model, that | 13:24:51 |
| 16 | the outputs of that regression model will | 13:24:54 |
| 17 | serve as inputs to the market simulator, and | 13:24:57 |
| 18 | that the market simulator can then make a | 13:24:59 |
| 19 | calculation of the but-for market price | 13:25:00 |
| 20 | holding everything else constant about the | 13:25:03 |
| 21 | product, including the nutrition facts panel. | 13:25:05 |
| 22 | Q. But the data that's going to feed into | 13:25:07 |
| 23 | it is based on your conjoint survey with the | 13:25:10 |
| 24 | illustrative example on page 15, correct? | 13:25:15 |

Page 220

| | | |
|---|---|---|
| 1 | O Organics brand has been discontinued could | 13:42:01 |
| 2 | influence that answer? | 13:42:05 |
| 3 | A.   I don't believe any such influence | 13:42:07 |
| 4 | would impact the calculation of the value of | 13:42:09 |
| 5 | the 5g protein claim on Dave's Killer Bread. | 13:42:11 |
| 6 | Q.   All right.  We talked about earlier | 13:42:18 |
| 7 | the fact that you aren't measuring or | 13:42:22 |
| 8 | proposing to measure in this study anything | 13:42:25 |
| 9 | related to the percent DV. | 13:42:27 |
| 10 | Do you recall that? | 13:42:31 |
| 11 | A.   I believe what I said is that if I was | 13:42:31 |
| 12 | requested to do so, I could but that it is | 13:42:33 |
| 13 | correct.  I don't understand that -- | 13:42:35 |
| 14 | substituting in a percent DV to be consistent | 13:42:37 |
| 15 | with plaintiffs' theory of liability. | 13:42:40 |
| 16 | Q.   Okay.  And if you were asked to do | 13:42:43 |
| 17 | that, Mr. Weir, am I -- would you simply add, | 13:42:44 |
| 18 | as one of the label statements -- one of the | 13:42:47 |
| 19 | attribute levels for label statements, a | 13:42:50 |
| 20 | bullet point that said, you know, a particular | 13:42:54 |
| 21 | percent DV for protein? | 13:42:58 |
| 22 | A.   I would have to give that further | 13:42:59 |
| 23 | consideration. | 13:43:01 |
| 24 | Q.   Yeah. | 13:43:02 |

Page 238

| | | |
|---|---|---|
| 1 | Because you understand, Mr. Weir, that | 13:43:03 |
| 2 | the percent daily value for protein would be | 13:43:06 |
| 3 | next to, in the nutrition facts panel, the | 13:43:10 |
| 4 | protein 5g, correct? | 13:43:12 |
| 5 | A.   I don't want to profess to be an | 13:43:16 |
| 6 | expert in the regulatory requirements of | 13:43:18 |
| 7 | nutrition facts panels, but, yes, I would | 13:43:21 |
| 8 | presume that a percent daily value would | 13:43:22 |
| 9 | appear on that same line in the nutrition | 13:43:24 |
| 10 | facts panel. | 13:43:27 |
| 11 | Q.   And so in order to, you know, modify | 13:43:27 |
| 12 | your study, you would need somehow to test the | 13:43:31 |
| 13 | difference between the nutrition facts panel | 13:43:37 |
| 14 | saying protein 5g on its own and protein 5g | 13:43:39 |
| 15 | with the percent DV, correct? | 13:43:42 |
| 16 | MS. REYNOLDS:  Objection to | 13:43:46 |
| 17 | form. | 13:43:46 |
| 18 | A.   That hasn't been part of the scope of | 13:43:47 |
| 19 | my work so far, so I'm not sure how I would | 13:43:48 |
| 20 | design the survey to accomplish that goal. | 13:43:51 |
| 21 | BY MR. RESCH: | 13:43:52 |
| 22 | Q.   But any comparison of the but-for | 13:43:52 |
| 23 | world to the real world, you're going to keep | 13:43:53 |
| 24 | everything the same except the challenged | 13:43:55 |

