UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWARTZ,<br><br>    Plaintiff,<br><br>v.<br><br>DAVES KILLER BREAD, INC., et al.,<br><br>    Defendants. | Case No. 4:21-cv-10053-YGR (KAW)<br><br>**ORDER TERMINATING 5/19/25 DISCOVERY LETTER; ORDER REQUIRING THE PARTIES TO FURTHER MEET AND CONFER**<br><br>[Discovery Letter No. 2]<br><br>Dkt. No. 166 |

On May 19, 2025, the parties filed a joint discovery letter regarding Plaintiff's deposition of defense expert witness Dr. Paula Trumbo, but they e-filed it as a motion with an abbreviated briefing schedule, rather than a "Discovery Letter Brief." (Dkt. No. 166.) Paragraph 14 of the Court's standing order explains that joint discovery letters must be e-filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." (Judge Westmore's General Standing Order ¶ 14(c).) Since the pending dispute was incorrectly filed as a motion, the Court TERMINATES the letter, so that it may be properly e-filed.

Additionally, all discovery disputes must comply with the Court's standing order. The dispute procedures require lead counsel for the parties to meet and confer in person or by video conference, and then submit a joint letter addressing any unresolved disputes within five business days of the meet and confer session. The Court notes that almost three weeks had passed between the April 29, 2025 deposition and the filing of this letter, and the parties' letter does not address when the meet and confer session occurred, so it is impossible to determine whether they filed the dispute within five business days of their meet and confer session as required by the Court's standing order. (Judge Westmore's General Standing Order ¶ 14(a).)

Moreover, the discovery dispute also includes Defendants' request for a special master for

1  the limited purpose of presiding over any further examination of Dr. Trumbo it is ordered.  The
2  parties are directed to Paragraph 18 of the Court's standing order, which addresses the parties'
3  ability to contact the Court during a deposition. After reviewing that section and the Northern
4  District's Guidelines for Professional Conduct, they are ordered to further meet and confer
5  regarding Defendants' willingness to produce Dr. Trumbo for further examination, and whether a
6  special master at Plaintiff's expense remains a prerequisite for doing so.  To the assist the parties
7  in their meet and confer efforts, the Court notes that Plaintiff did not get their seven hours of
8  deposition, let alone the five hours they agreed to due, in part, to breaks requested by defense
9  counsel.  If the parties are unable to fully resolve the remaining disputes without court
10 intervention, they are ordered to file a joint discovery letter brief in accordance with Paragraph
11 14(c) of the Court's standing order.

   This resolves Dkt. No. 166.

   IT IS SO ORDERED.

Dated: May 22, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge