MICHAEL L. RESCH (SBN 202909)
mresch@kslaw.com
LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

QUYEN L. TA (SBN 229956)
quyen.ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHERS
& FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 798-6523

*Attorneys for Defendants*
Dave's Killer Bread, Inc.
and Flowers Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVE'S KILLER BREAD, INC. AND FLOWERS FOODS, INC.,<br><br>　　　　　　　Defendants. | Case No. 4:21-cv-10053-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MICHAEL L. RESCH IN SUPPORT OF DEFENDANTS DAVE'S KILLER BREAD, INC. AND FLOWERS FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 9, 2025<br>Time: 2:00 p.m.<br>Location: Courtroom 1 – 4th Floor |

1    I, Michael L. Resch, declare as follows:

2    1.   I am an attorney in the San Francisco office of King & Spalding LLP and counsel of record in this matter for Defendants Flowers Foods, Inc., and Dave's Killer Breads, Inc. (together, "Flowers"). I submit this declaration in support of Flowers' Motion for Summary Judgment. I have personal knowledge of the facts set forth in this declaration, and I could and would testify thereto if called upon to do so.

3    2.   Attached to this declaration as **Exhibit A** is a true and correct copy of excerpts from the transcript of David Swartz's January 25, 2024 deposition in the above-referenced matter.

4    3.   Attached to this declaration **Exhibit B** is a true and correct copy of a January 7, 2022 text message exchange between David Swartz and Michael Smith, produced by Plaintiff David Swartz in this litigation. Swartz was asked about this document at his deposition and did not dispute its authenticity (*see* **Exhibit A** at 61:20–62:25).

5    4.   Attached to this declaration as **Exhibit C** is a true and correct copy of excerpts from the transcript of Colin Weir's March 24, 2025 deposition in the above-referenced matter.

6    5.   Attached to this declaration as **Exhibit D** is a true and correct copy of the Amended Declaration of Colin Weir, dated February 17, 2025.

7    6.   Attached to this declaration as **Exhibit E** is a true and correct copy of excerpts from the transcript of Dan Letchinger March 24, 2024 deposition in the above-referenced matter.

8    7.   Attached to this declaration as **Exhibit F** is the product label for Dave's Killer Bread 21 Whole Grains and Seeds bread, approved as of September 13, 2023. Mr. Letchinger, the Senior Vice President of Growth Brands at Flowers Bakeries LLC, was asked about this document at his deposition and confirmed its authenticity (*see* **Exhibit E** at 19:15–20:13).

9    8.   Attached to this declaration as **Exhibit G** is the product label for Dave's Killer Bread 21 Whole Grains and Seeds Thin-Sliced bread, approved as of September 6, 2023. Mr. Letchinger was asked about this document at his deposition and confirmed its authenticity (*see* **Exhibit E** at 35:9–35:14).

1

9. Attached to this declaration as **Exhibit H** is the product label for Dave's Killer Bread Epic Everything Bagels, approved as of September 8, 2023. Mr. Letchiner was asked about this document at his deposition and confirmed its authenticity (*see* **Exhibit E** at 72:13–43:5).

10. Attached to this declaration as **Exhibit I** is the product label for Dave's Killer Bread 21 Whole Grains and Seets Organic Burger Buns, approved as of September 11, 2023. Mr. Letchinger was asked about this document at his deposition and confirmed its authenticity (*see* **Exhibit E** at 76:25–77:8).

11. Attached to this declaration **Exhibit J** is a true and correct copy of the Expert Report of Dr. Ran Kivetz, dated April 7, 2025.

12. Attached to this declaration as **Exhibit K** is a true and correct copy of excerpts from the transcript of Valerie Wayland's November 15, 2024 deposition in the above-referenced matter.

13. Attached to this declaration as **Exhibit L** is a true and correct copy of an email chain between Ms. Wayland, Mr. Letchinger, and other participants beginning on June 28, 2017 and ending on March 18, 2020. Ms. Wayland was asked about this document at her deposition and confirmed its authenticity (*see* **Exhibit K** at 133:6–20).

14. Attached to this declaration as **Exhibit M** is a true and correct copy of excerpts from the transcript of LaShay Singletary's February 27, 2024 deposition in the above-referenced matter.

15. Attached to this declaration as **Exhibit N** is a true and correct copy of an email chain between Ms. Singletary and Liman Liu beginning on January 25, 2018 and ending on January 26, 2018. Ms. Singletary was asked about this document at her deposition and confirmed its authenticity (*see* **Exhibit M** at 49:4—13).

16. Attached to this declaration as **Exhibit O** is a true and correct copy of an email chain between Ms. Singletary, Liman Liu, and Sandi Evans beginning on January 25, 2018 and ending on January 26, 2018. Ms. Singletary was asked about this document at her deposition and confirmed its authenticity (*see* **Exhibit M** at 57:10–17).

17. Attached to this declaration as **Exhibit P** is a true and correct copy of the Declaration of Dr. John M. Wallingford, dated April 7, 2025.

18. Attached to this declaration as **Exhibit Q** is a true and correct copy of the Declaration of Dr. Paula Trumbo, dated April 7, 2025.

19. Attached to this declaration as **Exhibit R** is a true and correct copy of the Declaration of Dan Letchinger, dated July 28, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of July 2025.

*/s/ Michael L. Resch*
MICHAEL L. RESCH