# EXHIBIT R

| | |
|---|---|
| 1 | MICHAEL L. RESCH (SBN 202909) |
| | mresch@kslaw.com |
| 2 | LIVIA M. KISER (SBN 285411) |
| | lkiser@kslaw.com |
| 3 | SAMUEL R. DIAMANT (SBN 288738) |
| | sdiamant@kslaw.com |
| 4 | KING & SPALDING LLP |
| | 50 California Street, Suite 3300 |
| 5 | San Francisco, California 94111 |
| | Telephone: (415) 318-1200 |
| 6 | Facsimile: (415) 318-1300 |
| 7 | QUYEN L. TA (SBN 229956) |
| | quyen.ta@skadden.com |
| 8 | SKADDEN, ARPS, SLATE, MEAGHERS |
| | & FLOM LLP |
| 9 | 525 University Avenue, Suite 1400 |
| | Palo Alto, California 94301 |
| 10 | Telephone: (650) 470-4500 |
| | Facsimile: (650) 798-6523 |
| 11 | |
| 12 | Attorneys for Defendants |
| | Flowers Food, Inc. and |
| | Dave's Killer Bread, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ, | Case No. 4:21-cv-10053-YGR |
| Plaintiff, | Honorable Yvonne Gonzalez Rogers |
| v. | **DECLARATION OF DAN LETCHINGER IN SUPPORT OF DEFENDANTS FLOWERS FOOD, INC. AND DAVE'S KILLER BREAD, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| DAVE'S KILLER BREAD, INC. AND FLOWERS FOODS, INC., | |
| Defendants. | |
| | Date: December 9, 2025 |
| | Time: 2:00 p.m. |
| | Location: Courtroom 1 – 4th Floor |

I, Dan Letchinger, declare as follows:

1. I am Senior Vice President, Growth Brands at Flower Bakeries, LLC, which is a subsidiary of Flowers Foods, Inc. In my current role, my team and I are responsible for creating and implementing marketing and development strategies for the Dave's Killer Bread (Organic) brand. I have personal knowledge of the facts in this declaration, and if called to testify, I could and would competently testify to these facts.

2. I have been in my current position since November 2017. Prior to that time, from 2009-2017, I worked for the Dave's Killer Bread brand in several roles both before and after Dave's Killer Bread's 2015 acquisition by Flowers Bakeries, LLC. My prior positions for Dave's Killer Bread included the following roles: public relations and events (2009-2011), marketing manager (2011-2014), product manager (2014-2015), director of marketing (2015-2016), and vice president of marketing (2016-2017).

3. In connection with my current role as Senior Vice President, Growth Brands, as well as in connection with my previous roles at Dave's Killer Bread, I have knowledge of the listing of the grams of protein in the nutrition fact panel in Dave's Killer Bread Products.

4. I have reviewed the packaging files produced in this litigation for the fifteen products relevant to this lawsuit. The approved labels for all fifteen products listed the grams of protein in the nutrition facts panel.

5. During the class period of December 29, 2017 to September 5, 2023, Dave's Killer Bread products always listed the grams of protein in the nutrition facts panel, as required by law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 28th day of July 2025.



Dan Letchinger

1

LETCHINGER DECL. ISO DEFS.' MOTION FOR SUMMARY JUDGMENT

Case No. 4:21-cv-10053-YGR