MICHAEL L. RESCH (SBN 202909)
mresch@kslaw.com
LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

QUYEN L. TA (SBN 229956)
quyen.ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHERS
& FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 798-6523

*Attorneys for Defendants*
Flowers Foods, Inc. and
Dave's Killer Bread, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.,<br><br>　　　　Defendants. | Case No. 4:21-cv-10053-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MICHAEL L. RESCH IN SUPPORT OF DEFENDANTS DAVE'S KILLER BREAD, INC.'S AND FLOWERS FOODS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF COLIN B. WEIR**<br><br>Hearing Date:　　December 9, 2025<br>Hearing Time:　　2:00 pm<br>Courtroom:　　　Courtroom 1, 4th Floor |

I, Michael L. Resch, hereby declare as follows:

1. I am an attorney with the law firm of King & Spalding LLP, a member in good standing of the State Bar of California and admitted to practice before this Court. I am counsel of record in this action for Defendants Dave's Killer Bread, Inc. and Flowers Foods, Inc. (together "Flowers"). I submit this declaration in connection with Flowers' Motion To Exclude Expert Testimony of Colin B. Weir, which is being filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts from the transcript of David Swartz's January 25, 2024 deposition in this matter.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the September 5, 2024 hearing transcript.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of the Amended Declaration of Colin B. Weir dated February 17, 2025.

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts of the transcript of Colin B. Weir's March 24, 2025 deposition in the above-referenced matter.

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of the Declaration of Dr. Ran Kivetz dated April 7, 2025.

7. Attached to this declaration as **Exhibit 6** is a true and correct copy Figure 2 of the Declaration of Dr. Ran Kivetz dated April 7, 2025, which is a screenshot of a sample simulation in Sawtooth Lighthouse using Weir's Simulator.

8. Pursuant to the terms of the Stipulated Protective Order and the Court's rules regarding sealing, where relevant, Flowers will be submitting provisionally sealed redacted versions of some of above-referenced documents as described in sealing-related motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of August, 2025.

/s/ Michael L. Resch
MICHAEL L. RESCH