# EXHIBIT 1

1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    OAKLAND DIVISION

4    ---oOo---

5

6    DAVID SWARTZ,

7    Plaintiff,

8    vs.                    CASE NO. 4:21-CV-10053-YGR

9    DAVE'S KILLER BREAD, INC. AND

FLOWERS FOODS, INC.,

10

Defendants.

11    _____

12

13    ***CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER***

14

15    VIDEO-RECORDED DEPOSITION OF DAVID SWARTZ

16    San Francisco, California

17    Thursday, January 25, 2024

18

19

20

21

22

23    Stenographically Reported by:  Ashley Soevyn,
CSR No. 12019

24    Job No. 6405567

25    Pages 1 - 210

Page 1

1                UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4                       ---oOo---

5

6    DAVID SWARTZ,

7                   Plaintiff,

8       vs.                  CASE NO. 4:21-CV-10053-YGR

9    DAVE'S KILLER BREAD, INC. AND

     FLOWERS FOODS, INC.,

10

                  Defendants.

11   _____

12

13     ***CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER***

14

15                  Video-recorded Deposition of

16   DAVID SWARTZ, taken on behalf of the Defendants

17   Dave's Killer Bread, Inc. and Flower Foods, Inc.,

18   Pursuant to Notice, at the offices of King &

19   Spalding, 50 California Street, Suite 3300, San

20   Francisco, California beginning at 9:45 a.m.  and

21   ending at 3:29 p.m. on Thursday, January 25, 2024,

22   before me, ASHLEY SOEVYN, Certified Shorthand

23   Reporter No. 12019.

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1    A P P E A R A N C E S:

2

3    For the Plaintiff David Swartz::

4             GUTRIDE SAFIER LLP

5             BY:  RAJIV THAIRANI

6             Attorney at Law

7             100 Pine Street, Suite 1250

8             San Francisco, California 94111

9             rajiv@gutridesafier.com

10            (415) 639-9090

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    A P P E A R A N C E S:

 2

 3    For the Defendants Dave's Killer Bread, Inc. and

 4    Flower Foods, Inc.:

 5              KING & SPALDING LLP

 6              BY:  MICHAEL L. RESCH

 7              Attorney at Law

 8              50 California Street, Suite 3300

 9              San Francisco, California 94111

10              mresch@kslaw.com

11              (415) 318-1230

12

13    -AND-

14

15              KING & SPALDING LLP (REMOTE APPEARANCE)

16              BY:  REBECCA L. PARADIS (BECKA)

17              Attorney at Law

18              1700 Pennsylvania Avenue, NW, Suite 900

19              Washington, D.C. 20006

20              rparadis@kslaw.com

21              (202) 626-9265

22

23

24    Also Present:

25    Ted Hoppe, Videographer
```

```
 1                    INDEX TO EXAMINATION

 2    WITNESS:  DAVID SWARTZ

 3

 4

 5    EXAMINATION BY:                              PAGE

 6    MR. RESCH                                  8, 202

 7    MR. THAIRANI                                  196

 8

 9    WITNESS INSTRUCTION NOT TO ANSWER

10    PAGE                        LINE

11    189                           12

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1     ingredients fit with the ingredient profile that        11:22:26

2     you're looking for?

3           A      There are -- generally, sure.  You know,

4     there are things that -- there are specific

5     ingredients that preclude me from purchasing            11:22:35

6     something.

7           Q      For example?

8           A      Brominated vegetable oil.  I try to avoid

9     palm oil.  You know, sometimes it's for health

10    impacts for me and my family.  Sometimes it's for       11:22:45

11    environmental impacts.

12              Palm oil is an orangutan habitat issue.

13    So, you know, there's different ingredients that I'd

14    be looking for, for different reasons.

15          Q      High fructose corn syrup, would that be      11:22:56

16    another example of something you try to avoid?

17          A      I -- it's definitely not going to put a

18    check in the "for" category.  You know, it's a

19    strike against.  But it doesn't entirely preclude me

20    from purchasing something.  That would be a pretty      11:23:12

21    hard life.

22          Q      Understood.  It's not a veto, out of a

23    no.  But it's not going to cause you to want to buy

24    it?

25          A      It does not make them rise on my list of    11:23:20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    products for consumption.                              11:23:23

2        Q    Does organic make it rise on your list

3    for consumption?

