# EXHIBIT 2

|     |                                                                                                                    |
| --- | ------------------------------------------------------------------------------------------------------------------ |
| 1   | IN THE UNITED STATES DISTRICT COURT                                                                                |
| 2   | FOR THE NORTHERN DISTRICT OF CALIFORNIA                                                                            |
| 3   | OAKLAND DIVISION                                                                                                   |

```
SWARTZ,                          )   CV-21-10053-YGR
                                 )
          PLAINTIFF,             )   SAN JOSE, CALIFORNIA
                                 )
     VS.                         )   SEPTEMBER 3, 2024
                                 )
DAVES KILLER BREAD, INC., ET     )   PAGES 1-35
AL,                              )
                                 )
          DEFENDANTS.            )
                                 )
_____
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:  **BY:  MATTHEW THOMAS MCCRARY**
GUTRIDE SAFIER, LLP
4450 ARAPAHOE AVENUE, SUITE 100
BOULDER, CO 80303


FOR THE PLAINTIFF:  **BY:  SETH ADAM SAFIER**
GUTRIDE SAFIER, LLP
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CA 94111


APPEARANCES CONTINUED ON THE NEXT PAGE

OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                            CERTIFICATE NUMBER 13185

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:         BY:  QUYEN LE TA
                                     LIVIA KISER
3                                    MICHAEL RESCH
                                KING & SPALDING LLP
4                               50 CALIFORNIA STREET, SUITE 3300
                                SAN FRANCISCO, CA 94111
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  THE COURT: YOU SHOULDN'T BE TALKING TO HIM IN THE
2  COURTROOM.
3  MS. KISER: YOU ARE RIGHT. YOU ARE RIGHT. I'M
4  SORRY, I APOLOGIZE. I SHOULD HAVE ALLOWED HIM TO INTERRUPT ME.
5  ON PAGE 3, YOU CAN SEE THE SURVEY.
6  THE COURT: ON PAGE 3 OF WHAT DOCUMENT?
7  MS. KISER: ON MY POWERPOINT WHERE YOU CAN SEE THE
8  ACTUAL SURVEY, HE IS NOT DOING ANYTHING WITH FRONT OF PACK.
9  I THINK YOUR HONOR WAS ASKING THE QUESTION ABOUT DOES HE
10 HAVE TO REMOVE 5 GRAMS FROM THE ENTIRE PACKAGE? NO, BECAUSE
11 THE 5 GRAMS WILL BE ON A NUTRITION FACTS PANEL WHETHER THERE IS
12 A 5 GRAMS ON THE FRONT PACK OR NOT.
13 AND THE ISSUE HERE IS HE'S MEASURING A 5 GRAM PROTEIN
14 CLAIM ANYWHERE ON THE PACK. IT IS NOT THE LABEL, HE IS NOT
15 ATTEMPTING TO DIFFERENTIATE BETWEEN THE FRONT OF THE PACK OR
16 THE NUTRITION FACTS PANEL. SO IT'S VERY IMPORTANT THAT THIS
17 POINT BE UNDERSTOOD.
18 THE IDEA IS THAT MR. WEIR IS SAYING WHAT'S THE PRICE
19 PREMIUM ASSOCIATED WITH 5 GRAMS OF PROTEIN ANYWHERE ON THE
20 LABEL. AND EVEN THOUGH THERE WILL ALWAYS BE 5 GRAMS OF PROTEIN
21 ON THE LABEL, EVEN UNDER PLAINTIFF'S THEORY, IT WILL BE IN THE
22 NUTRITION FACTS PANEL EITHER WAY.
23 MR. MCCRARY: MAY I RESPOND TO THAT?
24 THE COURT: YOU MAY.
25 MR. MCCRARY: THAT IS SIMPLY FALSE, YOUR HONOR, AND

1    MR. WEIR EXPLAINED THIS IN HIS DEPOSITION.

2        THE CONJOINT HERE MEASURES ONLY THE DIFFERENCE IN PRICE

3    BETWEEN THE REAL PRODUCT WITH AND WITHOUT A FRONT LABEL PROTEIN

4    CLAIM.  AND HE ALSO EXPLAINS WHY HE DOESN'T HAVE TO PROVIDE

5    INFORMATION ABOUT THE NUTRITION FACTS PANEL TO BE ABLE TO HOLD

6    THE VALUE OF THE CLAIM IN THE NUTRITION FACTS PANEL CONSTANT.

7    AND THAT IS BECAUSE THE DEFENDANTS HERE HAVE MISAPPREHENDED HOW

8    THE MARKET SIMULATION PROCESS AND CONJOINT WORKS.

9        SO THEY HAVE ARGUED THAT THE ONLY INPUTS TO THE MARKET

10   SIMULATOR ARE FROM THE CONJOINT SURVEY.  AND THAT IS FALSE,

11   MR. WEIR EXPLAINS THAT THAT IS AN IMPORTANT SOURCE OF INPUT

12   INTO DETERMINING THE PRICE PREMIUM BUT IT IS NOT THE ONLY ONE.

13   THE MARKET SIMULATOR STARTS WITH ALL OF THE REAL WORLD PRICING

14   DATA THAT WE HAVE FROM IRI ON WHAT THE DEFENDANT WAS ABLE TO

15   SELL ITS PRODUCTS FOR IN THE REAL WORLD.

16       SO WE KNOW, I'M JUST GOING TO TAKE SIX DOLLARS.  WE KNOW

17   THAT EVERY CLAIM, EVERY ATTRIBUTE OF THE PRODUCT, INCLUDING THE

18   LOOK AND FEEL OF THE BREAD, LIKE THEY HAVE ON THIS -- WHICHEVER

19   PAGE THIS IS -- PAGE 5 OF THEIR SURVEY, ALL OF THE RELEVANT

20   ATTRIBUTES THAT THEY CLAIM MR. WEIR OMITS.  WE KNOW THAT IN THE

21   AGGREGATE, ALL OF THE VALUE OF THOSE ATTRIBUTES ARE SIX

22   DOLLARS.

23       AND WHAT THE CONJOINT SURVEY DOES IS IT ASKS OKAY, WE ARE

24   GOING TO CREATE THESE HYPOTHETICAL CHOICE SETS THAT VARY THE

25   PRODUCT ON CERTAIN ATTRIBUTES.  AND WHAT HE DOES IS HE REMOVES

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185                DATED: 9/5/24