# EXHIBIT 6

**Figure 2: Screenshot of a Sample Simulation in Sawtooth Lighthouse Using Mr. Weir's Simulator (Regular Sliced Dave's Bread With vs. Without "4g Protein")** [28]

