UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.,<br><br>　　　　　Defendants. | Case No. 4:21-cv-10053-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DAVE'S KILLER BREAD, INC.'S AND FLOWERS FOODS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF COLIN B. WEIR**<br><br>Date:　　　December 9, 2025<br>Time:　　　2:00 p.m.<br>Location:　 Courtroom 1, 4th Floor |

**[PROPOSED] ORDER**

On December 9, 2025, a hearing was held on Defendants Flowers Foods, Inc. and Dave's Killer Bread, Inc.'s Motion to Exclude Expert Testimony of Colin B. Weir ("Motion").

The Motion requests that the Court exclude Mr. Weir's testimony because it does not satisfy the standards set forth by Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Having reviewed and considered the papers filed in support of and in opposition to Defendants' Motion, and having heard argument from counsel, the Court finds that there is good cause to GRANT the Motion.

Based on the foregoing, IT IS HEREBY ORDERED that the testimony of Colin B. Weir is excluded in its entirety.

DATED:

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE