**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Matthew T. McCrary (*pro hac vice*)
  matt@gutridesafier.com
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Patrick J. Branson (*pro hac vice*)
  patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*
*David Swartz*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWARTZ, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>                       Plaintiff,<br><br>   v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.,<br><br>                    Defendants. | CASE NO. 4:21-cv-10053-YGR<br><br>**DECLARATION OF HAYLEY REYNOLDS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Yvonne Gonzalez Rogers |

I, Hayley Reynolds, hereby declare as follows:

1. I am an attorney licensed to practice law before this Court. I am an attorney with the law firm Gutride Safier LLP. I have personal knowledge of the facts contained in this declaration and, if I were called as a witness, I could and would competently testify to the same.

2. Attached hereto are true and correct copies of the following exhibits obtained from Defendant in discovery in this case:

| Exhibit No. | Description |
|---|---|
| 1. | Excerpts of the deposition of Dr. Ran Kivetz (Tr. at 113:13–24; 115:4–116:20). |
| 2. | Excerpts of the deposition of Val Wayland (Tr. at 171:10–21). |
| 3. | Excerpts of the deposition of Dan Letchinger (Tr. at 141:12–19; 161:3–9; 164:9–21; 165:10–17). |
| 4. | Exhibit 31 to the deposition of LaShay Singletary, a document beginning at Bates No. FLO_00019984–FLO_00019986, produced by Defendants and designated as confidential. ( ████████████ |
| 5. | Exhibit 83 to the deposition of Val Wayland, a document beginning at Bates No. FLO_00021105–FLO_00021106, produced by Defendants and designated as confidential ████████████████████████████ |
| 6. | Exhibit 68 to the deposition of Jillian Cohn, a document beginning at Bates No. FLO_00020305-B–FLO_00020308-B, produced by Defendants and designated as confidential. |
| 7. | Document beginning at Bates No. FLO_00006344, produced by Defendants and designated as confidential. ████████████████████████████ |
| 8. | Document beginning at Bates No. FLO_00018323, produced by Defendants and designated as confidential. ████████████ |
| 9. | Document beginning at Bates No. FLO_00007583, produced by Defendants and designated as confidential. (Consumer research survey questions) |
| 10. | Document beginning at Bates No. FLO_00011583, produced by Defendants and designated as confidential. (Consumer research results) |

| Exhibit No. | Description |
|---|---|
| 11. | Exhibit 28 to the deposition of Dan Letchinger, a document beginning at Bates No. FLO_00015530, produced by Defendants and designated as confidential. |
| 12. | Exhibit 24 to the deposition of Dan Letchinger, a document beginning at Bates No. FLO_00015230, produced by Defendants and designated as confidential. |
| 13. | Document beginning at Bates No. FLO_0000343, produced by Defendants and designated as confidential. ███████████ |
| 14. | Document beginning at Bates No. FLO_0000175, produced by Defendants and designated as confidential. ███████████ |
| 15. | Document beginning at Bates No. FLO_0001609, produced by Defendants and designated as confidential. ███████████ |
| 16. | Document beginning at Bates No. FLO_0001096, produced by Defendants and designated as confidential. ███████████ |
| 17. | Document beginning at Bates No. FLO_00002044, produced by Defendants and designated as confidential. ███████████ |
| 18. | Document beginning at Bates No. FLO_00003860, produced by Defendants and designated as confidential. ███████████ |
| 19. | Document beginning at Bates No. FLO_00008755, which is an email and attachment thereto, produced by Defendants and designated as confidential. ███████████ |
| 20. | Document Bates No. FLO_000021083-21097, produced by Defendants and designated as confidential. (PDCAAS lab testing results) |
| 3. | ███████████ |

███████████

4. ████████████████████████████████████████████████████

5. Attached hereto are true and correct copies of the following expert reports:

| Exhibit No. | Description |
|---|---|
| 21. | May 20, 2025 Rebuttal Report of Dr. J. Michael Dennis. |
| 22. | May 20, 2025 Rebuttal Report of Dr. Robert Wolfe, PhD |

6. Attached hereto are true and correct copies of the following third party discovery:

| Exhibit No. | Description |
|---|---|
| 23. | Attached hereto is pricing data for Dave's Killer Bread during the class period, obtained pursuant to subpoena to Circana. |

//
//
//
//
//
//
//

This declaration was executed on August 29, 2025, in Blacksburg, Virginia. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: August 29, 2025

**GUTRIDE SAFIER LLP**

_/s/ Hayley Reynolds /s/_
Hayley Reynolds (State Bar No. 306427)
 hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111

_Attorneys for Plaintiff_