# EXHIBITS 2-20

# Filed Under Seal