# EXHIBIT 22

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID SWARTZ, as an individual, on behalf of himself, the general public and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.<br><br>Defendants. | CASE NO. 4:21-cv-10053-YGR<br><br>Hon. Yvonne Gonzalez Rogers |

**Declaration**

**Of**

**Robert Wolfe, PhD**

**May 20, 2025**

MAY REFERENCE MATERIALS DESIGNATED "CONFIDENTIAL" OR "HIGHLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY" UNDER PROTECTIVE ORDER

I, Robert R. Wolfe, declare as follows:

I am a Professor in the Department of Geriatrics at the Donald W. Reynolds Institute on Aging. I am also the Director of the Center for Translational Research in Aging and Longevity, Vice-Chairman for Research in Geriatrics, and Jane and Edward Warmack Chair in Nutritional Longevity at the University of Arkansas for Medical Sciences, 4301 West Markham Street, Slot 806, Little Rock, AR 72205-7199.

In this capacity I direct a research program focused on nutrition and metabolism in elderly individuals. This includes designing and directing research projects, obtaining competitive research grants, interpreting data and writing manuscripts, giving lectures, and participating in peer review of research grants and manuscripts submitted for publication. For almost 30 years I have directed a post-graduate course in stable isotope tracer methodology sponsored by the National Institutes of Health that has been attended by more than 2500 MDs and PhDs from 22 different countries.

## I.      QUALIFICATIONS, BACKGROUND, AND EXPERIENCE

1.      I hold a PhD from the University of California, Santa Barbara. I served as a faculty member at Harvard Medical School for 8 years. I then served as Chief of Metabolism at the Shriners Hospital and John H. Sealy Distinguished Chair in Clinical Research at the University of Texas Medical Branch in Galveston, TX for approximately 22 years. I assumed my current position in 2006.

2.      I have served on a variety of advisory committees relevant to the current case, including the 2011 Food and Agriculture Organization of the United Nations Expert Consultation on Dietary Protein Quality Evaluation in Human Nutrition at The International Life Sciences Institute in Washington, DC; the Roundtables on Future Foods: Alternate Protein Sources: Optimal protein intake goals in elderly and new approaches to achieving those goals; and the Keystone Conference on Protein in a Changing Environment: What are the dietary requirements

Declaration of Robert Wolfe

for protein?  I have published over 600 scientific papers that have been cited in other scientific papers more than 97,000 times according to Google Scholar.

3.    My Statement of Qualifications, which outlines my professional experience and publications, is attached hereto as Exhibit 1. I have testified once as an expert witness by deposition in the past four years, in the following case: *Minor v. Baker Mills*, No. 20-cv-2901 (N.D. Cal.).

4.    In addition to my academic career, I hold nine patents and have been involved in multiple businesses as Chief Scientific Officer or as member of the advisory board.  In these positions I have become well aware of rules and regulations involving structure and function claims and health claims and restrictions on advertising of nutritional products.  I have not been involved in any businesses related to the current case.

## II.    ENGAGEMENT

5.    I provide this declaration in connection with the case filed by David Swartz ("Plaintiff") in the above-captioned action against Dave's Killer Bread, Inc. and Flowers Foods, Inc. ("Defendants").  I make this declaration based upon my own personal knowledge and, if called as a witness in this action, I would be able to competently testify as to the facts and opinions set forth herein.

6.    I have been advised by Counsel for Plaintiff that individuals purchased certain Dave's Killer Bread brand Products which were labeled on the front panel of the Products with a representation of the number of grams of protein per serving ("Protein Representation"). I have been further advised that Plaintiff alleges that Defendants determined the Protein Representation in reliance on nitrogen testing.  I have been asked by Counsel for Plaintiff to respond to and comment on Defendants' expert report authored by Dr. John Wallingford (signed April 7, 2025) with respect to his opinions regarding the nutritional value of the protein in Dave's Killer Bread Products.

7.      I am being compensated at the rate of $450 per hour for my work on this report. The opinions expressed in this declaration are my own, and my compensation is not dependent on the substance of these opinions or the outcome of the litigation.

8.      The documents, data, and other materials that I relied upon in forming my opinions are identified throughout my report and in Exhibit 2 attached hereto. In addition, I have relied on my educational background and 45 years of experience in the field of nutrition and metabolism.

**III.    Overview of Protein**

9.      The human body is composed of thousands of proteins.   Body proteins consist of 20 different amino acids, linked together in specific orders and amounts.

10.      These proteins are in a constant state of turnover through the processes of synthesis and breakdown.  The rate of protein synthesis over the course of the day must be equal to the rate of protein breakdown to maintain an adult's lean body mass.

11.      The rate of protein synthesis must exceed the rate of protein breakdown to enable growth and development in children.  The exact order and amounts of amino acids in each of the thousands of proteins in the body is distinct.

12.      There is a unique messenger RNA (mRNA) corresponding to each of the specific proteins being synthesized.  mRNA is transcribed from the DNA in the cell and serves as the template on which each amino acid is sequentially linked together by peptide bonds in the specific order needed to produce a particular protein.

13.      The mRNA consists of a series of unique codes corresponding to each of the 20 amino acids from which proteins are produced. Once started, translation of the mRNA into a chain of amino acids will continue until the new protein is produced.

14.      However, if the code for the next amino acid to be joined to the growing chain of amino acids calls for an amino acid that is not available in the cell, the process of synthesis will

stop, the protein will not be produced, and the partially- completed chain of amino acids will be degraded.

15.     In this case, the amino acid that is not available in an adequate quantity is referred to as the *limiting* amino acid.

16.     The amino acids that support protein synthesis are derived, in part, from the amino acids made available from protein breakdown.  In addition, 11 of the 20 amino acids comprising body proteins can be produced in the body.

17.     However, endogenous sources of amino acids released in the process of protein breakdown can never provide availability of all the amino acids required for protein synthesis to balance the rate of breakdown because there is an obligatory oxidation of a certain amount of every amino acid.  Oxidation refers to the irreversible degradation of amino acids that requires oxygen and results in the production of carbon dioxide.  Nine of the amino acids that comprise body protein cannot be resynthesized in the body after being degraded by oxidation, making them unavailable for incorporation into newly synthesized protein.   These amino acids are called indispensable, or essential amino acids, "EAAs".

18.     Since the nine EAAs required for protein synthesis cannot be produced in the body under any circumstance, EAAs derived from the digestion of dietary protein are necessary to sustain protein synthesis at a rate equal to or exceeding the rate of breakdown.

19.     In fact, the rate of protein synthesis in the body is directly related to the amount of EAAs consumed.  Thus, not only have guidelines been developed for the total amount of dietary protein that is required to avoid symptoms of deficiency (the recommended dietary allowance, "RDA," of protein), but RDAs for each individual EAA have also been developed.[1]

---

[1] Institute of Medicine of the National Academies. *Dietary Reference Intakes for Energy, Carbohydrates, Fiber, Fat, Protein and Amino Acids*. Washington, DC: The National Academies Press; 2002/2005 p 684.

Declaration of Robert Wolfe

20.    Since humans do not normally consume amino acids in pure form, EAA requirements must be met by consumption of dietary proteins that contain the EAAs needed to sustain protein synthesis.

21.    All dietary proteins are not equal in quality.  Proteins from different food sources vary in the amount and profile of EAAs, and also in digestibility.  To help consumers meet their nutritional requirements, the protein digestibility-corrected amino acid score (PDCAAS) was developed as a tool to account for protein quality.

### IV.    PDCAAS

22.    PDCAAS has become widely accepted as the most appropriate method with which to quantify the quality of a protein.[2]  PDCAAS applies to individual proteins, but PDCAAS values can also be calculated for combinations of proteins.

23.    The PDCAAS is based on the amount of each EAA per gram of protein in relation to the dietary requirement for the corresponding amino acid, multiplied by the digestibility of the protein.  The digestibility of the protein is determined by the amount of fecal nitrogen (N) excretion compared to the amount of N contained in the ingested protein. The equation for calculating PDCAAS of a dietary protein is as follows:

(mg of limiting amino acid in 1 g of test protein / mg of same amino acid in 1 g of reference protein) x fecal true digestibility percentage[1].

24.    The PDCAAS represents the percent of EAA requirements that would be met if the estimated average requirement of protein consumption (0.66 g protein/kg/day)[3] were entirely comprised of the test protein.  The estimated average requirement for dietary protein was derived by the Food and Nutrition Board of the National Academy of Science[2].  It reflects the average

---

[2] Food and Agriculture Organization of the United Nations/World Health Organization. *Protein Quality Evaluation: Report of the Joint FAO/WHO Expert Consultation*. Rome, Italy: Food and Agriculture Organization of the United Nations; 1991. FAO Food and Nutrition Paper 51

[3] Institute of Medicine of the National Academies. *Dietary Reference Intakes for Energy, Carbohydrates, Fiber, Fat, Protein and Amino Acid*s. Washington, DC: The National Academies Press; 2002/2005 p. 684.

Declaration of Robert Wolfe

amount of dietary protein consumption required to balance the amount of protein degradation and resulting nitrogen excretion that occurs over the course of the day.

25.     The value is capped at 100%.[4]  The value is determined based on the most limiting EAA.  Wheat protein has a PDCAAS of 41%.[5]

26.     As explained above, when a single EAA is not available to serve as a precursor for protein synthesis, no further synthesis can occur, and additional amounts of the other EAAs will be oxidized rather than being incorporated into new protein. This means that even if 8 of the 9 EAAs score over 100%, if the other EAA is (for example) 42%, the PDCAAS of the protein would be 42%.

27.     High quality, complete proteins have conventionally been defined as having a PDCAAS of 100% or close to 100%, meaning that if an individual were to consume 0.66 gram/kg/d of that protein, all the EAA daily requirements would be met.  Being deficient in just one of the EAAs means that the other EAAs will be correspondingly decreased in biological efficiency.  In the case of just a single EAA being deficient, the protein would nonetheless be classified as low quality.

28.     The reason that a deficiency of just one EAA in a dietary protein limits the value of a dietary protein is that the primary nutritional role of dietary protein is to stimulate the synthesis of new protein to balance the rate of protein breakdown, and all the EAAs are needed for the synthesis of new protein.  A relative shortage of just one EAA will stop the translation of mRNA, and all of the other EAAs absorbed from the digestion of the dietary protein cannot be utilized for protein synthesis.  As a result, the EAAs that cannot be used for protein synthesis are metabolically degraded with little nutritional benefit, resulting in the excretion of the end products urea, ammonia, and carbon dioxide.

---

[4] PDCAAS may be represented as a percentage or a decimal.  In the case of a decimal, the values are capped at 1.0.

[5] Institute of Medicine of the National Academies. *Dietary Reference Intakes for Energy, Carbohydrates, Fiber, Fat, Protein and Amino Acid*s. Washington, DC: The National Academies Press; 2002/2005 p. 684.

Declaration of Robert Wolfe

29.    Thus, a high-quality dietary protein that contains all of the EAAs in proportion to their relative contributions to the daily requirement for each EAA (i.e. a "complete" protein) will have a much greater stimulatory effect on protein synthesis than a low-quality, incomplete protein that is deficient in even just one EAA.  The nutritional value of a dietary protein is directly related to its stimulatory effect on protein synthesis.

30.    PDCAAS also takes into account the digestibility of protein.  When a protein source is not 100% digestible, a certain amount will simply pass through the body without ever being absorbed and used by the body.

31.    These facts are common to the class.

**V.    Product labeling**

32.    There are limitations of using the N method to determine the amount of protein in Dave's Killer Bread.

33.    Some fraction of consumed dietary protein is not absorbed into the body, but rather is lost in the feces.  Fifteen percent of ingested wheat protein is lost in feces.  It is self-evident that dietary protein that is not absorbed into the body has no nutritional value.

34.    Even when corrected for the true protein: nitrogen ratio and for digestibility, the N method does not account for the EAA content and profile.  As discussed above, failure to take account of these factors misrepresents the nutritional value of the product.

a.    **Wheat as sources of dietary protein**.

35.    The Recommended Dietary Allowance (RDA) for protein was originally published by the National Research Council (US) Subcommittee on the Tenth Edition of the Recommended Dietary Allowances.[6]

36.    The RDA is based on high-quality proteins.  Specifically, the subcommittee based the RDA on the average requirement for reference proteins (i.e., highly digestible, high-quality

---

[6] National Research Council (US) Subcommittee on the Tenth Edition of the Recommended Dietary Allowances. *Recommended Dietary Allowances: 10th edition*.  Washington (DC): National Academies Press (US) 1989.

protein such as egg, meat, milk, or fish) according to sex, age, and reproductive status of women, and this approach was not changed in the Dietary Reference Intakes.[7]

37.    The Dietary Reference Value (DRV) of 50g protein for a 60 kg person is derived from the RDA for protein (0.8 g protein/kg/d).

38.    While the corresponding USDA Dietary Guidelines for Americans extended this perspective to the food pyramid designed to translate recommended allowances to practical dietary guidance, more recently the USDA My Plate recommendations are to eat a variety of protein food sources.[8]

39.    This recommendation is not actually in conflict with the original intent of the National Research Council that the RDA be met by consumption of high-quality proteins, as the examples of protein food sources in My Plate all have PDCAAS values close to 100%.

40.    The PDCAAS of wheat is 42%.[9]

41.    The low PDCAAS of wheat is due in part to somewhat low digestibility (85%), but primarily to a deficiency of lysine.  Lysine is not only the limiting EAA in wheat, but in most plant-based protein food sources.

42.    Consequently, consuming a variety of plant-based protein food products would not compensate for the low amount of lysine in wheat protein.

43.    When account is taken of the true amount of protein ingested, as well as the PDCAAS, a 5-gram serving of wheat protein as determined by the N-method is effectively equal to 2.1 g of functional protein.

44.    The contribution of wheat protein to the DRV of protein (50g) is difficult to estimate. According to the calculation made above that a 5 g serving corresponds to approximately 2.1 g of functional protein, the 5 g serving would be approximately 4.2 % DRV.

---

[7] *Id.*

[8] U.S. Department of Agriculture, *My Plate*, available at https://www.myplate.gov/.

[9] Institute of Medicine of the National Academies. *Dietary Reference Intakes for Energy, Carbohydrates, Fiber, Fat, Protein and Amino Acids*. Washington, DC: The National Academies Press; 2002/2005 p. 690, Table 10-27.

Declaration of Robert Wolfe

45.     However, it could be argued that since wheat protein clearly does not qualify as a high-quality protein by any standard, it does not contribute at all to the DRV.

**VI.     Rebuttal of Dr. Wallingford's Report.**

46.     Dr. Wallingford opines that "the body does not utilize amino acids on a product-by-product basis. Rather, the body utilizes amino acids from a pool of available amino acids, which depends on all the foods consumed and also the amino acids made available when body proteins are catabolized (broken down). Protein synthesis continues regardless of dietary protein intake, fueled by the recycling of body protein-amino acids, and with adaptation to dietary supply. The kinetics of absorption and distribution of amino acids from dietary proteins is such that there is an ample supply of amino acids, over the time course of days, i.e., many meals, to balance out the amino acids provided in a single meal, and more so for any single food".

47.     The concept expressed by Dr. Wallingford that "protein synthesis continues regardless of dietary protein intake, fueled by the recycling of body protein-amino acids, and with adaptation to dietary supply" implies that consumption of dietary protein is not necessary to maintain protein homeostasis in the body.  Dr. Wallingford's opinion directly contradicts well-established nutritional science.  It has been recognized for more than 100 years that maintenance of healthy protein homeostasis in the body requires the daily consumption of dietary protein (0.8 g protein/kg body weight/day).  There are also requirements for the daily consumption of the 9 amino acids (essential amino acids, EAAs) that are components of body proteins that cannot be produced in the body.  The requirement for dietary protein and EAAs reflects the fact that there is no "body pool" of amino acids that can be drawn upon to compensate for inadequate protein and EAA consumption without adverse physiological effects. Chronic failure to meet dietary protein and EAA requirements leads to kwashiorkor, characterized by severe depletion of the body protein.

48.     The opinion of Dr. Wallingford that dietary protein is not required to maintain protein balance in the body is inconsistent with the labelling of Dave's Killer Bread with the

claim of an exaggerated amount of functional protein.  If there is no requirement for dietary protein there is no reason to make claims regarding the amount of protein in the product.

49.     The process of protein synthesis throughout the body is indeed a continuous process and the breakdown of body proteins also occurs continuously.  Importantly, however, Dr. Wallingford neglects to mention that protein homeostasis in the body is dependent on the rates of protein synthesis and breakdown being matched over the course of the day.  Body protein will be lost if the rate of protein breakdown exceeds the rate of protein synthesis.

50.     Dr. Wallingford opines that there is no reason to worry about the amount or nature of dietary protein consumption on a meal by meal or even daily basis, as the body's "pool" of amino acids is adequate to provide the needed precursors for protein synthesis.   Dr. Wallingford fails to mention that this "pool" of amino acids in the body that can be used to support protein synthesis is in the form of body proteins.  Amino acids in body proteins can only become available to support protein synthesis by the breakdown of those proteins. While amino acids derived from protein breakdown can support protein synthesis to some extent, the rate of protein synthesis cannot match the rate of protein breakdown in the absence of protein consumption because about 20% of EAAs released by protein breakdown are oxidized and thus unavailable as precursors for protein synthesis.  As a result, the rate of protein breakdown exceeds the rate of synthesis by about 20% in the absence of dietary intake. When the rate of protein breakdown exceeds the rate of protein synthesis there is a progressive loss of body proteins. Dietary protein and EAA requirements are based on the amounts needed to balance the rates of protein synthesis and breakdown. Dietary EAAs are conventionally consumed in the form of dietary proteins.

51.     Dr. Wallingford opines that "the kinetics of absorption and distribution of amino acids from dietary proteins is such that there is an ample supply of amino acids, over the time course of days, i.e., many meals, to balance out the amino acids provided in a single meal, and more so for any single food".

11
Declaration of Robert Wolfe

52.    Dietary proteins vary widely in terms of EAA content, the profile of EAAs, and digestibility.  Consequently, approaches for quantifying *protein quality* based on these factors has become commonplace as tools with which to evaluate the nutritional value of a single dietary protein or combination of proteins.   The Protein Digestible Corrected Amino Acid Score (PDCASS) is the most commonly used instrument with which to score dietary protein quality. The notion expressed by Dr. Wallingford that everything will be balanced over time is incorrect and directly conflicts with the widely accepted premise underlying PDCAA as a means to score protein quality.  The overview provided above (paragraphs 9-15) explains why all EAAs must be available at the same time to produce intact body proteins

53.    Dr. Wallingford opines that numerous authorities including FDA and academic leaders recognize that the protein digestibility-corrected amino acid score ("PDCAAS") scoring system is limited to the individual food and does not consider the available amino acids (i) already in the body, (ii) available from other foods being consumed in the same meal, or (iii) available from other foods being consumed in the relatively near future (e.g., within the same day). In reality, food (and specifically bread products like sandwich bread) is consumed with other foods that enable utilization of the protein from the bread, such that the PDCAAS underestimates the nutritional value of the protein being delivered by the bread.

54.    PDCAAS is designed to quantify dietary protein quality and does not claim to assess amino acids in the body protein or other foods that may or may not be eaten in the future. However, contrary to the statement of Dr. Wallingford, PDCAAS can be  it is possible to score the protein quality of a meal containing a mixture of dietary proteins. He has in fact provided several examples of PDCAASs calculated for mixtures of dietary proteins eaten contemporaneously.

55.    Most importantly, PDCAAS is widely accepted as the current standard by which protein quality should be scored.

Declaration of Robert Wolfe

56.     Dr. Wallingford opines that intake of a food that contains a dietary incomplete protein does not 'shut down' protein synthesis, resulting in the wasting of those non-limiting amino acids. Amino acids from body protein provide the predominant substrate for protein synthesis, and the body pool of protein is orders of magnitude larger than dietary protein. Also, the body adapts when the dietary intake of any essential amino acid is deficient for a prolonged period of time, e.g., weeks, to preserve the amino acid.

57.     Dr. Wallingford fails to appreciate the way in which proteins are produced in the body from dietary amino acids.  As described above (paragraphs 9-15), each protein produced in the body is composed of a string of amino acid components bonded in a specific order dictated by the mRNA.  Once started, translation of the mRNA into a chain of amino acids will continue until the new protein is produced.  However, if during the process of the translation of the mRNA code the next amino acid to be joined to the growing chain of amino acids is an amino acid that is not available in the cell, the process of synthesis will stop, the protein will not be produced, and the partially- completed chain of amino acids will be degraded. In this case, the amino acid that is not available in an adequate quantity is referred to as the limiting amino acid. Amino acids provided in amounts greater than the limiting amino acids cannot be incorporated into protein because of the insufficient amount of the limiting amino acid.  It is for this reason that protein quality as defined by PDCAAS is scored on the basis of the amount of the limiting amino acid available for protein synthesis in the dietary protein.

58.     The amino acids that support protein synthesis can be derived, in part, from protein breakdown.  In addition, 11 of the 20 amino acids comprising body proteins can be produced in the body.  However, endogenous sources of amino acids released in the process of protein breakdown can never provide availability of all the amino acids required for protein synthesis to balance or exceed the rate of breakdown because there is an obligatory oxidation of a certain amount of every EAA.  Oxidation refers to the irreversible degradation of amino acids that requires oxygen and results in the production of the waste products of carbon dioxide, urea

Declaration of Robert Wolfe

and ammonia. If a dietary protein is deficient in one or more EAA, amino acids derived from protein breakdown can potentially be utilized to maintain protein synthesis to some extent, but those EAAs are made available at the expense of the breakdown of body protein, thereby undermining the nutritional goal of maintaining the protein homeostasis throughout the body.

59.     The minimal role of EAAs from protein breakdown of body protein in supporting the metabolic response to consumption of dietary protein is proven by the fact that the rate of protein synthesis is stimulated an amount directly related to the amount and profiles of EAAs consumed. Thus, not only have guidelines been developed for the total amount of dietary protein that is required to avoid symptoms of deficiency (the recommended dietary allowance, "RDA," of protein), but RDAs for each individual EAA have also been developed.

60.     Dr. Wallingford opines that the PDCAAS method uses a reference pattern of essential amino acids that reflects the nutritional requirements for a young child (age 2-4 years) that are higher, and sometimes substantially higher, than the requirements for adults. Thus, for this reason as well, the PDCAAS method does not accurately predict (i.e., underestimates) the protein quality of foods for many individuals.

61.     The amino acid scoring pattern for PDCAAS is predicated on dietary requirements for EAAS. These requirements decrease with advancing age up to 18 years. While Dr. Wallingford is correct that the PDCAAS score would be higher if the EAA requirements for 18 year olds were used to calculate current PDCAAS values, so too would the scores be higher for high- quality proteins. Relative differences in protein quality between dietary proteins would not be changed by using lower EAA requirement values.

62.     Dr. Wallington opines and presents examples of how a mixture of high-quality proteins combined with wheat protein can produce a "high quality" protein source with a PDCAAS of 100%. Further, he opines that if a combination of three protein food sources are combined and the resulting mixture has a PDCAAS of 100%, the full amount of protein from each individual food is "available" under the PDCAAS method.

63.     As a preliminary matter, whether the DKB products are combined with other foods does not affect the PDCAAS that would be used to calculate the amount of functional protein in the DKB product. Put differently, regardless of what consumers eat with their DKB products, the DKB product label reporting the %DV for protein calculated based on PDCAAS would remain the same.

64.     Even so, Dr. Wallingford's reasoning is flawed. The premise that the PDCAAS of bread is dependent on the nature and amount of what else is consumed with bread, either concurrently or at some time in the future, is not only an incorrect interpretation of PDCAAS, but completely illogical.  One might argue that calculation of PDCAAS of breakfast cereal could reasonably include the contribution of milk, since cereal is conventionally eaten with milk. However, if such an approach were to be used to calculate PDCAAS, the resulting value would not be the PDCAAS of cereal but of the mixture of cereal plus milk.  Even this simple example is complicated by the fact that the PDCAAS of the combination of cereal plus milk would depend on the amounts of each protein food source. The combination of cereal and milk will have a PDCAAS that is lower than milk alone.  The extent to which the PDCAAS of milk is reduced by combination with cereal is dependent on the amount of each protein food source in the mixture

65.     The example of the combination of milk plus cereal is much less complicated than the examples provided by Dr. Wallingford in which protein food sources are combined with bread.   There are any number of protein food sources that may be eaten with bread.  The examples provided by Dr. Wallingford are when a protein food source with a PDCAAS of 100% is added to bread.  There is a wide range of foods that might be eaten with bread, as well as bread being consumed by itself. While Dr. Wallingford provides some examples of cases in which the PDCAAS of the combination of bread plus the food eaten with bread is increased, many conventionally used combinations involve protein food sources that would not increase the PDCAAS above the value for bread.   For example, "avo toast" is a trendy menu item in which smashed avocado is spread on bread.   The PDCASS of avocado protein is 49% as compared to

Declaration of Robert Wolfe

57% for wheat protein. Avo toast thus has a lower PDCAAS than the bread alone, and the combination of avocado protein and wheat protein has a lower PDCAAS than bread alone. A further complication arises when the limiting amino acid is the same for bread and what is added to the bread. For example, almond butter spread on bread is popular, as apparent from Defendants' marketing.[10] The PDCAAS for almond butter and wheat protein the same (57%), and lysine is the limiting amino acid in both foods. Thus, the addition of almond butter to bread does not result in a PDCAAS that is any different than the PDCAAS of bread alone.

66.    Most importantly, whether or not a food source added to bread results in a combination with a higher PDCAAS than bread alone, the PDCAAS of bread alone remains the same. Further, combining bread with a high-quality protein food source that increases the PDCAAS does not mean that all the amino acids in the mixture are utilized for protein synthesis. A PDCAAS of 100% means that eating 0.66 g of that mixture of protein per kg body weight per day would provide all the EAAs needed to meet the dietary requirement for the limiting EAA.


## VII.    RESERVATION OF RIGHTS

My testimony is based upon the information and data presently available to me. Additional, different, and/or updated data may be obtained in advance of trial. I therefore reserve the right to amend or modify my testimony.

---

[10] *See, e.g.*, FLO_00003682-FLO_00003683; FLO_00008468-FLO_00008469 (summarizing media featuring Dave's Killer Bread and featuring DKB bread with almond butter among the mentions).

Declaration of Robert Wolfe

VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and believe, and that this declaration was executed at Mangawhai Heads, New Zealand, this 20th day of May

_/s/Robert Wolfe_____

Robert Wolfe

May 20, 2025

**CURRICULUM VITAE**

**Robert R. Wolfe**
Donald W. Reynolds Institute on Aging
Professor, Department of Geriatrics
Director, Center for Translational Research in Aging and Longevity
Vice-Chairman for Research, Geriatrics
Jane and Edward Warmack Chair in Nutritional Longevity
University of Arkansas for Medical Sciences
4301 West Markham Street, Slot 806, Little Rock, AR 72205-7199
Phone: 501-526-5708; Fax: 501-526-5710
Email: rwolfe2@uams.edu or rrw2@live.com

**BIOGRAPHICAL:** Birthplace:      Oakland, CA, USA
                 Date of Birth:   December 10, 1946

**EDUCATION:** 1969  Zoology      B.S.       University of California, Berkeley, CA
             1974  Physiology   Ph.D.     University of California, Santa Barbara, CA
             1976  Metabolism  Postdoc   Louisiana State Univ Med Center, New Orleans, LA

**PROFESSIONAL and TEACHING EXPERIENCE:**

| | |
|---|---|
| 1974-1976 | N.I.H. Postdoctoral Fellow, Physiology, Louisiana State University, New Orleans, LA. |
| 1976-1980 | Assistant Professor, Surgery, Harvard Medical School; Shriners Burns Hospital, Boston, MA |
| 1980-1983 | Associate Professor, Surgery, Harvard Medical School; Shriners Burns Hospital, Boston, MA |
| 1983-1986 | Associate Professor, Surgery, Anesthesiology, University of Texas Medical Branch, Galveston, TX |
| 1983-2006 | Chief, Metabolism Unit, Shriners Hospitals for Children, Galveston, TX |
| 1986-2005 | Professor, Anesthesiology, University of Texas Medical Branch, Galveston, TX |
| 1986-2006 | Professor, Surgery, University of Texas Medical Branch, Galveston, TX |
| 2003-2006 | John H. Sealy Distinguished Chair in Clinical Research, University of Texas Medical Branch, Galveston, TX |
| 2006-Present | Professor, Geriatrics, University of Arkansas for Medical Sciences, Donald W. Reynolds Institute on Aging, Little Rock, AR |
| 2006-Present | Director, Center for Translational Research in Aging and Longevity, University of Arkansas for Medical Sciences, Donald W. Reynolds Institute on Aging, Little Rock, AR |
| 2008-2010 | Chief Scientific Officer, Healthspan Solutions, LLC |
| 2010-Present | Jane and Edward Warmack Chair in Nutritional Longevity, University of Arkansas for Medical Sciences, Little Rock, AR |
| 2013-Present | Vice-Chairman for Research, Geriatrics, University of Arkansas for Medical Sciences, Donald W. Reynolds Institute on Aging, Little Rock, AR |

**HONORS and AWARDS:**

| | |
|---|---|
| 1964-1968 | Benjamin Ide Wheeler Scholar Award, U.C. Berkeley |
| 1978-1983 | Research Career Development Award (N.I.H.) |
| 1987 | Distinguished Faculty Research Award, University of Texas Medical Branch |
| 1990 | Joe Berry Memorial Lecture - International Endotoxin Society |
| 1996 | Robert H. Herman Memorial Award, American Society of Clinical Nutrition |
| 1999 | Presidential Lecture, American College of Sports Medicine |
| 2007 | Hippocrates Lecture, Cachexia Society |
| 2010 | Sydney and JC Huffines Institute Lecture, Texas A&M University |
| 2011 | Berman-Zech Award for Outstanding Research in Protein Metabolism. Kinmet Society |
| 2014 | Honorary Member, European Society of Parenteral and Enteral Nutrition |
| 2013 | President's Professor, Center for Alaska Native Health Research, Institute for Arctic Biology, University of Alaska-Fairbanks |
| 2015 | American Society of Parenteral and Enteral Nutrition. Dudrick Research Award |
| 2015 | Peter B Raven Lecture, American College of Sports Medicine |
| 2015 | Roger Harris Keynote Lecture, International Society of Sports Nutrition |

2016   University of Alaska Fairbanks. University Professor Lecture
2016   Massey University, Palmerston North, New Zealand. Distinguished Visitor Lecture
2017   Sir David Cuthbertson Award, European Society of Parenteral and Enteral Nutrition

**RESEARCH ACTIVITIES:**
**A. Interests**
   Metabolism; Tracer Techniques; Response to Stress, Nutrition, Aging

**B. Grant Support**
**Ongoing Research**
07/01/2023-06/30/2025   R44 DK135312 National Institutes of Health
PI: Wolfe
Treatment of Pediatric Hepatic Steatosis with Amino Acids.
Goals: 1). We will investigate the hypothesis that 8 weeks of treatment with AMS2392 will reduce liver fat in youths with HS. 2). We propose that secondary end points of liver stiffness, body composition, insulin sensitivity, and plasma concentrations of very-low density triglycerides (VLDL-TG), alanine transaminase (ALT), ApoB100, creatinine and insulin sensitivity will also be improved in the group receiving AMS2392 as compared to placebo.

01/10/2022-09/30/2024   Human Nutrition-2150 National Cattlemen's Beef Association (NCBA).
PI: David D Church, (Role-Co-Investigator)
Role of beef in time restricted dietary patterns.
Goals: To assess 24- hour protein kinetics at two different levels of protein intake: 0.8 and 1.6 g/kg/day during a normal dietary (TRAD) and a time restricted feeding (TRF) pattern in older adults.

01/01/2023-12/31/2025   Human Nutrition-2117 National Cattlemen's Beef Association (NCBA).
PI: Robert R. Wolfe
*Effects of beef consumption on skeletal muscle protein homeostasis and inflammatory factors in postmenopausal women.*
Goals: 1) compare the effects of beef as the major dietary source of protein, to a diet featuring plant-based protein sources on muscle protein and whole-body protein kinetics in normal/overweight and obese post-menopausal women. 2) compare the effects of beef as the primary source of dietary protein with a diet containing plant-based protein sources on skeletal muscle inflammatory markers in normal/overweight and obese post-menopausal women.

