**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Matthew T. McCrary (*pro hac vice*)
  matt@gutridesafier.com
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Patrick J. Branson (*pro hac vice*)
  patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: 415-639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*
*David Swartz*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWARTZ, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.,<br><br>                      Defendants. | CASE NO. 4:21-cv-10053-YGR<br><br>**SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Yvonne Gonzalez Rogers |

Plaintiff David Swartz submits this separate statement of undisputed material facts, tother with references to supporting evidence, in support of his motion for partial summary judgment against Defendants Flowers Food, Inc. and Dave's Killer Bread, Inc ("Defendants" or "DKB").

|  | **Plaintiff's Undisputed Material Facts and Supporting Evidence** |  | **DKB's Response and Supporting Evidence** |
|---|---|---|---|
| **Issue No. 1: Defendants' Labels Violated FDA Regulations** ||||
| **Product** | **Protein Label Claim** | **Evidence of front label claim and that Label did not include PDCAAS-derived %DV for protein in NFP during class period** | |
| **Killer Breads** ||||
| 21 Whole Grains and Seeds | 5g protein | ECF 73-8 (Backer Dec., Ex. 23) (product label); ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| Good Seed | 5g protein | ECF 73-8 (Backer Dec., Exs. 25, 26) (product labels) ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |

|  | **Plaintiff's Undisputed Material Facts and Supporting Evidence** | **DKB's Response and Supporting Evidence** |
|---|---|---|
|  | **Issue No. 1: Defendants' Labels Violated FDA Regulations** | |

| Product | Protein Label Claim | Evidence of front label claim and that Label did not include PDCAAS-derived %DV for protein in NFP during class period | |
|---|---|---|---|
| Powerseed | 5g protein | ECF 73-8 (Backer Dec., Exs. 27, 28) (product labels)  ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| 100% Whole Wheat | 4g protein | ECF 73-8 (Backer Dec., Exs. 29, 30) (product labels)  ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| Righteous Rye | 5g protein | ECF 73-8 (Backer Dec., Exs. 31, 32) (product labels)  ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |

|  | **Plaintiff's Undisputed Material Facts and Supporting Evidence** | | **DKB's Response and Supporting Evidence** |
|---|---|---|---|
| **Issue No. 1: Defendants' Labels Violated FDA Regulations** ||||
| **Product** | **Protein Label Claim** | **Evidence of front label claim and that Label did not include PDCAAS-derived %DV for protein in NFP during class period** | |
| **Thin Sliced Bread** ||||
| 21 Whole Grains and Seeds Thin-Sliced | 3g protein | ECF 73-8 (Backer Dec., Ex. 33) (product label)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| Good Seed Thin-Sliced | 3g protein | ECF 73-8 (Backer Dec., Exs. 34, 35) (product labels)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| Powerseed Thin-Sliced | 3g protein | ECF 73-8 (Backer Dec., Exs. 36, 37) (product labels)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |

|  | **Plaintiff's Undisputed Material Facts and Supporting Evidence** | **DKB's Response and Supporting Evidence** |
|---|---|---|
|  | **Issue No. 1: Defendants' Labels Violated FDA Regulations** | |

| Product | Protein Label Claim | Evidence of front label claim and that Label did not include PDCAAS-derived %DV for protein in NFP during class period | |
|---|---|---|---|
| Sprouted Whole Grains Thin-Sliced | 3g protein | ECF 73-8 (Backer Dec., Exs. 38, 39) (product labels)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
|  | **Breakfast Bagels** | |
| Epic Everything Bagels | 13g protein | ECF 73-8 (Backer Dec., Ex. 40) (product label)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| Plain Awesome Bagels | 11g protein | ECF 73-8 (Backer Dec., Ex. 41) (product labels)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |

|  | **Plaintiff's Undisputed Material Facts and Supporting Evidence** | | **DKB's Response and Supporting Evidence** |
|---|---|---|---|
| **Issue No. 1: Defendants' Labels Violated FDA Regulations** | | | |
| **Product** | **Protein Label Claim** | **Evidence of front label claim and that Label did not include PDCAAS-derived %DV for protein in NFP during class period** | |
| Cinnamon Raisin Remix Bagels | 12g protein | ECF 73-8 (Backer Dec., Ex. 42) (product labels)<br><br>ECF 73-2 (Backer Dec., Ex. 1( (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| Boomin' Berry Bagels | 11g protein | ECF 73-8 (Backer Dec., Ex. 43) (product labels)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |
| **Burger Buns** | | | |
| 21 Whole Grains and Seeds Burger Buns | 6g protein | ECF 73-8 (Backer Dec., Exs. 44, 45) (product labels)<br><br>ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |

|  | **Plaintiff's Undisputed Material Facts and Supporting Evidence** | **DKB's Response and Supporting Evidence** |
|---|---|---|
| **Issue No. 1: Defendants' Labels Violated FDA Regulations** | |

| **Product** | **Protein Label Claim** | **Evidence of front label claim and that Label did not include PDCAAS-derived %DV for protein in NFP during class period** | |
|---|---|---|---|
| Burger Buns Done Right | 6g protein | ECF 73-8 (Backer Dec., Exs. 46, 47) (product labels)  ECF 73-2 (Backer Dec., Ex. 1) (30(b)(6) deposition excerpts) at 95:21-97:3 (NFP did not include PDCAAS-derived %DV for protein) | |