**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*
*David Swartz*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWARTZ, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC.,<br><br>Defendants. | Case No. 4:21-cv-10053-YGR<br><br>**DECLARATION OF HAYLEY A. REYNOLDS IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE THE EXPERT TESTIMONY OF COLIN B. WEIR**<br><br>Hon. Yvonne Gonzalez Rogers |

I, Hayley A. Reynolds, hereby declare as follows:

1. I am an attorney licensed to practice law before this Court. I am an attorney with the law firm Gutride Safier LLP. I have personal knowledge of the facts contained in this declaration and, if I were called as a witness, I could and would competently testify to the same.

2. Attached hereto as **Exhibit A** is a true and accurate copy of Exhibit 112 from the Deposition of Dr. Ran Kivetz, taken June 26, 2025.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the Nature's Own 100% Whole Wheat sliced bread, found on its website.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the O Organics Bread Whole Wheat Classic sliced bread, found on the Albertsons' website.

5. Attached hereto as **Exhibit D** is a true and accurate copy of excerpts of the deposition of Colin Weir, taken March 24, 2025.

This declaration was executed on September 5, 2025, in Blacksburg, Virginia. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Hayley A. Reynolds /s/
Hayley A. Reynolds