# EXHIBIT B





By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept






# 100% Whole Wheat

 4.2 (248)    Write a review

Nature's Own 100% Whole Wheat is one of our best sellers. It offers the nutritional value of whole wheat in a soft, delicious loaf. Try a slice with fruit jam for breakfast, or with your favorite deli meats and cheeses for lunch or a quick dinner.

## NUTRITIONAL HIGHLIGHTS

- No artificial preservatives, colors or flavors
- No high fructose corn syrup
- 100% whole grain
- 13 grams of whole grain per serving
- 2 grams of fiber per slice
- Low fat

*For the most accurate and updated ingredient and nutrition information, always check the nutrition and ingredients label on the actual product.*

  

**BUY NOW**

★★★★☆ 4.2 | 248 Reviews

10 out of 51 (20%) reviewers recommend this product

Search topics and reviews 🔍

**Reviews**                                    Write a review

### Rating Snapshot

Select a row below to filter reviews.

| | | |
|---|---|---|
| 5★ | ▬▬▬▬▬▬▬ | 159 |
| 4★ | ▬▬ | 32 |
| 3★ | ▬ | 18 |
| 2★ | ▬ | 15 |
| 1★ | ▬ | 24 |

### Average Customer Ratings

| | | |
|---|---|---|
| Overall | ★★★★☆ | 4.2 |
| Quality | ▬▬▬ | 2.3 |
| Value | ▬▬▬ | 2.3 |
| Taste | ▬▬▬▬ | 3.6 |

1–8 of 248 Reviews      Sort by: Highest to Lowest Rating ▼

### Max1

Houston, TX

Review **1**
Vote **1**

Gender **Male**

Age **45 to 54**

Children in Household: **0**

★★★★★ · a month ago

**Best bread ever**

This is the best bread and the only bread that I eat because it's natural, healthy and tastes good. I hope they always make this bread to be available on the market.

**I consume this product:** Every day

🏷 **Product Likes:** Convenient, Healthy

**Recommends this product** ✓ Yes

Quality

Value

Taste

Helpful?   Yes · 1   No · 0   Report

---

### Karl88

Laredo, Texas

Review **1**
Votes **8**

Gender **Male**

Age **55 to 64**

Children in Household: **0**

★★★★★ · a year ago

**Soft**

I can actually sit down and eat half a loaf of this bread, plain.

**I consume this product:** A couple times a week

🏷 **Product Likes:** Tastes good

**Recommends this product** ✓ Yes

Quality

Value

Taste

Helpful?   Yes · 8   No · 0   Report

**Angelica59**

Charlotte NC

Review **1**
Votes **19**

Gender **Female**

Age **55 to 64**

Children in Household: **0**

★★★★★ · a year ago

### Recent Shrinkage in Size

I've been buying this brand of bread for many years. I make around 5 sandwiches per week. I has been my favorite brand. Lately I've been wondering if I've just been eating more or this bread has actually shrunk! I see now others think so too. And I too have noticed large holes where jelly or mayo fall through and add mess to the plastic lunch baggie ..and of course the price increases of everything

**I consume this product:** Every day

**⬥ Product Likes:** Convenient, Quick, Easy to prepare, Tastes good

**Recommends this product** ✓ Yes

Helpful?    Yes · 19    No · 2    Report

Quality

Value

Taste

**JennM** ★★★★★ · 3 years ago

Grants Pass, OR

**Family likes it**

Review **1**
Votes **10**

Gender **Female**

Age **35 to 44**

Children in Household: **3**

I have been trying for quite a while to get my teenagers and picky husband to eat whole wheat bread instead of cheap white bread, which they preferred. Finally I tried this brand and they will eat it. Amazing!

**I consume this product:** A couple times a week

Quality

Value

Taste

🏷 **Product Likes:** Convenient, Kid-Friendly, Tastes good, Healthy

**Recommends this product** ✓ Yes

Helpful?   Yes · 10   No · 1   Report

---

**Karen88** ★★★★★ · 3 years ago

Pittsburgh, Pennsylvania

**Love it!**

Review **1**
Votes **8**

Gender **Female**

Age **55 to 64**

Children in Household: **0**

I recently tried this bread because it was on sale. OMG...I absolutely love. I now eat it daily.

**I consume this product:** Every day

Quality

Value

Taste

🏷 **Product Likes:** Tastes good

**Recommends this product** ✓ Yes

Helpful?   Yes · 8   No · 1   Report

**Goodwheat**  ★★★★★ · 3 years ago

Virginia

Review **1**
Votes **6**

Gender **Female**

Age **35 to 44**

Children in Household: **0**

**Don't Change Ever Please**

This is the best bread out there. I love the taste and not a fan of the whole grain. I hope you always have this, and without the honey!

**I consume this product:** Every day

🏷 **Product Likes:** Tastes good, Healthy

**Recommends this product** ✓ Yes

Quality

Value

Taste

Helpful?    Yes · 6    No · 1    Report

---

**Miranda**  ★★★★★ · 4 years ago

Pasadena, Texas

Review **1**
Votes **3**

**Always fresh, always shift**

This is our one and only bread to buy. The softness is amazing along with the freshness!!

Helpful?    Yes · 3    No · 1    Report

---

**Eve**  ★★★★★ · 4 years ago

Los Angeles, CA

Review **1**
Votes **3**

**I will definitely be buying this yummy bread again!**

It's so delicious! Tastes great toasted, and the kids LOVE it!

Helpful?    Yes · 3    No · 0    Report

---

1–8 of 248 Reviews    ◀    ▶

### Related Products



Honey Wheat



100% Whole Wheat



Butterbread



The company behind Nature's Own, Flowers Foods,

has more than 100 years of baking experience.

Flowers Foods (NYSE: FLO) offers a wide range of

delicious bakery foods.

About Flowers Foods | Careers | Where To Buy |

Merchandise | Privacy Policy | Terms of Use | Contact

© 2025 Flowers Foods