# EXHIBIT C



hydrangea mini green | kettle corn popcorn | sea salt popcorn | corn golden sweet style | corn kernel white gold

## Quick Links

- Our Brands
- Mobile Apps
- Sweepstakes Rules
- Gift and Prepaid Cards
- Find Your Local Albertsons
- COVID-19 Vaccine
- Albertsons Pharmacy
- All Brands List
- Wine by Mail
- Albertsons Business

## Company Info

- Contact Us
- FAQ
- About Us
- Albertsons Companies
- Careers
- Suppliers
- For Employees
- Foundation
- Product Recalls

## Policies & Disclosures

- Terms of Use
- Privacy Policy
- Your Privacy Choices
- Accessibility Statement
- HIPAA Notice of Privacy Practices
- Supply Chain Transparency
- Other Policies & Disclosures

## Connect

Facebook | Twitter | Pinterest | Instagram | YouTube | TikTok

© 2025 Albertsons Companies, Inc.  All rights reserved.

``