MICHAEL L. RESCH (SBN 202909)
mresch@kslaw.com
LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200

REBECCA PARADIS (admitted *pro hac vice*)
rparadis@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

QUYEN L. TA (SBN 229956)
Quyen.ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHERS
& FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500

*Attorneys for Defendants*
Dave's Killer Bread, Inc.
and Flowers Food, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE'S KILLER BREAD, INC., AND FLOWERS FOODS, INC.<br><br>　　　　　Defendants. | Case No. 4:21-cv-10053-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF MICHAEL L. RESCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. PAULA TRUMBO**<br><br>Hearing Date:　　December 9, 2025<br>Hearing Time:　　2:00 p.m.<br>Courtroom:　　　Courtroom 1, 4th Floor |

I, Michael L. Resch, declare as follows:

1. I am an attorney in the San Francisco office of King & Spalding LLP and counsel of record in this matter for Defendants Flowers Foods, Inc., and Dave's Killer Breads, Inc. (together, "Flowers"). I submit this declaration in support of Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Dr. Paula Trumbo. I have personal knowledge of the facts set forth in this declaration, and I could and would testify thereto if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of Dr. Trumbo's expert reported, dated April 7, 2025.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the transcript of Dr. Trumbo's April 29, 2025 deposition in the above-referenced matter.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the transcript of Dr. Trumbo's June 26, 2025 deposition in the above-referenced matter.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of excerpts from the transcript of Valerie Wayland's November 15, 2024 deposition in the above-referenced matter.

6. Attached to this declaration as **Exhibit E** is a true and correct copy of an email chain between Valerie Wayland, Dan Letchinger, and other participants beginning on June 28, 2017 and ending on March 18, 2020. Valerie Wayland was asked about this document at her deposition and confirmed its authenticity (*see* **Exhibit D** at 133:6–20).

7. Attached to this declaration as **Exhibit F** is a true and correct copy of excerpts from the transcript of LaShay Singletary's February 27, 2024 deposition in the above-referenced matter.

8. Attached to this declaration as **Exhibit G** is a true and correct copy of an email chain between Lashay Singletary and Liman Liu beginning on January 25, 2018 and ending on January 26, 2018. Lashay Singletary was asked about this document at her deposition and confirmed its authenticity (*see* **Exhibit F** at 49:4-13).

9. Attached to this declaration as **Exhibit H** is a true and correct copy of an email chain between Lashay Singletary, Liman Liu, and Sandi Evans beginning on January 25, 2018

1

1  and ending on January 26, 2018. Lashay Singletary was asked about this document at her
2  deposition and confirmed its authenticity (*see* **Exhibit F** at 57:10–17).
3       10.    Attached to this declaration as **Exhibit I** is a true and correct copy of Exhibit 154
4  discussed at Dr. Trumbo's June 26, 2025 deposition in the above-referenced matter.
5       I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct. Executed on this 5th day of September 2025.

          /s/ Michael L. Resch
          MICHAEL L. RESCH

2