# EXHIBIT B

```
               UNITED STATES DISTRICT COURT

         FOR THE NORTHERN DISTRICT OF CALIFORNIA


DAVID SWARTZ, as an individual,
on behalf of himself, the
general public, and those
similarly situated,

              Plaintiffs,

   vs.                              Case No. 4:21-cv-10053-YGR

DAVE'S KILLER BREAD, INC.,
and FLOWERS FOODS, INC.,                 CERTIFIED COPY

              Defendants.
_____/


                     DEPOSITION OF

                PAULA R. TRUMBO, Ph.D.

           TAKEN REMOTELY BY VIDEOCONFERENCE

                Tuesday, April 29, 2025



                    - CONFIDENTIAL -



STENOGRAPHICALLY REPORTED BY:
MARY ANN PAYONK, CSR NO. 13431





                  NOGARA REPORTING SERVICE
              150 Sutter Street, P.O. Box 538
                San Francisco, California 94105
                     (415) 398-1889
```

1    A.    Food and Drug Administration.

2    Q.    Why did you leave?

3    A.    I retired.

4    Q.    While you were at the FDA you worked on
5    amendments to the regulations that pertain to the
6    nutrition facts label.
7          Is that correct?
8          ATTORNEY KISER:  Objection to form.
9    A.    That is correct.
10   BY ATTORNEY SAFIER:
11   Q.    So your area of expertise, at least with
12   respect to the opinions you're offering in this case, is
13   on FDA regulations in food labeling.
14         Is that correct?
15         ATTORNEY KISER:  Objection to form.
16   A.    Correct.
17   BY ATTORNEY SAFIER:
18   Q.    And more specifically than just food labeling,
19   in this case, as well as the Kodiak Cakes case, you're
20   offering your opinions on what the regulations require
21   with respect to protein labeling.  Correct?
22         ATTORNEY KISER:  Objection to form.
23   A.    Correct.
24   BY ATTORNEY SAFIER:
25   Q.    Are you offering any opinions in this case

| | |
|---|---|
| 1 | BY ATTORNEY SAFIER: |
| 2 |     Q.    Dr. Trumbo, Exhibit 85 before you is a copy -- |
| 3 | copy of the declaration that you submitted in this case. |
| 4 |         Is that correct? |
| 5 |     A.    This document?  Yes.  That was downloaded and |
| 6 | it's -- that is it, correct. |
| 7 |     Q.    Is it a true and correct copy of your |
| 8 | declaration? |
| 9 |     A.    Yes, it is. |
| 10 |     Q.    That's your signature on page 12? |
| 11 |     A.    Yes, it is. |
| 12 |     Q.    Did you write this declaration? |
| 13 |     A.    Yes. |
| 14 |     Q.    Did you do the first draft? |
| 15 |     A.    Yes. |
| 16 |     Q.    Did you finalize it and sign it? |
| 17 |     A.    Yes. |
| 18 |     Q.    **Do you have any corrections or changes you** |
| 19 | **would like to make to your declaration at this time?** |
| 20 |     A.    **No.** |
| 21 |     Q.    **Do you stand by it 100 percent?** |
| 22 |     A.    **Yes.** |
| 23 |     Q.    As set forth in your expert declaration, one |
| 24 | opinion you're offering in this case is that 5G protein |
| 25 | on the front label of Dave's Killer Bread products is |

1  Q.  -- are you referring to there?

2  ATTORNEY KISER:  Objection to form.

3  A.  Well, that's -- I'm, you know, I'm aware of --
4  of other legal cases related to this so I became
5  familiar with it like that.  I've looked more recently
6  to see if there is -- if -- if that situation still
7  exists where there is a -- a -- a factual --
8  quantitative factual statement without a percent DV on
9  the back.  So I've -- I've just -- you know, and I've
10  done that looking, you know, online.  So different ways,
11  in stores, just to get a feel for what industry is doing
12  out there.

13  BY ATTORNEY SAFIER:

14  Q.  Okay.  You say you're aware that during this
15  same time frame, several other product with protein
16  statements on the front of package omitted the percent
17  DV in the NFP.  I would like you to tell me one other
18  product that did that during the time frame '20 to '25.

19  ATTORNEY KISER:  Objection to form.
20  Irrelevant.

21  A.  Well, obviously, I mean, you know I worked on
22  the Kodiak Cakes.  I saw it there, but I went further.
23  And so I just looked to see what other products might
24  have it.  And I found that, you know, some don't have a
25  front of pack scheme.  It's just about protein, you

1  know.  Front of pack usually is multiple nutrients.
2  It's usually three or four.  So I looked at both schemes
3  where it was just a single nutrient versus, you know,
4  multiple nutrients, which is what front of pack schemes
5  are about, and then looked to see if there was a percent
6  DV on the back.
7          So I -- I got it looking in the stores just
8  because I wanted to understand what industry is
9  currently doing, and -- and online, where there are
10 images.  You can go to companies' websites or whatever
11 and -- and look at the images.
12      Q.  I appreciate that.  But other than Kodiac
13 Cakes, I want you to tell me what other product are you
14 aware of that had a protein statement on the front --
15      A.  Uh-huh.
16      Q.  -- of the label that did not have a percent DV
17 in the NFP.
18          ATTORNEY KISER:  Objection to form.
19      A.  I -- I can say that I -- I can't give you the
20 exact brand, but I did find it to be common on pasta
21 products.
22 BY ATTORNEY SAFIER:
23      Q.  Can you name -- you can't -- but you can't
24 name a brand.
25      A.  Not a brand.  But I remember one was, what was

1   REPORTER'S CERTIFICATE

2   I, MARY ANN PAYONK, shorthand reporter and
3   Notary Public, CA CSR No. 13431, do hereby certify that
4   the witness whose deposition is hereinbefore set forth
5   was sworn by agreement of all parties, that the
6   proceedings were reported stenographically by me, and
7   that this transcript is a true, correct, and full record
8   of the testimony given.

9   Further, that if the foregoing pertains to
10  the original transcript of a deposition in a Federal
11  Case, before completion of the proceedings, review
12  of the transcript [ ] was [X] was not requested.

13  I further certify that I am not related to
14  any of the parties to this action by blood or by
15  marriage, and that I am in no way interested in the
16  outcome of this matter.

17  IN WITNESS WHEREOF, I have hereunto set my
18  hand this 13th day of May, 2025.

19
20
21
22  MARY ANN PAYONK, CSR #13431
23
24
25