# EXHIBIT E
# REDACTED
## (Proposed Redactions Submitted Under Seal)

Message

Sent:     3/18/2020 6:22:55 AM
To:       Dan Letchinger [Dan@daveskillerbread.com]
Subject:  RE: DKB - Protein Claim

The subject of protein declared or stated on a product label (outside of the NF box) continues to be a gray area with both US and Canadian labeling regulations. In addition to the link you provided regarding protein "claims", we are not using any of the descriptive words (contains, source of, excellent source, etc.), however there is another section of the Canadian regulations that specifically addresses protein statements. (see below)

Quantitative Declarations Outside the Nutrition Facts Table

# Permitted Nutrients

The nutrients permitted to be declared outside the NFT include:

- nutrients required or permitted inside the NFT [Footnote],
- nutrients not required or permitted inside the NFT (e.g., named amino acids), and
- constituents of nutrients (e.g. DHA and EPA - omega-3 polyunsaturates, fructose and glucose - sugars, inulin - an oligosaccharide).

## Footnotes

### Footnote 1
Any kind of statement with respect to proteins is only permitted if the food meets the conditions for "source of protein" as stated in item 8 of the table following B.01.513 in the FDR; i.e., a reasonable daily intake of the food must have a **protein rating of 20 or more** [B.01.305(1), FDR]. For information and examples on calculating the protein rating, please refer to Protein under the Elements within the Nutrition Facts Table section.

We have previously discussed this subject at length and decided that the protein "call outs" on the DKB items, in the current format, would not constitute a "claim".



However, as you have suggested, we may need to research this further for our products sold in Canada. I will seek out some additional guidance on this and respond with any additional information I can find.

-Val

From: Dan Letchinger [mailto:Dan@daveskillerbread.com]
Sent: Thursday, June 29, 2017 1:54 PM
To: Andrea.Bouma@daveskillerbread.com
Cc: Val Wayland <Val.Wayland@flocorp.com>; VCalhoun@daveskillerbread.com; LLiu@daveskillerbread.com;

EXHIBIT 81
VALERIE WAYLAND
11-15-2024
Mary Ann Payonk, CSR 13431

CONFIDENTIAL                                                                FLO_00020851

MWeir@daveskillerbread.com
**Subject:** RE: DKB - Protein Claim

Thank you, Andrea.

Working with the two Val's, I will handle any packaging questions or concerns pertaining to the DKB brand. For what it's worth, when ▮ performed a regulatory analysis of our US packaging, they did not raise any issues pertaining to us listing the protein per serving on the FOP. I don't believe they interpreted this as a claim, but it certainly warrants some further research.

Looking at the CFIA website (http://inspection.gc.ca/food/labelling/food-labelling-for-industry/nutrient-content/specific-claim-requirements/eng/1389907770176/1389907817577?chap=3) I think a case can be made that DKB is not making a specific claim since we are simply restating the protein value as expressed in the BOP Nutrition Facts Table (see the "Exceptions" section on the CFIA website for how I came to this conclusion), without using any qualifying language like "Source of" or "Excellent Source of".



**DAN LETCHINGER**
VICE PRESIDENT OF MARKETING
OFFICE: 503-335-8077 ext. 320
MOBILE: 503-703-7205
www.daveskillerbread.com

---

**From:** Andrea Bouma
**Sent:** Wednesday, June 28, 2017 4:18 PM
**To:** Monique Weir <MWeir@daveskillerbread.com>
**Cc:** Val Wayland <Val.Wayland@flocorp.com>; Liman Liu <LLiu@daveskillerbread.com>; Dan Letchinger <Dan@daveskillerbread.com>; Valerie Calhoun <VCalhoun@daveskillerbread.com>
**Subject:** RE: DKB - Protein Claim

Hi Monique,

Placing the gram amount of a nutrient on the front of pack label does not automatically make it a nutritional claim here in the US. For Canada, I will defer to our Flowers regulatory guru Val Wayland.

Val – can you confirm the regulatory differences/similarities for front of pack nutrient information (protein, fiber, etc…) for Canada? This is just for simply repeating back of pack information, no source claims.

FYI, we have gone over the artwork with our Flowers regulatory and legal group for all front of pack before print. What Liman was referencing about not meeting the %DV for bagels is not relevant for your purposes on the Canadian packaging at this point. And again, we are not making any good source claims and is something we went over extensively with our legal team before printing.

