# EXHIBIT G
# REDACTED
## (Proposed Redactions Submitted Under Seal)

Message

**From:** LaShay Singletary [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D5AFA120662640AC85AE9E33210AD4D4-LASHAY SING]
**Sent:** 1/26/2018 2:41:32 PM
**To:** Liman Liu [LLiu@daveskillerbread.com]
**Subject:** RE: NLPs of our current bagels and ▮▮▮▮▮ lab analysis result

That's exactly right.

*LaShay L. Singletary*
Flowers Foods Product Innovation Center
QA Labeling Analyst
230 S. Madison, Thomasville, Ga, 31792
Office  229-227-2011

---

**From:** Liman Liu [mailto:LLiu@daveskillerbread.com]
**Sent:** Friday, January 26, 2018 2:41 PM
**To:** LaShay Singletary <Lashay.Singletary@flocorp.com>
**Subject:** RE: NLPs of our current bagels and ▮▮▮▮▮ lab analysis result

I see. ==And if we say "Good source of Protein", then we will need a %DV number for that.== I had sent the berry bagel to ▮▮▮▮▮ for PDCASS analysis, I guess that number will be useless since we don't make that kind of claim.

Thank you!

Liman

---

**From:** LaShay Singletary [mailto:Lashay.Singletary@flocorp.com]
**Sent:** Friday, January 26, 2018 11:38 AM
**To:** Liman Liu <LLiu@daveskillerbread.com>
**Subject:** RE: NLPs of our current bagels and ▮▮▮▮▮ lab analysis result

==If I understood correctly calling out "12 g of protein" is ok and not an actual claim. A claim would be something like for example. "Good Source of Protein" or "Excellent Source of Protein".==

*LaShay L. Singletary*
Flowers Foods Product Innovation Center
QA Labeling Analyst
230 S. Madison, Thomasville, Ga, 31792
Office  229-227-2011

---

**From:** Liman Liu [mailto:LLiu@daveskillerbread.com]
**Sent:** Friday, January 26, 2018 2:36 PM
**To:** LaShay Singletary <Lashay.Singletary@flocorp.com>
**Subject:** RE: NLPs of our current bagels and ▮▮▮▮▮ lab analysis result

EXHIBIT
31
LaSHAY SINGLETARY
02-27-2024
Connie McCarthy,CSR 13173

CONFIDENTIAL                                                             FLO_00019984

Hi LaShay,

I have a question about the protein "claims", we put protein number on the front of bag for example "12 g protein", so this doesn't mean "claims"? or we have to remove that sentence from the bag? Please advise.

Thank you!

Liman

---

**From:** LaShay Singletary [mailto:Lashay.Singletary@flocorp.com]
**Sent:** Friday, January 26, 2018 9:57 AM
**To:** Liman Liu <Liman.Liu@flocorp.com>
**Cc:** Dawn Merrill <Dawn.Merrill@flocorp.com>; Tracy Osgatharp <Tracy.Osgatharp@flocorp.com>
**Subject:** FW: NLPs of our current bagels and ▮▮▮▮▮ lab analysis result

Liman,
Can you please also send completed tie in sheets for these products? In addition to that, I will also need an analytical % moisture for each product - provided there are no other nutrient claims that need to be verified.   Any nutrient claims will need to be verified analytically as well.   Also, since there are no protein "claims", then we don't need PDCASS values and the %DV for Protein should not be included on the product label.
Please let me know if you have any additional questions, thanks!

*LaShay L. Singletary*
Flowers Foods Product Innovation Center
QA Labeling Analyst
230 S. Madison, Thomasville, Ga, 31792
Office  229-227-2011

---

**From:** Liman Liu [mailto:LLiu@daveskillerbread.com]
**Sent:** Thursday, January 25, 2018 5:34 PM
**To:** LaShay Singletary <Lashay.Singletary@flocorp.com>
**Cc:** Sandi Evans <Sandi.Evans@flocorp.com>; Dawn Merrill <Dawn.Merrill@flocorp.com>
**Subject:** NLPs of our current bagels and ▮▮▮▮▮ lab analysis result

Hi LaShay,

I found those. Please see attached. Those were completed by Terry Hayes when she was still here. Let me know what else you need.

Thank you!

Liman



**LIMAN LIU, CFS**
PRODUCT DEVELOPMENT MANAGER
O: 503-335-8077 x341
C: 971-777-9926
www.daveskillerbread.com