# EXHIBIT H
# REDACTED
**(Proposed Redactions Submitted Under Seal)**

## Message

| | |
|---|---|
| **From:** | Sandi Evans [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D25A79823C5B4E89B589D432566BC012-SANDI EVANS] |
| **Sent:** | 1/26/2018 5:51:43 PM |
| **To:** | LaShay Singletary [lashay.singletary@flocorp.com] |
| **Subject:** | RE: NLPs of our current bagels and ▬▬▬ lab analysis result |

==Correct, provided there are no nutrient claims that need to be verified.   Any nutrient claims will need to be verified analytically.   Also, since there are no protein "claims", then we don't need PDCASS values and the %DV for Protein should not be included on the product label.==

**From:** LaShay Singletary
**Sent:** Friday, January 26, 2018 10:09 AM
**To:** Sandi Evans <Sandi.Evans@flocorp.com>
**Subject:** FW: NLPs of our current bagels and ▬▬▬ lab analysis result

Sandi, I need to get Liman to provide an analytical % moisture on these since it's going to ▬▬, correct?

*LaShay L. Singletary*
Flowers Foods Product Innovation Center
QA Labeling Analyst
230 S. Madison, Thomasville, Ga, 31792
Office  229-227-2011

**From:** Liman Liu [mailto:LLiu@daveskillerbread.com]
**Sent:** Thursday, January 25, 2018 5:34 PM
**To:** LaShay Singletary <Lashay.Singletary@flocorp.com>
**Cc:** Sandi Evans <Sandi.Evans@flocorp.com>; Dawn Merrill <Dawn.Merrill@flocorp.com>
**Subject:** NLPs of our current bagels and ▬▬▬ lab analysis result

Hi LaShay,

I found those. Please see attached. Those were completed by Terry Hayes when she was still here. Let me know what else you need.

Thank you!

Liman

EXHIBIT 32
LaSHAY SINGLETARY
02-27-2024
Connie McCarthy,CSR 13173

CONFIDENTIAL                                                                                                                                                   FLO_00019970



**LIMAN LIU, CFS**
PRODUCT DEVELOPMENT MANAGER
O: 503-335-8077 x341
C: 971-777-9926
www.daveskillerbread.com

CONFIDENTIAL

FLO_00019971