# EXHIBIT I

EXHIBIT
PAULA TRUMBO
06-26-2025
Mary Ann Payonk, CSR 13431

