

King & Spalding LLP

110 N Wacker Drive

Suite 3800

Chicago, Illinois 60606

T: +1 312 995 6333

F: +1 312 995 6330

kslaw.com


**Livia M. Kiser (Liv)**

*Partner*

T: +1 312 764 6911

lkiser@kslaw.com


September 12, 2025


**VIA FILING**


The Honorable Judge Yvonne Gonzalez Rogers

U.S. District Court for Northern California

Re:     Swartz v. Dave's Killer Bread, Inc., CASE NO. 4:21-cv-10053-YGR

To Whom It May Concern:

    I write on behalf of King & Spalding LLP ("King & Spalding") to inform all recipients of this letter that Ms. Anjelica Sarmiento, who previously served as a law clerk in the United States District Court, Northern District of California from October 2020 until April 2022, will begin as an associate at King & Spalding on September 15, 2025.

    King & Spalding currently represents Flowers Foods, Inc. in the above-referenced matter, which is now before the United States District Court, Northern District of California. Under Rule 1.12 of the California Rules of Professional Conduct, Ms. Sarmiento is personally disqualified from representing any party in a matter in which she participated personally and substantially during her clerkship at the United States District Court, Northern District of California. King & Spalding will continue to represent its client, Flowers Foods, in the matter. To prevent imputed disqualification of other King & Spalding attorneys, King & Spalding will take the following actions:

    1. King & Spalding will implement a formal ethical wall that prohibits Ms. Sarmiento from any form of participation in the above-referenced matter, and she will not be apportioned fees therefrom.

    2. The procedures being taken to screen Ms. Sarmiento from the matter are: (i) a prohibition against her speaking about the matter with or in the presence of any King & Spalding personnel; (ii) a prohibition against any of the King & Spalding personnel working on the matter from speaking about it in the presence of Ms. Sarmiento; (iii) a prohibition against Ms. Sarmiento bringing to King & Spalding any documents, files, or materials in any form or medium about the matter; and (iv) a prohibition against Ms. Sarmiento accessing, reading, or reviewing any documents, files, or materials in any form or medium about the matter. King & Spalding will distribute to all personnel who are working on or in the future are added to the matter a written notification setting forth these prohibitions and their obligation to abide by them strictly.

*September 12, 2025*
*Page 2 of 2*

      This letter is submitted to provide written notice to the tribunal and all parties to the matter that King & Spalding and Ms. Sarmiento are in compliance with Rule 1.12 of the Rules of Professional Conduct of California.

Sincerely,

King & Spalding LLP

*[signature]*

**Livia M. Kiser (Liv)**

Partner