MICHAEL L. RESCH (SBN 202909)
mresch@kslaw.com
LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
KELLY L. PERIGOE (SBN 268872)
kperigoe@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
REBECCA L. PARADIS (admitted pro hac vice)
rparadis@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

QUYEN L. TA (SBN 229956)
quyen.ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHERS & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500

*Attorneys for Defendants Dave's Killer Bread, Inc. and Flowers Foods Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ, <br><br> Plaintiff, <br> v. <br><br> DAVE'S KILLER BREAD, INC. AND FLOWERS FOODS, INC., <br><br> Defendants. | Case No. 4:21-cv-10053-YGR <br><br> Honorable Yvonne Gonzalez Rogers <br><br> **DECLARATION OF KELLY L. PERIGOE IN SUPPORT OF DEFENDANTS DAVE'S KILLER BREAD, INC. AND FLOWERS FOODS, INC.'S REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: December 9, 2025 <br> Time: 2:00 p.m. <br> Location: Courtroom 1 – 4th Floor |

I, Kelly L. Perigoe, declare as follows:

1. I am an attorney at King & Spalding LLP and counsel of record in this matter for Defendants Flowers Foods, Inc., and Dave's Killer Breads, Inc. (together, "Flowers"). I submit this declaration in support of Flowers' Reply in Support of its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment filed contemporaneously herewith. I have personal knowledge of the facts set forth in this declaration, and I could and would testify thereto if called upon to do so.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of the Declaration of Dr. Paula Trumbo dated April 7, 2025.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of PLAINTIFF_0002 produced by Plaintiff David Swartz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of October 2025.

*/s/ Kelly L. Perigoe*

KELLY L. PERIGOE