Page 239

1    aspect of the claim, correct?                          13:44:01

2         A.   That typically is standard, yes.             13:44:03

3         Q.   But you don't know how you would do          13:44:09

4    that as you sit here today?                            13:44:10

5         A.   How I would effectuate that?  Other          13:44:10

6    than that, conjoint is flexible, and I'm sure          13:44:13

7    you could introduce the percent DV.  As we            13:44:15

8    talked about earlier, I've got several dozen           13:44:17

9    hours into the project.  I -- I couldn't              13:44:20

10   design a survey in the length of one or two            13:44:22

11   questions here.                                        13:44:26

12        Q.   Would you agree with me, Mr. Weir,           13:44:27

13   though, that you would need to associate the           13:44:28

14   percent DV with the protein 5g; you couldn't          13:44:31

15   just do it on its own?                                 13:44:34

16             MS. REYNOLDS:  Objection to                  13:44:37

17   form.                                                  13:44:39

18        A.   At this point I'm not offering an            13:44:39

19   opinion about that one way or the other.               13:44:40

20   BY MR. RESCH:                                          13:44:44

21        Q.   Okay.  As I understand the survey,           13:44:44

22   Mr. Weir, you're always going to have the              13:45:01

23   price be last, correct?                                13:45:02

24        A.   Yes.                                         13:45:04

Page 240

| | | |
|---|---|---|
| 1 | Q. And you didn't talk to anyone or ask | 13:49:55 |
| 2 | questions about thin-sliced bread or buns or | 13:49:57 |
| 3 | bagels, correct? | 13:50:01 |
| 4 | A. I know that some of the people did | 13:50:02 |
| 5 | mention the thin-sliced bread as something | 13:50:04 |
| 6 | they were either aware of or had tried in the | 13:50:07 |
| 7 | past. I don't recall whether they mentioned | 13:50:10 |
| 8 | bagels or buns. | 13:50:12 |
| 9 | Q. But that wasn't the purpose of your | 13:50:14 |
| 10 | interviews with those people. It was about | 13:50:16 |
| 11 | the bread deli products, correct? | 13:50:17 |
| 12 | A. The idea was generally to get a sense | 13:50:21 |
| 13 | of attributes that could be included in the | 13:50:23 |
| 14 | survey that would be understandable and | 13:50:25 |
| 15 | plausible for people taking the survey and to | 13:50:27 |
| 16 | confirm other sources for that data. | 13:50:30 |
| 17 | Q. With a focus on the bread products? I | 13:50:34 |
| 18 | think you say that in the footnote later on in | 13:50:36 |
| 19 | your report, too. | 13:50:38 |
| 20 | A. I do suggest that this particular | 13:50:39 |
| 21 | design is intended to measure the 5g claim | 13:50:41 |
| 22 | there specifically on the bread products that | 13:50:44 |
| 23 | make it and that there would need to be minor | 13:50:47 |
| 24 | modifications to the design in order to | 13:50:50 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | calculate other premiums.  For example, I | 13:50:54 |
| 2 | think it's 12g on bagels. | 13:50:56 |
| 3 | Q.   But you haven't done that work as you | 13:50:59 |
| 4 | sit here today, correct? | 13:51:01 |
| 5 | A.   I certainly haven't executed that | 13:51:02 |
| 6 | survey. | 13:51:04 |
| 7 | Q.   You haven't designed the survey.  You | 13:51:04 |
| 8 | haven't talked to potential interviewees.  You | 13:51:06 |
| 9 | haven't done the other work that you've done | 13:51:08 |
| 10 | here.  You haven't yet done that for other | 13:51:10 |
| 11 | products other than the bread products, | 13:51:13 |
| 12 | correct? | 13:51:14 |
| 13 | A.   It's true that I only interviewed | 13:51:16 |
| 14 | people with my focus on the bread, but my | 13:51:18 |
| 15 | other research, including looking at | 13:51:20 |
| 16 | packaging, encompassed all of the other | 13:51:23 |
| 17 | products, and I feel comfortable that the | 13:51:25 |
| 18 | survey design, perhaps with changes to the | 13:51:27 |
| 19 | price range and the grams of protein, would be | 13:51:30 |
| 20 | sufficient to be run for the other categories. | 13:51:35 |
| 21 | Q.   You -- | 13:51:38 |
| 22 | A.   Other than that, there would also | 13:51:38 |
| 23 | therefore be modifications to screening in, | 13:51:40 |
| 24 | like, Did you buy bagels? or something like | 13:51:42 |