4        A    Absolutely.

5        Q    Non-GMO rise on your list for                11:23:28

6    consumption?

7        A    I have a preference for non-GMO.

8        Q    And do you actually -- do you know what

9    the non-GMO project verified butterfly is on a

10   product?                                               11:23:40

11       A    I know what you're referring to.

12       Q    And is that particularly important for

13   you because you know it's been verified by a

14   third-party?

15       A    That would -- if I were comparing two        11:23:48

16   products, all other things held equal, I would buy

17   the one with that label on it.

18       Q    With the -- what I call the butterfly on

19   it, correct?

20       A    If it said non-GMO, but didn't have the      11:23:59

21   butterfly, I don't know that I would make a

22   distinction between the two.

23       Q    If one product hadn't and it just said

24   "non-GMO" and one had the butterfly, would you opt

25   to the butterfly one because you believed it was      11:24:11

Page 87

1  healthy stuff on the outside that I can see and          12:17:49

2  discern.

3       Q    All right.  And you see the USDA organic

4  symbol on the package?

5       A    I do.                                          12:17:58

6       Q    And is that something that was important

7  to you in deciding whether to purchase the bread?

8       A    Organics -- I preferentially purchase

9  organic products.

10       Q    And just -- I need to relate it to this       12:18:10

11  purchase, Mr. Swartz, so apologizes for the more

12  specific question.

13            But when you were deciding whether to

14  purchase Dave's Killer Bread, the USDA organic

15  symbol was important to you in deciding to proceed     12:18:22

16  with the purchase; is that correct?

17       A    Knowing it was organic was definitely one

18  of the factors that would have caused me to purchase

19  this instead of something else.

20       Q    All right.  And do you see the non-GMO        12:18:35

21  project verified butterfly on the label?

22       A    I do.

23       Q    And I think we talked about this earlier

24  but again, specifying for this -- when you purchased

25  Dave's Killer Bread, the non-GMO project verified      12:18:45

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    butterfly was an important factor that caused you to      12:18:47

2    proceed to purchase the bread, correct?

3        A    It's another positive factor that would

4    have made me more likely to purchase the bread.

5        Q    Now, you also see that it says:      12:18:59

6        (As read):

7             "21 Whole grains and seeds."

8        Do you see that?

9        A    I do.

10       Q    And is that another factor, that name of      12:19:04

11   the product and the use of whole grains and seeds in

12   the title -- that would have been important to you

13   in deciding whether to purchase the bread?

14       A    I don't know that the name specifically

15   was super influential.  I mean the product name is a      12:19:17

16   product name.  I look at the nutrition info.

17       Q    All right.

18       A    They can call it whatever they want.

19       Q    Okay --

20       A    I mean there is literally a product at      12:19:30

21   one of the bakeries I go to called "Garbage

22   Bread" -- I know that there is no garbage in it.

23   And it does not dissuade me from purchasing it.

24       Q    And do you see the net weight on the

25   bread?      12:19:45

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    it refresh your recollection as to whether or not        12:24:59

2    what was said there is something that would have

3    been important to you in deciding to purchase Dave's

4    bread?

5         A    It wouldn't have been important.              12:25:09

6         Q    One way or the other?

7         A    It's entirely possible that I read it

8    sometime.  Maybe my phone ran out of battery when

9    the loaf was sitting in front of me.  Maybe I did at

10   the grocery store.  It wouldn't have been important.   12:25:22

11        Q    All right.  And if you turn to other

12   side, and what do you see listed there in the -- in

13   list of attributes or non-attributes?

14        A    At the top it says:

15             (As read):                                     12:25:36

16                  "Made for greatness."

17             And then, there is some little red cross

18   through symbols for "no".  It says:

19             (As read):

20                  "No high fructose corn syrup.  No        12:25:42

21   artificial preservatives.  No artificial

22   ingredients."

23             And then there is some green checks for

24   positive.  It says:

25             (As read):                                     12:25:51

1                     "Always power-packed with whole grains.  12:25:51

2                     Always USDA ORGANIC.  Always non-GMO.

3                     Always made with killer taste and

4                     texture."

5      Q    Do you recall whether you would have read   12:25:59

6 what was on this side panel at the time you

7 purchased Dave's Killer Bread?