**Completed Research**
1975-1976  NIH HL-07098: Research Fellowship
1976-1978  American Diabetes Association: Analysis of Glucose Kinetics Using Stable Isotopic Tracers
1976-1983  NIH GM-21700: Metabolic Response to Burn Injury
1978-1983  NIH GM-00455: Research Career Development Award
1979-1983  NIH HD-13590: Assessment of Optimal Dietary Therapy in Obese Adolescents
1981-1987  Shriners Hospitals (5856): Sympathetic Nervous System in Burn Injury
1984-1986  Department of Defense (DAMD 17-87C-7030): Pharmacological Sparing of Protein in Burn Injury
1985-1987  Shriners Hospitals (15865): Effect of Dietary Protein Intake on Protein Kinetics
1987-1989  Shriners Hospitals (15882): Assessment of Substrate Kinetic Analysis Using Tracers
1987-1990  Shriners Hospitals (15881): Relationship between Amino Acid Kinetics and Urea
1987-1990  Department of Defense (DAMD 17-87C-7030): Pharmacological Sparing of Protein in Burn Injury
1989-1991  NIH GM-41089: Energy Expenditure in Burned Patients
1989-1992  NIH DK-37484: Assessment of Substrate Kinetic Analysis Using Tracers
1993-1994  Shriners Hospitals (18574): Metabolic Response to Tumor Necrosis Factor
1993-1995  NASA: Protein Turnover during Space Flight
1994    Shriners Hospitals (15895): Symposia on Modeling in Metabolism
1994    US Olympic Committee: Interactive Effects of Swim and Resistance Training on Muscle Protein Metabolism
1994    NSF, NIH, Whitaker Foundation Grants to support IFAC Symposium on Modeling in Biomedicine
1983-2000  NIH R01 DK33952: Glucose Metabolism in Septic Patients

May 20, 2025

| | |
|---|---|
| 1987-2004 | NIH R01 DK38010: Effects of Exercise on Protein Metabolism in Humans |
| 1993-2004 | NIH R01 DK46017: Exercise, Lipolysis, and Fat Oxidation |
| 1998-2004 | NIH R01 AG15780: Muscle Protein Metabolism and Nutrition in the Elderly |
| 2001-2004 | NSBRI Skeletal Muscle Response to Bed Rest and Cortisol Induced Stress |
| 2002-2004 | Shriners Hospitals for Children (8790): Insulin and Wound Healing |
| 1999-2005 | NIH/NIA P60 AG17231: UTMB Claude Pepper Older Americans Independent Center: Exercise, Amino Acids and Muscle Metabolism IDS-1 |
| 2000-2005 | NIH P50 GM60338: Assessment of Anabolic Agents/Exercise in Burned Children: Nutritional Stimulation of Muscle Protein Synthesis, Project 3 |
| 2004-2006 | Moody Foundation 03-04: Amino Acid Alteration in Traumatic Brain Injury |
| 2005-2006 | Diary Management Inc.: Dose-dependent Effects of Whey Protein on Muscle Protein Synthesis |
| 1983-2006 | Shriners Hospitals for Children (8490): Special Shared Facility: Mass Spectrometry Core |
| 2005-2006 | NIH P30 AG 024832: UTMB Claude Pepper Older Americans Independence Center - Metabolism Research Core E |
| 2005-2006 | NIH P50 GM 060338: Assessment of Anabolic Agents/Exercise in Burned Children Beta Adrenergic Blockade and Insulin Sensitivity. |
| 2006-2007 | National Cattlemen's Beef Association: The Role of Beef in Reduced Calorie Diets: Mechanisms of Regulation of Skeletal Muscle Protein Metabolism |
| 2007-2007 | Novartis Medical Nutrition/Research and Development: Development of Nutritional Products for the Elderly: D0132181 Protocol 1: Impact of Altered Serum Amino Acid Profiles on Clinical Outcomes |
| 2007-2008 | Glanbia Nutritionals, Inc, Pilot Study: Dose Response to Peptide Mixture Enriched with Branched Chain Amino Acids |
| 2002-2008 | NIH/NIAMS NGA AR-49038: Amino Acids and Muscle Protein Synthesis |
| 2007-2009 | Novartis Medical Nutrition/Research and Development: Development of Nutritional Products for the Elderly D0132108 Protocol 2: The Effect of Frequent EAA Ingestion on Resting Energy Expenditure and 24-hour Muscle Protein Synthesis |
| 2007-2009 | Novartis Medical Nutrition/Research and Development: Development of Nutritional Products for the Elderly D0133818 Protocol 3. Use of Dietary Nucleotides to Stimulate tRNA Synthesis for Enhanced Protein Synthesis in Chronic Wasting of Elderly |
| 2004-2009 | NIH AG 023591: Bed Rest and Aging Program Project: Analytical Core B |
| 2004-2009 | NIH AG 023591: Bed Rest and Aging Program Project: Tissue Lipids and Insulin Resistance Project 4 |
| 2004-2009 | NSBRI NPFR 00403: Nutritional Countermeasures to Ameliorate Muscle Loss and Function |
| 2007-2010 | Numico Research, BV-CT 100149: Effects of Nutritional Supplement on Acute Skeletal Muscle Protein Synthesis in Cancer Patients |
| 2007-2010 | Glanbia Nutritionals, Inc; Outcome Study: Reversal of Sarcopenia with a New Mixture of Enriched Peptides |
| 2008-2012 | NIH 1R01GM084447: Optimal Amino Acid Nutrition in Sepsis |
| 2009-2010 | Danone Research Centre for Specialised Nutrition: SPA.1.C/A Spector |
| 2009-2011 | NIH 1RC2GM092277 National Institutes of Health: Stable Isotope Analytical Core for Studies in Human Metabolism |
| 2009-2011 | Abbott Laboratories: Evaluation of AN77 on Elderly Subjects during Bed Rest and Recovery (BK37) |
| 2009-2012 | NIH 1R01HL095903-01A1: Eicosapentaenoic Acid and Protein Modulation |
| 2010-2012 | American Institute for Cancer Research: Effects of Essential Amino Acid Intake on Skeletal Muscle Protein Synthesis in Weight-losing Non-small Cell Lung Cancer. |
| 2011-2012 | National Cattlemen's Beef Association: Nutrient Synergy in Beef and Muscle Protein Synthesis and Breakdown in Elderly |
| 2011-2012 | Abbott Laboratories: Comparison of Medical Nutritional Supplements with or without AN77 in Elderly Men (BK96) |
| 2011-2012 | 1050-National Dairy Council/Diary Research Institute: Effect of Dietary Protein Intake on Skeletal Muscle in Older Individuals |
| 2008-2012 | NIH GM 084447: Optimal Amino Acid Nutrition in Sepsis |
| 2012-2013 | TRI/CTSA: Lysine Supplementation and Glucose Metabolism |

3

| 2009-2014 | NIH 5R25DK082376: Training in Isotopic Techniques for Metabolic Research (Case Western), Role: Course Director |
| 1984-2014 | NIH DK 034817: Substrate Cycling in Energy Metabolism |
| 2012-2014 | Dairy Nutrition Board: Dairy Macronutrient Effects on the Metabolic System, (Role: Co-Investigator) |
| 2013-2014 | Baxter Healthcare Corporation: Determination of the Optimal Infusion Rate of Amino Acids in Seriously Ill Patients. |
| 2013-2014 | National Cattlemen's Beef Association: Is There a Maximal Anabolic Response to Beef Intake? |
| 2013-2015 | Dairy Nutrition Board, Egg Nutrition Center, and National Cattlemen's Beef Association: Effect of Dietary Protein Intake Distribution on Protein Metabolism and Skeletal Muscle (Role: Co-Investigator) |
| 2014-2016 | Abbott Nutrition: (BL20) Evaluation of a complete oral nutritional supplement, with or without AN777, on lean body mass in healthy older subjects during bed rest and recovery. |
| 2015-2017 | NIH 1R43AG051298: Muscle preservation during weight loss in older, overweight individuals. |
| 2016-2017 | Vanderbilt University: Isotope Tracer Methodology. (Role: Co-Instructor) |
| 2015-2017 | NIH KL2TR000063 TRI Mentored Training Grant. Amino acid supplementation for improved physical function in geriatric heart failure patients. (Role: Mentor) |
| 2017-2018 | National Cattlemen's Beef Association. Are "Ounce-equivalents: in the protein foods groups really equal? |
| 2017-2018 | NIH 5U24DK076169-12 Vanderbilt University. Stable Isotope Tracer Methodology Course-T-10. (Role: Consortium Co-I) |
| 2011-2018 | NIH/NIA P30AG028718: Arkansas Claude Pepper Older Americans Independence Center at UAMS (Roles: LAC Core Co Leader; RC3 Core Leader). |
| 2017-2018 | NIH 1P20GM109096 Center for Childhood Obesity Prevention (Role: Mentor) |
| 2018-2019 | UAAg/UAMS Nutrition Pilot Award (PI: Baum; Role: Co-I) Amino acid regulation of muscle protein synthesis through tRNA charging during aging. |
| 2017-2020 | NIH 2R42AG050375 Nutritional Therapy in Elderly with Heart Failure (Phase 2) (Role: PI). |
| 2018-2019 | RM 20305 Massey University. Hayward kiwifruit for protein digestion in elderly. (Role: Consortium PI) |
| 2018-2019 | 00009779 University California Berkeley. Effects of Fortetropin on skeletal muscle protein fractional synthetic rate in older men and women. (Role: Consortium PI) |
| 2016-2020 | NIH 1P20GM109096 (PI: Weber, JL) Center for Childhood Obesity Prevention. (Role: Mentor) |
| 2018-2020 | NIH DK11362 Vanderbilt University. Training in isotopic techniques for metabolic research (McGuinnes) (Role: Consortium Co-I) |
| 2016-2021 | NIH/NIDDK R01DK107516 Phenotypic and metabolic characteristics in early childhood leading to obesity. (Co-PIs: Andres & Borsheim) (Role: Co-Investigator) |
| 2017-2023 | NIH R01HL135483-A1 Lipolysis during sleep and cardiometabolic consequences of sleep apnea. (PI: Jun, J) (Role: Co-Investigator) |
| 2022-2023 | National Cattlemen's Beef Association (NCBA) Role of the protein matrix in anabolic response to ground beef patty as opposed to the impossible (vegetarian) burger. (PI: Robert R Wolfe) |
| 2018-2023 | W81XWH11820021 US Army Medical Research Acquisition Activity (USAMRAA). Warfighter Recovery Nutrition: Optimizing protein quality, quantity, and combat ration delivery systems. (PI: Ferrando, AA, (Role: Co-Investigator) |
| 2020-2024 | 1R44DK125151-01 National Institutes of Health. Nutritional stimulation of muscle protein synthesis and metabolic rate after bariatric surgery. |

**COMMITTEE and OTHER RESPONSIBILITIES:**

| 1979 | N.I.H. Advisory Committee for Funding of Nutritional Research |
| 1980 | Washington, D.C. (Training Grants in Nutrition) |
| 1980 | Washington, D.C. (Instrumentation Grants for Determining $^{13}CO_2$ Enrichments) |
| 1980 | Washington University - St. Louis, MO (Training Grant in Trauma) |
| 1980-1981 | Program Committee - Shock Society |
| 1981 | Meeting Organizer - Shock Society |
| 1981 | M.D. Anderson - Houston, TX (Cancer Center Grant) |
| 1981-1983 | Program Committee - American Burn Association |

| 1982 | United States Department of Agriculture - Aging Institute Advisory Committee on Use of Stable Isotopes in Metabolic Research |
| --- | --- |
| 1982 | Albany Medical College - Albany, NY (Trauma Center Grant) |
| 1982 | San Francisco, CA (Trauma Center Grant) |
| 1982 | University of Pennsylvania (Clinical Research Center) |
| 1982-1983 | Program Committee - American Society of Parenteral and Enteral Nutrition |
| 1983 | Veterans Administration - Merit Review Board - Endocrinology |
| 1983 | NIA-MDD - Special Advisory Group on Nutrition Research in Home Total Parenteral Nutrition Patients |
| 1983 | Outside Reviewer for Environmental and Applied Physiology Study Section |
| 1983 | University of Minnesota (Transplant Center Grant) |
| 1983 | University of Maryland (Trauma Center Grant) |
| 1983-1984 | Public Information Committee - American Physiological Society |
| 1983-1985 | Scientific Advisory Committee - American Society of Parenteral and Enteral Nutrition |
| 1984 | Special Study Section on Energy Metabolism |
| 1984 | University of Colorado Medical School, Denver, CO (Metabolism of Lactation Study Section) |
| 1984 | University of Illinois (Center Grant on Shock) |
| 1984 | Loyola University Medical Center, New Orleans, LA (Program Project Grant on Endotoxemia) |
| 1984-1987 | Shock Society Council |
| 1984-1991 | Tracer Methodology Working Group, F.A.S.E.B. - Chairman |
| 1985 | Veterans Administration - Merit Review Board - Endocrinology |
| 1985 | National Science Foundation Review Committee |
| 1985 | U.S. Alabama (Training Grant) |
| 1985 | Outside Consultant, Surgery, Anesthesia and Trauma Study Section |
| 1985 | Baptist Medical Centers, Birmingham, AL (Trauma Center) |
| 1985 | Brown University, Providence, RI (Diabetes Center) |
| 1985 | Surgery, Anesthesia and Trauma Study Section - Special Member |
| 1985-1987 | Committee on Subspecialty Training - American Society of Clinical Nutrition |
| 1985 | Ad Hoc Reviewer - Medical Research Council of New Zealand |
| 1986 | March of Dimes - Grant Review Committee |
| 1986-1990 | Surgery, Anesthesia and Trauma Study Section - Regular Member |
| 1987 | Child Health and Development Special Study Section |
| 1987-1989 | Experimental Therapeutics Special Study Section (Chairman) |
| 1989 | National Academy of Science - Advisory Committee for Movie on Physiological Research |
| 1989 | University of Washington, Seattle, WA (Review of SAAM Support Program) |
| 1989-1990 | Abstract Review Committee - American Society of Anesthesiology |
| 1989-1992 | Committee on Research Review - American Diabetes Association |
| 1989-1993 | University of California at Los Angeles - Clinical Research Center - Comparative Nutrition Research Unit -Advisory Committee |
| 1990 | Research Committee - American Burn Association |
| 1990 | American Society of Parenteral and Enteral Nutrition - Committee on Parenteral Nutrition |
| 1990 | Washington University, St. Louis, MO - (Review of Mass Spectrometry Center) |
| 1990 | University of Colorado Medical Center, Denver, CO (Pediatric Research Center - Center Grant Review) |
| 1990 | University of Texas Medical School, Houston, TX (Clinical Research Center) |
| 1990-1991 | Publication Committee - Shock Society (Chairman) |
| 1990-1992 | Abstract Review Committee - American Diabetes Association |
| 1991 | NASA Advisory Committee (To Determine Nutritional Requirements for a Space Station) |
| 1991 | Medical Research Council of Canada - Regular Member of Metabolism and Nutrition Study Section |
| 1991 | Temple University, Philadelphia, PA (Review of Clinical Research Center) |
| 1992-1994 | Life Science Research Office (FASEB) Committee on Determining the Caloric Value of Polyols |
| 1993 | NASA-EDOMP Biomedical Physiological Discipline Implementation Team |
| 1993 | American College of Chest Physicians Consensus Committee on Nutrition in the Intensive Care Unit |

| 1993-1994 | Chairman, National Program Committee of International Federation of Automatic Control Symposium on Modeling in Biomedicine Organizer of International Congress |
| 1994 | Baylor University, Houston, TX (Clinical Research Center) |
| 1994-1997 | Steering Committee of Modeling and Control in Biomedical Systems Symposium series |
| 1996 | Clinical Research Center Study Section (ad hoc) |
| 1996 | Metabolism Study Section, ad hoc review |
| 1996 | Special Study Section on Aging and Hormone Replacement (Chairman) |
| 1997 | Special Study Section, Clinical Nutrition Research Units |
| 1999 | Advisory Committee, NASA/NSBRI, Nutrition, Physical Fitness and Rapid Rehabilitation |
| 1999 | NIGMS/NIDKK – Metabolism in the Next Millennium, Advisory Committee |
| 1999 | Special Study Section, Geriatrics and Rehabilitative Medicine |
| 1999 | Metabolism Study Section, Ad Hoc Member |
| 1999 | Organizing Committee, 11th International Conference on Biochemistry of Exercise |
| 2000 | Clinical Research Center Review, University Vermont Med School |
| 2000 | Metabolism Study Section, Ad Hoc Member |
| 2000 | Special Emphasis Panel on Bioengineering Partnership (Chairman) |
| 2000 | Special Panel on Training in Aging Research |
| 2000-2004 | University Colorado Medical School Clinical Nutrition Research Unit, Advisory Committee |
| 2001 | The Wellcome Trust, London, UK. Wellcome Research Training Fellowship (Reviewer) |
| 2001 | NIH Special Study Section on Training Grants |
| 2001 | Metabolism Study Section, Ad Hoc Member |
| 2001-2004 | NASA/NSBRI Working Group on Standardized Flight Data Collection |
| 2002 | United States Anti-Doping Agency. Grant Review |
| 2002 | Non-Government Organization to Manage Use of International Space Station, Rice University, Houston, TX |
| 2002 | FASEB Committee on Federal Funding/NASA |
| 2002 | Review Committee, Dutch Diabetes Association |
| 2002 | Special Study Section on SBIR Grants |
| 2002 | Metabolism Study Section, Ad Hoc Member |
| 2002 | Special Study Section on Research Fellowship |
| 2003-2004 | Advisory Committee, C.N.R.U., University of Colorado Medical School |
| 2005 | Clinical Nutrition Research Unit Study Section |
| 2005-pres | NIH Special Study Sections |
| 2010 | FDA GRAS evaluation of Hydroxymethylbutyrate |
| 2011 | NIDDK Special Study Section on Diabetes |
| 2011 | NCRR Biotechnology Research Centers Study Section |
| 2011 | World Health Organization/Food and Agriculture Organization Consultation on Protein Quality. |
| 2012 | Food and Dietary Supplements Division, US Pharmacopeia. Arginine expert review panel. |
| 2013 | Advisory Committee, Metabalomics Center, Mayo Clinic, Rochester, MN |
| 2020-pres | Member, Special Review Panel. Endocrinology, Metabolism, Nutrition and Reproductive Sciences, National Institutes of Health |
| 2021 | National Scientific Advisory Committee, National Federation for Aging Research. |
| 2021 | Member, Special Review Panel, National Institute on Aging |

## TEACHING RESPONSIBILITIES

| 1990-2020 | Annual MMPC Course: Isotope Tracers in Metabolic Research: Principles and Practice of Kinetic Analysis |

**Graduate Students:** (year completed/degree)

| 1994 | Ph.D. | Labros Sidossis / Thesis Title: Regulation of Fatty Acid Oxidation at Rest and During Exercise |
| 1995 | Ph.D. | Yoichi Sakurai / Thesis Title: Metabolic Effects of Tumor Necrosis Factor, Insulin, and Insulin-Like Growth Factor-I on Substrate and Protein Kinetics |
| 1995 | Ph.D. | Amalia Gastadelli / Thesis Title: Applications of Stable Isotope Tracers and Mathematical Modeling in Metabolic Research |
| 1995 | Ph.D. | Bradley Williams / Thesis Title: The Use of Stable Isotope Tracers in Determining Amino Acid and Carbohydrate Interaction at Rest and During Exercise |

6

1995  Ph.D.  David Chinkes / Thesis Title: New Methods for Measuring In Vivo Substrate Kinetics at the Tissue Level.
1998  Ph.D.  Bettina Mittendorfer / Thesis Title: Regulation of Glutamine Metabolism in Humans
1998  Ph.D.  Wenjun Martini / Thesis Title: Lung Phosphatidyl Choline Metabolism
2001  Ph.D.  William Durham / Thesis Title: Metabolic-Hemodynamic Interactions in Human Skeletal Muscle
2001  Ph.D.  Catherine Weikart Yeckel / Thesis Title: Skeletal Muscle Trafficking and Oxidation of Fatty Acids: Animal and Human Models
2007  Ph.D.  Melanie Green Cree, M.D. / Thesis Title: The Interaction between Glucose and Fat Metabolism and Insulin Resistance in Trauma and Aging and the Metabolic Effects of Fenofibrate.
2007  Ph.D.  Carwyn Sharp / Thesis Title: The Mechanism of Regulation of Muscle Protein Synthesis by Amino Acids and Insulin.

## ADDITIONAL INFORMATION:
### Editorial Boards
1981–1990  Circulatory Shock
1983–2006  Journal of Burn Care & Rehabilitation
1987–1991  American Journal of Physiology: Endocrinology & Metabolism
1987-1998  Diabetes Care
1989-2001  Journal of Nutritional Biochemistry
1990-2010  Journal of Parenteral and Enteral Nutrition
1991-1994  Associate Editor, American Journal of Physiology: Endocrinology and Metabolism
1992-2001  European Review for Medical and Pharmacological Science
1997-2001  Section Editor, Current Opinion in Clinical Nutrition and Metabolic Care
2000-2006  Editorial Board, American Journal of Physiology

### Journal Referee
American Journal of Clinical Nutrition, American Journal of Physiology, Clinical Science, Journal of American Chemical Society, Journal of Applied Physiology, Journal of Clinical Investigation, Journal of Nutritional Research, Journal of Parenteral Enteral Nutrition, Metabolism, New England Journal of Medicine, Nutrients.

### Invited Symposium Lectures at National and International Meetings
1977  Nutrition in the Hospitalized Patient - Harvard Medical School and Deaconess Hospital (twice per year through 1983)
1978  Nutritional Basic Science Course Director - Sponsored by American Society of Parenteral and Enteral Nutrition
1979  Veterans Administration - Regional Education Center Course on Nutrition in the Hospitalized Patient
1978  Trauma Society - Washington, D.C. - Glucose Metabolism in Trauma
1978  Shock Society - Airlie, VA - Alteration in Insulin Action after Burn Injury
1978  American Society of Parenteral and Enteral Nutrition - Boston, MA - Symposium Chairman on Basic Science - Speaker on the Subject of Energy Metabolism
1979  Shock Society - Williamsburg, VA - Animal Models in Shock Research
1979  N.I.H. Burn Consensus Development Exercises - Invited Speaker on Metabolism
1980  American Society of Parenteral and Enteral Nutrition -San Francisco, CA - Glucose-Fatty Acid Interactions in Vivo
1980  Shock Society - Lake of the Ozarks, MO - Metabolic Response to Sepsis
1980  International Union of Physiologists - Budapest, Germany - Role of Catecholamines in the Metabolic Response to Stress
1980  Ross Conference on Nutritional Assessment - Taos, NM - Stable Isotopes in Nutritional Assessment
1981  F.A.S.E.B. - Atlanta, GA - Application of Stable Isotopes to Metabolic Research
1981  American Burn Association - New Orleans, LA - Determining Energy Requirements of the Burn Patient
1982  Shock Society - Smugglers Notch, VT - Determining Protein Requirements by Means of a New Stable Isotope Technique
1982  Bi-national (Japan & U.S.) Conference on Cellular Mechanisms of Shock - Kona, HI - Energy Metabolism in Stress - The Role of Lipids
1982  Abbott Symposium on Parenteral Nutrition in Pediatrics - Washington, D.C. -Use of Intravenous Lipid Emulsions in TPN

1982    International Conference on Basic Mechanisms and Clinical Management of Shock - Merrillville, IN, Indiana University School of Medicine

1982    <u>Course Director</u>, Recent Advances in Burn Treatment - Harvard Medical School and Massachusetts General Hospital

1983    American Chemical Society - Washington, D.C. - Use of Stable Isotopes in Metabolic Research

1983    F.A.S.E.B. - Chicago, IL - <u>Lipids in Shock</u> - Role of Ketosis on Response to Sepsis

1984    F.A.S.E.B. - St. Louis, MO - Symposium - In Vivo Determination of Protein Turnover Using Primed-Constant Infusion of Amino Acids

1984    International Symposium on the Scientific Basis of the Care of the Critically-Ill - Manchester, England - Dynamic Assessment of Alanine-Glucose-Urea Interactions in Septic Patients

1984    International Symposium on Recent Advances in Critical Care - Frankfurt, West Germany

1984    American Society of Parenteral and Enteral Nutrition - Las Vegas, NV - Nutritional Implications of Substrate Interrelationships

1984    University of Colorado Symposium - Denver, CO - Fetal and Neonatal Nutrition and Metabolism

1984    Ross Conference on Animal Models in Research - Innisburg, FL

1985    National Association of Oil Chemists - Philadelphia, PA - Use of Stable Isotopes and GCMS Analysis to Quantify Fatty Acid Kinetics in Man

1985    International Symposium - Hungarian Physiological Society Jubilee Meeting -Budapest, Hungary - Methods in Shock Research

1985    Southwest University Medical School - Dallas, TX - Symposium on Pediatric Nutrition

1985    Wayne State Medical School - Detroit, MI - Symposium on Nutrition in Hospitalized Patients

1985    4th International Congress on Nutrition and Metabolism in Renal Disease - Williamsburg, VA - Plenary Lecture on Factors Controlling Protein Catabolism

1986    Society of Critical Care Medicine (National Meeting) - Washington, D.C. - Nutrition and Metabolism in Burns

1986    American College of Sports Medicine - Indianapolis, IN - Protein Metabolism in Exercise

1986    N.I.H. and Cystic Fibrosis Society Conference on Nutrition in Cystic Fibrosis - Bethesda, MD

1986    Royal Melbourne Hospital - University of Melbourne, Melbourne, Australia -Glucose Metabolism in Burn Injury

1986    Department of Surgery - Auckland Medical School - Auckland, New Zealand -Glucose and Fatty Acid Metabolism in Critical Illness

1987    International Society of Burn Injury Symposium - Geneva, Switzerland - Substrate Metabolism in Burn Injury

1987    Experimental and Theoretical Analysis of Metabolic Processes. American Society of Microbiology - Flathead Lake, MT - New Thoughts on Quantifying Lactate Kinetics

1987    Departments of Anesthesiology and Metabolism - Mayo Clinic - Rochester, MN - Substrate Cycling in Human Subjects

1988    International Symposium on Modeling and Control in Biomedical Systems - Venice, Italy - Plenary Lecture - The Role of Models in Metabolic Research

1988    International Symposium on Stable Isotopes - Berlin, West Germany - The Use of Stable Isotope in Critically-Ill Patients

1988    European Society of Parenteral and Enteral Nutrition - Leipzig, East Germany - The Role of Substrate Cycles in Energy Metabolism in Humans

1988    University of Tennessee Symposium on Nutritional Support - Knoxville, TN -Metabolism Response of Critically Ill Patients.

1989    Annual Meeting of Finnish Medical Association - Symposium on Diabetes -Helsinki, Finland - Selection of Tracer for Measurement of Glucose Kinetics

1989    American Society of Parenteral and Enteral Nutrition - Miami, FL - Role of Insulin in Controlling Amino Acid Metabolism in Sepsis

1989    International Nutrition Congress - Seoul, Korea - Use of Stable Isotopes to Quantify Substrate Kinetics

1989    Workshop on Quantitative Tracer Methods - Ottawa, Canada - Quantitation of the PEP Substrate Cycle

1989    Canadian Association of Gastroenterology - Kingston, Canada - Approaches to the Measurement of Energy Expenditure

1989    International Symposium on Endocrinology and Metabolism - Hannover, West Germany - Physiological Significance of Substrate Cycling in Humans

1989    International Symposium - Stable Isotopes in Pediatric Nutritional and Metabolism Research - Groningen, The Netherlands - New Advances in Quantitating Intracellular Metabolism

1989    Mathematical Models in Experimental Nutrition: Advances in Amino Acid and Carbohydrate Metabolism - Gatlinburg, TN - Empirical Validation of Mathematical Models

1989    Italian Society of Parenteral & Enteral Nutrition - Rome, Italy - Plenary Lecture 1) Glucose Metabolism in Seriously-Ill Patients and 2) Protein Metabolism in Seriously-Ill Patients

1989    American Society of Anesthesiology, Symposium on Critical Care Medicine -New Orleans, LA - Metabolic Response of Critically-Ill Patients

1990    American Society of Parenteral and Enteral Nutrition - San Antonio, TX - Energy Metabolism in Burn Patients; Mediators of Protein Metabolism; Recent Advances in Carbohydrate Metabolism

1990    Dutch Gastroenterology Society - Amsterdam, The Netherlands - Metabolic Response of Seriously-Ill Patients

1990    American Society of Clinical Nutrition - Washington, D.C. - Effect of Protein Intake on Protein Metabolism in Exercise

1990    International Endotoxin Society - San Diego, CA - Joe Berry Memorial Lecture-Metabolic Response to Endotoxin

1990    European Society of Parenteral and Enteral Nutrition - Athens, Greece - Alternative Carbohydrates for Nutritional Support

1990    N.I.H Advances in Understanding Trauma and Burn Injury - Washington, D.C. - Substrate Cycling in Burn Injury

1990    Cleveland Clinic Foundation - Symposium on Energy Metabolism - Cleveland, OH - Energy Requirements of Burned Children

1991    F.A.S.E.B. - Atlanta, GA - Methodological Problems in Assessing Lactate Metabolism

1991    Energy Metabolism: Tissue Determinants and Cellular Corollaries - Amsterdam, The Netherlands - Isotopic Studies in Man

1991    Second International Conference on Shock - Vienna, Austria - Recent Advances in Muscle Metabolism

1991    International Diabetes Federation Satellite Symposia - Burlington, VT - Diabetes Mellitus and Exercise: New Advances in Stable Isotope Studies

1991    Perspectives in Exercise in Science and Sports Medicine - Bermuda - Relationship Between Substrate Flux and Oxidation in Exercise

1991    Second International Meeting on Pediatric Intensive Care - Padova, Italy -Metabolic Response to Stress

1991    American Society of Parenteral and Enteral Nutrition, Regional Symposium -Davis, CA - Metabolic Basis for Nutritional Support in Critically Ill Patients

1991    United Nations University, International Dietary Energy Consultant Group - Impact of Physical Activity on Protein Metabolism: Nutritional Implications

1992    Tokyo Surgical Society - Toyko, Japan - Metabolic Response of Surgical Patients

1992    Italian Association for the Study of the Liver - Bologna, Italy - Protein Metabolism in Critically Ill Patients

1992    Continuing Education Course: Principles of Tracer Methodology in Metabolic Research (42 hour course) - Squaw Valley, CA

1993    International Symposium: Regulation of Energy Expenditure and Circulation in Response to Nutrients - Copenhagen, Denmark - Determination of Substrate Fluxes and Cycling

1993    Joint Meeting of British and German Biochemical Societies - Dusseldorf, Germany - Physiological Role of Substrate Cycles

1993    Italian Diabetes Association - Rome, Italy - Exercise and Diabetes

1993    Continuing Education Course: Principles of Tracer Methodology in Metabolic Research (42 hour course) - Galveston, TX

1993    Continuing Education Course: Principles of Tracer Methodology in Metabolic Research (42 hour course) - Amsterdam

1994    Metabolic Support of Critically Ill Patients - Vienna, Austria - Metabolism and Nutrition in Sepsis

1994    USDA Symposium on Human Energy - Beltsville, MD - Metabolism, Substrate Metabolism and Muscle Protein Synthesis

1994    9th International Conference on Biochemistry of Exercise - Aberdeen, Scotland  - Triglyceride-Fatty Acid Cycling in Exercise

1995    American Society of Parenteral and Enteral Nutrition - Miami, FL - Regulation of Muscle Protein Synthesis.

1995    Continuing Education Course: Principles of Tracer Methodology in Metabolic Research (42 hour course) - Galveston, TX

1995    National Academy of Science: Conference on Military Nutrition - Washington, DC - Stable Isotope Tracers in Nutrition Research

1995    American College of Sports Medicine - Indianapolis, IN - Muscle Protein Metabolism and Exercise

1995    Biomedical Engineering Society - Boston, MA - Symposium Chairman: Isotopomer Analysis of Metabolic Pathways, Speaker: Fatty Acid Metabolism in Exercise

1996    Amino Acid/Protein Metabolism in Health and Disease:  Nutritional Implications. Padova, Italy. Keynote speaker: Mediators of Protein Catabolism.