For all future requests that come from ▮ regarding packaging please send to Dan as he is the lead on managing our relationship with them.

Thanks!

Andrea

CONFIDENTIAL



**ANDREA BOUMA**
ORGANIC INNOVATION MANAGER
O: 503-335-8077 x342
C: 971-202-3577
www.daveskillerbread.com

---

**From:** Liman Liu
**Sent:** Wednesday, June 28, 2017 9:34 AM
**To:** Monique Weir <MWeir@daveskillerbread.com>
**Cc:** Andrea Bouma <Andrea.Bouma@daveskillerbread.com>
**Subject:** Re: DKB - Protein Claim

In US, if we want to claim protein, we need to claim as %DV, which we couldn't meet that requirement after calculation. We can still put gram of protein on the bag, but that is not claimed protein. I am not sure about Canadian's rule.

Andrea, please help to give more clue on this question.

Thanks,

Liman

Sent from my iPhone

> On Jun 28, 2017, at 8:35 AM, Monique Weir <MWeir@daveskillerbread.com> wrote:
>
> Do you mean that our bags should not say x g of protein on them?
>
> Thank you and have a GREAT day!
>
> 
> **Monique Weir**
> QA Administrative Supervisor
> Dave's Killer Bread/Flower's Foods
> Cell – 503-278-6596
> Desk – 503-335-8077 ext 327
> Monday – Friday 6am – 2:30pm
>
> ---
>
> **From:** Liman Liu
> **Sent:** Wednesday, June 28, 2017 8:28 AM
> **To:** Monique Weir <MWeir@daveskillerbread.com>
> **Cc:** Avery Harmier <Avery.Harmier@daveskillerbread.com>; Kelly Chiu (WFTP) ███████████████████████████████████; Valerie Calhoun <VCalhoun@daveskillerbread.com>
> **Subject:** Re: DKB - Protein Claim
>
> For our previous products, the protein calculation was just based on ███████ software. For our recent launched new products, we have sent formula and samples to ███████████ lab for nutritional analysis. As I know, we cannot make any Protein claim on the bag, because the wheat protein we use in our products has low PDCAAS number that couldn't meet the claim requirement.

Liman

Sent from my iPhone

On Jun 28, 2017, at 7:08 AM, Monique Weir <MWeir@daveskillerbread.com> wrote:

> Please see below... Highlighted in yellow. Liman or Avery, can you please help?
>
> **From:** Kelly Chiu (WFTP)
> **Sent:** Wednesday, June 28, 2017 6:19 AM
> **To:** Monique Weir <MWeir@daveskillerbread.com>
> **Cc:** Arlene Silva (WFEC)                                    Valerie Calhoun <VCalhoun@daveskillerbread.com>
> **Subject:** DKB - Protein Claim
>
> Hi Monique,
>
> Can you please send me the nutrition per 100 g information for these ingredients ASAP? There is a claim on the front of pack that needs to be validated.
>
> | Ingredient | Supplier | Manufacturer |
> |---|---|---|
> | OG AMARANTH FLOUR | | |
> | OG BROWN RICE FLOUR | | |
> | OG BUCKWHEAT FLOUR | | |
> | OG CRACKED WHEAT - TOTES (same as 1-1807) | | |
> | OG FLAX SEED MEAL | | |
> | OG GLUTEN - BAGS (same as 1-1734) | | |
> | OG GLUTEN - TOTES (same as 1-1727) | | |
> | OG GLUTEN - TOTES (same as 1-1727) | | |
> | OG VINEGAR 100 GRAIN | | |
> | OG WW FLOUR - TOTES (same as 1-1680) | | |
> | OG WW FLOUR - TOTES (same as 1-1680) | | |
> | ORGANIC BRED MATE | | |
> | YEAST - DRY - GOLD | | |
>
> And I'm not sure if you are the person for this question, but my team needs validation for the "x g of protein per serving" claim on front-of-pack. In order to make this claim in Canada, the product must meet the requirements for "source of protein" (protein rating of 20). Do you have support for this claim in the form of calculations or lab testing?
>
> Please advise, we need this info asap.
>
> Thanks

CONFIDENTIAL

FLO_00020854

Kelly Chiu
Sr. Regulatory Compliance Specialist

CONFIDENTIAL

FLO_00020855