Page 247

| | | |
|---|---|---|
| 1 | that. | 13:51:44 |
| 2 | Q. You haven't designed those surveys | 13:51:44 |
| 3 | with the different prices, the different | 13:51:46 |
| 4 | grams, the different screens, correct? | 13:51:47 |
| 5 | A. Well, I would disagree. I think this | 13:51:50 |
| 6 | survey design with those modifications that I | 13:51:52 |
| 7 | explained would be sufficient and is, | 13:51:54 |
| 8 | therefore, designed. | 13:51:55 |
| 9 | Q. Have you done the modifications? | 13:51:56 |
| 10 | A. I've done them orally for you just | 13:51:58 |
| 11 | now. | 13:52:00 |
| 12 | Q. What are the prices, sir? | 13:52:00 |
| 13 | A. I would need to go back and refresh my | 13:52:02 |
| 14 | recollection. | 13:52:04 |
| 15 | Q. You haven't come up with pricing for | 13:52:04 |
| 16 | the other ones, correct? | 13:52:06 |
| 17 | A. I don't have that data memorized for | 13:52:08 |
| 18 | you today. | 13:52:10 |
| 19 | Q. And it's not in your declaration | 13:52:10 |
| 20 | anywhere, is it? | 13:52:12 |
| 21 | A. I don't recall. | 13:52:13 |
| 22 | Q. You don't? | 13:52:14 |
| 23 | A. No, I don't. | 13:52:15 |
| 24 | Q. You think the pricing for the other | 13:52:16 |

Page 248

1    thing.                                          14:09:42

2         Q.   But the only data going into the      14:09:42

3    market simulator is derived from the            14:09:44

4    attributes that are identified in the survey,   14:09:47

5    correct?                                         14:09:54

6         A.   Unfortunately, the answer is sort of  14:09:54

7    yes and sort of no.                              14:09:57

8         Q.   Well, let me put it this way, no data 14:09:58

9    is going into the market simulator about        14:10:00

10   omega-3s or about the look of the bread or      14:10:05

11   about the brand story on the label.  None of    14:10:08

12   that is data that's going into the market       14:10:11

13   simulator, correct?                             14:10:13

14        A.   In terms of individual attributes,    14:10:14

15   you're correct.  But the pricing that's going   14:10:16

16   into the market simulator is reflective of the  14:10:18

17   totality of those elements on the bread, and    14:10:21

18   so in that way, we are bringing in the total    14:10:24

19   value of the bread, and then we do -- I guess   14:10:26

20   it's reductive.                                  14:10:29

21        We take away one element of the bread,     14:10:30

22   and we say, We know it was 6.99.  That's the    14:10:33

23   value of everything.                            14:10:36

24        What happens when you leave everything     14:10:37

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| 1 | there on the table, everything, and subtract | 14:10:39 |
| 2 | only the protein claim, and that way we have | 14:10:41 |
| 3 | data on price; we have data on Dave's | 14:10:45 |
| 4 | generally; and then we have the value of the | 14:10:49 |
| 5 | protein claim. | 14:10:50 |
| 6 | And we can subtract that in the market | 14:10:52 |
| 7 | simulator to figure out the market value of | 14:10:54 |
| 8 | the bread where everything else is the same, | 14:10:57 |
| 9 | where all of those elements of value, to the | 14:10:59 |
| 10 | extent they exist, are captured, and all we're | 14:11:01 |
| 11 | doing is subtracting the one item. | 14:11:04 |
| 12 | Q. But none of the elements of value or | 14:11:06 |
| 13 | utility is being fed into the market simulator | 14:11:09 |
| 14 | except for the attributes that you've | 14:11:12 |
| 15 | identified in your survey. | 14:11:15 |
| 16 | A. Yeah. The problem is you're still | 14:11:17 |
| 17 | stuck on the idea that you can only measure | 14:11:18 |
| 18 | the value of the things relative to the other | 14:11:20 |
| 19 | things in the survey, and I reject that | 14:11:22 |
| 20 | premise. You get independent valuations and | 14:11:25 |
| 21 | information about each of the attributes | 14:11:28 |
| 22 | within the survey. | 14:11:30 |
| 23 | So I'm going to have data for protein, | 14:11:32 |
| 24 | which is what this case is about. I'm going | 14:11:33 |