8      A    I don't.

9      Q    Are those types -- excuse me.  Strike

10 that.                                        12:26:08

11           Are those items that are identified there

12 that you read into the record ones that were

13 important to you in deciding to purchase Dave's

14 Killer Bread?

15      A    The organic and non-GMO would be more   12:26:17

16 important to me.  The power packed and made with

17 killer taste are kind of nonspecific fluff that I

18 wouldn't put any weight in.  Lack of high fructose

19 corn syrups, all things held equal -- I would have a

20 preference for.  The lack of artificial         12:26:39

21 preservatives and ingredients, I would also have a

22 preference for.  All other things held equal, again.

23      Q    And so those things were important for

24 you in deciding to purchase Dave's Killer Bread,

25 correct?                                12:26:52

1    Q    So I've asked you a series of questions,    12:29:02

2    Mr. Swartz, about whether or not certain labeling

3    statements were important to you in deciding whether

4    to purchase the bread, correct?

5         A    Yeah.                                   12:29:12

6         Q    And I'm wondering whether I need to go

7    back and ask you the same question for each

8    attribute whether it was important to you in paying

9    the price you did for the bread or whether or not

10   you would agree that all the answers that you gave   12:29:22

11   about whether it was important to you in deciding

12   whether to purchase also applied to your decision

13   whether to pay the price you did?

14        A    I mean -- you're looking for a yes or no

15   here?                                              12:29:40

16        Q    Well, I'm happy, Mr. Swartz, to go

17   through each one again.  If you would like me to.

18   I'm happy to do it.  I was just trying to save the

19   time if it's all the same.

20        A    Um.                                      12:29:51

21        Q    In other words, I will give you an

22   example and maybe this will help you.  Let's use

23   organic.  The USDA organic symbol.  I believe you

24   testified that that was important to you in deciding

25   whether to purchase the bread, correct?            12:30:01

                                              Page 137

1    A    I'm generally willing to pay more for an    12:30:02

2  organic product.

3    Q    Okay.

4    A    Or if two products are the same price and

5  one is organic and everything else is the same, I    12:30:08

6  would favor the organic one.

7    Q    If I said to you was the USDA organic

8  symbol important for you to decide to pay the price

9  you paid for the bread; is that a correct statement

10  as well?    12:30:24

11    A    I'm not sure if that correlated with what

12  I was willing to pay for it.

13    Q    In deciding to purchase the bread, you

14  knew the price of it, correct?

15    A    I did.    12:30:43

16    Q    And knowing the price, all of the

17  different attributes that you considered led you to

18  decide to purchase it at the price that it was being

19  offered, correct?

20    A    I have preferences for and are willing    12:30:55

21  to -- and generally willing to pay more for things

22  that are organic or non-GMO.

23        Most of the other ones, I don't think

24  were -- I don't think you mentioned the protein

25  specifically when we were talking through it.  High    12:31:17

1   fructose corn syrup wouldn't have been significant.    12:31:19

2   Lack of artificial preservatives, ingredients is a

3   positive.  But it wasn't like a primary.   And

4   everything else is fluffer repeating things that are

5   on the front.  Is that a clear enough answer?    12:31:38

6        Q    Let's see.  Let's go to the back of the

7   pack.

8            And for this, do you see the ingredient

9   statement?  Do you see that there?

10       A    I see the ingredients.    12:31:48

11       Q    Did you read that ingredient list prior

12  to purchasing Dave's bread?

13       A    I don't specifically recall reading the

14  whole thing.  But when something says organic, I

15  know I don't need to look at every single ingredient    12:31:59

16  to see if it says organic.  And I may or may not

17  have skimmed to see if there was anything with 30

18  syllables in Latin that was worth Googling.

19       Q    So having read the ingredient list, that

20  was a factor in your decision to move forward in    12:32:18

21  purchasing the bread at the price you paid, correct?

22       A    I'm not confident that I read the whole

23  ingredient list at the time.

24       Q    What about at any time in purchasing

25  Dave's bread?    12:32:32

Page 139

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:

4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand, which was thereafter transcribed under my
10    direction; further, that the foregoing is a true
11    record of the testimony given.

12    I further certify I am neither financially
13    interested in the action nor a relative or employee
14    of any attorney or party to this action.

15    IN WITNESS WHEREOF, I have this January
16    29, 2024 subscribed my name.

17

18

19

20

21    ASHLEY SOEVYN
      CSR No. 12019

22

23

24

25

Page 207