1996    International Conference on Fats and Oils. Dallas, TX. Glucose-Fatty Acid Interactions in Normal Man.

1996    Physical Activity, Sport, and Health: International Pre-Olympic Scientific Congress, Dallas, TX. Regulation of Muscle Protein Metabolism.

1996    Metabolism in Physiology and Stress. Amsterdam, The Netherlands. Effects of Bed Rest, With and Without Stress.

1996    NIH Conference on Nutritional Supplements. Washington, DC. Protein Requirements and Exercise.

1997    American Society of Parenteral and Enteral Nutrition. San Francisco, CA. Symposium Organizer: Nutrition in Critical Illness. Speaker: Normal therapy and nutrition.

1997    National Academy of Science, Washington DC. Conference on Military Nutrition. Nutritional requirements of burn patients.

1997    European Society of Parenteral and Enteral Nutrition, Amsterdam, The Netherlands. The role of insulin in controlling substrate metabolism.

1997    Copenhagen Muscle Research Centre Conference, Copenhagen, Denmark. 1) Lipid utilization during exercise: sites of regulation. 2) Integration of carbohydrate lipid and amino acid metabolism during exercise.

1997    $^{13}$C in Metabolic Research Conference, Dallas, TX. $^{13}$C Mass Spectrometry for Metabolic Research.

1997    Experimental Biology and Medicine, New Orleans, LA. Response of muscle protein metabolism to exercise.

1997    International Dietary Energy Consultancy Group, Rome, Italy. Sepsis as a modulator of adaptation to low and high carbohydrate and low and high fat intakes.

1997    In vivo measurement of metabolic processes, Prouts Neck, Maine. Relation of amino acid transmembrane transport to muscle protein synthesis and breakdown.

1998    National Institute of Diabetes and Digestive and Kidney Diseases. Non-alcoholic Steatohepatitis, Washington, DC. Regulation of hepatic fat metabolism.

1998    American College of Sports Medicine, Orlando, Florida. Regulation of fat metabolism during exercise.

1998    Vanderbilt University Clinical Nutrition Research Unit, Nashville, TN. Glucose-fatty acid interactions in humans.

1998    University of Alabama @ Birmingham Nutrition Center, Birmingham, Alabama. Regulation of fat metabolism.

1998    International Symposium on Critical Care Medicine, Trieste, Italy. 1) Energy and substrate metabolism. 2) Carbohydrate and insulin activity under different clinical conditions.

1999    American College of Sports Medicine, Texas Chapter, Houston, TX. Regulation of muscle protein synthesis.

1999    Experimental Biology and Medicine, Washington, DC. Symposium Chair and Speaker: Effect of insulin on muscle protein synthesis.

1999    Mayo Clinic Conference on Androgen Replacement and Aging, Palm Springs, CA. Testosterone and muscle protein synthesis.

1999    American College of Sports Medicine, Seattle, WA. Presidential Lecture. Muscle Protein Metabolism.

1999    International Olympic Committee, Seminar on Sport and Nutrition, Lausanne, SW. Muscle protein metabolism: Effects of exercise, nutrition and hormones.

1999    5th International Symposium on amino acid/protein metabolism in Health and Disease, Perugia, Italy, Nutritional Supplementation in Resistance Exercise.

1999    Texas Club, Fredericksburg, TX. Pulmonary phosphatidylcholine metabolism: Effect of dietary intake of carbohydrate and specific fatty acids.

1999    Marquett University, Department of Biology. In vivo regulation of muscle protein and amino acid metabolism.

2000  American College of Sports Medicine, Indianapolis, IN. The role of nutrition in recovery of muscle protein after exercise.
2000  11th International Conference on Biochemistry of Exercise, Little Rock, AR, Regulation of muscle protein degradation.
2000  Dept. of Cardiology, University of Texas Med School, Houston. Glucose-fatty acid interactions in humans.
2000  East Carolina University Medical School, Greenville, NC. Role of mitochondrial transport in controlling fatty acid oxidation.
2000  Dairy Council, Chicago, IL. Protein supplements and muscle protein metabolism after exercise.
2000  Continuing Education Course: Principles of Tracer Methodology in Metabolic Research (42 hour course), Galveston, TX
2000  Conference on Glutamine. Bermuda. Physiological Regulation of Muscle Glutamine Production.
2001  U.S. Dairy Export Council Symposium on Whey Protein, Mexico City, Mexico. Whey protein and muscle protein metabolism.
2001  Joint Annual Meeting of ADSA, ASAS, PSA and AMSA. Indianapolis, IN. Symposium on Regulation of Protein Metabolism: Exercise and Amino Acid Supplements.
2001  Annual Meeting of American Diabetes Association. Philadelphia, PN. The glucose-fatty acid cycle revisited.
2001  International Scientific Congress on Nutrition and Athletic Performance, Edmonton, AB, Canada. Anabolic Processes in Muscle.
2001  Sixth International Olympic World Congress on Sports Sciences. Salt Lake City, UT. Muscle Protein Metabolism in Exercise.
2001  NIH Sponsored Symposium on Nutritional Supplements. Tuscon, AZ. Moderator: Hormonal Products and Performance
2001  FDA Center of Veterinary Medicine, Rockville, MD. Regulation of Muscle Protein.
2002  Nutrition Week, San Diego, CA. Regulation of Muscle Protein Synthesis by Amino Acids
2002  Annual Pepper Center Meeting, Galveston, TX. Plenary Speaker - Nutritional Supplementation in the Elderly
2002  Experimental Biology Symposium on Stable Isotopes, New Orleans, LA . Quantifying Muscle Protein Amino Acid Kinetics
2002  Texas A&M University, College Station, TX. Regulation of Muscle Protein Synthesis
2002  University of Arkansas Medical Center, Little Rock, AR. Effects of Aging on Muscle Metabolism
2002  Mayo Clinic, Rochester, MN. Amino Acids and Muscle Protein Synthesis
2002  University of Pittsburg Medical Center, Pittsburg, PA. Glucose-Fatty Acid Interactions in Humans
2003  Committee on Military Nutrition National Academy of Science. San Antonio, TX. Monitoring biomarkers of muscle protein metabolism.
2003  National Space and Biology Research Meeting on Bioastronautics. Galveston, TX. Amino acid supplementation and muscle wasting in bed rest.
2003  American Oil Chemists Society, Kansas City, MO. Response of muscle protein metabolism to milk proteins.
2003  European Society of Parenteral and Enteral Nutrition, Cannes, France. 1) Approaches to calculating non-steady state kinetics. 2) Fatty acid metabolism in exercise: relation to insulin resistance. 3) Regulation of muscle protein metabolism. 4) Treatment of cancer Cachexia.
2003  US Anti-Doping Agency, Denver, CO. Use of gas chromatography/combustion/isotope ratio mass spectrometry to quantify concentration using stable isotope dilution.
2003  Ball State University, Humans Performance Laboratory, Muncie, IN. Kim Shultze Memorial Lecture. Regulation of muscle protein metabolism.
2003  Washington University School of Medicine, St Louis, MO. Clinical Research Center Symposium. Regulation of muscle protein metabolism.
2004  International Astronautical Meeting, Vancouver, British Columbia. Modeling muscle protein metabolism – A Physiologists Perspective.
2004  International Symposium on Protein Metabolism, Milan, Italy. Regulation of muscle protein metabolism.
2004  International Congress on Arginine Metabolism, Bermuda. Potential ergogenic action of arginine and creatine.
2004  Nutrition and Biology Symposium, Brooklyn, NY. Glucose-fatty interactions – relation to insulin sensitivity

2004    Cachexia 2004: Cancer and Aging. Chicago, IL. Assessment of amino acid requirements to maximize muscle protein anabolism.
2004    Amino Acid Conference, New York. Resistance exercise and amino acid supplementation.
2005    National Cattlemen Beef Association, San Antonio, TX. The role of protein in the diet.
2005    Nutrition and Diabetes Symposium, Prague, CZ. Insulin action on protein metabolism.
2005    Surgery in the Elderly. Galveston, TX. Nutritional support of elderly surgical patients.
2005    North Texas State Medical Center, Fort Worth, TX. Regulation of glucose and fatty acid metabolism in human subjects, including response to exercise.
2005    Annual Pepper Center Meeting, Washington, DC. Response of elderly to amino acid supplementation.
2005    National Institute of Whey Protein, Chicago, IL. The anabolic action of whey protein on muscle protein.
2005    Symposium on Obesity and Insulin Resistance. University of Texas Southwestern Medical School, Dallas, TX. Intracellular lipid signaling and insulin action.
2005    Nutrition and Cancer Symposium. Amsterdam, The Netherlands. Protein metabolism in cancer.
2005    European Society of Enteral and Parenteral Nutrition, Brussels, Belgium. PPARα agonism and insulin sensitivity in severely burned patients.
2006    Invited Lecture. Houston, TX, Center for Advanced Space Study. The Role of Muscle in Health and Disease.
2006    American College of Sports Medicine Traveling Professor. Rice University, Texas A&M University, University of Texas at Austin, Texas Tech University; and North Texas State University. The Role of Muscle in Health and Disease.
2006    Invited Lecture: Galveston, TX, Texas Beef Council: Texas Association of Cardiovascular and Pulmonary Rehabilitation Annual Conference. The central role of muscle in health and disease.
2006    Invited Lecture: Chicago, IL, National Cattlemen's Beef Association Lean Beef Protein Think Tank. Optimal Protein Intake: Are current recommendations appropriate?
2006    Invited Participant: Conference on Cachexia. Starvation and Cachexia: Common Metabolic Pathways. Washington, DC.
2007    Symposium on Specialized Nutrition, Minneapolis, MN. The role of special nutrition in cancer patients.
2007    Invited Lecture: Seattle WA, American Geriatric Society. The importance of high protein intake in the elderly.
2007    Protein Summit. Charlestown, NC. Keynote Speech – The need to reconsider the RDA for protein.
2007    Cachexia Conference. Tampa Bay, Florida. Hippocrates Lecture - Lessons from clinical studies of cachexia.
2007    European Society of Enteral and Parenteral Nutrition, Prague, Czech Republic. (1). Role of specific amino acids in controlling protein metabolism. (2). Improving insulin sensitivity with exercise. (3) Underappreciated role of muscle in health and disease.
2008    NASA Symposium on Health and Space Flight. League City, TX. Mechanisms of insulin resistance in bed rest.
2008    Conference on Medical Nutrition, Amsterdam, The Netherlands. Role of tRNA in regulating protein synthesis.
2008    Society of Bariatric Medicine. Phoenix, AZ. The role of muscle in combating obesity.
2008    American Dietetic Association, Chicago, IL. Optimizing muscle metabolism to enhance health.
2008    International Academy on Nutrition and Aging, Albuquerque, NM. Dangers of weight loss in the elderly.
2008    Center for Medical Weight Loss, Las Vegas, NV. The role of protein in weight loss.
2009    Massachusetts Diatetics Association, Boston, MA. Meeting the nutritional demands of the elderly.
2009    Medical Weight Loss Symposium, Charleston, SC. Weight loss in the elderly-guarding against sarcopenic obesity.
2010    Animal Nutrition Summit, Tampa Florida. Mechanisms and consequences of sarcopenia.
2010    Huffines Institute Annual Lecture, Texas A&M. The importance of muscle strength and function in aging: the role of optimizing nutrition.
2010    Blackmores Research Symposium, Sydney, Australia. Keynote Speaker. The role of protein in the maintenance of muscle.
2010    Japanese Dairy Award Lecture in Nutrition, Tokyo, Japan
2011    International Symposium on Dietary Protein for Human Health, Invited Speaker, Aukland, New Zealand
2011    FAO/WHO meeting on recommended protein intake – Member, Expert Consultation
2011    Japanese Society of Surgical Metabolism, Keynote Speaker, Nagoya, Japan
2011    International Association for the Society of Obesity, Keynote Lecture, Budapest, Hungary

2011   American Biomolecular Resource Facilities (ABRF), San Antonio, TX. Stable Isotope Tracers Applied to Measuring Rates of Protein synthesis and Breakdown in Muscle: Principles and Applications

2011   La Nutrizione Clinica Incontra La Diabetologia. Keynote Lecture. Insulin resistance and sarcopenia in aging. Rome, Italy.

2012   Conference on Inactivity and Muscle Loss in Diabetes. Overview of the response to bed rest. Columbus, Ohio.

2012   Indiana Dietetics Association. The role of protein in a healthy diet. Indianapolis, IN.

2013   Protein Summit. Protein intake and public policy: A call to reason. Washington DC

2013   Distinguished Lecturer, Dept of Food Science, University of Arkansas Fayetteville. Dietary recommendations for protein intake.

2014   Riddett Institute, Massey University. Dietary protein intake and protein quality. Palmerston North, New Zealand.

2014   Experimental Biology. Milk proteins and health status in elderly. San Diego, CA.

2015   Toronto Advances in Protein Nutrition Across the Lifespan. Keynote talk. "How much, and what type, of protein should we eat?"

2015   San Diego. American Society of Parenteral and Enteral Nutrition. Dudrick Research Symposium. "Determining protein requirements for maintaining lean tissue in health and disease".

2015   Austin. American College of Sports Nutrition. Peter Raven Lecture. "The role of amino acids in controlling muscle protein synthesis and breakdown".

2015   Little Rock. UAMS Cancer Symposium. Keynote speaker. "The importance of muscle in recovery from cancer, and the role of protein nutrition in maintaining muscle".

2015   Texas A&M College Station. Distinguished Lecture Series. Scholar Award. "Healthy aging through exercise and nutrition".

2015   International Society of Sports Nutrition. Roger Harris Keynote Lecture in Basic Science. Is there an upper limit to protein intake to maximize the anabolic response?

2016   University of Alaska Fairbanks. University Professor Lecture. "The interactive effects of exercise and protein nutrition to counter the effects of aging on physical function".

2016   Experimental Biology, San Diego, CA. Plenary lecture. "Required and flexible protein intake- a new concept in forming dietary recommendations.

2016   Massey University, Palmerston North, New Zealand. Distinguish Visitor lecture. Amino Acids, protein metabolism, and energy dynamics.

2017   Experimental Biology, Chicago, Ill. The challenge of preserving muscle mass during weight loss in the elderly.

2017   United States Institute of Environmental Medicine, Natick, MA. Amino acid and protein nutrition: new perspectives on an old topic.

2017   European Society of Parenteral and Enteral Nutrition. Sir David Cuthbertson Lecture. The regulation of protein metabolism by amino acids.

2017   Supply Side West. Las Vegas, NV. Amino acids and protein metabolism. The EAASE program.

2018   South Dakota Dietician Society, Deadwood, South Dakota. Re-thinking dietary protein requirements.

2019   Experimental Biology. Orlando, FL. When a tracer doesn't trace the tracee-assessment of the intrinsically-labeled protein approach to measure post-prandial protein kinetics.

2019   Food Structures, Digestion and Health. Rotorua, New Zealand. Keynote Speaker. The impact of kiwifruit on dietary digestion and protein metabolism.

2019   International Life Sciences Institute. Washington, DC. Roundtables on Future Foods: Alternate Protein Sources. Optimal protein intake goals in elderly and new approaches to achieving those goals.

2020   Korean Geriatric Society. The role of Amino Acids in Controlling Protein metabolism.

2021   Keystone Conference. Protein in a Changing Environment. What are the dietary requirements for protein?

2021   Korean Nutrition Society. Use of stable isotope tracer methodology to determine protein requirements.

2022   Asian Society of Surgical Metabolism and Nutrition. The use of stable isotope tracer methodology to assess optimal dietary protein and amino acid intake in critical illness. May 3, 2022.

2022   International Congress on Metabolic Syndrome. The importance of muscle in maintaining healthy metabolic status. Sep 3, 2022.

2022   Boston Pepper Center meeting on protein requirements of elderly. Optimal Protein Intake Goals in Elderly and New Approaches to Achieving those Goals. June 1, 2022.

2023  Internal Congress on Obesity and Metabolic Syndrome, Seoul, S Korea. Understanding human metabolic dysregulation in vivo using stable isotope tracers: More than 50 years of experience. Sep 8, 2023. The role of muscle in weight management. Sep 9, 2023.

2023  International Symposium: Dietary Protein for Human Health. Utrec, The Netherlands. Describing protein quality an overview. Sep 15, 2023.

2023  International Atomic Energy Commission Symposium. Vienna, Austria. Use of stable isotope tracers to estimate required and optimal intake of dietary protein. Oct 12, 2023.

2023  International Conference on Food Structures, Digestion and Health. Queenstown, New Zealand. Optimal vs required dietary protein intake in different populations. Is "personalized" nutrition necessary and feasible? Nov 15, 2023.


**OTHER INFORMATION**
**Patents:**
**US20120178672: Compositions and Methods for Sparing Muscle in Renal Insufficiency and During Hemodialysis**
Inventors: Robert R Wolfe, John Troup
Expires 2032-07-12.
A nutritional composition and method of use that improves the net balance in skeletal muscle by targeting both the synthetic and breakdown processes. The disclosed composition provides for improved protein intake to increase skeletal muscle protein accretion in stressed patients who are at risk for the development of renal insufficiency by stimulating protein synthesis.


**ES20100267831: Amino Acid-Containing Composition for Preventing or Remedying Decrease in the Skeletal Muscle of Aged People**
Inventors: Hisamine Kobayashi, Hiromi Suzuki, Robert R. Wolfe, Christos S. Katsanos
Expires: 2030-10-21.
The present invention provides an amino acid-containing composition for preventing or remedying a decrease in skeletal muscle mass of aged people, comprising L-leucine at a molar composition ratio of 35% or more with respect to total of essential amino acids


**US20100179089: Compositions and Methods to Manage the Inflammatory Basis of Chronic Disease Conditions and Maintain an Optimal Immune Response in Elderly**
Inventors: Nicolaas E.P. Deutz, John P. Troup, Robert R. Wolfe
Expires: 2030-07-15.
Compositions and methods for managing inflammation in the elderly by delivering a selection of amino acids, including arginine and/or citrulline, in a synergistic ratio with omega-3 fatty acids and carbohydrates with a low glycemic index.


**US20090252684: Determination of tissue-specific profile of amino acid requirements form the relationship between the amounts of tRNAs for individual amino acids and the protein-bound amino acid profile of the tissue.**
Inventor: Robert R Wolfe
Expires: 2029-10-08
Systems and methods by which optimal profiles of amino acids for specific tissues can be determined. The results of these systems and methods can then be sued to generate medical nutrition products targeting specific tissues either to enhance growth of specific tissues by providing complementary amino acids in a nutritional supplement or pharmaceutical composition form.


**US20090203606: Systems for and Methods of use of Therapeutic Nutrition for the Management of Age-Associated and Age-Specific Health Conditions of the Elderly**
Inventors: Robert R. Wolfe, John P. Troup, Nicolaas E.P. Deutz
Expires: 2033-090-13.
Nutritional compositions which provide for improved taste profiles for the elderly while simultaneously providing nutrition specific to assist in the management of nutritional deficiencies that lead to age specific and age associated health conditions in the elderly. There are also provided products using these compositions and

14

incorporating packaging design, volume delivery, and sensory attributes to improve nutritional regimen compliance in the elderly.

**US8703725B2: Nutritional Compositions.**
Inventors: John P. Troup, Robert R. Wolfe
Expires: 2023-09-15.
The present disclosure is directed to compositions for the promotion of muscle protein synthesis and control of tumor-induced weight loss in patients that are, for example, suffering from cancer cachexia. The present disclosure is also directed to methods of administering such compositions.

**ES2274299T3: Stimulation of the live production of proteins with a formulation that includes leucine.**
Inventor: Robert R Wolfe
Expires: 2023-12-15.
Formulation comprising leucine and a protein matter.

**EP1865944B1: Amino acid-containing composition used for preventing or remedying decrease in skeletal muscle mass of aged people, comprising L-leucine.**
Inventor: Robert R Wolfe
Expires: 2026-03-28.

**US 2008/0268038 A1: Compositions and approaches for increasing diet induced thermogenesis, inducing weight loss and maintaining muscle mass.**
Inventor: Robert R Wolfe
Expires: 28-10-28
Compositions and methods for diet induced thermogenesis.

**US9364463B2: Use of amino acid supplementation for improved muscle recovery.**
Inventors: Arny Ferrando and Robert R Wolfe
Expires: 2033-02-01.
The present invention encompasses an amino acid composition for recovery of muscle strength and function.

**US20200253908: Use of amino acid supplementation for improved muscle protein synthesis.**
Inventors: Robert R Wolfe and Arny Ferrando
Expires: 2040-11-02.
Compositions and methods are disclosed of using the same for the prevention and/or treatment of a loss of any one of muscle mass, muscle strength, muscle function, and physical function, or any combination thereof.

**US10022358B2: Methods for improving muscle and heart function.**
Inventors: Robert R Wolfe and Jeanne Wei
Expires: 2034-04-18.
The present invention encompasses combinations comprising a plurality of amino acids, formulations thereof for use in humans and animals, as well as methods for increasing muscle protein synthesis, muscle strength, and/or muscle function in a subject with chronic heart failure, cardiac cachexia or a combination thereof.

**US11,273,138 B2: Use of amino acid supplementation for improved muscle protein synthesis**.
Inventors: Robert R Wolfe and Arny A Ferrando
Expires: 2042-03-15.
The disclosure relates generally to an anabolic amino acid composition for stimulating muscle protein synthesis.

**US20140343112: Use of amino acid supplementation for improved muscle recovery.**
Inventors: Arny Ferrando and Robert R Wolfe
Expires: 2034-11-20.
The present invention encompasses an amino acid composition for recovery of muscle strength and function.

**US11,241,399 B2: Composition for stimulating muscle growth, repair and maintenance.**

Date: Feb 8, 2022
Inventor: Robert R. Wolfe, Frederick L Wolfe
Expires: 2042-02-08.
The compositions are based on a specially formulated mixture of essential amino acids and protein with additional components.


## BIBLIOGRAPHY
## A. PUBLISHED ARTICLES IN PEER-REVIEWED JOURNALS

1.    WOLFE, R. R., AND HORVATH, S. M. Role of hematocrit and blood volume on hypoxia tolerance in the sea level- and altitude-adapted rate. Aerospace Med. 45(8):821-823, 1974.
2.    WOLFE, R. R., HORVATH, S. M., AND M. A. ZELIGS. Hemorrhage, altitude adaptation, and polycythemia. Circ. Shock 1(3):169-175, 1974.
3.    GLINER, J. A., S. M. HORVATH, AND R. R. WOLFE. Operant conditioning of heart rate in curarized rats: hemodynamic changes. Am. J. Physiol. 228(3):870-874, 1975.
4.    WOLFE, R. R. AND S. M. HORVATH. Blood volume responses of rats adapted to different barometric pressures. Proc. Soc. Exp. Biol. Med. 148:89-93, 1975.
5.    WOLFE, R. R. AND H. I. MILLER. Burn shock in untreated and saline-resuscitated guinea pigs. Development of a model. J. Surg. Res. 21:269-276, 1976.
6.    WOLFE, R. R. AND H. I. MILLER. Cardiovascular and metabolic responses during burn shock in the guinea pig. Am. J. Physiol. 231(3):892-897, 1976.
7.    WOLFE, R. R., J. J. SPITZER, R. I. MILLER, AND D. ELAHI. Effects of insulin infusion on glucose kinetics in normal and burned guinea pigs. Life Sci. 19:147-155, 1976.
8.    WOLFE, R. R. AND S. M. HORVATH. Hemodynamic responses to acute hematocrit and blood volume alterations in rats. Eur. J. Appl. Physiol. 35:159-66, 1976.
9.    WOLFE, R. R. AND H. I. MILLER. Ineffectiveness of heparin treatment in burn shock in the guinea pig. Aviat. Space Environ. Med. 47(6):652-656, 1976.
10.   WOLFE, R. R., H. I. MILLER, AND J. J. SPITZER. Glucose and lactate kinetics in burn shock. Am. J. Physiol. Endocrinol. Metab. Gastrointest. Physiol. 1(4):E415-E418, 1977.
11.   WOLFE, R. R., H. I. MILLER, D. ELAHI, AND J. J. SPITZER. Effect of burn injury on glucose turnover in guinea pigs. Surg. Gynecol. Obstet. 144:359-364, 1977.
12.   WOLFE, R. R., J. R. ALLSOP, AND J. F. BURKE. Experimental sepsis and glucose metabolism: time course of response. Surgical Forum. 28:42-43, 1977.
13.   WOLFE, R. R. AND J. F. BURKE. Effect of burn trauma on glucose turnover, oxidation, and recycling in guinea pigs. Am. J. Physiol.: Endocrinol. Metab. Gastrointest. Physiol. 2(2):E80-E85, 1977.
14.   WOLFE, R. R., D. ELAHI, AND J. J. SPITZER. Glucose kinetics in dogs following a lethal dose of endotoxin. Metabolism 26(8):847-850, 1977.
15.   WOLFE, R. R., D. ELAHI, AND J. J. SPITZER. Glucose and lactate kinetics after endotoxin administration in dogs. Am. J. Physiol.: Endocrinol. Metab. Gastrointest. Physiol. 1(2):E180-E185, 1977.
16.   ALLSOP, J. R., R. R. WOLFE, AND J. F. BURKE. Glucose kinetics and responsiveness to insulin in the rat injured by burn. Surg. Gynecol. Obstet. 147:565-573, 1978.
17.   ALLSOP, J. R., R. R. WOLFE, AND J. F. BURKE. The reliability of rates of glucose appearance in vivo calculated from constant tracer infusions. Biochem. J. 172:407-416, 1978.
18.   ALLSOP, J. R., R. R. WOLFE, AND J. F. BURKE. Tracer priming the bicarbonate pool. J. Appl. Physiol.: Respirat. Environ. Exercise Physiol. 45(1):137-139, 1978.
19.   KIEN, C. L., R. R. WOLFE, V. R. YOUNG, AND J. F. BURKE. Nitrogen sparing effect of a branched-chain amino acid infusion during an acute fast in guinea pigs. Life Sci. 23:133-136, 1978.
20.   KITAJIMA, M., R. R. WOLFE, R. L. TRELSTAD, J. R. ALLSOP, AND J. F. BURKE. Gastric mucosal lesions after burn injury: relationship to $H^+$ back-diffusion and the microcirculation. J. Trauma 18(9):644-650, 1978.
21.   MILLER, H. I., R. R. WOLFE, J. L. FERGUSON, AND S. W. MOSS. Metabolic and hemodynamic aspects of the hypothermia of early burn shock. Experimental Suppl. 32(Suppl.):327-331, 1978.
22.   WOLFE, R. R. AND J. F. BURKE. Effect of glucose infusion on glucose and lactate metabolism in normal and burned guinea pigs. J. Trauma 18(12):800-805, 1978.
23.   WOLFE, R. R. AND J. F. BURKE. Glucose and lactate metabolism in experimental septic shock. Am. J. Physiol.: Regulatory Integrative Comp. Physiol. 4(3):R219-R227, 1978.

24.  WOLFE, R. R., J. R. ALLSOP, AND J. F. BURKE. Increased glucose production following neurotensin administration. Life Sci. 22:1043-1048, 1978.

25.  WOLFE, R. R., J. R. ALLSOP, AND J. F. BURKE. Fallibility of the intravenous glucose tolerance test as a measure of endogenous glucose turnover. Metabolism 27(2):217-226, 1978.

26.  ALLSOP, J. R., R. R. WOLFE, AND J. F. BURKE. The reliability of rates of glucose appearance in vivo calculated from constant tracer infusions. Biochem. J. 172:407-416, 1978.

27.  BURKE, J. F., R. R. WOLFE, C. J. MULLANY, D. E. MATTHEWS, AND D. M. BIER. Glucose requirements following burn injury. Parameters of optimal glucose infusion and possible hepatic and respiratory abnormalities following excessive glucose intake. Ann. Surg. 190(3):274-285, 1979.

28.  MULLANY, C. J., R. R. WOLFE, AND J. F. BURKE. Interrelationships between glucose and free fatty acid (FFA) metabolism during infusion of glucose and Intralipid. Surgical Forum. 30:70-71, 1979.

29.  WOLFE, R. R., M. J. DURKOT, J. R. ALLSOP, AND J. F. BURKE. Glucose metabolism in severely burned patients. Metabolism 28(10):1031-1039, 1979.

30.  WOLFE, R. R., J. M. SNOWDEN, AND J. F. BURKE. Influence of insulin and palmitic acid concentration on pulmonary surfactant synthesis. J. Surg. Res. 27:262-267, 1979.

31.  WOLFE, R. R., P. W. HOCHACHKA, R. L. TRELSTAD, AND J. F. BURKE. Lactate oxidation in perfused rat lung. Am. J. Physiol.: Endocrinol. Metab. Gastrointest. Physiol. 5(3):E276-E282, 1979.

32.  WOLFE, R. R., J. R. ALLSOP, AND J. F. BURKE. Glucose metabolism in man: responses to intravenous glucose infusion. Metabolism 28(3):210-220, 1979.

33.  MULLANY, C. J., R. R. WOLFE, AND J. F. BURKE. The fate of a glucose infusion in fasting and fed guinea pigs: glucose oxidation rates and the distribution of glucose in liver, muscle, and adipose tissue. J. Surg. Res. 29:116-125, 1980.

34.  WOLFE, R. R., J. E. EVANS, C. J. MULLANY, AND J. F. BURKE. Measurement of plasma free fatty acid turnover and oxidation using [1-13C]palmitic acid. Biomed. Mass Spectrom. 7(4):168-171, 1980.

35.  WOLFE, R. R., T. F. O'DONNELL, JR., M. D. STONE, D. A. RICHMAND, AND J. F. BURKE. Investigation of factors determining the optimal glucose infusion rate in total parenteral nutrition. Metabolism 29(9):892-900, 1980.

36.  WOLFE, R. R., M. J. DURKOT, C. C. CLARKE, H. H. BODE, AND J. F. BURKE. Effect of food intake on hypermetabolic response to burn injury in guinea pigs. J. Nutr. 110(7):1310-1312, 1980.

37.  WOLFE, R. R. AND J. F. BURKE. Insulin and glucose kinetics following surgery. Ann. Surg. 191:385-386, 1980.

38.  WOLFE, R. R., M. J. DURKOT, AND J. F. BURKE. Evaluation of the role of catecholamines in altering glucose metabolism after injury. Adv. Physiol. Sci. Vol. 26. Homeostasis in Injury and Shock, Zs. Biró, A. G. B. Kovách, J. J. Spitzer, H. B. Stoner (eds), Akadémiai Kiadó, Budapest, Hungary, 151-158, 1981.

39.  DURKOT, M. J. AND R. R. WOLFE. Effects of adrenergic blockade on glucose kinetics in septic and burned guinea pigs. Am. J. Physiol. 241(Regulatory Integrative Comp. Physiol. 10):R222-R227, 1981.

40.  ROYLE, G. T., R. R. WOLFE, AND J. F. BURKE. Techniques for investigating substrate metabolism in patients. Ann. R. Coll. Surg. Engl. 63:415-419, 1981.

41.  WOLFE, R. R. Caloric requirements of the burned patient. J. Trauma 21(8)Suppl.:712-714, 1981.

42.  WOLFE, R. R., M. J. DURKOT, AND M. H. WOLFE. Investigation of kinetics of integrated metabolic response to adrenergic blockade in conscious dogs. Am. J. Physiol. 241(Endocrinol. Metab. 4):E385-E395, 1981.

43.  WOLFE, R. R. Measurement of urea kinetics in vivo by means of a constant tracer infusion of di-[15]N-urea. Am. J. Physiol. 240(Endocrinol. Metab. 3):E428-E434, 1981.

44.  BLACK, P. R., D. C. BROOKS, P. Q. BESSEY, R. R. WOLFE, AND D. W. WILMORE. Mechanisms of insulin resistance following injury. Ann. Surg. 196(4):420-435, 1982.

45.  DIETZ, W. H. JR., M. H. WOLFE, AND R. R. WOLFE. A method for the rapid determination of protein turnover. Metabolism 31(8):749-754, 1982.

46.  GOODENOUGH, R. D., G. T. ROYLE, E. R. NADEL, M. H. WOLFE, AND R. R. WOLFE. Leucine and urea metabolism in acute human cold exposure. J. Appl. Physiol.: Respirat. Environ. Exercise Physiol. 53(2):367-372, 1982.