Page 256

| | | |
|---|---|---|
| 1 | to have data about price. And we don't need | 14:11:35 |
| 2 | to have data about everything else if your | 14:11:37 |
| 3 | goal is to say, Here's the starting price of | 14:11:39 |
| 4 | the whole loaf of bread. Let's measure the | 14:11:42 |
| 5 | market price of that loaf of bread if the only | 14:11:43 |
| 6 | thing we change is the protein claim. | 14:11:47 |
| 7 | Q. But the entire price or utility or | 14:11:49 |
| 8 | value of the bread as you're presenting it in | 14:11:52 |
| 9 | the survey aspect is relative to the | 14:11:55 |
| 10 | attributes that you're including in the | 14:11:59 |
| 11 | survey. | 14:12:01 |
| 12 | A. No, it's not because we expressly tell | 14:12:01 |
| 13 | people to think and be aware of the fact that | 14:12:03 |
| 14 | there are other attributes that aren't there. | 14:12:06 |
| 15 | And if you look at the math -- and I don't | 14:12:08 |
| 16 | know whether you understand it or not -- but | 14:12:11 |
| 17 | it is not just subdividing that price there | 14:12:13 |
| 18 | divided by eight attributes and brand. That's | 14:12:16 |
| 19 | not how it works. | 14:12:19 |
| 20 | Q. No, I understand. But, like, for | 14:12:20 |
| 21 | example, the omega-3s, the look of the bread, | 14:12:22 |
| 22 | the taste of bread, all these other attributes | 14:12:24 |
| 23 | that aren't in your survey, no data related to | 14:12:25 |
| 24 | any of those elements, no data related to | 14:12:28 |

Page 257

| | | |
|---|---|---|
| 1 | those elements individually or as an aggregate | 14:12:31 |
| 2 | are being fed into the market simulator. | 14:12:33 |
| 3 | You're not collecting any other data, | 14:12:36 |
| 4 | correct? | 14:12:37 |
| 5 | A. No. The pricing information that goes | 14:12:38 |
| 6 | in there is reflective of all of those things | 14:12:40 |
| 7 | being present on the product. | 14:12:42 |
| 8 | Q. But when consumers in your survey are | 14:12:46 |
| 9 | asked to choose, they're choosing from only | 14:12:48 |
| 10 | the attributes that you've identified and | 14:12:49 |
| 11 | included in the survey? | 14:12:52 |
| 12 | A. You are correct. And if our goal was | 14:12:54 |
| 13 | to figure out the value of the Dave's brand | 14:12:56 |
| 14 | story, we would need a different survey | 14:12:59 |
| 15 | design. | 14:13:00 |
| 16 | But if we're going to hold the value | 14:13:01 |
| 17 | of the Dave's brand story constant as between | 14:13:03 |
| 18 | the real world and the but-for world, then | 14:13:05 |
| 19 | what I've done, which is to isolate the value | 14:13:07 |
| 20 | of the protein claim while using the | 14:13:09 |
| 21 | real-world market-based prices that are | 14:13:12 |
| 22 | reflective of all of the value of those items, | 14:13:14 |
| 23 | that is sufficient. | 14:13:16 |
| 24 | Q. Now, what you're trying to achieve | 14:13:17 |

Page 258

| 1 | the 5g protein? | 14:21:03 |
|---|---|---|
| 2 | A. There is not a statement in there | 14:21:04 |
| 3 | about the location of the claim. | 14:21:05 |
| 4 | Q. Let's talk about the market | 14:21:12 |
| 5 | simulation. I'm on page 19 of your | 14:21:18 |
| 6 | declaration. | 14:21:22 |
| 7 | A. Okay. | 14:21:23 |
| 8 | Q. What is meant by the word "market" | 14:21:26 |
| 9 | there? | 14:21:28 |
| 10 | A. Well, market simulation is a generic | 14:21:33 |
| 11 | term, and it describes simulating something | 14:21:36 |
| 12 | that would take place in the marketplace. | 14:21:38 |
| 13 | Here I think we're talking about what | 14:21:41 |
| 14 | would take place in the market for the class | 14:21:43 |
| 15 | products. | 14:21:45 |
| 16 | Q. And how would you describe that | 14:21:46 |
| 17 | market? | 14:21:47 |
| 18 | A. Well, it would be the market for | 14:21:51 |
| 19 | Dave's Killer Bread, and in this particular | 14:21:52 |
| 20 | simulation, we take the elements that surround | 14:21:55 |
| 21 | that market, which could include competitors | 14:22:00 |
| 22 | and other elements, and hold all of those | 14:22:03 |
| 23 | things constant so that what we're doing is | 14:22:05 |
| 24 | studying exactly what would happen on the | 14:22:09 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | Dave's Killer Bread within the framework of | 14:22:12 |
| 2 | the real world but in the but-for world where | 14:22:14 |
| 3 | the only difference between those two worlds | 14:22:17 |
| 4 | is the 5g protein claim. | 14:22:19 |
| 5 | Q.   And that, you feel, is the relevant | 14:22:22 |
| 6 | comparison, to understand the impact on the | 14:22:24 |
| 7 | market is to look at the exact same product | 14:22:29 |
| 8 | with and without the challenged statement, | 14:22:32 |
| 9 | correct? | 14:22:36 |
| 10 | A.   With no other changes, yes. | 14:22:36 |
| 11 | Q.   And now, you said the market for | 14:22:40 |
| 12 | Dave's Killer Bread.  How do you understand | 14:22:43 |
| 13 | that to mean? | 14:22:44 |
| 14 | A.   It's a retail market across, in this | 14:22:46 |
| 15 | case, California. | 14:22:51 |
| 16 | Q.   And is it a market for sliced bread? | 14:22:53 |
| 17 | A.   Yes. | 14:22:56 |
| 18 | Q.   Organic sliced bread? | 14:22:58 |
| 19 | A.   I think organic could be an element, | 14:23:00 |
| 20 | but it doesn't have to be. | 14:23:02 |
| 21 | Q.   So as you define the market, it would | 14:23:04 |
| 22 | be broader than organic, correct? | 14:23:06 |
| 23 | A.   I don't think that's going to have an | 14:23:07 |
| 24 | impact, but it could. | 14:23:09 |