47.  ROBERT, J. J., J. C. CUMMINS, R. R. WOLFE, M. DURKOT, D. E. MATTHEWS, X. H. ZHAO, D. M. BIER, AND V. R. YOUNG. Quantitative aspects of glucose production and metabolism in healthy elderly subjects. Diabetes 31(3):203-211, 1982.

17

48.    ROYLE, G. T., R. R. WOLFE, AND J. F. BURKE. Glucose and fatty acid kinetics in fasted rats: effects of previous protein intake. Metabolism 31(3):279-283, 1982.

49.    ROYLE, G. T., J. A. MOLNAR, M. H. WOLFE, R. R. WOLFE, AND J. F. BURKE. Urea, glucose and alanine kinetics in man: effects of glucose infusion. Clin. Sci. 62:553-556, 1982.

50.    WOLFE, R. R., M. J. DURKOT, AND M. H. WOLFE. Effect of thermal injury on energy metabolism, substrate kinetics, and hormonal concentrations. Circ. Shock 9:383-394, 1982.

51.    Wolfe RR, Goodenough RD, Wolfe, MH, Royle GT, Nadel ER. Isotopic analysis of leucine and urea metabolism in exercising humans. J Appl Physiol Respir Environ Exerc Physiol. 52(2):458-466, 1982.

52.    WOLFE, R. R. AND M. J. DURKOT. Evaluation of the role of the sympathetic nervous system in the response of substrate kinetics and oxidation to burn injury. Circ. Shock 9:395-406, 1982.

53.    WOLFE, R. R. AND J. F. BURKE. Somatostatin infusion inhibits glucose production in burn patients. Circ. Shock 9:521-527, 1982.

54.    WOLFE, R. R., R. A. NELSON, M. H. WOLFE, AND L. ROGERS. Nitrogen cycling in hibernating bears. 30th Annual Conference on Mass Spectrometry and Allied Topics, American Society for Mass Spectrometry, p. 426, 1982.

55.    GOODENOUGH, R. D. AND R. R. WOLFE. A model for isotopic sampling and administration in constant infusion experiments: a test with $^{13}C$-palmitate. Am. J. Clin. Nutr. 37:1004-1009, 1983.

56.    PHINNEY, S. D., B. R. BISTRIAN, R. R. WOLFE, AND G. L. BLACKBURN. The human metabolic response to chronic ketosis without caloric restriction: physical and biochemical adaptation. Metabolism 32(8):757-768, 1983.

57.    RADCLIFFE, A. G., R. R. WOLFE, M. F. COLPOYS, F. MUHLBACHER, AND D. W. WILMORE. Ketone-glucose interaction in fed, fasted, and fasted-infected sheep. Am. J. Physiol. 244(Regulatory Integrative Comp. Physiol. 13):R667-R675, 1983.

58.    RAVUSSIN, E., C. BOGARDUS, R. S. SCHWARTZ, D. C. ROBBINS, R. R. WOLFE, E. S. HORTON, E. DANFORTH,JR., AND E. A. SIMS. Thermic effect of infused glucose and insulin in man. Decreased response with increased insulin resistance in obesity and noninsulin-dependent diabetes mellitus. J. Clin. Invest. 72:893-902, 1983.

59.    WOLFE, R. R., E. R. NADEL, AND J. H. SHAW. Effect of exercise on glucose homeostasis in humans with insulin and glucagon clamped. Biochemistry of Exercise. H. G. Knuttgen, J. A. Vogel, and J. Poortmans (eds), Human Kinetics Publishers, Champaign, IL, 707-711, 1983.

60.    WOLFE, R. R., J. H. SHAW, AND M. J. DURKOT. Energy metabolism in trauma and sepsis: the role of fat. Prog. Clin. Biol. Res. 111:89-109, 1983.

61.    WOLFE, R. R., R. D. GOODENOUGH, J. F. BURKE, AND M. H. WOLFE. Response of protein and urea kinetics in burn patients to different levels of protein intake. Ann. Surg. 197(2):163-171, 1983.

62.    WOLFE, R. R., R. D. GOODENOUGH, J. F. BURKE, AND M. H. WOLFE. Protein dynamics in stress. Amino Acids: Metabolism and Medical Applications. G. L. Blackburn, J. P. Grant, and V. R. Young (eds), John Wright, Boston, MA, 396-401, 1983.

63.    BOGARDUS, C., E. RAVUSSIN, D. C. ROBBINS, R. R. WOLFE, E. S. HORTON, AND E. A. SIMS. Effects of physical training and diet therapy on carbohydrate metabolism in patients with glucose intolerance and non-insulin-dependent diabetes mellitus. Diabetes 33:311-318, 1984.

64.    GOODENOUGH, R. D. AND R. R. WOLFE. Effect of total parenteral nutrition on free fatty acid metabolism in burned patients. J. Parent. Enteral Nutr. 8(4):357-360, 1984.

65.    ROBERT, J. J., D. M. BIER, D. SCHOELLER, R. R. WOLFE, D. E. MATTHEWS, H. N. MUNRO, AND V. R. YOUNG. Effects of intravenous glucose on whole body leucine dynamics, studies with 1-$^{13}C$-leucine, in healthy young and elderly adults. J. Gerontology 39(6):673-681, 1984.

66.    SHAW, J. H. AND R. R. WOLFE. Energy and substrate kinetics and oxidation during ketone infusion in septic dogs: role of changes in insulin and glucagon. Circ. Shock 14:63-79, 1984.

67.    SHAW, J. H. AND R. R. WOLFE. A conscious septic dog model with hemodynamic and metabolic responses similar to responses of humans. Surgery 95:553-561, 1984.

68.    SHAW, J. H. AND R. R. WOLFE. Glucose production in the perfused dog liver: effect of free fatty acids and ketones. J. Surg. Res. 37:437-442, 1984.

69.    SHAW, J. H. AND R. R. WOLFE. Influence of beta-hydroxybutyrate infusion on glucose and free fatty acid metabolism in dogs. Am. Physiol. 247 (Endocrinol. Metab. 10):E756-E764, 1984.

70.    WOLFE, M. H., J. A. MOLNAR, AND R. R. WOLFE. Stable isotope analysis of collagen turnover and proline recycling in scar tissue. 32nd Annual Conference on Mass Spectrometry and Allied Topics, American Society for Mass Spectrometry, 753-754, 1984.

71.   WOLFE, R. R. AND J. H. SHAW. Inhibitory effect of plasma free fatty acids on glucose production in the conscious dog. Am. J. Physiol. 246(Endocrinol. Metab. 9): E181-E186, 1984.

72.   WOLFE, R. R., J. H. SHAW, E. R. NADEL, AND M. H. WOLFE. Effect of substrate intake and physiological state on background $^{13}CO_2$ enrichment. J. Appl. Physiol. 56:230-234, 1984.

73.   Wolfe RR, Wolfe MH, Nadel ER, Shaw JH. Isotopic determination of amino acid-urea interactions in exercise in humans. J Appl Physiol 56:221-229, 1984.

74.   WOLFE, R. R., M. H. WOLFE, AND G. I. SHULMAN. Glucose metabolism in humans: Studied with stable isotopes and mass spectrometric analysis. Am. Chem. Soc. Symp. Ser. 258:175-189, 1984.

75.   DIETZ, W. H.,JR. AND R. R. WOLFE. Interrelationships of glucose and protein metabolism in obese adolescents during short-term hypocaloric dietary therapy. Am. J. Clin. Nutr. 42:380-390, 1985.

76.   RAVUSSIN, E., C. BOGARDUS, R. S. SCHWARTZ, D. C. ROBBINS, R. R. WOLFE, E. S. HORTON, E. DANFORTH,JR., AND E. A. SIMS. Glucose induced thermogenesis and insulin resistance in man. Int. J. Obes. 9 Suppl 2:103-109, 1985.

77.   SHAW, J. H., S. KLEIN, AND R. R. WOLFE. Assessment of alanine, urea, and glucose interrelationships in normal subjects and in patients with sepsis with stable isotopic tracers. Surgery 97:557-568, 1985.

78.   SHAW, J. H. AND R. R. WOLFE. Response to glucose and lipid infusions in sepsis: a kinetic analysis. Metabolism 34:442-449, 1985.

79.   SHULMAN, G. I., P. W. LADENSON, M. H. WOLFE, E. C. RIDGWAY, AND R. R. WOLFE. Substrate cycling between gluconeogenesis and glycolysis in euthyroid, hypothyroid, and hyperthyroid man. J. Clin. Invest. 76:757-764, 1985.

80.   WOLFE, R. R. AND J. H. SHAW. Glucose and FFA kinetics in sepsis: role of glucagon and sympathetic nervous system activity. Am. J. Physiol. 248(Endocrinol. Metab. 11):E236-E243, 1985.

81.   WOLFE, R. R., J. H. SHAW, AND M. J. DURKOT. Effect of sepsis on VLDL kinetics: responses in basal state and during glucose infusion. Am. J. Physiol. 248(Endocrinol. Metab. 11):E732-E740, 1985.

82.   WOLFE, R. R. AND M. J. DURKOT. Role of very low density lipoproteins in the energy metabolism of the rat. J. Lipid Res. 26:210-217, 1985.

83.   CATALANO, P. M., I. M. BERNSTEIN, R. R. WOLFE, S. SRIKANTA, E. TYZBIR, AND E. A. SIMS. Subclinical abnormalities of glucose metabolism in subjects with previous gestational diabetes. Am. J. Obstet. Gynecol. 155:1255-1262, 1986.

84.   JAHOOR, F., D. N. HERNDON, AND R. R. WOLFE. Role of insulin and glucagon in the response of glucose and alanine kinetics in burn-injured patients. J. Clin. Invest. 78:807-814, 1986.

85.   KLEIN, S., V. R. YOUNG, G. L. BLACKBURN, B. R. BISTRIAN, AND R. R. WOLFE. Palmitate and glycerol kinetics during brief starvation in normal weight young adult and elderly subjects. J. Clin. Invest. 78:928-933, 1986.

86.   SHAW, J. H. AND R. R. WOLFE. Glucose, fatty acid, and urea kinetics in patients with severe pancreatitis. The response to substrate infusion and total parenteral nutrition. Ann. Surg. 204:665-672, 1986.

87.   SHAW, J. H. AND R. R. WOLFE. Determinations of glucose turnover and oxidation in normal volunteers and septic patients using stable and radioisotopes: the response to glucose infusion and total parenteral feeding. Aust. N. Z. J. Surg. 56:785-791, 1986.

88.   WOLFE, R. R., E. R. NADEL, J. H. SHAW, L. A. STEPHENSON, AND M. H. WOLFE. Role of changes in insulin and glucagon in glucose homeostasis in exercise. J. Clin. Invest. 77:900-907, 1986.

89.   WOLFE, R. R., J. H. SHAW, F. JAHOOR, D. N. HERNDON, AND M. H. WOLFE. Response to glucose infusion in humans: role of changes in insulin concentration. Am. J. Physiol. 250(Endocrinol. Metab. 13):E306-E311, 1986.

90.   WOLFE, R. R. AND J. H. SHAW. Effect of epinephrine infusion and adrenergic blockade on glucose oxidation in conscious dogs. Metabolism 35:673-678, 1986.

91.   GUICE, K. S., K. T. OLDHAM, R. R. WOLFE, AND R. H. SIMON. Lung injury in acute pancreatitis: primary inhibition of pulmonary phospholipid synthesis. Am. J. Surg. 153:54-61, 1987.

92.   JAHOOR, F. AND R. R. WOLFE. Regulation of urea production by glucose infusion in vivo. Am. J. Physiol. 253(Endocrinol. Metab. 16):E543-E550, 1987.

93.   JAHOOR, F. AND R. R. WOLFE. Reassessment of primed constant-infusion tracer method to measure urea kinetics. Am. J. Physiol. 252(Endocrinol. Metab. 15):E557-564, 1987.

94.   LAYMAN, D. K. AND R. R. WOLFE. Sample site selection for tracer studies applying a unidirectional circulatory approach. Am. J. Physiol. 253(Endocrinol. Metab. 16):E173-E178, 1987.

95.    SHAW, J. H. AND R. R. WOLFE. Fatty acid and glycerol kinetics in septic patients and in patients with gastrointestinal cancer. The response to glucose infusion and parenteral feeding. Ann. Surg. 205:368-376, 1987.

96.    SHAW, J. H., M. WILDBORE, AND R. R. WOLFE. Whole body protein kinetics in severely septic patients. The response to glucose infusion and total parenteral nutrition. Ann. Surg. 205:288-294, 1987.

97.    SHAW, J. H. AND R. R. WOLFE. The integrated effect of adrenergic blockade on glucose, fatty acid, and glycerol kinetics: responses in the basal state and during hormonal control with somatostatin-hormonal infusion. J. Surg. Res. 42:257-272, 1987.

98.    SHAW, J. H. AND R. R. WOLFE. Glucose and urea kinetics in patients with early and advanced gastrointestinal cancer: the response to glucose infusion, parenteral feeding, and surgical resection. Surgery 101:181-191, 1987.

99.    WOLFE, R. R., D. N. HERNDON, F. JAHOOR, H. MIYOSHI, AND M. WOLFE. Effect of severe burn injury on substrate cycling by glucose and fatty acids. N. Engl. J. Med. 317:403-408, 1987.

100.    WOLFE, R. R., F. JAHOOR, AND J. H. SHAW. Effect of alanine infusion on glucose and urea production in man. J. Parent. Enteral Nutr. 11:109-111, 1987.

101.    WOLFE, R. R., E. J. PETERS, S. KLEIN, O. B. HOLLAND, J. ROSENBLATT, AND H. GARY, JR. Effect of short-term fasting on lipolytic responsiveness in normal and obese human subjects. Am. J. Physiol. 252(Endocrinol. Metab. 15):E189-E196, 1987.

102.    WOLFE, R. R., D. N. HERNDON, E. J. PETERS, F. JAHOOR, M. H. DESAI, AND O. B. HOLLAND. Regulation of lipolysis in severely burned children. Ann. Surg. 206:214-221, 1987.

103.    WOLFE, R. R. AND E. J. PETERS. Lipolytic response to glucose infusion in human subjects. Am. J. Physiol. 252(Endocrinol. Metab. 15):E218-E223, 1987.

104.    HERNDON, D. N., R. E. BARROW, T. C. RUTAN, P. MINIFEE, F. JAHOOR, AND R. R. WOLFE. Effect of propranolol administration on hemodynamic and metabolic responses of burned pediatric patients. Ann. Surg. 208:484-492, 1988.

105.    JAHOOR, F., S. KLEIN, H. MIYOSHI, AND R. R. WOLFE. Effect of isotope infusion and sampling sites on glucose kinetics during a euglycemic clamp. Am. J. Physiol. 255(Endocrinol. Metab. 18):E871-E874, 1988.

106.    JAHOOR, F., M. DESAI, D. N. HERNDON, AND R. R. WOLFE. Dynamics of the protein metabolic response to burn injury. Metabolism 37:330-337, 1988.

107.    JAUCH, K. W., W. H. HARTL, M. GEORGIEFF, R. R. WOLFE, G. J. DIETZE, AND B. GUNTHER. Low-dose bradykinin infusion reduces endogenous glucose production in surgical patients. Metabolism 37:185-190, 1988.

108.    KATZ, J. AND R. R. WOLFE. On the measurement of lactate turnover in humans. Metabolism 37:1078-1080, 1988.

109.    MIYOSHI, H., G. I. SHULMAN, E. J. PETERS, M. H. WOLFE, D. ELAHI, AND R. R. WOLFE. Hormonal control of substrate cycling in humans. J. Clin. Invest. 81:1545-1555, 1988.

110.    ROSENBLATT, J. AND R. R. WOLFE. Calculation of substrate flux using stable isotopes. Am. J. Physiol. 254(Endocrinol. Metab. 17):E526-E531, 1988.

111.    SHANGRAW, R. E., C. A. STUART, M. J. PRINCE, E. J. PETERS, AND R. R. WOLFE. Insulin responsiveness of protein metabolism in vivo following bed rest in humans. Am. J. Physiol. 255(Endocrinol. Metab. 18):E548-E558, 1988.

112.    SHAW, J. H., M. CROXON, I. HOLDAWAY, J. P. COLLINS, AND R. R. WOLFE. Glucose, fat, and protein kinetics in patients with primary and secondary hyperparathyroidism. Surgery 103:526-532, 1988.

113.    SHAW, J. H., D. M. HUMBERSTONE, AND R. R. WOLFE. Energy and protein metabolism in sarcoma patients. Ann. Surg. 207:283-289, 1988.

114.    SHAW, J. H. AND R. R. WOLFE. Metabolic intervention in surgical patients. An assessment of the effect of somatostatin, ranitidine, naloxone, diclophenac, dipyridamole, or salbutamol infusion on energy and protein kinetics in surgical patients using stable and radioisotopes. Ann. Surg. 207:274-282, 1988.

115.    SHAW, J. H. AND R. R. WOLFE. Whole-body protein kinetics in patients with early and advanced gastrointestinal cancer: the response to glucose infusion and total parenteral nutrition. Surgery 103:148-155, 1988.

116.    STUART, C. A., R. E. SHANGRAW, M. J. PRINCE, E. J. PETERS, AND R. R. WOLFE. Bed-rest-induced insulin resistance occurs primarily in muscle. Metabolism 37:802-806, 1988.

117. WOLFE, B. M., S. KLEIN, E. J. PETERS, B. F. SCHMIDT, AND R. R. WOLFE. Effect of elevated free fatty acids on glucose oxidation in normal humans. Metabolism 37:323-329, 1988.

118. WOLFE, R. R., F. JAHOOR, AND H. MIYOSHI. Evaluation of the isotopic equilibration between lactate and pyruvate. Am. J. Physiol. 254:E532-E535, 1988.

119. ZAWADZKI, J. K., R. H. UNGER, D. M. MOTT, S. LILLIOJA, B. V. HOWARD, AND C. BOGARDUS. Increased rate of Cori cycle in obese subjects with NIDDM and effect of weight reduction. Diabetes 37:154-159, 1988.

120. BEER, W. H., E. MURRAY, S. H. OH, H. E. PEDERSEN, R. R. WOLFE, AND V. R. YOUNG. A long-term metabolic study to assess the nutritional value of and immunological tolerance to two soy-protein concentrates in adult humans. Am. J. Clin. Nutr. 50:997-1007, 1989.

121. CARRARO, F., S. KLEIN, J. I. ROSENBLATT, AND R. R. WOLFE. Effect of dichloroacetate on lactate concentration in exercising humans. J. Appl. Physiol. 66:591-597, 1989.

122. DURKOT, M. J. AND R. R. WOLFE. Hyper and hypodynamic models of sepsis in guinea pigs. J. Surg. Res. 46:118-122, 1989.

123. HARTL, W. H., H. MIYOSHI, D. ELAHI, AND R. R. WOLFE. Glucagon and hepatic glucose production: modulation by low-dose bradykinin infusion. Metabolism 38:878-882, 1989.

124. JAHOOR, F., R. E. SHANGRAW, H. MIYOSHI, H. WALLFISH, D. N. HERNDON, AND R. R. WOLFE. Role of insulin and glucose oxidation in mediating the protein catabolism of burns and sepsis. Am. J. Physiol. 257:E323-E331, 1989.

125. KLEIN, S., E. J. PETERS, O. B. HOLLAND, AND R. R. WOLFE. Effect of short- and long-term beta-adrenergic blockade on lipolysis during fasting in humans. Am. J. Physiol. 257:E65-E73, 1989.

126. OLDHAM, K. T., K. S. GUICE, P. S. STETSON, AND R. R. WOLFE. Bacteremia-induced suppression of alveolar surfactant production. J. Surg. Res. 47:397-402, 1989.

127. SHANGRAW, R. E., F. JAHOOR, H. MIYOSHI, W. A. NEFF, C. A. STUART, D. N. HERNDON, AND R. R. WOLFE. Differentiation between septic and postburn insulin resistance. Metabolism 38:983-989, 1989.

128. SHAW, J. H. AND R. R. WOLFE. An integrated analysis of glucose, fat, and protein metabolism in severely traumatized patients. Studies in the basal state and the response to total parenteral nutrition. Ann. Surg. 209:63-72, 1989.

129. STEIN, T. P., R. W. HOYT, M. O. TOOLE, M. J. LESKIW, M. D. SCHLUTER, R. R. WOLFE, AND W. D. HILLER. Protein and energy metabolism during prolonged exercise in trained athletes. Int. J. Sports Med. 10:311-316, 1989.

130. CARRARO, F., C. A. STUART, W. H. HARTL, J. ROSENBLATT, AND R. R. WOLFE. Effect of exercise and recovery on muscle protein synthesis in human subjects. Am. J. Physiol. 259:E470-E476, 1990.

131. CARRARO, F., W. H. HARTL, C. A. STUART, D. K. LAYMAN, F. JAHOOR, AND R. R. WOLFE. Whole body and plasma protein synthesis in exercise and recovery in human subjects. Am. J. Physiol. 258:E821-E831, 1990.

132. GORAN, M. I., E. J. PETERS, D. N. HERNDON, AND R. R. WOLFE. Total energy expenditure in burned children using the doubly labeled water technique. Am. J. Physiol. 259:E576-E585, 1990.

133. HARTL, W., K. W. JAUCH, D. N. HERNDON, T. U. COHNERT, R. R. WOLFE, AND F. W. SCHILDBERG. Effect of low-dose bradykinin on glucose metabolism and nitrogen balance in surgical patients. Lancet 335:69-71, 1990.

134. HARTL, W. H., D. N. HERNDON, AND R. R. WOLFE. Kinin/prostaglandin system: its therapeutic value in surgical stress. Crit Care Med 18:1167-1174, 1990.

135. HARTL, W. H., K. W. JAUCH, R. R. WOLFE, AND F. W. SCHILDBERG. Effects of kinins on glucose metabolism in vivo. Horm. Metab. Res. Suppl. 22:79-84, 1990.

136. HARTL, W. H., H. MIYOSHI, F. JAHOOR, S. KLEIN, D. ELAHI, AND R. R. WOLFE. Bradykinin attenuates glucagon-induced leucine oxidation in humans. Am. J. Physiol. 259:E239-E245, 1990.

137. HARTL, W. H., K. W. JAUCH, T. U. COHNERT, R. R. WOLFE, AND F. W. SCHILDBERG. [Pyruvate metabolism using stable isotopes]. Beitr. Infusionther. 25:389-398, 1990.

138. JAHOOR, F., E. J. PETERS, AND R. R. WOLFE. The relationship between gluconeogenic substrate supply and glucose production in humans. Am. J. Physiol. 258:E288-E296, 1990.

139. KLEIN, S. AND R. R. WOLFE. Whole-body lipolysis and triglyceride-fatty acid cycling in cachectic patients with esophageal cancer. J. Clin. Invest. 86:1403-1408, 1990.

140. KLEIN, S., O. B. HOLLAND, AND R. R. WOLFE. Importance of blood glucose concentration in regulating lipolysis during fasting in humans. Am. J. Physiol. 258:E32-E39, 1990.

141. STUART, C. A., R. E. SHANGRAW, E. J. PETERS, AND R. R. WOLFE. Effect of dietary protein on bed-rest-related changes in whole-body-protein synthesis. Am. J. Clin. Nutr. 52:509-514, 1990.

142. WEBER, J. M., S. KLEIN, AND R. R. WOLFE. Role of the glucose cycle in control of net glucose flux in exercising humans. J. Appl. Physiol. 68:1815-1819, 1990.

143. WOLFE, R. R. AND F. JAHOOR. Recovery of labeled $CO_2$ during the infusion of C-1- vs C-2-labeled acetate: implications for tracer studies of substrate oxidation. Am. J. Clin. Nutr. 51:248-252, 1990.

144. WOLFE, R. R., S. KLEIN, D. N. HERNDON, AND F. JAHOOR. Substrate cycling in thermogenesis and amplification of net substrate flux in human volunteers and burned patients. J. Trauma 30:S6-S9, 1990.

145. WOLFE, R. R., S. KLEIN, F. CARRARO, AND J. M. WEBER. Role of triglyceride-fatty acid cycle in controlling fat metabolism in humans during and after exercise. Am. J. Physiol. 258:E382-E389, 1990.

146. BROOKS, G. A., G. E. BUTTERFIELD, R. R. WOLFE, B. M. GROVES, R. S. MAZZEO, J. R. SUTTON, E. E. WOLFEL, AND J. T. REEVES. Increased dependence on blood glucose after acclimatization to 4,300 m. J. Appl. Physiol. 70:919-927, 1991.

147. BROOKS, G. A., G. E. BUTTERFIELD, R. R. WOLFE, B. M. GROVES, R. S. MAZZEO, J. R. SUTTON, E. E. WOLFEL, AND J. T. REEVES. Decreased reliance on lactate during exercise after acclimatization to 4,300 m. J. Appl. Physiol. 71:333-341, 1991.

148. CARRARO, F., J. ROSENBLATT, AND R. R. WOLFE. Isotopic determination of fibronectin synthesis in humans. Metabolism 40:553-561, 1991.

149. COWETT, R. M. AND R. R. WOLFE. Glucose and lactate kinetics in the neonate. J. Develop. Physiol. 16:341-347, 1991.

150. ELAHI, D., M. MCALOON-DYKE, N. K. FUKAGAWA, G. WONG, K. L. MINAKER, J. J. SEAMAN, W. R. GOOD, C. G. VANDEPOL, R. S. SHANNON, J. M. MILES, AND R. R. WOLFE. Hemodynamic and metabolic responses to human insulin-like growth factor 1 (IGF-1) in men. Modern Concepts of Insulin-like Growth Factors. Edited by E. M. Spencer. NY: Elsevier, 219-224, 1991.

151. GORAN, M. I., L. BROEMELING, D. N. HERNDON, E. J. PETERS, AND R. R.WOLFE. Estimating energy requirements in burned children: a new approach derived from measurements of resting energy expenditure. Am. J. Clin. Nutr. 54:35-40, 1991.

152. GORE, D. C., D. HONEYCUTT, F. JAHOOR, T. RUTAN, R. R. WOLFE, AND D. N. HERNDON. Effect of exogenous growth hormone on glucose utilization in burn patients. J. Surg. Res. 51:518-523, 1991.

153. GORE, D. C., D. HONEYCUTT, F. JAHOOR, R. R. WOLFE, AND D. N. HERNDON. Effect of exogenous growth hormone on whole-body and isolated-limb protein kinetics in burned patients. Arch. Surg. 126:38-43, 1991.

154. GORE, D. C., D. HONEYCUTT, F. JAHOOR, R. E. BARROW, R. R. WOLFE, AND D. N. HERNDON. Propranolol diminishes extremity blood flow in burned patients. Ann. Surg. 213:568-73; discus, 1991.

155. KLEIN, S., E. J. PETERS, R. E. SHANGRAW, AND R. R. WOLFE. Lipolytic response to metabolic stress in critically ill patients. Crit. Care Med. 19:776-779, 1991.

156. PETERS, E. J., S. KLEIN, AND R. R. WOLFE. Effect of short-term fasting on the lipolytic response to theophylline. Am. J. Physiol. 261:E500-E504, 1991.

157. WOLFE, R. R., F. JAHOOR, D. N. HERNDON, AND H. MIYOSHI. Isotopic evaluation of the metabolism of pyruvate and related substrates in normal adult volunteers and severely burned children: effect of dichloroacetate and glucose infusion. Surgery 110:54-67, 1991.

158. ZHANG, X-J., K. R. KUNKEL, F. JAHOOR, AND R. R. WOLFE. Role of basal insulin in the regulation of protein kinetics and energy metabolism in septic patients. J. Parent. Enteral Nutr. 15:394-399, 1991.

159. BIOLO, G., D. CHINKES, X-J. ZHANG, AND R. R. WOLFE. A new model to determine in vivo the relationship between amino acid transmembrane transport and protein kinetics in muscle. J. Parent. Enteral Nutr. 16:305-315, 1992.

160. BROOKS, G. A., E. E. WOLFEL, B. M. GROVES, P. R. BENDER, G. E. BUTTERFIELD, A. CYMERMAN, R. S. MAZZEO, J. R. SUTTON, R. R. WOLFE, AND J. T. REEVES. Muscle accounts for glucose disposal but not blood lactate appearance during exercise after accli-matization to 4,300 m. J. Appl. Physiol. 72(6):2435-2445,1992.

161. CATALANO, P. M., E. D. TYZBIR, R. R. WOLFE, N. M. ROMAN, S. B. AMINI, AND E. A. H. SIMS. Longitudinal changes in basal hepatic glucose production and suppression during insulin infusion in normal pregnant women. Am. J. Ob. Gyn. 167:913-919, 1992.

162. CARRARO, F. AND R. R. WOLFE. High-protein intake alters the response of fasting in normal human subjects. Am. J. Clin. Nutr. 55:959-962, 1992.

163.    CHINKES, D. L., J. ROSENBLATT, AND R. R. WOLFE. Assessment of the mathematical issues involved in measuring the fractional synthesis rate of protein using the flooding dose technique. Clin. Sci. 84:177-183, 1992.

164.    JAHOOR, F., X-J. ZHANG, H. BABA, Y. SAKURAI, AND R. R. WOLFE. Comparison of constant infusion and flooding dose techniques to measure muscle protein synthesis rate in dogs. J. Nutr. 122:878-887, 1992.

165.    JAHOOR, F., S. KLEIN, AND R. R. WOLFE. Mechanism of regulation of glucose production by lipolysis in humans. Am. J. Physiol. 262(Endocrinol. Metab. 28):E353-E358, 1992.

166.    KLEIN, S. AND R. R. WOLFE. Carbohydrate restriction regulates the adaptive response to fasting. Am. J. Physiol. 262(Endocrinol. Metab. 28):E631-E636, 1992.

167.    KLEIN, S., F. JAHOOR, H. BABA, C. M. TOWNSEND, AND R. R. WOLFE. In vivo assessment of the metabolic alterations in glucagonoma syndrome. Metabolism 41:1171-1175, 1992.

168.    KLEIN, S., C. A. STUART, F. JAHOOR, AND R. R. WOLFE. Generalized lipodystrophy: In vivo evidence for hypermetabolism and insulin resistant lipid, glucose and amino acid kinetics. Metabolism 41:893-896, 1992.

169.    ROMIJN, J. A., E. F. COYLE, J. HIBBERT, AND R. R. WOLFE. Comparison of indirect calorimetry and a new breath $^{13}C/^{12}C$ ratio method during strenuous exercise. Am. J. Physiol. 263(Endocrinol. Metab. 28):E64-E71, 1992.

170.    ROSENBLATT, J., D. CHINKES, M. H. WOLFE, AND R. R. WOLFE. Stable isotope tracer analysis by GC-MS, including quantification of isotopomer effects. Am. J. Physiol. 263(Endocrinol. Metab. 28):E584-E596, 1992.

171.    CATALANO, P. M., E. D. TYZBIR, R. R. WOLFE, J. CALLES, N. M.ROMAN, S. B. AMINI, AND E. A. SIMS. Carbohydrate metabolism during pregnancy in control subjects and women with gestational diabetes. Am. J. Physiol. 264(Endocrinol. Metab. 28):E60-E67, 1993.

172.    TOWNSEND, R.R., D. J. DIPETTE, T. R. LIEUX, AND R. R. WOLFE. The role of the renin-angiotensin system in insulin sensitivity in normotensive subjects. Am. J. Med. Sci. 305(2):67-71, 1993.

173.    ZHANG, X-J., H. BABA, AND R. R. WOLFE. Further evaluation of isotopic equilibration between labeled pyruvate and lactate. J. Nutr. Biochem. 4:218-221, 1993.

174.    GORAN, M. I., W. H. BEER, R. R. WOLFE, E. T. POEHLMAN, AND V. R. YOUNG. Variation in total energy expenditure in young healthy free living men. Metabolism 42:(4) 487-496, 1993.

175.    SAKURAI, Y., X-J. ZHANG, AND R. R. WOLFE. Short-term effects of tumor necrosis factor on energy and substrate metabolism in dogs. J. Clin. Invest. 91:2437-2445, 1993.

176.    HUGHES, V.A., M A. FIATARONE, A. R. FIELDING, B. B. KAHN, C. M. FERRARA, P. SHEPHERD, E. C. FISHER, R. R. WOLFE, D. ELAHI, AND W. J. EVANS. Exercise Increases Muscle Glut-4 Levels and Insulin Action In Subjects With Impaired Glucose Tolerance. Am. J. Physiol. 264(Endocrinol. Metab. 28):E855-E862, 1993.