Page 268

| | | |
|---|---|---|
| 1 | referring to by WTP is the willingness to pay | 15:00:24 |
| 2 | of a marginal consumer, not the individual | 15:00:27 |
| 3 | willingness to pay. | 15:00:31 |
| 4 | Q.   All right.  Let's turn to Paragraph 76 | 15:00:32 |
| 5 | of page 20 of your declaration. | 15:00:33 |
| 6 | And you talk about -- and this is in | 15:00:41 |
| 7 | the "Market Simulation" section.  You talk | 15:00:43 |
| 8 | about relying on the actual prices advertised | 15:00:45 |
| 9 | and actual sales price data. | 15:00:48 |
| 10 | Is that the same analysis that you've | 15:00:55 |
| 11 | already done in identifying a range of 4.49 to | 15:00:57 |
| 12 | 7.49? | 15:01:01 |
| 13 | A.   Yes. | 15:01:03 |
| 14 | Q.   So that's not a different analysis, | 15:01:05 |
| 15 | correct? | 15:01:06 |
| 16 | A.   No. | 15:01:06 |
| 17 | Q.   And just so I understand that pricing | 15:01:11 |
| 18 | analysis again, that was done based on going | 15:01:14 |
| 19 | to the store and looking at the pricing on the | 15:01:16 |
| 20 | shelves and looking at IRI data? | 15:01:18 |
| 21 | A.   And looking at websites. | 15:01:22 |
| 22 | Q.   And looking at websites. | 15:01:23 |
| 23 | And do you have any notes of any of | 15:01:25 |
| 24 | that work? | 15:01:26 |

| | | |
|---|---|---|
| 1 | A.   Other than what I've put into the | 15:01:29 |
| 2 | report, I have no additional notes. | 15:01:31 |
| 3 | Q.   Now, how did you come up with that | 15:01:32 |
| 4 | particular range? | 15:01:34 |
| 5 | A.   By studying the IRI data, looking at | 15:01:36 |
| 6 | the range that is there, confirming that that | 15:01:39 |
| 7 | range was indeed what one could see in the | 15:01:43 |
| 8 | marketplace, speaking to consumers and hearing | 15:01:46 |
| 9 | what they pay for products, and finding that | 15:01:48 |
| 10 | that confirmed the same range as well. | 15:01:50 |
| 11 | Q.   But you didn't write any of it down, | 15:01:52 |
| 12 | so you didn't know, like, oh, there were this | 15:01:53 |
| 13 | many data points of 6.99 and this many data | 15:01:55 |
| 14 | points of 5.99, and I'm going to choose a | 15:01:58 |
| 15 | median or an average, or I'm looking at the | 15:02:01 |
| 16 | mode or any of that. | 15:02:03 |
| 17 | Like, this was just you kind of | 15:02:04 |
| 18 | surveyed the landscape and then came up with a | 15:02:05 |
| 19 | range? | 15:02:09 |
| 20 | A.   Well, that contains a bunch of mixed | 15:02:09 |
| 21 | metaphors because you started by talking about | 15:02:11 |
| 22 | calculating a mean or a median or a mode, | 15:02:14 |
| 23 | which, of course, would be some sort of | 15:02:15 |
| 24 | singular average, and what I've done is to | 15:02:17 |