177.    PATTERSON, B.W., AND R. R. WOLFE. Concentration dependence of methyl palmitate isotope ratios by electron ionization gas chromatography/mass spectrometry. Biol. Mass Spectrom. 22:481-486, 1993.

178.    PATTERSON, B.W., F. CARRARO, AND R. R. WOLFE. Measurement of $^{15}N$ enrichment in multiple amino acids and urea in a single analysis by gas chromatography/mass spectrometry. Biol. Mass Spectrom. 22:518-523, 1993.

179.    ROMIJN, J. A., E. F. COYLE, L. S. SIDOSSIS, A. GASTALDELLI, J. F. HOROWITZ, E. ENDERT, AND R. R. WOLFE. Regulation of endogenous fat and carbohydrate metabolism in relation to exercise intensity and duration. Am. J. Physiol. 265(Endocrinol. Metab. 28):E380-E391, 1993.

180.    ROMIJN, J. A., S. KLEIN, E. F. COYLE, L. S. SIDOSSIS, R. R. WOLFE. Strenuous endurance training increases lipolysis and triglyceride-fatty acid cycling at rest. J. Appl. Physiol. 75(1):108-113, 1993.

181.    CARRARO, F., T. D. KIMBROUGH, AND R. R. WOLFE. Urea kinetics in humans at two levels of exercise intensity. J. Appl. Physiol. 75:(3)1180, 1993.

182.    BROEMELING, L. AND R. R. WOLFE. Measuring intrasubject variability: use of the jackknife in doubly labeled water experiments. J. Appl. Physiol. 75:(4) 1507-1512, 1993.

183.    ELAHI, D., M. MCALOON-DYKE, N. K. FUKAGAWA, A. L. SCLATER, G. A. WONG, K. L. MINAKER, J. M. MILES, A. H. L. RUBENSTEIN, R. S. SHANNON, C. J. VANDEPOL, H. O. GULER, W. R. GOOD, J. J. SEAMON, AND R. R. WOLFE. Effects of human recombinant IGLF-I on glucose and leucine kinetics in man. Am. J. Physiol. 265(Endocrinol. Metab. 28):E831-E838, 1993.

184.  MAGGI, S. P., G. BIOLO, M. S. MULLER, R. E. BARROW, R. R. WOLFE, AND D. N. HERNDON. $\beta_1$ blockade decreases cardiac work without affecting protein breakdown or lipolysis in severely burned patients. Surgical Forum, 79th Annual Clinical Congress, 25-27, 1993.

185.  GORE, D. C., F. JAHOOR, R. R. WOLFE, AND D. N. HERNDON. Acute response of human muscle protein to catabolic hormones. Ann. Surg. 218:679-684, 1993.

186.  DAVIS, S. N., R. E. GOLDSTEIN, J. JACOBS, L. PRICE, R. R. WOLFE, AND A. D. CHERRINGTON. Effects of differing insulin levels on the hormonal and metabolic response to equivalent hypoglycemia in normal man. Diabetes Vol. 42, No. 2, 263-272, 1993.

187.  BROEMELING, L. AND R. R. WOLFE. On estimating intrasubject variability: in doubly labeled water experiments. J. Nutr. Biochem. 5:39-42, 1994.

188.  CARRARO, F., A. NALDINI, J. M. WEBER, R. R. WOLFE. Alanine kinetics in humans during low-intensity exercise. Med. Sci. Sports Exercise Vol. 26, No. 3, 348-353, 1994.

189.  HIBBERT, J. M., L. BROEMELING, J. N. ISENBERG, AND R. R. WOLFE. Determinants of free-living energy expenditure in normal weight and obese women measured by doubly labeled water. Obesity Research 2:44-53, 1994.

190.  TOWNSEND, R. R., S. KLEIN, R. R. WOLFE. Changes in lipolytic sensitivity following repeated epinephrine infusion in humans. Am. J. Physiol. 266(Endocrinol. Metab. 29):E155-E160, 1994.

191.  ROMIJN, J. A., D. CHINKES, J. M. SCHWARZ, AND R. R. WOLFE. Lactate-pyruvate interconversion in blood: implications for in vivo tracer studies. Am. J. Physiol. 266(Endocrinol. Metab. 29):E334-E340, 1994.

192.  BABA, H., X-J. ZHANG, K. KUNKEL, AND R. R. WOLFE. Effect of hepatectomy on glucose metabolism in the dog. Metabolism 43(6):670-676, 1994.

193.  SAKUARI, Y., X-J. ZHANG, AND R. R. WOLFE. Effect of tumor necrosis factor on substrate and amino acid kinetics in conscious dogs. Am. J. Physiol. 266(Endocrinol. Metab. 29):E936-E945, 1994.

194.  CHINKES, D. L., X-J. ZHANG, J. A. ROMIJN, Y. SAKURAI, AND R. R. WOLFE. Measurement of pyruvate and lactate kinetics across the hindlimb and gut of anesthetized dogs. Am. J. Physiol. 267(Endocrinol. Metab. 30):E174-E182, 1994.

195.  BIOLO, G., A. GASTALDELLI, X-J. ZHANG, AND R. R. WOLFE. Protein synthesis and breakdown in skin and muscle: a leg model of amino acid kinetics. Am. J. Physiol. 267(Endocrinol. Metab. 30):E467-E474, 1994.

196.  WILLIAMS, B. D. AND R. R. WOLFE. Determination of amino- and amide- $^{15}$N glutamine enrichment with tertiary butyldimethylsilyl derivatives. Biol. Mass Spectrom. 23:682-688, 1994.

197.  HERNDON, D. N., T. T. NGUYEN, R. R. WOLFE, S. P. MAGGI, G. BIOLO, M. MULLER, AND R. E. BARROW. Lipolysis in burned patients is stimulated by the beta 2-receptor for catecholamines. Arch. Surg. 129:1301-1305, 1994.

198.  KLEIN, S., E. F. COYLE, AND R. R. WOLFE. Fat metabolism during low-intensity exercise in endurance - trained and untrained men. Am. J. Physiol. 267(Endocrinol. Metab. 30):E934-E940, 1994.

199.  CHINKES, D. L. AND R. R. WOLFE. Implementation of a new algorithm for fitting data to compartmental models. Proc. IFAC Symp. on Modeling and Control in Biological Systems, ed. B. W. Patterson. Madison:Omnipress, 1994, p. 264.

200.  SIDOSSIS, L. S., A. R. COGGAN, A. GASTALDELLI, AND R. R. WOLFE. Pathway of free fatty acid oxidation in human subjects: implications for tracer studies. J. Clin. Invest. 95:278-284, 1995.

201.  FERRANDO, A. A., B. D. WILLIAMS, C. A. STUART, H. W. LANE, AND R. R. WOLFE. Oral branched chain amino acids decrease whole-body proteolysis. J.P.E.N. 19:47-54, 1995.

202.  WILLIAMS, B. D., I. PLAG, J. TROUP, AND R. R. WOLFE. Isotopic determination of glycolytic flux during intense exercise in humans. J. Appl. Physiol. 78:(2)483-490, 1995.

203.  BIOLO, G., R. Y. D. FLEMING, AND R. R. WOLFE. Physiologic hyperinsulinemia stimulates protein synthesis and enhances transport of selected amino acids in human skeletal muscle. J. Clin. Invest. 95:811-819, 1995.

204.  BIOLO, G., R. Y. D. FLEMING, S. P. MAGGI, AND R. R. WOLFE. Transmembrane transport and intracellular kinetics of amino acids in human skeletal muscle. Am. J. Physiol. 268(Endocrinol. Metab. 31):E75-E84, 1995.

205.  BABA, H., X-J. ZHANG, AND R. R. WOLFE. Glycerol gluconeogenesis in fasting humans. Nutrition 11(2):149-153, 1995.

206.  SAKURAI, Y., X-J. ZHANG, AND R. R. WOLFE. Insulin-like growth factor-I and insulin reduce leucine flux and oxidation in conscious tumor necrosis factor-infused dogs. Surgery 117:305-313, 1995.

207. BIOLO, G., S. P. MAGGI, B. D. WILLIAMS, K. TIPTON, AND R. R. WOLFE. Increased rates of muscle protein turnover and amino acid transport after resistance exercise in humans. Am. J. Physiol. 268(Endocrinol. Metab. 31):E514-E520, 1995.

208. BIOLO, G., X-J. ZHANG, AND R. R. WOLFE. Role of membrane transport in interorgan amino acid flow between muscle and small intestine. Metabolism 44(6):719-724, 1995.

209. BIOLO, G. AND R. R. WOLFE. Relationship between plasma amino acid kinetics and tissue protein synthesis and breakdown. Proc. IFAC Symp. on Modeling and Control in Biological Systems, ed. B. W. Patterson. Madison:Omnipress, 1994, p. 358-359.

210. KLEIN, S., E. F. COYLE, AND R. R. WOLFE. Effect of exercise on lipolytic sensitivity in endurance-trained athletes. J. Appl. Physiol. 78(6):2201-2206, 1995.

211. RAGUSO, C. A., A. R. COGGAN, A. GASTALDELLI, L. S. SIDOSSIS, E. J. BASTYR III, AND R. R. WOLFE. Lipid and carbohydrate metabolism in IDDM during moderate and intense exercise. Diabetes 44(9):1066-1074, 1995.

212. SAKURAI, Y., A. AARSLAND, D. N. HERNDON, D. L. CHINKES, E. PIERRE, T. T. NGUYEN, B. W. PATTERSON, AND R. R. WOLFE. Stimulation of muscle protein synthesis by long-term insulin infusion in severely burned patients. Annal. Surg. 222(3):283-297, 1995.

213. PATTERSON, B. W., F. CARRARO, S. KLEIN, AND R. R. WOLFE. Quantification of the incorporation of $^{15}$N-ammonia into plasma amino acids and urea. Am. J. Physiol.(Endocrinol. Metab.)32:E508-E515, 1995.

214. CHINKES, D. L., E. DEMELO, X-J. ZHANG, D. L. TRABER, AND R. R. WOLFE. Increased plasma glucose clearance in sepsis is due to increased exchange between plasma and interstitial fluid. Shock 4(5):356-360, 1995.

215. SIDOSSIS, L. S., A. R. COGGAN, A. GASTALDELLI, AND R. R. WOLFE. A new correction factor for use in tracer estimations of plasma fatty acid oxidation. Am. J. Physiol. (Endocrinol. Metab.)32:E649-E656, 1995.

216. URBAN, R. J., Y. H. BODENBURG, C. GILKISON, J. FOXWORTH, A. R. COGGAN, R. R. WOLFE, AND A. A. FERRANDO. Testosterone administration to elderly men increases skeletal muscle strength and protein syntehsis. Am. J. Physiol. 269 (Endocrino. Metab.)32:E820-E826, 1995.

217. ROMIJN, J. A., E. G. COYLE, X-J. ZHANG, L. S. SIDOSSIS, AND R. R. WOLFE. Relationship between fatty acid delivery and fatty acid oxidation during strenuous exercise. J. Appl. Physiol. 79:1939-1945, 1995

218. KOEA, J. B., R. R. WOLFE, AND J. H. SHAW. Total energy expenditure during total parenteral nutrition: ambulatory patients at home versus patients with sepsis in surgical intensive care. Surgery. 118:54-62, 1995.

219. CHINKES, D. L., S. KLEIN, X-J. ZHANG, AND R. R. WOLFE. Infusion of labeled KIC is more accurate than labeled leucine to determine muscle protein synthesis. Am. J. Physiol. 270 (Endocrinol. Metab.)33:E67-E71, 1996.

220. ZHANG, X-J., Y. SAKURAI, AND R. R. WOLFE. An animal model for measurement of protein metabolism in the skin. Surgery 119:326-332, 1996.

221. KLEIN, S., J-M WEBER, E. F. COYLE, AND R. R. WOLFE. Effect of endurance training on glycerol kinetics during strenuous exercise in humans. Metabolism 45 3:357-361, 1996.

222. WILLIAMS, B. D., R. R. WOLFE, D. P. BRACY, AND D. H. WASSERMAN. Gut proteolysis contributes essential amino acids during exercise. Am. J. Physiol. 270 (Endocrino. Metab. 33):E85-E90, 1996.

223. FERRANDO, A. A., H. W. LANE, C. A. STUART, J. DAVIS-STREET, AND R. R. WOLFE. Prolonged bed rest decreases skeletal muscle and whole body protein synthesis. Am. J. Physio. 270 (Endocrinol. Metab. 33):E627-E633, 1996.

224. SIDOSSIS, L. S. AND R. R. WOLFE. Glucose and insulin-induced inhibition of fatty acid oxidation: The glucose-fatty acid cycle reversed. Am. J. Physiol. 270 (Endocrinol. and Metab. 33):E733-E738, 1996.

225. SHANGRAW, R. E., F. JAHOOR, R. R. WOLFE, AND C. H. LANG. Pyruvate dehydrogenase inactivity is not responsible for sepsis-induced insulin resistance. Critical Care Medicine 24:566-574, 1996.

226. SAKURAI, Y., X-J. ZHANG, AND R. R. WOLFE. TNF directly stimulates glucose uptake and leucine oxidation and inhibits FFA flux in the conscious dog. Am. J. Physiol. 270 (Endocrinol. Metab. 33):E864-E872, 1996.

227. ZHANG, X-J., D. L. CHINKES, Y. SAKURAI, AND R. R. WOLFE. An isotopic method for measurement of muscle protein fractional breakdown rate in vivo. Am. J. Physiol. Endocrinol Metabol 270(33):E759-E767, 1996.

228. AARSLAND, A., D. L. CHINKES, R. R. WOLFE, R. E. BARROW, S. O. NELSON, E. PIERRE, AND D. N. HERNDON. Beta-blockade lowers peripheral lipolysis in burned patients receiving growth hormone: rate of hepatic very low density lipoprotein triglyceride secretions remains unchanged. Annals of Surgery Vol 23:6, 777-789, 1996.

229. BEREKET, A., T. A. WILSON, S. L. BLETHEN, Y. SAKURAI, D. N. HERNDON, R. R. WOLFE, AND C. H. LANG. Regulation of acid-labile subunit of the insulin-like growth factor ternary complex in patients with insulin-dependent diabetes mellitus and severe burns. Clin. Endo. 44:525-532, 1996.

230. WOLFE, R. R., D. L. CHINKES, B. HIDEFUMI, J. ROSENBLATT AND X-J. ZHANG. Response of phosphoenolpyruvate cycle activity to fasting and to hyperinsulinemia in human subjects. Am. J. Physiol. 271 (Endocrinol. Metab.34:E159-E176, 1996.

231. Lang CH, Fan J, Frost RA, Gelato MC, Sakurai Y, Herndon DN, Wolfe RR. Regulation of the insulin-like growth factor system by insulin in burn patients. J. Clin. Endocrinol Metab. 81:2474-2480, 1996.

232. Chinkes DL, Aarsland AA, Rosenblatt JI, Wolfe RR. Comparison of mass isotopomer dilution methods used to compute VLDL production in vivo. Am. J. Physiol.(Endocinal Metab) 34:2:E373-E383, 1996.

233. Raguso CA, Coggan AR, Sidossis LS, Gastaldelli A, Wolfe RR. Effect of theophylline on substrate metabolism during exercise. Metabolism 45:1153-1160, 1996.

234. Aarsland AA, Chinkes DL, Wolfe RR. Contributions of de novo synthesis of fatty acids to VLDL triglyceride secretion during prolonged hyperglycemia/hyperinsulinemia in normal man. J. Clin. Invest. 98:2008-2017, 1996.

235. Wolfe RR. Relation of metabolic studies to clinical nutrition: Example of burn injury. Am. J. Clin. Nutr. 64:800-808, 1996.

236. Tipton KD, Ferrando AA, Williams BD, Wolfe RR. Muscle protein metabolism in female swimmers after a combination of resistance and endurance exercise. J. Appl. Physiol. 81:2034-2038, 1996.

237. Sidossis LS, Stuart CA, Shulman GI, Lopaschuk GD, Wolfe RR. Glucose plus insulin regulate fat oxidation by controlling the rate of fatty acid entry into the mitochondria. J. Clin. Invest. 98(10):2244-2250, 1996.

238. Ferrando AA, Tipton KD, Bamman MM, Wolfe RR. Resistance exercise maintains skeletal muscle protein synthesis during bed rest. J. Appl. Physiol. 82(3):807-810, 1997.

239. Zhang XJ, Cortiella J, Doyle DJ, Wolfe RR. Ketamine anesthesia causes greater muscle catabolism in rabbits than does propofol. Nutr Biochem 8:133-139, 1997.

240. Gastaldelli A, Schwarz JM, Caveggion E, Traber LD, Traber DL, Rosenblatt J, Toffolo G, Cobelli C, Wolfe RR. Glucose kinetics in interstitial fluid can be predicted by compartmental modeling. Am J Physiol 272 (Endocrinol Metab) 35: E494-E505, 1997.

241. Patterson BW, Nguyen T, Pierre E, Herndon DN, Wolfe RR. Urea and protein metabolism in burned children: effect of dietary protein intake. Metabolism 46, 5:573-578, 1997.

242. Aarsland A, Chinkes DL, Wolfe RR. Hepatic and whole body fat synthesis in humans during carbohydrate overfeeding. Am J Clin Nutr 65:1774-1782, 1997.

243. Sidossis LS, Gastaldelli A, Klein S, Wolfe RR. Regulation of plasma fatty acid oxidation during low and high intensity exercise. Am J Physiol (Endocrinol Metab 35): E1065-1070, 1997.

244. Phillips SM, Tipton KD, Aarsland A, Wolf SE, Wolfe RR. Mixed muscle protein synthesis and breakdown after resistance exercise in humans. Am J Physiol 273(1 Pt 1): E99-E107, 1997.

245. Biolo G, Tipton KD, Klein S, Wolfe RR. An abundant supply of amino acids enhances the metabolic effect of exercise on muscle protein. Am J Physiol 273(1 Pt 1) E122-E129, 1997.

246. Trappe TA, Gastaldelli A, Jozsi AC, Troup JP, Wolfe RR. Energy expenditure of swimmers during high volume training. Med Sci Sports Exer 29, 7:950-954,1997.

247. Coggan AR, Raguso CA, Gastaldelli A, Williams BD, Wolfe RR. Regulation of glucose production during exercise at 80% of $VO_2$ peak in untrained humans. AJP 273 (Endocrinol Metab 36) E348-E354, 1997.

248. Patterson BW, Zhang X-J, Chen Y, Klein S, Wolfe RR. Measurement of very low stable isotope enrichments by gas chromatography/mass spectrometry: Application to measurement of muscle protein synthesis. Metabolism 46, 8:943-948, 1997.

249. Zhang X-J, Chinkes DL, Doyle D, Wolfe RR. Metabolism of skin and muscle protein is regulated differently in response to nutrition. Am J Physiol 274 (Endocrinol and Metab 37):E484-E492, 1998.

250. Sidossis LS, Wolfe RR, Coggan AR. Regulation of fatty acid oxidation in untrained versus trained men during exercise. Am J Physiol (Endocrinol and Metab 37):E510-E515, 1998.

251.    Pierre EJ, Hawkins HH, Nguyen TT, Barrow RE, Sakuri Y, Desari M, Wolfe RR, Herndon DN. Effects of insulin on wound healing. J Trauma 44(2):342- 345, 1998.

252.    Aarsland A, Chinkes DL, Sakurai Y, TNguyen TT, Herndon DN, Wolfe RR. Insulin therapy in burn patients does not contribute to hepatic trigylceride production. J Clin Invest 101(10):2233-2239, 1998.

253.    Volpi E, Ferrando AA, Yeckel CW, Tipton KD, Wolfe RR. Exogenous amino acids stimulate net muscle protein synthesis in the elderly. J Clin Invest, 101(9):2000-2007, 1998.

254.    Mittendorfer B, Sidossis LS, Walser E, Chinkes DL, Wolfe RR. Regional acetate kinetics and oxidation in human volunteers. Am J Physiol 274 (Endocrinol and Metab 35):E978-E983, 1998.

255.    Yang RC, Mack GW, Wolfe RR, Nadel ER. Albumin synthesis after intense intermittent exercise in human subjects. J App Physiol 84(2):584-592, 1998.

256.    Aarsland A, Wolfe RR. Hepatic secretion of VLDL fatty acids during stimulated lipogenesis in men. J Lipid Research 39(6):1280-1286, 1998.

257.    Williams BD, Chinkes DL, Wolfe RR. Alanine and glutamine kinetics at rest and during exercise in humans. Med Sci Sports Exerc 30(7):1053-1058, 1998.

258.    Ferrando AA, Chinkes DL, Wolf SE, Matin S, Herndon DN, Wolfe RR. Acute dichloroacetate administration increases skeletal muscle free glutamine concentrations after burn injury. Ann Surg 228 (2):249-256, 1998.

259.    Ferrando AA, Tipton KD, Doyle D, Phillips SM, Cortiella J, Wolfe RR. Testosterone injection stimulates net protein synthesis but not tissue amino acid transport. Am J Physiol 276 (Endocrinol and Metab 38):E864-E871, 1998.

260.    Sidossis LS, Mittendorfer B, Walser E, Chinkes DL, Wolfe RR. Hyperglycemia-induced inhibition of splanchnic fatty acid oxidation increases hepatic triacylglycerol secretion. Am J Physiol 276 (Endocrinol Metab 38):E798-E805, 1998.

261.    Phillips SM, Tipton KD, Ferrando AA, Wolfe RR. Resistance training reduces the acute exercise-induced increase in muscle protein turnover. Am J Physiol 276 (Endocrinol Metab 39):E118-E124, 1999.

262.    Ferrando AA, Chinkes DL, Wolf SE, Matin S, Herndon DN, Wolfe RR. A submaximal dose of insulin promotes net skeletal muscle protein synthesis in patients with severe burns. Ann Surg 229(1):11-18, 1999. PMCID:PMC1191603

263.    Zhang X-J, Chinkes DL, Wolf SE, Wolfe RR. Insulin but not growth hormone directly stimulates protein anabolism in the scalded skin and normal muscle. Am J Physiol 276 (Endocrinol Metab 39):E712-E720, 1999.

264.    Tipton KD, Gurkin BE, Matin S, Wolfe RR. Nonessential amino acids are not necessary to stimulate net muscle protein synthesis in healthy volunteers. J Nutr Biochem 10:89-95, 1999.

265.    Tipton, KD, Ferrando AA, Phillips SM, Doyle D, Jr, Wolfe RR. Post exercise net protein synthesis in human muscle from orally administered amino acids. Am J Physiol 276(Endocrinol Metab 39), E628-E634, 1999.

266.    Herndon DN, Ramzy PI, DebRoy MA, Zheng M, Ferrando AA, Chinkes DL, Barret JP, Wolfe RR, Wolf SE. Muscle protein catabolism after severe burn: Effects of age and IGF-1/IGFBP-3 treatment. Annals of Surgery 229 (5): 713-722, 1999. PMCID:PMC1420816

267.    Biolo G, Williams BD, Fleming RYD, Wolfe RR. Insulin action on muscle protein kinetics and amino acid transport during recovery after resistance exercise. Diabetes (48):949-957, 1999.

268.    Sidossis LS, Mittendorfer B, Chinkes DL, Walser E, Wolfe RR. Effect of hyperglycemia-hyperinsulinemia on whole body and regional fatty acid oxidation. Am J Physiology 276:E427-E434, 1999.

269.    Volpi E, Mittendorfer B, Wolf SE, Wolfe RR. Oral amino acids stimulate muscle protein anabolism in elderly despite higher first-pass splanchnic extraction. Am J Physiology 277:E513-E520, 1999.

270.    Martini WZ, Chinkes DL, Barrow RE, Murphey ED, Wolfe RR. Lung surfactant kinetics in conscious pigs. Am J Physiol 277:E187-E195, 1999.

271.    Sidossis LS, Mittendorfer B, Walser E, Chinkes DL, Wolfe RR. Hyperglycemia inhibits liver fatty acid oxidation and increases triacylglycerol secretion in humans. Lipids 34:S95, 1999.

272.    Sheffield-Moore, M, Urban RJ, Wolf SE, Jiang J, Catlin DH, Herndon DN, Wolfe RR, Ferrando AA. Short-term oxandrolone administration stimulates net muscle protein synthesis in young men. J Clin Endocrinol Metab 84:2705-2711, 1999.

273.    Mittendorfer B, Gore DC, Herndon DN, Wolfe RR. Accelerated glutamine synthesis in critically ill patients cannot maintain normal intracellular free glutamine concentration. J Parenteral Enteral Nutr 23 (5):243-250, 1999.

274.    Ferrando A, Stuart CA, Sheffield-Moore M, Wolfe RR. Inactivity amplifies the catabolic response of skeletal muscle to cortisol. J Clin Endocrinol Metab 84:3515-3521, 1999.

275.  Debroy MA, Wolf SE, Zhang X-J, Chinkes DL, Ferrando AA, Wolfe RR, Herndon DN. Anabolic effects of insulin-like growth factor in combination with insulin-like growth factor binding protein-3 in severely burned adults. J Trauma (47)5:904-911, 1999.

276.  Sidossis LS, Mittendorfer B, Walser E, Wolfe RR. Regional disposal of intravenously infused glucose during prolonged hyperglycemia-hyperinsulinemia. J Nutr Biochem 10:547-554, 1999.

277.  Gastaldelli A, Coggan AR, Wolfe RR. Assessment of methods for improving tracer estimates of substrate rate of appearance in non-steady state. J Appl Physiol 87(5):1813-1822, 1999.

278.  Rasmussen BB, Volpi E, Gore DC, Wolfe RR. Androstenedione does not stimulate muscle protein anabolism in young healthy men. J Clin Endocrinol Metab, 85:55-59, Jan 2000.

279.  Rasmussen B, Tipton KD, Miller SL, Wolf SE, Wolfe RR. An oral essential amino acid - carbohydrate supplement enhances muscle protein anabolism after resistance exercise. J Appl Physiol 88(2): 386-392, Feb 2000.

280.  Sheffield-Moore M, Wolfe RR, Gore DC, Wolf SE, Ferrer DM, Ferrando AA. Combined effects of hyperaminoacidemia and oxandrolone on skeletal muscle protein synthesis. Am J Physiol 278:E273-E279, Feb 2000.

281.  Zhang X-J, Irtun O, Zheng Y, Wolfe RR. Methysergide reduces non-nutritive blood flow in normal and scalded skin. Am J Physiol:278:E452-E461, Mar, 2000.

282.  Romijn JA, Coyle EF, Sidossis LS, Rosenblatt J, Wolfe RR. Substrate metabolism during different exercise intensities in endurance-trained women. J Appl Physiol 88:1707-1714, May, 2000.

283.  Hart DW, Wolf SE, Mlcak R, Chinkes DL, Ramzy PI, Obeng MK, Wolfe RR, Herndon DN. Persistence of muscle catabolism after severe burn. Surgery 128 (2):312-319, Aug 2000.

284.  Martini WZ, Irtun O, Chinkes DL, Barrow RE, Wolfe RR. Glucose effects on lung surfactant kinetics in conscious pigs. Am J Physiology:279:E920-E926, Oct 2000.

285.  Biolo G, Fleming RYD, Maggi SP, Nguyen TT, Herndon DN, Wolfe RR. Inhibition of muscle glutamine formation in hypercatabolic patients. Clinical Science (Lond) 99(3):189-194, Sep 2000.

286.  Volpi E, Jeschke MG, Herndon DN, Wolfe RR. Measurement of skin protein breakdown in a rat model. Am J Physiol:E900-E906, Oct 2000.

287.  Hart DW, Wolf SE, Chinkes DL, Gore DC Desai MH, Beauford RB, Obeng MK, Lal SO, Gold WF, Ferrando AA, Wolfe RR, Herndon DN. Determinants of skeletal muscle catabolism after severe burn. Ann Surg 232(4):455-465, Oct 2000. PMCID:PMC1421178

288.  Gore DC, Ferrando AA, Barnett J, Wolf SE, Desai M, Herndon DN, Goodwin C, Wolfe RR. Influence of glucose kinetics on plasma lactate concentration and energy expenditure in severely burned patients. J Trauma 49(4):673-677, Oct 2000.

289.  Volpi E, Mittendorfer B, Rasmussen B, Wolfe RR. The response of muscle protein anabolism to combined hyperaminoacidemia and glucose-induced hyperinsulinemia is impaired in the elderly. J Clin Endocrinol Metab 85:4481-4490, 2000.

290.  Mittendorfer B, Volpi E, Wolfe RR. Whole-body and skeletal muscle glutamine metabolism in healthy subjects. Am J Physiol 280:E323-E333, Feb 2001.

291.  Irtun O, Martini WZ, Ozkan O, Wolfe RR. Caval backflow-a potential problem during blood sampling from the hepatic vein. Metabolism, 50(2):189-193, Feb 2001.

292.  Hart DW, Wolf SE, Ramzy PI, Chinkes DL, Beauford RB, Ferrando AA, Wolfe RR, Herndon DN. Anabolic effects of oxandrolone following severe burn. Ann Surg, 233(4):556-564, Apr 2001. PMCID:PMC1421286

293.  Bohe J, Low JF, Wolfe RR, Rennie MJ. Latency and duration of stimulation of human muscle protein synthesis during continuous infusion of amino acids. J Physiol 532.2:575-579, Apr 2001. PMCID:PMC2278544

294.  Campbell WW, Trappe TA, Wolfe RR, Evans WJ. The recommended dietary allowance for protein may not be adequate for older people to maintain skeletal muscle. J Gerontol A Biol Sci Med Sci, 56(6):M373-380, Jun 2001.

295.  Tipton KD, Rasmussen BB, Miller SL, Wolf SE, Owens-Stovall SK, Petrini BE, Wolfe RR. Timing of amino acid-carbohydrate ingestion alters anabolic response of muscle to resistance exercise. Am J Physiol Endocrinol Metab 281:E197-E206, Aug 2001.

296.  Hart DW, Wolf SE, Zhang X-J, Chinkes DL, Buffalo MC, Matin SI, DebRoy MA, Wolfe RR, Herndon DN. Efficacy of a high carbohydrate diet in catabolic illness. Crit Care Med 29(7):1318-1324, Jul 2001.

297.  Martini WZ, Irtun O, Chinkes DL, Barrow RE, Wolfe RR. Surfactant phosphatidylcholine in thermally injured pigs. Critical Care Med 29 (7), 1417-1422, Jul 2001.

298.  Volpi E, Sheffield-Moore M, Rasmussen B, Wolfe RR. Basal muscle amino acid kinetics and protein synthesis in healthy young and elderly men: New insights into the development of sarcopenia. JAMA 286:1206-1212, Sept 2001.

299.  Ferrando AA, Sheffield-Moore M, Wolf SE, Herndon DN, Wolfe RR. Testosterone administration in severe burns ameliorates muscle catabolism. Crit Care Med 29(10)1936-1942. Oct 2001.

300.  Herndon DN, Hart DW, Wolf SE, Chinkes DL, Wolfe RR. Reversal of catabolism by beta blockade after burn injury. NEJM 345(17)1223-1229, Oct 2001.

301.  Martini WZ, Irtun O, Chinkes DL, Rasmussen B, Traber DL, Wolfe RR. Alteration of hepatic fatty acid metabolism after burn injury in pigs. JPEN 25:310-316, Nov 2001.

302.  Ferrando AA, Sheffield-Moore M, Yeckel CW, Gilkison C, Jiang J, Marcell T, Achacosa A, Lieberman SA, Tipton K, Wolfe RR, Urban RJ. Testosterone administration to older men improves muscle function: molecular and physiological mechanisms. Am J Physiol 282:E601-E607, Mar, 2002.

303.  Zhang X-J, Chinkes DL, Irtun O, Wolfe RR. Anabolic action of insulin on skin wound protein is augmented by exogenous amino acids. Am J Physiol 282: E1308-E1315, Jun 2002.

304.  Biolo G, Flemming RYD, Maggi SP, Nguyen TT, Herndon DN, Wolfe RR. Inverse regulation of protein turnover and amino acid transport in skeletal muscle of hypercatabolic patients. J Clin Endocrinol Metab 87:3378-3384, Jul 2002.