Page 307

| | | |
|---|---|---|
| 1 | establish a range that would look not, per se, | 15:02:21 |
| 2 | at the frequency of any one data point but | 15:02:23 |
| 3 | whether or not the vast majority of | 15:02:26 |
| 4 | transactions actually took place within that | 15:02:27 |
| 5 | range, which is what I did. | 15:02:29 |
| 6 | Q.   So was, like, the lowest price you saw | 15:02:30 |
| 7 | advertised anywhere 4.49? | 15:02:32 |
| 8 | A.   No.  There could be prices that are | 15:02:34 |
| 9 | lower.  But accounting for outliers in terms | 15:02:36 |
| 10 | of, for example, how frequently they show up, | 15:02:38 |
| 11 | I believe this range is reasonable as well as | 15:02:41 |
| 12 | confirmed by retailers and by the consumers | 15:02:44 |
| 13 | themselves. | 15:02:46 |
| 14 | Q.   So how many would qualify as an | 15:02:47 |
| 15 | outlier? | 15:02:50 |
| 16 | A.   Typically drop the lowest 2 1/2 | 15:02:52 |
| 17 | percent and the highest 2 1/2 percent. | 15:02:54 |
| 18 | Q.   Did you do that calculation here to | 15:02:56 |
| 19 | come up with 4.49 to 7.49? | 15:02:57 |
| 20 | A.   I don't know if I did the calculation, | 15:03:00 |
| 21 | per se, but you can sort the data and | 15:03:01 |
| 22 | visualize that, yes. | 15:03:03 |
| 23 | Q.   In your brain? | 15:03:04 |
| 24 | A.   Yes. | 15:03:04 |

Page 308

| | | |
|---|---|---|
| 1 | Q.   How many different price data points | 15:03:05 |
| 2 | through IRI, the shelf, the consumers, how | 15:03:07 |
| 3 | many different price data points did you have? | 15:03:11 |
| 4 | A.   I don't have a count. | 15:03:13 |
| 5 | Q.   Over a hundred? | 15:03:13 |
| 6 | A.   Possibly, yes. | 15:03:16 |
| 7 | Q.   Over 500? | 15:03:17 |
| 8 | A.   Possibly, yes.  I use a spreadsheet to | 15:03:19 |
| 9 | look and examine that. | 15:03:20 |
| 10 | Q.   You inputted these into the | 15:03:23 |
| 11 | spreadsheet? | 15:03:27 |
| 12 | A.   No.  They come in a spreadsheet. | 15:03:27 |
| 13 | Q.   The IRI comes in a spreadsheet? | 15:03:28 |
| 14 | A.   Correct. | 15:03:28 |
| 15 | Q.   But then did you add in the interviews | 15:03:29 |
| 16 | and the store visits and all these other | 15:03:31 |
| 17 | things into that spreadsheet? | 15:03:33 |
| 18 | A.   Oh, there there's only -- whatever -- | 15:03:34 |
| 19 | a couple of dozen data points, and they | 15:03:36 |
| 20 | confirm the range, so that's what I noted in | 15:03:39 |
| 21 | my report. | 15:03:41 |
| 22 | Q.   Okay.  So you look at the IRI sheet, | 15:03:42 |
| 23 | and you kind of do your 2 1/2 percent in your | 15:03:44 |
| 24 | brain, and then you say, Is there anything | 15:03:46 |

Page 309

1                 CERTIFICATION

2        I, DARLENE M. COPPOLA, a Notary Public, do hereby

3 certify that COLIN B. WEIR, after having

4 satisfactorily identifying himself, came before me on

5 the 23rd day of January, 2024 in Boston,

6 Massachusetts, and was by me duly sworn to testify to

7 the truth and nothing but the truth as to his

8 knowledge touching and concerning the matters in

9 controversy in this cause; that he was thereupon

10 examined upon his oath and said examination reduced to

11 writing by me; and that the statement is a true record

12 of the testimony given by the witness, to the best of

13 my knowledge and ability.

14        I further certify that I am not a relative or

15 employee of counsel/attorney for any of the parties,

16 nor a relative or employee of such parties, nor am I

17 financially interested in the outcome of the action.

18       WITNESS MY HAND THIS 29th day of January, 2024.

19

20 *Darlene M. Coppola*

21 DARLENE M. COPPOLA          My commission expires:

22 NOTARY PUBLIC              November 2, 2029

23 REGISTERED MERIT REPORTER

24 CERTIFIED REALTIME REPORTER

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127