305.  Babraj J, Cuthbertson DJ, Rickhuss P, Meier-Augenstein W, Smith K, Bohe J, Wolfe RR, Gibson JNA, Adams C, Rennie MJ. In: Metabolite Channeling and Metabolic Complexity: Sequential extracts of human bone show differing collagen synthetic rates. Biochem Soc Trans (30) 61-65, 2002.

306.  Goodpaster BH, Wolfe RR, Kelley DE. Effects of obesity on substrate utilization during exercise. Obes Res, 10(7):575-584, Jul 2002.

307.  Campbell WW, Trappe TA, Jozsi AC, Kruskall LJ, Wolfe RR, Evans WJ. Dietary protein adequacy and lower body vs whole body resistive training in older humans. J Physiol 542:631-642, Jul 2002. PMCID:PMC2290421

308.  Wolfe RR, Martini WZ, Irtun O, Hawkins HK, Barrow RE. Dietary fat composition alters pulmonary function in pigs. Nutrition 18:647-653, Jul/Aug 2002.

309.  Gore DC, Wolf SE, Herndon DN, Wolfe RR. Relative influence of glucose and insulin on peripheral amino acid metabolism in severely burned patients. J Parenteral Enteral Nutr 26(5):271-277, Sep/Oct, 2002

310.  Borsheim E, Tipton KD, Wolf SE, Wolfe RR. Essential amino acids and muscle protein recovery from resistance exercise. Am J Physiol endocrinol Metab 283:E648-E657, Oct 2002.

311.  Zhang X-J, Chinkes DL, Wolfe RR. Measurement of muscle protein fractional synthesis and breakdown rates from a pulse tracer injection. Am J Physiol 283:E:753-E764, Oct 2002.

312.  Hart DW, Wolf SE, Ramzy PI, Chinkes DL, Beauford RB, Ferrando AA, Wolfe RR, Herndon DN. Anabolic effects of oxandrolone after severe burn. Ann Surg 4:556-564, 2001

313.  Gore DC, Wolfe RR. Glutamine supplementation fails to affect muscle protein kinetics in critically ill patients. J Parenteral Enteral Nutr 26:342-349, Nov/Dec 2002.

314.  Morio B, Irtun O, Herndon DN, Wolfe RR. Propranolol decreases splanchnic triacylglycerol storage in burn patients receiving a high-carbohydrate diet. Ann Surg, 236(2):218-225, Aug 2002. PMCID:PMC1422568

315.  Phillips SM, Parise G, Roy BD, Tipton KD, Wolfe RR, Tarnopolsky MA. Resistance training-induced adaptations in skeletal muscle protein turnover in the fed state. Can J Physiol Pharmacol 80:1045-1053, 2002.

316.  Rasmussen BB, Holmback UC, Volpi E, Morio-Liondore B, Paddon-Jones D, Wolfe RR. Malonyl coenzyme A and the regulation of functional carnitine palmitoyltransferase-1 activity and fat oxidation in human skeletal muscle. J Clin Invest 110:1687-1693, 2002. PMCID:PMC151631

317.  Rasmussen BB, Wolfe RR, Volpi E. Oral and intravenously administered amino acids produce similar effects on muscle protein synthesis in the elderly. J Nutr Health Aging 6:358-362, Nov 2002.

318.  Thomas SJ, Morimoto K, Herndon DN, Ferrando AA, Wolfe RR, Klein GL, Wolf SE. The effect of prolonged euglycemic hyperinsulinemia on lean body mass after severe burn. Surgery 132:341-347, Aug 2002.

319.  Tipton KD, Borsheim E, Wolf SE, Stanford Ap, Wolfe RR. Acute response of net muscle protein balance reflects 24h balance after exercise and amino acid ingestion. Am J Physiol 284:E76-E79, 2003.

320.  Ferrando AA, Sheffield-Moore M, Paddon-Jones D, Wolfe RR, Urban RJ. Differential anabolic effects of testosterone and amino acid feeding in older men. J Clin Endocrinol Metab 88:358-362, Jan 2003.

321.  Kobayashi H, Borsheim E, Traber DL, Badalamenti J, Anthony TG, Kimball SR, Jefferson LS, Wolfe RR. Reduced amino acid availability inhibits muscle protein synthesis by a mechanism involving initiation factor eIF2B. Am J Physiol 284:E488-E498, Mar 2003.

322.  Miller SL, Tipton KD, Chinkes DL, Wolf SE, Wolfe RR. Independent and combined effects of amino acids and glucose after resistance exercise. Med Sci Sports Exerc 35:449-455, Mar 2003.

323.  Gore DC, Wolf SE, Herndon DN, Wolfe RR. Metformin blunts stressed-induced hyperglycemia after thermal injury. J Trauma 54:555-561, Mar 2003.

324.  Zhang X-J, Chinkes DL, Wolfe RR. Measurement of protein metabolism in epidermis and dermis. Am J Physiol 284:E1191-E1201, Jun 2003.

325.  Paddon-Jones D, Sheffield-Moore M, Creson DL, Sanford AP, Wolf SE, Wolfe RR, Ferrando AA. Hypercortisolemia alters muscle protein anabolism following ingestion of essential amino acids. Am J Physiol 284:E946-953, May 2003.

326.  Hart DW, Wolf SE, Chinkes DL, Beauford RB, Mlcak RP, Heggers JP, Wolfe RR, Herndon DN. Effect of early excision and aggressive enteral feeding on hypermetabolism, catabolism, and sepsis after severe burn. J Trauma 54:755-761, 2003.

327.  Durham WJ, Yeckel CW, Miller SL, Gore DC, Wolfe RR. Exogenous nitric oxide increases basal leg glucose uptake in humans. Metabolism 52:662-665, Jun 2003.

328.  Wolf SE, Thomas SJ, Dasu MR, Ferrando AA, Chinkes DL, Wolfe RR, Herndon DN. Improved net protein balance, lean mass, and gene expression changes with oxandrolone treatment in the severely burned. Ann Surg 237:801-810, Jun 2003. D: PMC1514675

329.  Volpi E, Kobayashi H, Sheffield-Moore M, Mittendorfer B, Wolfe RR. Essential amino acids are primarily responsible for the amino acid stimulation of muscle protein anabolism in healthy elderly adults. Am J Clin Nutr 78:250-258, Aug 2003.

330.  Bohe J, Low A, Wolfe RR, Rennie MJ. Human muscle protein synthesis is modulated by extracellular but not intracellular amino acid availability: A dose response study. J Physiol 552:315-324, Oct 2003. PMCID:PMC2343318

331.  Raj DSC, Shah H, Shah V, Ferrando A, Bankhurst A, Wolfe RR, Zager PG. Markers of inflammation, proteolysis and apoptosis in end-stage renal disease. Am J Kidney Disease 42:1212-1220, Dec 2003.

332.  Raj DSC, Zager P, Shad H, Cominic E, Oladipo A, Blandon P, Wolfe RR, Ferrando AA. Protein turnover and amino acid transport kinetics in end-stage renal disease. Am J Physiol 286:E136-E143, Dec 2003.

333.  Herndon DN, Dasu MRK, Wolfe RR, Barrow RE. Gene expression profiles and protein balance in skeletal muscle of burned children after beta-adrenergic blockade. Am J Physiol 285: E783-E789, Jun 2003.

334.  Gore DC, Wolfe RR. Metabolic response of muscle to alanine, glutamine, and valine supplementation during severe illness. J Parenter Enteral Nutr 27:307-314, Sep-Oct 2003.

335.  Martini WZ, Chinkes DL, Wolfe RR. Quantification of DNA synthesis from different pathways in cultured human fibroblasts and myocytes. Metabolism 53:128-133, Jan 2004.

336.  Borsheim E, Cree MG, Tipton KD, Elliott TA, Aarsland A, Wolfe RR. Effect of carbohydrate intake on net muscle protein balance during recovery from resistance exercise. J Applied Physiol 96:674-678, Feb 2004.

337.  Paddon-Jones D, Sheffield-Moore M, Zhang X-J, Volpi E, Wolf SE, Aarsland A, Ferrando AA, Wolfe RR. Amino acid ingestion improves muscle protein synthesis in the young and elderly. Am J Physiol 286:E321-E328, Mar 2004.

338.  Gore DC, Wolf SE, Sanford AP, Herndon DN, Wolfe RR. Extremity hyperinsulinemia stimulates muscle protein synthesis in severely injured patients. Am J Physiol 286:E529-E534, Apr 2004.

339.  Morio B, Holmback U, Gore D, Wolfe RR. Increased VLDL-TAG turnover during and after acute moderate-intensity exercise. Med Sci Sports Exerc, 39 (5):801-806, May 2004.

340.  Martini WZ, Chinkes DL, Wolfe RR. The intracellular free amino acid pool represents tracer precursor enrichment for c cultured fibroblasts and myocytes. J Nutr 134:1546-1550, 2004.

341.  Borsheim E, Aarsland A, Wolfe RR. Effect of an amino acid, protein, and carbohydrate mixture on net muscle protein balance after resistance exercise. Intnl J Sport Nutr Exerc Metabo 14:255-271, Jun 2004.

342. Miller SL, Chinkes DL, MacLean DA, Gore D, Wolfe RR. In vivo muscle amino acid transport involves two distinct processes. Am J Physiol 287:E136-E141, Jul 2004.

343. Sidossis LS, Magkos F, Mittendorfer B, Wolfe RR. Stable isotope tracer dilution for quantifying very low density lipoprotein triaclyglycerol kinetics in man. Clin Nutr 23: 457-466, Jul 2004.

344. Cree MG, Newcomer BR, Katsanos CS, Sheffield-Moore M, Chinkes DL, Aarsland A, Urban R, Wolfe RR. Intramuscular and liver triglycerides are increased in the elderly. J Clin Endocrinol Metab 89(8):3864-3871, Aug 2004.

345. Sheffield-Moore M, Yeckel CW, Volpi E, Wolf SE, Morio B, Chinkes DL, Paddon-Jones D, Wolfe RR. Postexercise metabolism in older and younger men following moderate-intensity aerobic exercise. Am J Physiol, 287:E513-E522, Sep 2004.

346. Paddon-Jones D, Sheffield-Moore M, Urban RJ, Sanford AP, Aarsland A, Wolfe RR, Ferrando A. Essential amino acid and carbohydrate supplementation ameliorates muscle protein loss during 28 days bedrest. J Clin Endocrinol Metabo 89:4351-4358, Sep 2004.

347. Zhang X-J, Chinkes DL, Wu Z, Martini WZ, Wolfe RR. Fractional synthesis rates of DNA and protein do not correlate in rabbit skin. J Nutr, 134:2401-2406, Sep 2004.

348. Paddon-Jones D, Borsheim E, Wolfe RR. Potential ergogenic effects of arginine and creatine supplementation. J Nutr 134:2888S-2894S, Oct 2004.

349. Durham WJ, Miller SL, Yeckel CW, Chinkes DL, Tipton KD, Rasmussen BB, Wolfe RR. Leg glucose and protein metabolism during an acute bout of resistance exercise in humans. J Applied Physiol 97(4):1379-1386, Oct 2004.

350. Durham WJ, Li Y-P, Gerken E, Farid M, Wolfe RR, Reid MB. Fatiguing exercise reduces DNA-binding activity of NF-κB in skeletal muscle nuclei. J Appl Physiol 97(5):1740-1745, Nov 2004.

351. Thyfault JP, Raymond M, Hickner RC, Howell AW, Wolfe RR, Dohm GL. Impaired plasma fatty acid oxidation in extremely obese women. Am J Physiol 287:E1076-E1081, Dec 2004.

352. Wolfe RR, Jordan D, Wolfe ML. The WalkAbout: A new solution for falls in the elderly and disabled. Arch Phys Med Rehab 85:2067-2069, Dec 2004.

353. Tipton KD, Elliott TA, Cree MG, Wolf SE, Sanford AP, Wolfe RR. Ingestion of casein and whey proteins result in muscle anabolism after resistance exercise. Med Sci Sports Exerc 2073-2081, Dec 2004.

354. Zhang X-J, Chinkes DL, Wolfe RR. Leucine supplementation has an anabolic effect on proteins in rabbit skin wound and muscle. J Nutr, 134(12):3313-3318, 2004, Dec 2004.

355. Wu Z, Zhang X-J, Cody RB, Wolfe RR. Determination of phenylalanine isotope ratio enrichment by LC/time-of-flight mass spectrometry. Euro J Mass Spectrom 10(5):616-623, 2004.

356. Gore DC, Wolf SE, Sanford A, Herndon DN, Wolfe RR. Influence of metformin on glucose intolerance and muscle catabolism following severe burn injury. Ann Surg 241(2):334-342, Feb 2005. PMCID:PMC1356920

357. Paddon-Jones D, Sheffield-Moore M, Urban RJ, Aarsland A, Wolfe RR, Ferrando AA. The catabolic effects of prolonged inactivity and acute hypercortisolemia are offset by dietary supplementation. J Clin Endocrinol Metab 90(3):1453-1459, Mar 2005.

358. Paddon-Jones D, Sheffield-Moore M, Aarsland A, Wolfe RR, Ferrando AA. Exogenous amino acids stimulate human muscle anabolism without interfering with the response to mixed meal ingestion. Am J Physiol 288(4):E761-767, Apr 2005.

359. Highstead RG, Tipton KD, Creson DL, Wolfe RR, Ferrando AA. Incidence of associated events during the performance of invasive procedures in healthy volunteers. J Appl Physiol, 98:1202-1206, Apr 2005

360. Sheffield Moore M, Paddon-Jones D, Sanford AP, Rosenblatt JI, Matlock AG, Cree MG, Wolfe RR. Mixed muscle and hepatic-derived plasma protein synthesis are differentially regulated in older and younger men following resistance exercise. Am J Physiol 288:E922-E929, May 2005.

361. Zwart SR, Davis-Street JE, Paddon-Jones D, Ferrando AA, Wolfe RR, Smith SM. Amino acid supplementation alters bone metabolism during simulated weightlessness. J Appl Physiol 99:134-140, Jul 2005.

362. Raj D, Welbourne T, Dominic EA, Waters D, Wolfe RR, Ferrando A. Glutamine kinetics and protein turnover in end-stage renal disease. Am J Physiol Endocrinol Metab 288:E37-E46, Jul 2005.

363. Gore DC, Herndon DN, Wolfe RR. Comparison of peripheral metabolic effects of insulin and metformin following severe burn injury. J Trauma 59(2):316-322; discussion 322-323, Aug 2005.

364. Bolster D, Pikosky M, Gaine P, Martin W, Wolfe RR, Tipton KD, Maclean D, Maresh C, Rodriguez N. Dietary protein intake impacts skeletal muscle protein fractional synthetic rates following endurance exercise. Am J Physiol Endocrinol Metab 289(4):E678-683, Oct 2005.

365. Martini WZ, Chinkes DL, Pusateri AE, Holcomb JB, Yu Y-M, Zhang X-J, Wolfe RR. Acute changes in fibrinogen metabolism and coagulation after hemorrhage in pigs. Am J Physiol Endocrinol Metab 289(5):E930-E934, Nov 2005.

366. Katsanos CS, Kobayashi H, Sheffield-Moore M, Aarsland A, Wolfe RR. Aging is associated with diminished accretion of muscle proteins after the ingestion of a small bolus of essential amino acids. Am J Clin Nutr 82:00-00, 1065-1073, Nov 2005.

367. Katsanos CS, Chinkes DL, Sheffield-Moore M, Aarsland A, Kobayashi H, Wolfe RR. Method for the determination of the arteriovenous muscle protein balance during non-steady state blood and muscle amino acid concentrations. Am J Physiol Endocrinol Metab 289(9):E1064-E1070, Dec 2005.

368. Barrow RE, Wolfe RR, Dasu RKM, Barrow LN, Herndon DN. The use of beta-adrenergic blockade in preventing trauma-induced hepatomeglay. Ann Surg, 243:115-120, Jan 2006. PMCID:PMC1449976

369. Sun D, Cree MG, Wolfe RR. Quantification of the concentration and $^{13}$C tracer enrichment of long-chain fatty acyl-coenzyme A in muscle by liquid chromatography/mass spectrometry. Analytical Biochem 349:87-95, Feb 2006.

370. Pikosky MA, Gaine PC, WF Martin WF, Grabarz KC, Ferrando AA, Wolfe RR, Rodriguez NR. Aerobic exercise training increases skeletal muscle protein turnover at rest. J Nutr 136:379-383, 2006.

371. Sun D, Cree MG, Wolfe RR. Measurement of stable isotopic enrichment and concentration of long-chain fatty acyl-carnitines in tissue by ion-pairing HPLC/MS. J Lipid Res 47:431-439, Feb, 2006.

372. Paddon-Jones D, Sheffield-Moore M, Katsanos CS, Zhang XJ, Wolfe RR. Differential stimulation of muscle protein synthesis in elderly humans following isocaloric ingestion of amino acids or whey protein. Exp Gerontol 41:215-219, 2006.

373. Borsheim E, Kobayashi H, Traber D, Wolfe RR. Compartmental distribution of amino acids during hemodialysis induced hypoaminoacidemia. Am J Physiol Endocrinol Metab 290(4):E643-E652, Apr 2006

374. Elliott TA, Cree MG, Sanford A, Tipton KD, Wolfe RR. Milk ingestion stimulates net muscle protein synthesis following resistance exercise. Med Sci Sports Exerc 38(4):667-674, Apr 2006.

375. Rasmussen BB, FujitaS, Wolfe RR, Mittendorfer B, Roy M, Rowe VL, Volpi E. Insulin resistance of protein metabolism in aging. FASEB J 20(6):768-769, Apr 2006. PMCID:PMC2804965

376. Zhang X-J, Heggers JP, Chinkes DL, Wolf SE, Hawkins HK, Wolfe RR. Topical sulfamylon cream inhibits DNA and protein synthesis in the skin donor site would. Surgery 139:633-639, May 2006.

377. Gore DC, Wolfe RR. Hemodynamic and metabolic effects of selective Beta-1 adrenergic blockage during sepsis. Surgery 139:686-694, May 2006.

378. Zhang X-J, Chinkes DL, Wolfe RR. The flow phase of wound metabolism is characterized by stimulated protein synthesis rather than cell proliferation. J Surg Res, 135(1):61-67, May 2006.

379. Gore DC, Chinkes DL, Wolf SE, Sanford AP, Hendon DN, Wolfe RR. Quantification of protein metabolism in vivo for skin, wound, and muscle in severe burn patients. J Parenter Enteral Nutr 30(4):331-338, Jul 2006.

380. Katsansos CS, Kobayashi H, Sheffield-Moore M, Aarsland A, Wolfe RR. A high proportion of leucine is required for optimal stimulation of the rate of muscle protein synthesis by essential amino acids in the elderly. Am J Physiol Endocriol Metab 291:E381-E387, Aug 2006.

381. Paddon-Jones D, Sheffield-Moore M, Cree MG, Hewlings SJ, Aarsland A, Wolfe RR, Ferrando AA. Atrophy and impaired muscle protein synthesis during prolonged inactivity and stress. J Clin Endocrinol Metab, 91(12):4836-4841, Dec 2006.

382. Tipton KD, Elliott TA, Cree MG, Aarsland AA, Sanford AP, Wolfe RR. Stimulation of net muscle protein synthesis by whey protein ingestion before and after exercise. Am J Physiol Endocrinol Metab, 292(1):E71-E76, Jan 2007.

383. Gore DC, Wolfe RR, Chinkes DL. Quantification of amino acid transport through interstitial fluid: Assessment of four compartment modeling for muscle protein kinetics. Am J Physiol Endocrinol Metab, 292(1):E319-E323, Jan 2007.

384. Cree MG, Zwetsloot JJ, Herndon DN, Qian T, Morio B, Fram RY, Sanford AP, Aarsland A, Wolfe RR. Insulin sensitivity and mitochondrial function are improved in children with burn injury during a randomized controlled trial of fenofibrate. Ann Surg, 245(2):214-221, Feb 2007. ID: PMC1876098

385. Børsheim E, Bui QU, Wolfe RR. Plasma amino acid concentrations during late rehabilitation in patients with traumatic brain injury. Arch Phys Med Rehabil 88:234-238, Feb 2007.

386. Thyfault JP, Cree MG, Zheng D, Zwetsloot JJ, Tapscott EB, Koves TR, Ilkayeva O, Wolfe RR, Muoio DM, Dohm GL. Contraction of insulin resistant muscle normalizes insulin action in association with

increased mitochondrial activity and fatty acid catabolism. Am J Physiol Cell Physiol, 292(2):C729-C739, Feb 2007.

387.    Killewich LA, Tuvdendorj D, Bahadorani J, GHunter GC, Wolfe RR. Amino acids stimulate leg `muscle protein synthesis in peripheral arterial disease. J Vasc Surg 45:554-559; discussion 559-560, Mar 2007.

388.    Zhang XJ, Chinkes DL, Sadagopa Ramanujam NM, Wolfe RR. Local injection of insulin-zinc stimulates DNA synthesis in the skin donor site wound. Wound Repair Regen 15(2):258-265, Mar-Apr 2007.

389.    Cree MG, Newcomer BN, Fram RY, Herndon DN, Qian T, Sun D, Mario B, Zwetsloot JJ, Dohm GL, Mlcak RP, Aarsland A, Wolfe RR. PPAR-a agonism improves whole body and muscle mitochondrial fat oxidation, but does not alter intracellular fat concentrations in burn trauma children in a randomized controlled trial. Nutr Metabol 4:9, Apr 2007. PMCID:PMC1868739

390.    Kortebein P, Ferrando AA, Lombeida J, Wolfe RR, Evans WJ. Effect of ten days of bed rest in healthy older men and women. JAMA 297(16):1772-1774, Apr 2007.

391.    Uchakin PN, Stowe RP, Paddon-Jones D, Tobin BW, Ferrando AA, Wolfe RR. Cytokine secretion and latent herpes virus reactivation with 28 days of horizontal hypokineasia. Avit Space Environ Med 78(6):608-612. Jun 2007.

392.    Fitts RH, Ramatowski JG, Peters JR, Paddon-Jones D, Wolfe RR, Ferrando AA. The deleterious effects of bed rest on human skeletal muscle fibers are exacerbated by hypercortisolemia and ameliorated by dietary supplementation. Am J Physiol Cell Physiol, 293:C313-320, Jul 2007.

393.    Symons TB, Schutzler SE, Cocke TL, Chinkes DL, Wolfe RR, Paddon-Jones D. Aging does not impair the anabolic response to a protein-rich meal. Am J Clin Nutr 86:451-456, Aug 2007.

394.    Zhang X-J, Wu X, Wolf SE, Hawkins HK, Chinkes DL, Wolfe RR. Local insulin-zinc injection accelerates skin donor site wound healing. J Surg Res 142:90-96, Sep 2007.

395.    Cree MG, Newcomer BR, Read LK, Sheffield-Moore M, Paddon-Jones D, Chinkes DL, Aarsland A, Wolfe RR. Plasma triglycerides are not related to tissue lipids and insulin sensitivity in elderly following PPAR-alpha agonist treatment. Mech Ageing Dev, 128(10):558-565, Oct 2007.

396.    Wolfe RR, Song J, Sun J, Zhang X-J. Total aminoacyl-transfer RNA pool is greater in liver than muscle in rabbits. J Nutr 137(11): 2333-2338, Nov 2007.

397.    Dillon EL, Volpi E, Wolfe RR, Sinha S, Sanford AP, Arrastia CD, Urban RJ, Casperson SL, Paddon-Jones D, Sheffield-Moore M. Amino acid metabolism and inflammatory burden in ovarian cancer patients undergoing intense oncological therapy. Clin Nutr 26(6):736-743, Dec, 2007. PMCID:PMC2190298

398.    Fram RY, Cree MG, Chinkes DL Herndon DN, Wolfe RR. Recovery of labeled CO2 from acetate in severely burned children. Am J Physiol Endocrinol Metab 293(6):E1726-1729, Dec 2007.

399.    Raj DSC, Moseley P, Cominic EA, Onime A, Tzamaloukas AH, Boyd A, Shah VO, Glew R, Wolfe R, Ferrando A. Interleukin-6 modulates hepatic and muscle protein synthesis during hemodialysis. Kidney Intnl 73:1054-1061, Feb 2008.

400.    Zhang X-J, Irtun O, Chinkes DL, Wolfe RR. Acute responses of muscle protein metabolism to reduced blood flow reflect metabolic priorities for homeostasis. Am J Physiol Endocrinol Metab 294(3):E551-E557, Mar 2008.

401.    Zhang X-J, Chinkes DL, Aarsland A, Herndon DN, Wolfe RR. Lipid metabolism and diet-induced obese rabbits is similar to that of obese humans. J Nutr, 138(3): 515-518, Mar 2008.

402.    Borsheim E, Bui QU, Tissier S, Kobayashi H, Ferrando AA, Wolfe RR. Effect of amino acid supplementation on muscle mass, strength and physical function in elderly. Clin Nutr 27(2):189-195, Apr 2008. PMCID:PMC2430042

403.    Cree MG, Zwetsloot JJ, Herndon DN, Newcomer BR, Fram RY, Angel C, Green JM, Dohm GL, Sun D, Aarsland A, Wolfe RR. Insulin sensitivity is related to fat oxidation and protein kinase C activity in children with acute burn injury. J Burn Care Res; 29(4)585-594, Jul-Aug 2008.

404.    Zhang XJ, Chinkes DL, Wolfe RR. The anabolic effect of arginine on proteins in skin wound and muscle is independent of nitric oxide production. Clin Nutr 27:649-656, Aug 2008.

405.    Cree MG, Fram RY, Herndon DN, Qian T, Angel C, Green JM, Mlcak R, Aarsland A, Wolfe RR. Human mitochondrial oxidative capacity is acutely impaired following burn trauma. Am J Surg, 196(2):234-239, Aug 2008.

406.    Katsanos C, Chinkes DL, Paddon-Jones D, Zhang X-J, Aarsland A, Wolfe RR. Whey protein ingestion in elderly persons results in greater muscle protein accrual than ingestion of its constituent essential amino acid content. Nutr Res 28: 651-658, Oct 2008. PMCID:PMC2612691

407.    Meesters RJ, Wolfe RR, Deutz NEP. Application of liquid chromatography-tandem mass spectrometry (LC-MS/MS) for analysis of stable isotope enrichments of phenylalanine and tyrosine. J Chromatogr B Analyt Tecnol Biomed Life Sci 877:43-49, Jan 2009.

408.    Cree MG, Fram RY, Barr D, Chinkes DL, Wolfe RR, Herndon DN. Insulin resistance, secretion and breakdown are increased 9 months following severe burn injury. Burns 35:63-69, Feb 2009.

409.    Børsheim E, Bui QU, Tissier S, Cree MG, Ronsen O, Morio B, Ferrando AA, Kobayashi H, Newcomer BR, Wolfe RR. Amino acid supplementation decreases plasma and liver triglycerides in elderly. Nutrition, 25(3):281-288, Mar, 2009. PMCID:PMC2696073

410.    Tipton KD, Elliott TA, Ferrando AA, Aarsland AA, Wolfe RR. Stimulation of muscle anabolism by resistance exercise and ingestion of leucine plus protein. Appl Physiol Nutr Metab 34(2):151-161, Apr 2009.

411.    Campbell WW, Haub MD, Wolfe RR, Ferrando AA, Sullivan DH, JApolzan JW, Iglay HB. Resistance training preserves fat-free mass without impacting changes in protein metabolism after weight loss in older women. Obesity (Silver Spring) 17(7):1332-1339, Jul 2009.

412.    Katsanos CS, Aarsland A, Cree MG, Wolfe RR. Muscle protein synthesis and balance responsiveness to essential amino acids ingestion in the presence of elevated plasma free fatty acid concentrations. J Clin Endocrinol Metab 94(8):2984-90, Aug 2009. PMCID:PMC2730875

413.    Zhang XJ, Chinkes DL, Herndon DN, Wolfe RR. Measurement of protein fractional synthesis and breakdown rates in the skin of rabbits using a subflooding dose method. Metabolism 58(9):1239-1247, Sep 2009.

414.    Symons TB, Sheffield-Moore M, Wolfe RR, Paddon-Jones D. A moderate serving of high-quality protein maximally stimulates skeletal muscle protein synthesis in young and elderly subjects. J Am Diet Assoc 109(9):152-1586, Sep 2009.

415.    Zhang XJ, Chinkes DL, Wu Z, Herndon DN, Wolfe RR. The synthetic rate of muscle triglyceride but not phospholipid is increased in obese rabbits. Metabolism 58(11):1649-1656, Nov 2009.

416.    Ferrando AA, Paddon-Jones D, Hays NP, Kortebein P, Ronsen O, Williams RH, McComb A, Symons TB, Wolfe RR, Evans W. EAA supplementation to increase nitrogen intake improves muscle function during bed rest in the elderly. Clin Nutr 29:18-23, Feb 2010.

417.    Pasiakos SM, Vislocky LM, Carbone JW, Altieri N, Konopelski K, Freake HC, Anderson JM, Ferrando AA, Wolfe RR, Rodriquez NR. Acute energy deprivation affects skeletal muscle protein synthesis and associated intracellular signaling proteins in physically active adults. J Nutr 140(4):745-751, Apr 2010.

418.    Cree MG, Paddon-Jones D, Newcomer BR, Ronsen O, Aarsland A, Wolfe RR, Ferrando AA. Twenty-eight-day bed rest with hypercortisolemia induces peripheral insulin resistance and increases intramuscular triglycerides. Metabolism 59(5):703-710, May 2010. PMCID:PMC2856785

419.    Fram RY, Cree MG, Wolfe RR, Mlcak RP, Qian T, Chinkes DL, Herndon DN. Intensive insulin therapy improves insulin sensitivity and mitochondrial function in severely burned children. Crit Care Med 38(6):1475-01483, Jun 2010.

420.    Thyfault J, Cree MG, Tapscott E, Bell J, Koves T, OIlkayeva O, Wolfe RR, Dohm GL, Muoio D. Metabolic profiling of muscle contraction in lean compared to obese rodents. Am J Physiol Regul Integr Comp Physiol, 299(3):R926-34, Sep 2010. PMCID:PMC2944422

421.    Fram RY, Cree MG, Wolfe RR, Barr D, Herndon DN. Impaired glucose tolerance in pediatric burn patients at discharge from the acute hospital stay. J Burn Care Res 31(5):728-33. Sep-Oct 2010.

422.    Tuvdendorj D, Chinkes DL, Zhang XJ, Suman OE, Aarsland A, Ferrando A, Kulp GA, Jeschke MG, Wolfe RR, Herndon DN. Long-term oxandrolone treatment increases muscle protein net deposition via improving amino acid utilization in pediatric patients t months after burn injury. Surgery 149(5):645-53, May 2011.

423.    Symons TB, Sheffield-Moore M, Mamerow MM, Wolfe RR, Paddon-Jones D. The anabolic response to resistance exercise and a protein-rich meal is not diminished by age. J Nurt Health Aging 15(5):376-81, May 2011.

424.    Tuvdendorj D, Chinkes DL, Zhang XJ, Ferrando AA, Elijah IE, Mlcak RP, Finnerty CC, Wolfe RR, Herndon DN. Adult patients are more catabolic than children during acute phase after burn injury: a retrospective analysis on muscle protein kinetics. Intensive Care Med 37(8):1317-22, Aug 2011. PMID:21647721

425.    Deutz NE, Safar A, Schutzler S, Memelink R, Ferrando A, Spencer H, van Helvoort A, Wolfe RR. Muscle protein synthesis in cancer patients can be stimulated with a specially formulated medical food. Clin Nutr 30(6):759-68, Dec 2011. PMID 21683485

426.    Zhang X-J, Rodriguez NA, Wang L, Tuvdendorj D, Wu Z, Tan A, Herndon DN, Wolfe RR. Measurement of precursor enrichment for calculating intramuscular triglyceride fractional synthetic rate. J Lipid Res 53(1):119-25, Jan 2012. PMID:21934122

427.    Wolfe RR. The role of dietary protein in optimizing muscle mass, function and health outcomes in older individuals. Br J Nutr 108 Suppl 2:S88-93, Aug 2012. PMID:23107552

428.    Coker RH, Miller S, Schutzler S, Deutz N, Wolfe RR. Whey protein and essential amino acids promote the reduction of adipose tissue and increased muscle protein synthesis during caloric restriction-induced weight loss in elderly, obese individuals. Nutr J 11(11):105, Dec 2012. PMID 23231757

429.    Zhang XJ, Wang L, Tuvdendorj D, Wu Z, Rodriguez NA, Herndon DN, Wolfe RR. Acute hyperinsulinemia and reduced plasma free fatty acid levels decrease intramuscular triglyceride synthesis. Metabolism 62(1):44-51, Jan 2013. PMID 22898252

430.    Wolfe Robert R. Perspective: optimal protein intake in the elderly. J Am Med Dir Assoc 14(1):65-6, Jan 2013. PMID:23128023

431.    Tuvdendorj D, Chinkes DL, Herndon DN, Zhang XJ, Wolfe RR. A novel stable isotope tracer method to measure muscle protein fractional breakdown rate during a physiological non-steady state condition. Am J Physiol Endocrinol Metab 304(6):E623-30, Mar 2013. PMID 23321475

432.    Deutz NE, Pereira SL, Hays NP, Oliver JS, Edens NK, Evans CM, Wolfe RR. Effect of β-hydroxy-β-methylbutyrate (HMB) on lean body mass during 10 days of bed rest in older adults. Clin Nutr 32(5):704-12, Mar 2013, PMID:23514626

433.    Deutz NE, Wolfe RR. Is there a maximal anabolic response to protein intake with a meal? Clin Nutr 32(2):309-13, Apr 2013. PMID 23260197

434.    Volpi E, Campbell WW, Dwyer JT, Johnson MA, Jensen GL, Morley JE, Wolfe RR. Is the optimal level of protein intake for older adults greater than the recommended dietary allowance? J Gerontol A Biol Sci Med Sci 68(6): 677-81, Jun 2013. PMID 23183903

435.    Ferrando AA, Bamman MM, Schutzler SE, Spencer HJ, Evans RP, Wolfe RR, Increased nitrogen intake following hip arthroplasty expedites muscle strength recovery. Journal of Aging: Research and Clinical Practice 2(4): 369, 2013.

436.    Engelen MPKJ, Com G, Wolfe RR, Deutz NE. Dietary essential amino acids are highly anabolic in pediatric patients with cystic fibrosis. J Cyst Fibros 12(5):445-53, Sep 2013. PMID 23357545

437.    Luiking YC, Deutz NE, Memelink RG, Verlaan S, Wolfe RR. Postprandial muscle protein synthesis is higher after a high whey protein, leucine-enriched supplement than after a dairy-like product in healthy older people: a randomized controlled trial. Nutr J 13:9, Jan 2014. PMID:24450500

438.    Coker RH, Hays NP, Williams RH, Xu L, Wolfe RR, Evans WJ, Bed rest worsens impairments in fat and glucose metabolism in older, overweight adults, J Gerontol A Biol Sci Med Sci 69:363-370, Mar 2014. PMID:23902932

439.    Witard OC, Cocke TL, Ferrando AA, Wolfe RR, Tipton KD. Increased net muscle protein balance in response to simultaneous and separate ingestion of carbohydrate and essential amino acids following resistance exercise. Appl Physiol Nutr Metab 39(3):329-339, Mar 2014. PMID:24552374

440.    Tuvdendorj D, Chinkes DL, Bahadorani J, Zhang X-J, Sheffield-Moore M, Killewich LA, Wolfe RR. Comparison of bolus injection and constant infusion methods for measuring muscle protein fractional synthesis rate in humans. Metabolism 63(12):1562-7, Dec 2014. PMID:25308445

441.    Kim I-Y, Williams RH, Schutzler SE, Lasley CJ, Bodenner DL, Wolfe RR, Coker RH. Acute lysine supplementation does not improve hepatic or peripheral insulin sensitivity in older, overweight individuals. Nutr Metab (Lond) 11(1):49, Oct 2014. PMID:25324894

442.    Coker RH, Hayes NP, Williams RH, Wolfe RR, Evans WJ. Bed rest promotes reductions in walking speed, functional parameters and aerobic fitness in older adults. J Gerontol A Biol Sci Med Sci 70(1):91-6, Jan 2015. PMID:25122628.

443.    Kim I-Y, Schutzler S, Schrader A, Spencer H, Kortebein P, Deutz NE, Wolfe RR, Ferrando AA. Quantity of dietary protein intake, but not pattern of intake, affects net protein balance primarily through differences in protein synthesis in older adults. Am J Physiol Endocrinol Metab 308(1):E21-8, Jan 2015. PMID:25352437.

444.    Morio B, Wolfe RR. Ketone Bodies. eLS 1-10, 2015. DOI:10.1002/9780470015902.a0003819.pub2

445.    Coker RH, Deutz NE, Schutzler S, Beggs M, Miller S, Wolfe RR. Wei J. Nutritional supplementation with essential amino acids and phytosterols may reduce risk of metabolic syndrome and cardiovascular disease in overweight individuals with mild hyperlipidemia. J Endocrinol Diabetes Obes 3(2):pii: 1069, Epub 2015 Apr 15. PMID:26726312.

446.   Tuvdendorj D, Zhang XJ, Chinkes DL, Wang L, Wu Z, Rodriguez NA, Herndon DA, Wolfe RR. Triglycerides produced in the livers of fasting rabbits are predominantly stored as opposed to secreted into the plasma. Metabolism 64(5):580-7, May 2015. PMID:25682063.

447.   Tuvendorj D, Borsheim E, Sharp CP, Zhang X-J, Barone CM, Chinkes DL, Wolfe RR. Amino acid availability regulates the effect of hyperinsulinemia on skin protein metabolism of pigs. J Biol Chem 290(29):17776-83, Jul 2015. PMID:26032410.

448.   Kim I-Y, Schutzler SE, Schrader A, Spencer HJ, Azhar G, Deutz NE, Wolfe RR. Acute ingestion of citrulline stimulates nitric oxide synthesis but does not increase blood flow in healthy young and older adults with heart failure. Am J Physiol Endocrinol Metab 309(11):E915-24, Dec 2015. PMID:26442881

449.   Kim I-Y, Schutzler SE, Schrader A, Spencer HJ, Azhar G, Ferrando AA, Wolfe RR. The anabolic response to a meal containing different amounts of protein is not limited by the maximal stimulation of protein synthesis in healthy young adults. Am J Physiol Endocrinol Metab 310(1):E73-80, Jan 2016. PMID:26530155.

450.   Weijs PJ, Wolfe RR. Exploration of the protein requirement during weight loss in obese adults. Clin Nutr 35(2):394-8, Apr 2016. PMID:25788405.

451.   Kim I-Y, Schutzler SE, Azhar G, Wolfe RR, Ferrando AA, Coker RH. Short term elevation in dietary protein intake does not worsen insulin resistance or lipids in older adults with metabolic syndrome: a randomized-controlled trial. BMC Nutr 2017; 3. pii: 33. doi:10.1186/s40795-017-0154-2-4. Epub 2017 Apr 17. PMID:28713581.

452.   Pencharz PG, Elango R, Wolfe RR. Recent developments in understanding protein needs - How much and what kind should we eat? Appl Physiol Nutr Metab 2016 May; 41(5):577-80. PMID:27109436.

453.   Ten Have GAM, Engelen MPKJ, Wolfe RR, Deutz NEP. Phenylalanine isotope pulse method to measure effect of sepsis on protein breakdown and membrane transport in the pig. Am J Physiol Endocrinol Metab 2017 Jun 1; 312(6): E519-E529. PMID:28292760.

454.   Smeets ETHC, Schutzler SE, Wei JY, Azhar G, Wolfe RR. Do anabolic nutritional supplements stimulate human growth hormone secretion in elderly women with heart failure? Physiol Rep 2017 Aug; 5(15). pii: e13366. doi:10.14814//phy2.13366. PMID:28778993.

455.   Chopra S, Rathore A, Younas H, Pham LV, Gu C, Beselman A, Kim I-Y, Wolfe RR, Perin J, Polotsky VY, Jun JC. Obstructive sleep apnea dynamically increases nocturnal plasma free fatty acids, glucose and cortisol during sleep. J Clin Endocrinol Metab. 2017 Sep 1;102(9):3172-3181. PMID:28595341

456.   Marquis BJ, Carvahlo E, Hurren N, Wolfe RR, Borsheim E. Essential amino acid supplementation improves lipid metabolism in older adults with elevated triglycerides. J Clin Transl Sci 2017 Sep; 1(Suppl 1):5. PMCID: PMC6799316.

457.   Marquis BJ, Hurren NM, Carvalho E, Schutzler SE, Azhar G, Wolfe RR, Borsheim E. Skeletal muscle acute and chronic metabolic response to essential amino acid supplementation in hypertriglyceridemic older adults. Curr Dev Nutr. 2017 Oct 17; 1(11). PMID:29955688

458.   Marquis BJ, Louks HP, Bose C, Wolfe RR, Singh SP. A new derivatization reagent for HPLC-MS analysis of biological organic acids. Chromatographia 2017; 80(12):1723-1732, PMID:29213145

459.   Standley RA, Distefano G, Pereira SL, Tian M, Kelly OJ, Coen PM, Deutz NEP, Wolfe RR, Goodpaster BH. Effects of β-hydroxy-β-methylbutyrate (HMB) on skeletal muscle mitochondrial content and dynamics, and lipids after 10 days of bed rest in older adults. J Appl Physiol . 2017 Nov 1; 123(5):1092-1100. PMID:28705993

460.   Ten Have GAM, Deutz RCI, Engelen MPKJ, Wolfe RR, Deutz NEP. Characteristics of a Pseudomonas aeruginosa induced porcine sepsis model for multi-organ metabolic flux measurements. Lab Anim 2017 2018 Apr; 52(2):163-175. PMID:28679339

461.   Ebbeling CB, Klein GL, Luoto PK, Wong JMW, Bielak L, Eddy RG, Steltz SK, Devlin C, Sandman M, Hron B, Shimy K, Heymsfield SB, Wolfe RR, Wong WW, Feldman HA, Ludwig DS. A randomized study of dietary composition during weight-loss maintenance: Rationale, study design, intervention, and assessment. Contemp Clin Trials 2018 Feb; 65:76-86. PMID:29233719 PMCID:PMC6055230

462.   Wolfe RR, Baum JI, Starck C, Moughan PJ. Factors contributing to the selection of dietary protein food sources. Clin Nutr 2018 Feb; 37(1):130-138. PMID:29233589

463.   Kim I-Y, Schutzler S, Schrader AM, Spencer HJ, Azhar G, Wolfe RR, Ferrando AA. Protein intake distribution pattern does not affect anabolic response, lean body mass, muscle strength or function over 8 weeks in older adults: A randomized-controlled trial. Clin Nutr 2018 Apr; 37(2):488-493. PMID:28318687.

464. Asghar R, Chondronikola M, Dillon EL, Durham WJ, Porter C, Wu Z, Camacho-Hughes M, Andersen CR, Spratt H, Volpi E, Sheffield-Moore M, Sidossis L, Wolfe RR, Abate N, Tuvendorj DR. Quantification of muscle triglyceride synthesis rate requires an adjustment for total triglyceride content. J Lipid Res. 2018 Oct; 59 (10):2018-2024. PMID 30131344

465. Starck CS, Wolfe RR, Moughan PJ. Endogenous amino acid losses from the gastrointestinal tract of the adult human-A quantitative model. J Nutr 2018 Nov; 148(11):1871-1881. PMID:30247627.

466. Ebbeling CB, Feldman HA, Klein GL, Wong JMW, Bielak L, Steltz, SK, Luoto PK, Wolfe RR, Wong WW, Ludwig DS. Effects of a low carbohydrate diet on energy expenditure during weight loss maintenance: randomized trial. BMJ 2018 Nov 14; 363:k4583. doi:10.1136/bmj.k4583; PMCID:PMC6233655; PMID:30429127.

467. Kim I-Y, Shin YA, Schutzler SE, Azhar G, Wolfe RR, Ferrando AA. Quality of meal protein determines anabolic response in older adults. Clin Nutr 2018 Dec; 37(6 Pt A):2076-2083. doi:10.1016/j.clnu.2017.09.025. PMID:29066101.

468. Ten Have GAM, Engelen MP, Wolfe RR, Deutz NEP. Inhibition of jejunal protein synthesis and breakdown in *Pseudomonas aeruginosa*-induced sepsis pig model. Am J Physiol Gastrointest Liver Physiol 2019 Apr 12, 316:G755-G762. doi:10.1152/ajpgi.00407.2018; PMCID:PMC6620581. PMID:30978112.

469. Kim I-Y, Park S, Smeets E, Schutzler S, Azhar G, Wei JY, Ferrando AA, Wolfe RR. Consumption of a specially-formulated mixture of essential amino acids promotes gain in whole-body protein to a greater extent than a complete meal replacement in older women with heart failure. Nutrients 2019 Jun 17; 11(6): 1360. doi.org/10.3390/nu11061360. PMID:31212940.

470. Church DD, Gwin JA, Wolfe RR, Pasiakos SM, Ferrando AA. Mitigation of muscle loss in stressed physiology: military relevance. Nutrients 2019 Jul 24; 11(8):1703. doi:10.3390/nu11081703; PMCID:PMC6724061; PMID:31344809.

471. Church DD, Pasiakos SM, Wolfe RR, Ferrando AA. Acute testosterone administration does not affect muscle anabolism. Nutr Metab (Lond) 2019 Aug 22; 16:56. doi:10.1186/s12986-019-0385-0. PMCID:PMC6704643, PMID:31440303.

472. Ludwig DS, Ebbeling CB, Wong JMW, Wolfe RR, Wong WW. Methodological error in measurement of energy expenditure by the doubly labeled water method: much ado about nothing? Am J Clin Nutr 2019 Nov 1; 110(5):1253-1254. Doi:10.1093/ajcn/nqz156. PMID:31667511.

473. Coker RH, Shin K, Scholten K, Johannsen M, Tsigonis J, Kim I-Y, Schutzler SE, Wolfe RR. Essential amino acid-enriched meal replacements promotes superior net protein balance in older, overweight adults. Clin Nutr 2019 Dec; 38(6):2821-2826. doi:10.1016/j.clnu.2018.12.013. PMID:30638738.

474. Coker MS, Ladd KR, Kim J, Murphy CJ, DeCort R, Newcomer BR, Wolfe RR, Coker RH. Essential Amino Acid Supplement Lowers Intrahepatic Lipid Despite Excess Alcohol Consumption Nutrients 2020 Jan; 12(1):254; doi:10.3390/nu12010254. PMID:31963802.

475. Park S, Church DD, Azhar G, Schutzler SE, Ferrando AA, Wolfe RR. Anabolic response to essential amino acid plus whey protein composition is greater than whey protein alone in young healthy adults. J Int Soc Sports Nutr 2020 Feb 10; 17(1):9. doi:10.1186/s12970-020-0340-5. PMID:32041644.

476. Margolis LM, Wilson MA, Whitney CC, Carrigan CT, Murphy NE, Radcliffe PN, Gwin JA, Church DD, Wolfe RR, Ferrando AA, Young AJ, Pasiakos SM. Acute hypoxia reduces exogenous glucose oxidation, glucose turnover, and metabolic clearance rate during steady-state aerobic exercise. Metabolism 2020 Feb; 103:154030. doi:10.1016/j.metabol.2019.154030. PMID:31778707.

477. Gawel SH, Davis GJ, Luo M, Deutz NEP, Wolfe RR, Park S. Serum biomarkers that predict lean mass loss over bed rest in older adults: An exploratory study. Clin Chim Acta 2020 Jun; 509:72-78. doi:10.1016/j.cca2020.06.003. PMID:32505773.

478. Gu C, Brereton N, Schweitzer A, Cotter M, Duan D, Borsheim E, Wolfe RR, Pham LV, Polotsky VY, Jun JC. Metabolic Effects of Late Dinner in Healthy Volunteers-A Randomized Crossover Clinical Trial. J Clin Endocrinol Metab 2020 Aug; 105(8): 2789-2802. doi.org/10.1210/clinem/dgaa354. PMID:32525525.

479. Gwin JA, Church DD, Wolfe RR, Ferrando AA, Pasiakos SM. Muscle protein synthesis and whole-body protein turnover responses to ingesting essential amino acids, intact protein, and protein-containing mixed meals with considerations for energy deficit. Nutrients 2020 Aug; 12(8):2457. Doi:10.3390/nu12082457. PMID 32824200

480. Wu H, Jang J, Kim I-Y, Dridi S, Ferrando AA, Wolfe RR, Baum J. Net protein balance correlates with expression of autophagy, mitochondrial biogenesis and fat metabolism-related genes in skeletal muscle

from older adults. Physiol Rep 2020 Oct; 8(1): e14575
https://physoc.onlinelibrary.wiley.com/doi/10.14814/phy2.14575.

481.  Park S. Jang J, Choi MD, Shin U, Schutzler S, Azhar G, Ferrando AA, Wolfe RR, Kim I-Y. The anabolic response to dietary protein is not limited by the maximal stimulation of protein synthesis in healthy older adults. Nutrients 2020 Nov; 12(11): 3276. doi: 10.3390/nu12113276

482.  Wardle SL, Macnaughton LS, McGlory C, Witard OC, Dick JR, Whitfield PD, Ferrando AA, Wolfe RR, Kim I-Y, Hamilton DL, Moran CN, Tipton KD, Galloway SDR. Human skeletal muscle metabolic responses to 6 days of high-fat overfeeding are associated with dietary n-3PUFA content and muscle oxidative capacity. Physiol Rep 2020; 8(16):e14529. doi:10.14814/phy2.14529

483.  Church DD, Hirsch KR, Park S, Kim I-Y, Gwin JS, Pasiakos SM, Wolfe RR, Ferrando AA. Essential amino acids and protein synthesis: Insights to maximizing the muscle and whole-body response to feeding. Nutrients 2020 Dec; 12(12):3717 doi:10.3390/nu12123717

484.  Hirsch K, Church DD, Kim I-Y, Park S, Wolfe RR, Ferrando AF. Comparison of basal whole-body protein kinetics and muscle protein synthesis between young and older adults. Physiol Rep 2020 Dec; 8(23):e14633. Doi: 10.14814/phys2.14633 PMID 33278070

485.  Azhar G, Raza S, Pangle A, Coleman K, Dawson A, Schrader A, Wolfe RR, Wei JY. Potential beneficial effects of dietary protein supplementation and exercise on functional capacity in a pilot study of individuals with heart failure with preserved ejection fracture. Gerentol Geriatr Med 2020 Dec 22; 6:1-9. doi.org/10.1177/233372142098208

486.  Gwin JA, Church DD, Hatch-McChesney A, Allen JT, Wilson MA, Varnaoske AN, Carrigan CT, Murphy NE, Margolis LM, Carbone JW, Wolfe RR, Ferrando AA, Pasiakos SM. Essential amino acid-enriched whey enhances post-exercise whole-body protein balance during energy deficit more than iso-nitrogenous whey or a mixed-macronutrient meal: a randomized, crossover study. J Int Soc Sports Nutr 2021; 18(1): 4. PMCID: PMC7791816.

487.  Park S, Church DD, Starck C, Schutzler SE, Azhar G, Kim I-Y, Ferrando AA, Moughan PJ, Wolfe RR. The impact of Hayward green kiwifruit on dietary protein digestion and protein metabolism. Eur J Nutr 2021; 60(2):1149.

488.  Coker MS, Schutzler SE, Park S, Williams RH, Ferrando AA, Deutz NEP, Wolfe RR, Coker RH. Equivalent servings of free-range reindeer promote greater net protein balance compared to commercial beef. Int J of Circumpolar Health 2021; 80(1): 1897222. doi:10.1080/22423982.2021.1897222; PMID:33704030

489.  Park S, Church D, Schutzler S, Azhar G, Kim, IY, Ferrando AA, Wolfe RR. Metabolic evaluation of the dietary guidelines' ounce equivalents of protein sources in young adults: a randomized controlled trial. J Nutr 2021; 151(5):1190.

490.  Gwin JA, Church DD, Hatch-McChesney A, Howard EE, Carrigan CT, Murphy NE, Wilson MA, Margolis LM, Cargone JW, Wolfe RR, Ferrando AA, Pasiakos SM. Effects of high versus standard essential amino acid intakes on whole-body protein turnover and mixed muscle protein synthesis during energy deficit: A randomized, crossover study. Clinical Nutrition 2021 Mar; 40(3):767-777. https://doi.org/10.1016/j.clnu.2020.07.019

491.  Wolfe RR, Kim I-Y, Church D, Moughan P, Park S, Ferrando. Whole-body protein kinetic models to quantify the anabolic response to dietary protein consumption. Clin Nutr Open Sci 2021; 36:78.

492.  Azhar G, Wei J, Schutzler S, Coker K, Gibson RV, Kirby M, Ferrando, AA, Wolfe RR. Daily consumption of a specially formulated essential amino acid-based dietary supplement improves physical performance in older adults with low physical functioning. J Gerontol A Biol Sci Med Sci 2021 Jun 14;76(7):1184-1191. doi: 10.1093/gerona/glab019. PMID: 33475727 PMCID: PMC8202157.

493.  Church DD, Schutzler SE, Wolfe RR, Ferrando AA. Perioperative amino acid infusion reestablishes muscle net balance during total hip arthroplasty. Physiol Rep. 2021 Sep; 9(18): e15055. doi: 10.14814/phy2.15055. PMID: 34558214 PMCID: PMC8461212.

494.  Hirsh KR, Wolfe RR, Ferrando AA. Pre- and post-surgical nutrition for preservation of muscle mass, Strength, and functionality following orthopedic surgery. Nutrients 2021, May; 13(5):1675. PMCID: PMC8156786.

495.  Hudson JL, Cotter M, Herndon DN, Wolfe RR, Borsheim E. Comparison of arterial-venous balance and tracer incorporation methods for measuring muscle fractional synthesis and fractional breakdown rates. J Burn Care Res 2022 Jan 5; 43(1): 156-162. doi.10.1093/jbcr/irab059.

496.  Song BS, Moon JS, Tian J, Lee HY, Sim BC, Kim SH, Kang SG, Kim JT, Nga HT, Benfeitas R, Kim Y, Park S, Wolfe RR, Eun HS, Shong M, Lee S, Kim IY, Yi HS. Mitoribosomal defects aggravate liver

cancer via aberrant glycolytic flux and Tcell exhaustion. J Immunother Cancer. 2022 May; 10(5): e004337. doi:10.1136/jitc-2021-004337. PMID: 35580931; PMCID: PMC9114962.

497. Hirsch KR, Church DD, Wolfe RR, Ferrando AA. Continuous oral stable isotope ingestion to measure whole-body protein turnover. Clin Nutr ESPEN. 2022 Jun; 49:385-389. doi: 0.1016/j.clnesp.2022.03.017. Epub 2022 Mar 23. PMID: 35623841.

498. Park S, Chang Y, Wolfe RR, Kim IY. Prevention of Loss of Muscle Mass and Function in Older Adults during COVID-19 Lockdown: Potential Role of Dietary Essential Amino Acids. Int J Environ Res Public Health. 2022 Jul 1; 19(13):8090. doi: 10.3390/ijerph19138090. PMID: 35805748; PMCID: PMC9265941.

499. Jang J, Koh JH, Kim Y, Kim HJ, Park S, Chang Y, Jung J, Wolfe RR, Kim IY. Balanced Free Essential Amino Acids and Resistance Exercise Training Synergistically Improve Dexamethasone-Induced Impairments in Muscle Strength, Endurance, and Insulin Sensitivity in Mice. Int J Mol Sci. 2022 Aug 27; 23(17):9735. doi: 10.3390/ijms23179735. PMID: 36077132; PMCID: PMC9456044.

500. Diaz EC, Williams DK, Cotter M, Sims CR, Wolfe RR, Andres A, Børsheim E. Breastfeeding duration modifies the association between maternal weight status and offspring dietary palmitate oxidation. Am J Clin Nutr. 2022 Aug 4; 116(2):404-414. doi: 10.1093/ajcn/nqac097. PMID: 35404455; PMCID: PMC9348976.

501. Kim IY, Park S, Kim Y, Kim HJ, Wolfe RR. Tracing metabolic flux in vivo: basic model structures of tracer methodology. Exp Mol Med. 2022 Sep; 54(9):1311-1322. doi: 10.1038/s12276-022-00814-z. Epub 2022 Sep 8. PMID: 36075950; PMCID: PMC9534847.

502. Wolfe RR, Kim IY, Park S, Ferrando A. Tracing metabolic flux to assess optimal dietary protein and amino acid consumption. Exp Mol Med. 2022 Sep; 54(9):1323-1331. doi: 10.1038/s12276-022-00817-w. Epub 2022 Sep 8. PMID:36075948; PMCID: PMC9534933.

503. Kim IY, Wolfe RR. Tracing metabolic flux in vivo: motion pictures differ from snapshots. Exp Mol Med. 2022 Sep; 54(9):1596. doi: 10.1038/s12276-022-00861-6. Erratum for: Exp Mol Med. 2022 Sep; 54(9):1309-1310. PMID: 36163252; PMCID: PMC9534851.

504. Coker MS, Barati Z, Murphy CJ, Bateman T, Newcomer BR, Wolfe RR, Coker RH. Essential amino acid enriched meal replacement improves body composition and physical function in obese older adults: A randomized controlled trial. Clin Nutr ESPEN. 2022 Oct; 51:104-111. doi: 10.1016/j.clnesp.2022.07.004. Epub 2022 Jul 20. PMID: 36184194.

505. Azhar G, Verma A, Zhang X, Pangle A, Patyal P, Zhang W, Che Y, Coker K, Wolfe RR, Wei JY. Differential plasma protein expression after ingestion of essential amino acid-based dietary supplement versus whey protein in low physical functioning older adults. Geroscience. 2023 Jun 45(3): 1729-1743. doi: 10.1007/s11357-023-00751-3. Erratum for: Geroscience. 2023 Feb 1; PMID: 10400527.

506. Ferrando AA, Wolfe RR, Hirsch KR, Church DD, Kviatkovsky SA, Roberts MD, Stout JR, Gonzalez DE, Sowinski RJ, Kreider RB, Kerksick CM, Burd NA, Pasiakos SM, Ormsbee MJ, Arent SM, Arciero PJ, Campbell JI, VanDusseldorp TA, Jager R, Willoughby DS, Kalman DS, Antonio J. International Society of Sports Nutrition Position Stand: Effects of essential amino acid supplementation on exercise and performance. J Int Soc Sports Nutr. 2023 Dec; 20(1):2263409. Doi: 10.1080/15502783.2023.2263409. Epub 2023 Oct 6. PMID: 37800468.

507. Azhar G, Verma A, Robeson MS, Patyal P, Nookaew I, Sharma S, Pangle A, Che Y, Wolfe RR, Wei JY. Short-Term Ingestion of Essential Amino Acid Based Nutritional Supplements or Whey Protein Improves the Physical Function of Older Adults Independently of Gut Microbiome. Mol Nutr Food Res. 2024 Mar; 68(6):e2300716. doi: 10.1002/mnfr.202300716. Epub 2024 Mar 1. PMID: 38426663.

508. Church DD, Ferrando AA, Wolfe RR. Stimulation of muscle protein synthesis with low-dose amino acid composition in older individuals. Front Nutr. 2024 Mar 8; 11:1360312. Doi: 10.3389/fnut.2024.1360312. eCollection 2024. PMID: 38524852.

509. Moughan PJ, Fulgoni VL 3rd, Wolfe RR. The importance of Dietary Protein Quality in Mid- to High-Income Countries. J Nutr. 2024 Mar; 154(3): 804-814. Doi: 10.1016/j.tjnut.2024.01.200. Epub 24 Jan 20. PMID: 38253225.

510. Park S, Cha HN, Shin MG, Park S, Kim Y, Kim MS, Shin KH, Thoudam T, Lee EJ, Wolfe RR, Dan J, Hoh JH, Kim IY, Choi I, Lee IK, Sung HK, Park SY. Inhibitory regulation of FoxO1 in PPARδ Expression dirves mitochondria dysfunction and insulin resistance. Diabetes. 2024 Apr 24:db230432. Doi:10.2337/db23-0432. On Lin Ahead of Print. PMID: 38656552.

511. Fordham TM, Morelli NS, Garcia-Reyes Y, Ware MA, Rahat H, Sundararajan D, Fuller KNZ, Severn C, Pyle L, Malloy CR, Jin ES, Parks EJ, Wolfe RR, Cree MG. Metabolic effects of an essential amino acid supplement in adolescents with PCOS and obesity. Obesity (Silver Spring), 2024 April; 32(4):678-690. Doi: 10.1002/mnfr.202300716. Epub 2024 May 1. PMID: 38439205.

512. Jiwoong Jang, Yeongmin Kim, Taejeong Song, Sanghee Park, Hee-Joo Kim, Jin-ho Koh, Yoonil Cho, Shi-Young Park, Sakthivel Sadayappan, Hyo-Bum Kwak, Robert R. Wolfe, Il-Young Kim, Cheol Soo Choi. Free essential amino acid feeding improves endurance during resistance training via DRP1-dependent mitochondrial remodelling. Journal of Cachexia, Sarcopenia and Muscle (2024). Published online in Wiley Online Library (wileyonlinelibrary.com) DOI: 10.1002/jcsm.13519.

513.

## B.   OTHER:
## BOOKS

1. Reichard S. and Wolfe RR (eds). Advances in Shock Research. Alan R. Liss, Inc., New York, 1983.
2. Wolfe RR. Tracers in Metabolic Research: Radioisotope and Stable Isotope/Mass Spectrometry Methods. Alan R. Liss, New York, 1984, 284 pages.
3. Wolfe RR. Radioactive and Stable Isotope Tracers In Biomedicine: Principles and Practice of Kinetic Analysis. Wiley-Liss, New York, 1992, 475 pages.
4. Wolfe RR and Chinkes DL. Isotope Tracers in Metabolic Research: Principles and Practice of Kinetic Analysis. Wiley, New York, New York, 2004, 474 pages.
5. Wolfe RR. A Guide to Amino Acid and Protein Nutrition: Essential Amino Acids for Everyone. Book Ripple Publishing. 2017. 240 pages ISBN: 9781943157457.

## REVIEW ARTICLES AND TEXT CHAPTERS

1. Wolfe RR. Burn injury and increased glucose production. J Trauma, 19:898-899, 1979.
2. Blackburn GL, Wolfe RR. Clinical biochemistry and intravenous hyperalimentation. Recent Advances in Clinical Biochemistry, 197-228, 1981.
3. Wolfe RR. Application of isotope tracer methodology to nutritional assessment. Second Ross Conference on Nutritional Assessment, S. Levenson, ed., Ross Laboratories, Columbus, OH, 46-48, 1981.
4. Wolfe RR. Acute versus chronic response to burn injury. Circ. Shock., 8:105-115, 1981.
5. Wolfe RR. Glucose metabolism in sepsis and endotoxicosis. Infection: The Physiologic and Metabolic Responses of the Host, M.C. Powanda, P.G. Canonico, ed., Elsevier/North Holland Biomedical Press, 213-243, 1981.
6. Wolfe RR. Stable isotope approaches for study of energy substrate metabolism. Fed. Proc. 41:2692-2697, 1982.
7. Wolfe RR, Burke JF. Isotopic studies of glucose metabolism in humans. J. Clin. Surg., 1:180-1893, 1982.
8. Wolfe RR, Molnar JA. Meeting the special nutritional requirements of the burn patient. Nutr. Therapy Newsletter 3(4), 1982.
9. Wolfe RR. Use of intravenous fat emulsions in parenteral nutrition. Parenteral Nutrition in the Infant Patient, L. J. Flier, W.D. Leatham, ed., Abbott Laboratories, North Chicago, IL., 125-128, 1982.
10. Wolfe RR. Regulation of glucose metabolism. Surgical Physiology, J.F. Burke, ed., W.B. Saunders Company, Philadelphia, PA., 75-98, 1983.
11. Royle, GT, Wolfe RR, Burke JF. Techniques for investigating substrate metabolism in patients. Ann R Coll Surg Engl 63:415-419, 1981.
12. Molnar JA, Wolfe RR, JF Burke JF. Burns: metabolism and nutritional therapy in thermal injury. National Support of Medical Practice, H.A. Schneider, C.E. Anderson, D.B. Coursin, ed., 2nd edition, Hagerstown, Harper and Row, 260-282, 1983.
13. Wolfe RR, Bagby GJ. Lipid metabolism in shock. Handbook of Shock and Trauma, B. M. Altura, A. M. Lefer, W. Schumer, ed., Raven Press, New York, N.Y., 199-216, 1983.
14. Wolfe RR, Shaw JHF, Durkot MJ. Energy metabolism in trauma and sepsis: the role of fat. Molecular and Cellular Aspects of Shock and Trauma, A. M. Lefer, W. Schumer, ed., Alan R. Liss, Inc., New York, N.Y., 89-109, 1983.
15. Wolfe RR, Goodenough RD, Wolfe MH. Isotopic approaches to the estimation of protein requirements in burn patients. Advances In Shock Research, R. R. Wolfe, S. M. Reichard, ed., Alan R. Liss, Inc., New York, N.Y., 9:81-98, 1983.

16. Wolfe RR. Calculation of substrate turnover rate in stable isotope tracer studies; (Letter). Am. J. Physiol., 9:E463, 1984.

17. Wolfe RR. The use of animals in the study of response trauma and stress. Animal Models for Nutrition Research, R.W. Phillips, ed., Ross Laboratories, Columbus, OH, 69-74, 1984.

18. Wolfe RR. Glucose metabolism in burn injury: a review. J. Burn Care and Rehab, 6:408-418, 1985.

19. Wolfe RR, Wolfe BM. Protein and BCAA metabolism in trauma and sepsis. Problems and Potential of Branched Chain Amino Acids in Physiology and Medicine, R. Odessey, ed., Elsevier Science Publishers, Biomedical Division, 283-297, 1986.

20. Wolfe RR. Carbohydrate metabolism and requirements. Clinical Nutrition, J.L. Rombeau, M.D. Caldwell, ed., W.B.Saunders & Co., Philadelphia, PA., 2:53-72, 1986.

21. Wolfe RR. Substrate kinetics in sepsis. The Scientific Basis for the Care of the Critically Ill, K.N. Frayn, R.A.Little, ed., Manchester University Press, Manchester, (Engl.), 123-151, 1986.

22. Wolfe RR. Nutrition and metabolism in burns. Critical Care, Soc. Crit. Care Med., Fullerton, CA, 7:19-63, 1986.

23. Wolfe RR, Desai MH, Herndon DN. Metabolic response to excision therapy. The Art and Science of Burn Care, J.A. Boswick, ed., Aspen Publishers, Inc., Rockville, MD., 145-151, 1987.

24. Jahoor F, Wolfe RR. Regulation of protein catabolism. Kidney International, 32(Suppl. S22):S81-S93, 1987.

25. Wolfe RR. Carbohydrate metabolism in the critically-ill patient: implications for nutritional support. Critical Care Clinics, C. Weissman, ed., W.B. Saunders Co., Philadelphia, PA., 3:11-24, 1987.

26. Shaw JHF, Wolfe RR. Energy and protein metabolism in sepsis and trauma. Aust. N. Z. J. Surg., 57:41-47, 1987.

27. Wolfe RR. Does exercise stimulate protein breakdown in humans? Isotopic approaches to the problem. Med Sci Sports & Exerc, 19:S172-S178, 1987.

28. Klein S, Wolfe RR. The use of isotopic tracers in studying lipid metabolism in human subjects. Baillière's Clin Endo Metab. Tindal, London, England, 1:797-816, 1987.

29. Klein S, Blackburn GKL, Bistrian BR, Young VR, Wolfe RR. The impact of body composition on the regulation of lipolysis during short-term fasting. J. Am. Coll. Nutr., 7:77-84, 1988.

30. Wolfe RR, Rosenblatt J, Layman DK. The role of models in metabolic research: a physiological perspective, IFAC Modelling and Control in Biomedical Systems, Venice, Italy, Pergamon Press, 21-30, 1988.

31. Wolfe, RR. Assessment of the physiological significance of substrate cycles in human subjects. Use of Stable Isotopes in Clinical Research and Practice, H. Paust, W. Park, A. Helge, P. Scigalla, ed., Klinische Ernahrung, 34:1-8, 1988.

32. Wolfe RR, Jahoor F, Hartl WH. Protein and amino acid metabolism after injury. Diabetes/Metabolism Reviews, 5:149-164, 1989.

33. Wolfe RR. Prospective overview to nutrition/metabolism classic. Nutrition. 5:408-409, 1989.

34. Wolfe, RR. The role of triglyceride-fatty acid cycling and glucose cycling in thermogenesis and amplification of net substrate flux in human subjects. Hormones and Nutrition in Obesity and Cachexia, M. J. Muller, E. Danforth, Jr., A. G. Burger, U. Siedentopp, ed., Springer-Verlag, N.Y., 59-65, 1989.

35. Hartl WH, Herndon DN, Wolfe RR. Kinin/prostaglandin system: its therapeutic value in surgical stress. Crit Care Med 18(10):1167-1174, 1990.

36. Wolfe RR and F Jahoor. Control of metabolism in the normal adult. Principles of Perinatal - Neonatal Metabolism, Richard M. Cowett, ed, Springer-Verlag, N.Y., 61-93, 1990.

37. Hartl WH and Wolfe RR. The phospholipid/arachidonic acid second messenger system: its possible role in physiology and pathophysiology of metabolism. J.P.E.N., 14:416-427, 1990.

38. Wolfe RR. Isotopic measurement of glucose and lactate kinetics. Annals Med., 22:163-170, 1990.

39. Wolfe RR, Klein S. Assessment of the control of the triglyceride/fatty acid cycle. Stable Isotopes in Paediatric Nutritional and Metabolic Research, T. E. Chapman, R. Berger, D. J. Reyngoud, A. Okken, ed., Intercept Ltd., Andover, England, 115-122, 1990.

40. Wolfe RR, Jahoor F, Shaw JHF. Metabolic response of critically-ill patients. Rivista Italiana di Nutrizione Parenterale ed Enterale, Roma, Italy, 8:63-69, 1990.

41. Wolfe RR. Regulation of glucose and fatty acid metabolism: nutritional implications. Modern Concepts in Nutritional Support, Can. J. Gastroenterology, Kingston, Canada. 4(Suppl. A):1-5, 1990.

42. Wolfe RR, Klein S, Herndon DN, Jahoor F. Substrate cycling in thermogenesis and amplification of net substrate flux in human volunteers and burn patients. J. Trauma 30:S6-S9, 1990.

43. Wolfe, RR. Empirical assessment of model validity. J.P.E.N., 15:50 S-54 S, 1991.

44.  Wolfe, RR. Current thoughts on the assessment of protein metabolism in humans. J. Burn Care & Rehab., 12:211-213, 1991.

45.  Wolfe, RR. Assessment of substrate cycling in humans using tracer methodology. Energy Metabolism: Tissue Determinants and Cellular Corollaries. J. M. Kinney, ed., Raven Press, 495-524. 1991.

46.  Romijn JA, Wolfe RR. Effects of prolonged exercise on endogenous substrate supply and utilization. Energy Metabolism in Exercise and Sport, Lamb, D., C. Gisolti, eds., 207-237. 1992.

47.  Wolfe RR. Counterregulatory hormones and human protein metabolism. Protein Metabolism in Diabetes Mellitus. K. S. Nair, ed., Smith Gordon & Company, Ltd., 207-213. 1992.

48.  Wolfe RR, Romijn JA,Coyle EF. New stable isotope tracer approaches to the assessment of substrate metabolism in exercise. Diabetes Mellitus and Exercise. J. Devlin, E. S. Horton, M. Vranic, ed., Smith-Gordon, London, 205-212, 1992.

49.  Wolfe RR. Technique in measuring protein turnover: in-vivo techniques. Protein Metabolism in Diabetes Mellitus. K. S. Nair, ed., Smith Gordon & Company, Ltd., 101-102. 1992.

50.  Wolfe RR. Effects of physical activity on protein energy interaction: metabolic and nutritional considerations. Protein-Energy Interactions. N. Scrimshaw & Schurch, ed., International Dietary Energy Consultancy Group, 221-227, 1993.

51.  Wolfe RR. Protein and energy requirements following burn injury. Protein-Energy Interactions. N. Scrimshaw & Schurch, ed., International Dietary Energy Consultancy Group, 351-357, 1993.

52.  Wolfe RR, George S. Stable isotopic tracers as metabolic probes in exercise. Exercise and Sport Sciences Reviews. J. Hollozy, ed., 21:1-31, 1993.

53.  Biolo G, Wolfe RR. Insulin action on protein metabolism. Insulin Resistance and Disease. E. Ferrannini, ed., Bailliere's, 989-1005, 1993.

54.  Wolfe RR. Metabolic response to burn injury: nutritional implications. Seminars in Nephrology. 13:382-390, 1993.

55.  Wolfe RR, Sidossis LS. Isotopic measurement of substrate flux and cycling. A. Astrup, J. Bulow, N. J. Christensen, M. J. Stock, ed., International J. of Obesity, 17(Supplement 3):S10-S13, 1993.

56.  Wolfe RR. Energy requirements for swimming and performance. Preceedings of 9th International Symposium on Swimming, sponsored by U.S. Olympic Committee, 1995.

57.  Wolfe RR. Metabolic Responses to Burn Injury: Nutritional Implications, In Total Burn Care, D.N. Herndon, ed., W.B. Saunders Co. LTD, 217-222, 1996.

58.  Wolfe RR. Herman Award Lecture, Relation of metabolic studies to clinical nutrition: Example of burn injury. Am. J. Clin. Nutr. 64:800-808, 1996.

59.  Ferrando AA, Wolfe RR. Effects of bed rest with or without stress. In Physiology, Stress and Malnutrition, John M. Kinney, ed. pp. 413-429, 1997.

60.  Wolfe RR. Substrate metabolism in injury. Scientific Foundations of Trauma, GJ Cooper, HA Dudley, DS Gann RA Little, RL Maunard, ed. pp. 680-689, 1997.

61.  Trappe TA, Gastaldei A, Jozsi AC, Troup TP, Wolfe RR. Energy expenditure during high volume swimming training by the doubly labeled water (2H2180) method. Biomechanics and Medicine in Swimming VII, Troupe, Hollander, Strasse et al., ed. E&FN Spon, London: pp 112-118, 1996.

62.  Wolfe RR. Measurement of energy substrate metabolism using stable isotopes. Emerging Technologies for Nutrition Research, National Academy Press, Washington, DC: pp 215-230, 1997

63.  Sakurai Y, Aarsland A, Chinkes DL, Pierre E, Nguyen TT, Herndon DN, Wolfe RR. Effects of long-term infusion of insulin and growth hormone on protein and amino acid kinetics in severely-burned patients. Cytokines, Cholera, and the Gut. GT Keusch and M Kawakami, ed. Chapter 6:43-51, 1997.

64.  Wolfe RR. Substrate utilization/insulin resistance in sepsis/trauma. Baillieres Clin Endocrinol Metab, 11(4):645-657, 1997.

65.  Cerra FB, Benitz MR, Blackburn GL, Irwin RS, Jeejeebhoy K, Katz DP, Pingleton SK, Pomposelli J, Rombeau JL, Shronts E, Wolfe RR, Zaloga GP. Applied Nutrition in ICU Patients: A consensus statement of the American College of Chest Physicians. Chest 111:769-778, 1997

66.  Wolfe RR. Metabolic interactions between glucose and fatty acids in humans. Second International Conference on Fats and Oils in Health and Disease. Am J Clin Nutr Supplement, 67:519S-526S, 1998.

67.  Wolfe RR. Fat Metabolism in Exercise. Advances in Experimental Medicine and Biology. Eds: E. Richter, B. Kren, H. Galbo, B. Saltin. Plenum Press, Copenhagen. 441:147-156, 1998. EJCN

68.  Wolfe RR. Is the double-blind randomized trial the most valid experimental approach to evaluating treatment modalities in critically ill patients? Current Opinion in Clinical Nutrition and Metabolic Care, 1:185-186, 1998.

69.    Biolo G, Wolfe RR. Protein turnover and amino acid transport in exercise. Amino acid and protein metabolism in health and disease: Nutritional implications. Paolo, T, PB Soeters, G Pittoni, A tiengo, eds. Smith-Gordon, London: pp 99-103, 1998.

70.    Wolfe, RR. Protein metabolism in critical illness: assessment and nutritional implications. Amino acid and protein metabolism in health and disease: Nutritional implications. Paolo, T, PB Soeters, G Pittoni, A tiengo, eds. Smith-Gordon, London: pp 117-123, 1998.

71.    Tipton KD, Wolfe RR. Exercise-induced changes in protein metabolism. Acta Physiol Scand, 162(3):377-387, 1998.

72.    Wolfe RR. Maximal parenteral glucose oxidation in hypermetabolic young children. J Parenteral Enteral Nutr 22(4):190, 1998.

73.    Wolfe RR. Effects of giving "high-dose" insulin in burn patients. [Letter] Surgery 124(3):593, 1998.

74.    Wolfe RR. Sepsis as a modulator of adaptation to low and high carbohydrate and low and high fat intakes. International Dietary Energy Consultant Group, Basil, Switzerland, 1998. Eur Jr Clin Nutr 53, S136-S142, 1999.

75.    Rasmussen B, Wolfe RR. Regulation of fatty acid oxidation in skeletal muscle. Ann Rev Nutr 19:463-484, 1999.

76.    Miller SL, Wolfe RR. Physical exercise as a modulator of adaptation to low and high carbohydrate and low and high fat intakes. International Dietary Energy Consultant Group, Basil, Switzerland, 1998. Eur J Clin Nutr 53, S112-S119, 1999.

77.    Wolfe RR, Miller SL. Amino acid availability controls muscle protein metabolism. Diabetes Nutr Metab 12(5): 322-328, 1999.

78.    Wolfe RR. Alterations in protein metabolism due to the stress of injury and infection. In Protein and Amino Acids, pp 279-284. National Academy Press, Washington, DC. 1999.

79.    Wolfe RR. Effects of insulin on muscle tissue. Current Opinion in Clinical Nutrition and Metabolic Care 3:67-71, 2000.

80.    Wolfe RR, Ferrando A, Sheffield-Moore M, Urban R. Testosterone and muscle protein metabolism. Mayo Clin Proc 75:S55-S60, Jan 2000.

81.    Wolfe RR, Martini WZ. Changes in intermediary metabolism in severe surgical illness. World J Surgery (24) 639-347, Jun, 2000.

82.    Wolfe RR. Protein supplements and exercise. Am J Clin Nutr 72 (suppl):551S-557S, Aug 2000.

83.    Morio B, Yeckel CW, Wolfe RR. Fatty acid oxidation: Metabolic pathways and regulation. Biochemistry, Physiology. Macmillan Reference Ltd. Encyclopedia of Life Science, Aug 2000.

84.    Wolfe RR. Stable Isotopes. Surgical Research. WW Souba, DW Wilmore, eds., Academic Press, San Diego, CA Chpt 57:pp789-795, 2001.

85.    Wolfe RR, Volpi E. Insulin and protein metabolism. Handbook of Physiology, Section 7: The Endocrine System, Volume II: The Endocrine Pancreas and Regulation of Metabolism, Oxfort University Press, pp735-757, 2001.

86.    Tipton KD, Wolfe RR. Exercise, protein metabolism and muscle growth. Int J Sports Nutr Exercise Metabolism 11:109-132, Mar 2001.

87.    Wolfe RR. Glutamine Metabolism: Nutritional and Clinical Significance: Session II: Physiological aspects of glutamine metabolism I. J Nutr 131:2496S-2497S, Aug 2001.

88.    Wolfe RR. Effects of amino acid intake on anabolic processes. Can J Appl Physiol 26:S221-S228, 2001.

89.    Wolfe RR. Control of muscle protein breakdown: Effects of activity and nutritional states. Int J Sport Nutrition and Exercise Metabolism, V11:S164-169, 2001.

90.    Wolfe RR. Regulation of muscle protein by amino acids. J Nutr 132(10):3219S-3224S, Oct 2002.

91.    Rennie MJ, Bohe J, Wolfe RR. Latency, duration and dose response relationships of amino acid effects on human muscle protein synthesis. J Nutr 132(10):3225S-3227S, Oct 2002.

92.    Ferrando AA, Paddon-Jones D, Wolfe RR. Alterations in protein metabolism during space flight and inactivity. Nutrition [Review] 18:837-841, Oct 2002.

93.    Morio B, Yeckel CW, Wolfe RR. Fatty acid oxidation. IN: Nature Encyclopedia of Life Sciences, May, 2003.

94.    Tipton KD, Wolfe RR. Protein and amino acids for athletes. J Sports Sci [Review] 22:65-79, Jan 2004.

95.    Wolfe RR. Regulation of skeletal muscle protein metabolism in catabolic states. Curr Opin Clin Nutr and Metab Care [Review] 8(1):61-65, Jan 2005.

96.    Ferrando A, Raj D, Wolfe RR. Amino acid control of muscle protein turnover in renal disease. J Renal Nutr [Review] 15(1):34-38, Jan 2005.

97.    Stratton RJ, Ek A-C, Engfer M, Moore Z, Rigby P, Wolfe RR, Elia M. Enteral nutritional support in prevention and treatment of pressure ulcers: A systematic review and meta-analysis.Aging Res Rev 4:422-450, Mar 2005.

98.    Paddon-Jones D, Wolfe RR, Ferrando AA. Amino acid supplementation for reversing bed rest and steroid myopathies. J Nutr [Review] 135(7):1809S-1812S, Jul 2005.

99.    Wolfe RR. Optimal nutrition, exercise and hormonal therapy promote muscle anabolism in the elderly. J Am Coll Surg [Review], 176-180, 2006.

100.   Fernstrom JD, Wolfe RR. Branched-chain amino acids in exercise: Introduction to symposium on branched-chain amino acids in exercise. J Nutr 136:524S, 2006.

101.   Wolfe RR. Skeletal muscle protein metabolism and resistance exercise. J Nutr 136:525S-528S, Jan 2006.

102.   Ferrando AA, Paddon-Jones D, Wolfe RR. Bed rest and myopathies. Curr Opin Clin Nutr Metab Care [Review] 9(4):410-415, Jul 2006.

103.   Wolfe RR. The underappreciated role of muscle in health and disease. Am J Clin Nutr [Review] 84(3):475-482, Sep 2006.

104.   Sun D, Ferrando AA, Farkas T, Wolfe RR. Measurement of amino acid stable isotopic tracer enrichments by LC-MS using the EA:faast™ Kit. The Application Notebook, Jun 2006, Advertising Supplement, Biological pp 22-23.

105.   Wolfe, RR. Protein intake and the dietary reference intake controversy. The Soy Connection 15(3): Insert: J Am Dietetic Assoc, July 2007

106.   Cree MG, Aarsland A, Herndon DN, Wolfe RR. Role of fat metabolism in burn trauma-induced skeletal muscle insulin resistance. Crit Care Med [Review] 35(9 Suppl):S476-S483, Sep 2007.

107.   Ferrando AA, Wolfe RR. Restoration of hormonal action and muscle protein. Crit Care Med 35(9 Suppl):S630-S634, [Review], Sep 2007.

108.   Cree MG, Wolfe RR. Postburn trauma insulin resistance and fat metabolism. Am J Physiol Endocrinol Metab 294(1):E1-E9, [Review], Jan 2008.

109.   Paddon-Jones D, Westman E, Mattes RD, Wolfe RR, Astrup A, Westerterp-Plantenga M. Protein, weight management, and satiety. Am J Clin Nutr 87(suppl) 1558S-1561S, May 2008.

110.   Paddon-Jones D, Short KR, Campbell WW, Volpi E, Wolfe RR. Role of dietary protein in the sarcopenia of aging. Am J Clin Nutr 87(suppl): 1562S-1566S, May 2008.

111.   Wolfe RR. Protein Summit: consensus areas and future research. Am J Clin Nutr 87(suppl)1582S-1583S, May 2008. PMID:19469292

112.   Wolfe RR, Miller SL. The recommended dietary allowance of protein: a misunderstood concept. JAMA 299(24):2891-2893, Jun 2008. PMID:18577734

113.   Miller, SL, Wolfe RR. The danger of weight loss in the elderly. J Nur Health Aging, 12(7):487-491, Jul 2008. PMID:18615231

114.   Wolfe RR, Miller SL, Miller KB. Optimal protein intake in the elderly. Clin Nutr 27:675-684, Oct 2008. PMID:18819733

115.   Evans WJ, Morley JE, Argiles J, Bales C, Baracos V, Guttridge D, Jatoi A, Kalantar-Zadeh K, Lochs H, Mantovani G, Marks D, Mitch WE, Muscaritoli M, Najand A, Ponikowski P, Fanelli FR, Schambelan M, Schols A, Schuster M, Thomas D, Wolfe RR, Anker SD. Cachexia: A new definition. Clin Nutr 27, 793-799, Dec 2008.

116.    Ferrando AA, Wolfe RR. Protein Metabolism. Jean-Louis Vincent & Jesse B. Hall (eds.) EICM; 746, Springer-Verlag Berlin Heidelberg 2011.

117.   Coker RH, Wolfe RR. Bedrest and Sarcopenia. Curr Opin Clin Nutr Metab Care [Review] 15(1):7-11, [Review], Jan 2012. PMID 22108096

118.   Luiking YC, Ten Have GA, Wolfe RR, Deutz NE. Arginine de novo and nitric oxide production in disease states. Am J Physiol Endocrinol Metab [Review] 303(10):E1177-89, Nov 2012. PMID 23011059.

119.   Wolfe RR. Perspective: Optimal protein intake in the elderly. J Am Med Dir Assoc [Review] 14(1):65-6, Jan 2013. PMID:23128023

120.   Weijs P, Cynober L, DeLegge M, Kreymann G, Wernerman J, Wolfe RR. Proteins and amino acids are fundamental to optimal nutrition support in critically ill patients. Crit Care [Review]. 2014 Nov; 18(6):591. PMID 25565377

121.   Wolfe RR, Newsholme EA. Arginine. In, Nutritional Supplements in Sport, Exercise and Health. An A-Z Guide. Castell LM, Stear SJ, Burke LM, eds. Routledge, London, 2015. p53.

122. Baum JI, Wolfe RR. The link between dietary protein intake, skeletal muscle function and health in older adults. Healthcare [Review] July 2015; 3(3), 529:543.PMID:27417778.

123. Wolfe RR. Update on protein intake: importance of milk proteins for health status of the elderly. Nutr Rev [Review] 2015 Aug; 73 Suppl 1:41-47. PMID:26175489

124. Kim I-Y, Suh SH, Lee IK, Wolfe RR. Applications of stable, nonradioactive isotope tracers in *in vivo* human metabolic research. Exp Mol Med [Review]. 2016 Jan; 48:e203. PMID:26795236

125. Baum JI, Kim I-Y, Wolfe RR. Protein consumption and the elderly: What is the optimal level of intake? Nutrients [Review] Jun 2016; 8(6). pii E359. PMID:27338461

126. Wolfe RR, Rutherfurd SM, Kim I-Y, Moughan PJ. Protein quality as determined by the Digestible Indispensable Amino Acid Score: evaluation of factors underlying the calculation. Nutr Rev [Review] 2016 Sep; 74(9):584-99. PMID:27452871

127. Brooks JR, Oketch-Rabah H, Low Dog T, Gorecki DK, Barrett ML, Catilena L, Chung M, Costello RB, Dwyer J, Hardy ML, Jordan SA, Maughan RJ, Marles RJ, Osterberg RE, Rodda BE, Wolfe RR, Zuniga JM, Valeri LG Jr, Jones D, Deuster P, Giancaspro G, Sarma ND. Safety and performance benefits of arginine supplements for military personnel: a systematic review. Nutr Rev [Review] 2016 Nov; 74(11):708-721. PMID:27753625

128. Earthman CP, Wolfe RR, Heymsfield SB. Dudrick Research Symposium 2015-Lean Tissue and Protein in Health and Disease: Key Targets and Assessment Strategies. J Parenter Enteral Nutr [Review]. 2017 Feb; 41(2):226-237. PMID:26684735.

129. Wolfe RR, Cifelli AM, Kostas G, Kim I-Y. Optimizing protein intake in adults: Interpretation and application of the recommended dietary allowance compared with the acceptable macronutrient distribution range. Adv Nutr [Review] 2017 Mar 15; 8(2):266-275. PMID:28298271.

130. Kim I-Y, Deutz NEP, Wolfe RR. Update on maximal anabolic response to dietary protein. Clin Nutr [Review] 2018 Apr; 37(2):411-418. PMID 28807333

131. Wolfe, RR. Branched-chain amino acids and muscle protein synthesis in humans: myth or reality? J Inter Soc Sports Nutr [Review] 2017 Aug 22; 14:30. eCollection 2017. PMID:28852372

132. Wolfe RR. The 2017 Sir David P Cuthbertson lecture. Amino acids and muscle protein metabolism in critical care. Clin Nutr [Review] 2018 Aug; 37(4). PMID:29291898

133. Coker RH, Wolfe RR. Weight loss strategies in the elderly: A clinical conumdrum. Obesity (Silver Spring) [Review] 2018 Jan; 26(1):22-28. PMID:29265771; PMCID:PMC5744894; doi:10.1002/oby.21961

134. Starck CS, Wolfe RR, Moughan PJ. Endogenous Amino Acid Losses from the Gastrointestinal Tract of the Adult Human-A Quantitative Model. J Nutr [Review] 2018 Nov; 148(11):1871-1881. PMID:30247627

135. Soeters PB, Wolfe RR, Shenkin A. Hypoalbuminemia: Pathogenesis and Clinical Significance. JPEN [Review] Feb; 43(2):181-193. PMID:0288759

136. Wolfe RR, Park S, Kim I-Y, Starck C, Marquis BJ, Ferrando AA, Moughan PJ. Quantifying the contribution of dietary protein to whole body protein kinetics: examination of the intrinsically labeled proteins method. Am J Physiol Endocrinol Metab 2019 Jul 1; 317(1):E74-E84. doi:10.1152/ajpendo.00294.2018. PMID:30939051.

137. Wolfe RR, Park S, Kim I-Y, Starck C, Marquis BJ, Ferrando AA, Moughan PJ. Reply to Letter to the Editor: "Intrinsically labeled protein approach is the preferred method to quantify the release of dietary protein-derived amino acids into the circulation". Am J Physiol Endocrinol Metab 2019 Sep 1; 317(3): E435. doi:10.1152/ajpendo.00186.2019, PMID:31423801.

138. Moughan PJ, Wolfe RR. Determination of Dietary Amino Acid Digestibility in Humans. J Nutr [Review] 2019 Dec 1; 149(12):2101-2109. doi:10.1093/jn/nxz211; PMID:31529051.

139. Wolfe RR, Park S, Kim I-Y, Ferrando AA, Green MC, Moughan PJ. Advances in stable isotope tracer methodology part 2: new thoughts about an "old" method-measurement of whole body protein synthesis and breakdown in the fed state. J Invest Med [Review] 2020 Jan; 68(1):11-15. doi:10.1136/jim-2019-001108. PMID:31554677.

140. Kim I-Y, Park S, Jang J, Wolfe RR. Quantifications of lipid kinetics in vivo using stable isotope tracer methodology. J Lipid Atheroscler [Review] 2020 Jan; 9(1):110-123. doi:10.12997/jla.2020.9.1.110. PMID:32821725.

141. Gwin JA, Church DD, Wolfe RR, Ferrando AA, Pasiakos SM. Muscle protein synthesis and whole-body protein turnover responses to ingesting essential amino acids, intact protein and protein-containing mixed meals with considerations for energy deficit. Nutritients [Review] 2020 Aug 15, 12(8):2457. doi:10.3390/nu12082457; PMID:32824200.

142.    Kim I-Y, Park S, Jang J, Wolfe RR. Understanding muscle protein dynamics: Technical considerations for advancing sarcopenia research. Ann Geriatr Med Res [Review] 2020 Sep 2; 24(3):157-165. doi:10.4235/agmr.20.0041 PMID:32752586.

143.    Margolis L, O'Hara J, Griffiths A, Wolfe RR, Young A, Pasiakos S. Isotope tracer assessment of exogenous glucose oxidation during aerobic exercise hypoxia. Physiological Reports [Letter to the Editor] 2020 Oct; DOI:10.14814/phy2.14594.

144.    Kim I-Y, Park S, Kim Y, Chang Y. Choi CS, Suh S-H, Wolfe RR. In vivo and in vitro quantifications of glucose kinetics: From bedside to bench. Endocrinol Metab (Seoul) [Review]: 2020 Dec; 35(4):733-749. doi:10.3803/EnM.2020.406.

145.    Ferrando AA, Wolfe RR, Hirsch KR, Church DD, Kviatkovsky SA, Roberts MD, Stout JR, Gonzalez DE, Sowinski RJ, Kreider RB, Kerksick CM, Burd NA, Pasiakos SM, Ormsbee MJ, Arent SM, Arciero PJ, Campbell BI, VanDusseldorp TA, Jager R, Willoughby DS, Kalman DS, Antonio J. International society of sports nutrition position stand: essential amino acid supplementation on skeletal muscle and Performance. J Int Soc Sports Nutr. 2023 Dec;20(1):2263409. doi: 10.1080/15502783.2023.2263409. Epub 2023 Oct 6. PMID: 37800468.

146.

**MANUSCRIPT SUBMISSIONS OR IN PRESS**

Jang, J., Wu, H., Ferrando, AA, Wolfe, RR, Dridi, S., Kim, I-Y, Baum, J. Adiposity moderates relationships between whole-body net protein balance and expression of genes implicated in skeletal muscle mass and energy metabolism in humans. Nutrients.

**Ex. 2**

**Documents Reviewed and Relied On**

- First Amended Class Action Complaint filed June 17, 2022
- Institute of Medicine of the National Academies. Dietary Reference Intakes for Energy, Carbohydrates, Fiber, Fat, Protein and Amino Acids. Washington, DC: The National Academies Press; 2002/2005.
- Food and Agriculture Organization of the United Nations/World Health Organization. Protein Quality Evaluation: Report of the Joint FAO/WHO Expert Consultation. Rome, Italy: Food and Agriculture Organization of the United Nations; 1991. FAO Food and Nutrition Paper
- National Research Council (US) Subcommittee on the Tenth Edition of the Recommended Dietary Allowances. *Recommended Dietary Allowances: 10th edition*. Washington (DC): National Academies Press (US) 1989
- U.S. Department of Agriculture, *My Plate*, available at https://www.myplate.gov/.
- Report of the Joint FAO/WHO Expert Consultation on Protein Quality Evaluation
- Wolfe RR. The underappreciated role of muscle in health and disease. Am J Clin Nutr. 2006 Sep;84(3):475-82. doi: 10.1093/ajcn/84.3.475. PMID: 16960159.
- Wolfe RR. Branched-chain amino acids and muscle protein synthesis in humans: myth or reality? J Int Soc Sports Nutr. 2017 Aug 22;14:30. doi: 10.1186/s12970-017-0184-9. PMID: 28852372; PMCID: PMC5568273.
- Goodenough RD, Royle GT, Nadel ER, Wolfe MH, Wolfe RR. Leucine and urea metabolism in acute human cold exposure. J Appl Physiol Respir Environ Exerc Physiol. 1982 Aug;53(2):367-72. doi: 10.1152/jappl.1982.53.2.367. PMID: 6811531.
- Wolfe RR, Goodenough RD, Burke JF, Wolfe MH. Response of protein and urea kinetics in burn patients to different levels of protein intake. Ann Surg. 1983 Feb;197(2):163-71. doi: 10.1097/00000658-198302000-00007. PMID: 6824370; PMCID: PMC1353104.
- Wolfe RR, Goodenough RD, Wolfe MH, Royle GT, Nadel ER. Isotopic analysis of leucine and urea metabolism in exercising humans. J Appl Physiol Respir Environ Exerc Physiol. 1982 Feb;52(2):458-66. doi: 10.1152/jappl.1982.52.2.458. PMID: 7061300.
- Frexes-Steed M, Lacy MD, Collins J, Abumrad N. Role of leucine and other amino acids in regulating protein metabolism in vivo. Am J Pysiol Endo 1992; 262: E925
- Rose WC. The Amino Acids in Nutrition. Yale J Biol Med. 1932 Mar;4(4):519-36. PMID: 21433533; PMCID: PMC2606433
- FLO_00003682-FLO_00003683
- FLO_00008468-FLO_00008469