# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DAVID SWARTZ, as an individual, on behalf of himself, the general public and those similarly situated, | Case No. 4:21-cv-10053-YGR |
| | Honorable Yvonne Gonzalez Rogers |
| Plaintiff, | |
| v. | |
| DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC., | |
| Defendants. | |

**Declaration of Dr. Paula Trumbo**

April 7, 2025

1

## I.    EXPERIENCE AND QUALIFICATIONS

1.    From 2003-2018, I served as Leader of the Nutrition Science Review Team, as well as Acting Director of Nutrition Programs at the Food & Drug Administration's (FDA) Center for Food Safety and Applied Nutrition (CFSAN). While in those roles, I led FDA's Nutrition Science Review Team responsible for the pre-market review of the scientific evidence for food labeling, including labeling involving protein statements.   More specifically, I drafted amendments to the regulations on the Nutrition Facts Panel (NFP) set forth in 21 CFR 101.9 and co-authored the 2010-2015 Dietary Guidelines for Americans. From 2013-2015, I served as the U.S. Delegate to the World Health Organization's Codex Committee on Nutrition and Foods for Special Dietary Uses, which sets global food and nutrient recommendations and standards.

2.    Prior to joining FDA, from 1998-2003, I served as a Senior Program Officer and directed a number of study panels at the Institute of Medicine's (IOM) Food and Nutrition Board at the National Academy of Sciences (NAS).  One of my roles at IOM/NAS was to serve as study director for reports that set the Dietary Reference Intakes, including Recommended Dietary Allowances (RDAs), for vitamins, minerals, fat, carbohydrates, and protein. From 1988-1993, I was also an Associate Professor of Nutritional Biochemistry at Purdue University where I taught nutrition to undergraduate and graduate students.

3.    Since leaving FDA in 2018, I have been an independent consultant, including with the EAS Consulting Group. I have consulted on various topics including those related to food labeling, such as nutrient content claims, health claims, structure/function claims, and citizen petitions on dietary fiber.

4.    I hold an MS and PhD in biochemistry with a minor in nutrition. Attached as Appendix A is my CV, which also includes a list of my publications over the last ten years. Over

the last four years, I have testified as an expert in the following cases: *Sherris Minor v. Baker Mills Inc. and Kodiak Cakes LLC,* Case No. 20-cv-02901-RS; and *Nestle USA, Inc* and *Societe des Produits Nestle S.A. v. Ultra Distribuciones Mundiales S.A. de C.V. Ultra International Distributors, Inc.*, Case No. 5:20-cv-00384-OLG.

5.     I am currently being compensated $790/hour for my work in this matter.

## II.     OVERVIEW & SUMMARY OF OPINIONS

6.     This report was prepared in connection with the matter of *David Swartz v. Dave's Killer Bread Products Inc., et al.* Case No. 4:21-cv-10053-YGR, and I reserve the right to supplement or modify my opinions if additional information becomes available.

7.     My opinions relate to allegations made by plaintiff David Swartz against Dave's Killer Bread, Inc. and Flowers Foods, Inc.  My understanding is that Plaintiff alleges, among other things, that Dave's Killer Bread (DKB) products violated FDA regulations by listing a quantitative amount for protein (e.g., "5g protein") on the Front-of-Package (FOP) label without disclosing a percentage of daily value (%DV) of protein in the NFP.

8.     In connection with my work on this report, I reviewed and analyzed publicly available FDA statements and documents.  Based on this work and my experience as set forth above, my opinions can be summarized as follows.

   a.  The protein content statement on the FOP of DKB products complied with FDA regulations because it restated the same nutrient information presented in the NFP.

   b.  The protein content statement in the NFP on DKB products complied with FDA regulations because it correctly provided the amount of protein in grams using the nitrogen method.

    c.   The protein content statement on the FOP of DKB products did not constitute a "protein claim" that required a %DV for protein. Based on the definition of a nutrient content claim, only stating the amount of protein in grams is a quantitative amount, rather than a claim that characterizes the amount of protein. Because these accurate quantitative amounts are not nutrient content claims that characterize the level of a nutrient, a %DV is not required to be listed in the NFP.

### III.   THE BACKGROUND OF FDA'S REGULATIONS REGARDING THE LABELING OF FOOD PRODUCTS

#### A.  FDA Is The Agency With Authority Over The Labeling Of Food Products

9.     FDA is responsible for ensuring the safety of the nation's food supply. Through the Food, Drug & Cosmetic Act (FDCA), FDA was granted the responsibility to regulate food, drugs, and cosmetics. As part of this responsibility, FDA develops regulations in accordance with the FDCA, which are codified in Title 21 of the Code of Federal Regulations (CFR).

10.    FDA also regulates product labeling to ensure that it is truthful and not misleading. In 1990, Congress passed the Nutrition Labeling and Education Act (NLEA), which gave FDA the authority to set uniform nutrition labeling standards for most retail foods. In response to NLEA, FDA drafted regulations in 1993 to require the NFP on most retail foods and allow for other nutrition labeling.

#### B.  There Is A Complex Series Of Regulations Governing The Labeling Of Food Products

11.    There are various FDA regulations that pertain to food labeling. Information that is generally mandatory on all retail foods includes: 1.) the identification of the product, 2.) net weight, 3.) list of ingredients, 4.) contact information of the manufacturer/distributor, and 5.) nutrition information and serving size in the NFP. 21 CFR 101.3; 21 CFR 101.4; 21 CFR 101.5; 21 CFR 101.7; 21 CFR 101.9.  In addition to these regulations, other FDA regulations require certain

criteria to be met before certain claims can be made, such as nutrient content claims, health claims, and structure/function claims. 21 CFR 101.13; 21 CFR 101.14; 21 CFR 101.71; 21 CFR 101.93.

## IV.   THE BACKGROUND OF FDA'S REGULATIONS REGARDING THE LABELING OF PROTEIN

### A.   FDA Regulations Govern How To Measure And Label Protein in Food

12.    FDA requires most retail food products (with a few exceptions like small businesses) to contain certain nutrition labeling in a specific format, known as the Nutrition Facts Panel. 58 FR. 2066 (1993); 81 FR 33742 (2016); 83 FR 65493 (2018). FDA initially published this regulation in 1993 and then amended it in 2016. 21 CFR 101.9(c)(7) specifically addresses the mandatory and voluntary aspects of protein labeling in the NFP.

13.    Pursuant to 21 CFR 101.9(c)(7), the NFP must include a statement of the number of grams of protein rounded to the nearest gram.

14.    FDA expressly authorizes use of the nitrogen method to calculate the grams of protein represented on the NFP or elsewhere on the label. 21 CFR 101.9(c)(7); *see also* 81 FR 33742, 33868 (2016). FDA refers to the amount of grams of protein calculated through the nitrogen method as the "actual amount of protein." 21 CFR. 101.9(c)(7)(ii).

15.    In addition to the above requirements, when a "protein claim" is made on food packaging, the NFP must also include a %DV for the protein expressed to the nearest percent and calculated based on a "corrected" amount of protein, or a calculation based on the protein digestibility-corrected amino acid score (PDCAAS). 21 CFR 101.9 (c)(7)(i)-(ii). The listing of the %DV for protein is voluntary in the absence of a "protein claim" because FDA recognized that the typical U.S. diet provides adequate protein of sufficiently high biological quality to meet the needs of adults and children 4 years of age and older, and therefore is not a public health concern. 58 FR 2066, 2103 (1993). Listing the %DV is required when a "protein claim" is made because the %DV

is used to determine the type of nutrient content claim that can be made. 21 CFR 101.54. For example, 10% DV is necessary to make a "good source of protein" claim, and 20% DV is required to make an "excellent source of protein" claim. 21 CFR 101.54. In all instances, as described above, such claims *characterize* the amount of protein in some way.

### B. The Restatement Of The Protein Content From The Nutrition Facts Panel Is Not A Protein Claim

16.    The labeling of protein content is permitted outside of the NFP, including on the FOP labeling. The label or labeling of a product may contain a statement about the amount or percentage of a nutrient so long as *the statement does not in any way implicitly characterize* the level of the nutrient in the food and it is not false or misleading in any respect (*e.g.*, "100 calories" or "5 grams of fat"). 21 CFR 101.13(i)(3). Statements that characterize the level of a nutrient in a product are known as nutrient content claims, which must fulfill certain criteria to be lawfully used. 21 CFR 101.13; 21 CFR 101.54.

17.    FDA does not consider the declaration of protein content (*e.g.*, "5g protein") to be a nutrient content claim that characterizes the amount of protein (or "protein claim"). (Section V.C below). Such a declaration provides accurate quantitative statements that are intended to complement the NFP by giving consumers a simple aid to provide additional context for making food selections based on several nutrients.

18.    FDA has also stated that protein "generally has no %DV listed" on the NFP.  FDA Website, *The Lows and Highs of Percent Daily Value*, https://www.fda.gov/media/135304/download. It is also the common and historical practice in the industry for foods that make statements regarding protein content in FOP labeling (e.g., providing the amount of multiple nutrients) *not* to include a %DV for protein on the NFP.  For example, I am aware that during this same time frame that several other products with protein

6

statements on the FOP omitted the %DV in the NFP.

## V. THE LABELING OF PROTEIN ON DKB PRODUCT LABELS COMPLIED WITH FDA REGULATIONS

### A. The Front of Pack Protein Content Statement On DKB Product Labels Complied With FDA Regulations

19.    The statement of protein content listed on the FOP of DKB products (*e.g.*, "5g protein") is provided in a FOP label format that is commonly used by food manufacturers. The FOP is often used as an abbreviated form of the Nutrition Facts label.

20.    In January 2025, FDA published a proposed rule on FOP labeling that would provide information consistent with and complement existing information in the NFP. 90 FR 5426 (2025).  Therefore, as is the case for DKB products, the gram amount of protein declared on the FOP label should be, and is, consistent with the amount required to be declared in the NFP. Consistency is ensured by using the same gram amount of protein on the FOP label that is declared in the NFP and both measured based on the nitrogen content as specified in 21 CFR 101.9(c)(7).

### B. The Protein Content Statement in the Nutrition Facts Panel On DKB Product Labels Complied With FDA Regulations

21.    The quantitative statement regarding the amount of protein in the NFP of DKB products was correctly listed and quantified using the nitrogen method according to 21 CFR 101.9(c)(7). *See* Defendants Flowers Foods Inc. and Dave's Killer Bread Inc.'s Responses and Objections to Plaintiff's Second Set of Interrogatories, at 8. Therefore, the NFP statement regarding protein on DKB products complied with FDA regulations.

### C. The DKB Product Labels Did Not Make A "Protein Claim" And, Therefore, It Was Not Necessary To Include The Percent Daily Value For Protein

22.    Based on my experience at FDA, my review of FDA regulations and statements, and my conversations with others at the agency, the FOP statement on DKB products is not a "protein claim" as outlined in 21 CFR 101.9(c)(7). While the term "protein claim" is not defined

in the regulations, the term "claim" denotes a specific meaning under FDA regulations. Indeed, "[a]mong the claims that can be used on food and dietary supplement labels are three categories of claims that are defined by statute and/or FDA regulations: health claims, nutrient content claims, and structure/function claims." FDA Website, *Label Claims for Conventional Foods and Dietary Supplements*, https://www.fda.gov/food/nutrition-food-labeling-and-critical-foods/label-claims-conventional-foods-and-dietary-supplements. The FOP statement on DKB products does not fit into any of these three claim categories. FDA does not consider FOP statements that are identical to statements made in the NFP to require additional labeling, including the %DV.

23.     On the other hand, products that include nutrient content claims that characterize the level of a nutrient would require a %DV to be listed on the NFP. This is because a nutrient content claim is a claim on a food product that directly or by implication *characterizes* the level of a nutrient in the food (*e.g.*, "low fat," "high in oat bran," etc.). 21 CFR 101.13(a)-(b). Other terms that may be used to characterize the level of a nutrient are "rich in," "good source," "contains," and "provides." 21 CFR 101.54. A %DV is required when these types of nutrient content claims are made because a %DV is needed to determine how to characterize the content of protein in a serving of foods. For example, a good source is 10-19% of the DV and an excellent source is ≥ 20% DV. 21 CFR 101.54(b)-(c); *see also* 58 FR 2066, 2344 ("The agency notes that § 101.9(c)(7)(i), proposed as § 101.9(c)(8)(i), provides that the percent DV for protein must represent the corrected amount of protein based on its PDCAAS. Thus, the agency has already factored in the PDCAAS (see the discussion of protein quality in the Mandatory Nutrition Labeling proposal). Therefore, the agency believes that adding a second criterion based on the PDCAAS for 'high' and 'good source' in protein claims is not necessary. To determine whether a product qualifies for a claim as 'high' in, or as 'good source' of, protein, manufacturers must use the

8

percent DV for protein in a food that represents the corrected amount of protein based on its PDCAAS.").

24.     FDA's approach with omega-3 fatty acids is also illustrative of this point.  There is no established DV for omega-3 fatty acids. Accordingly, FDA does not permit manufacturers to make any nutrient content claims for omega-3 fatty acids because there is no %DV available to determine how to characterize the content. FDA, *Food Labeling Guide*, https://www.fda.gov/files/food/published/Food-Labeling-Guide-%28PDF%29.pdf?blaid=3638035, at 74-75; 71 FR 8597. On the other hand, FDA *does* permit manufacturers to make statements about the amount of omega-3 fatty acids present in a product so long as those statements do not implicitly characterize the level of the nutrient. Food  Labeling Guide at 74-75; 71 FR 8597.  FDA provides the following example of such permissible amount statement: "x grams of omega-3 fatty acids[.]"  Food Labeling Guide at 75; 71 FR 8597. Notably, some the DKB products at issue in this litigation make this type of permissible amount statement for omega-3 fatty acids adjacent to the amount statements for protein on the FOP. See:





FLO_00010396; FLO_00005311. Yet plaintiff (appropriately) does not allege that the omega-3 fatty acid statement on the FOP of DKB products is an unlawful nutrient content claim that lacked a required disclaimer.

25.    FDA has also stated elsewhere that amount statements on their own (i.e., without language that *characterizes* the level of a nutrient) are *not* nutrient content claims:

   a.   "Nutrient content claims (21 CFR 101.13) describe the level of a nutrient in a food using terms such as free, high and low, or they compare the level of a nutrient in a food to that of another food, using terms such as more, reduced and lite. An accurate quantitative statement (e.g., 200 mg of sodium) may be used to describe any amount of a nutrient present. However, a statement such as only '200 mg of sodium' characterizes the level of sodium as being low and would have to conform to the criteria of an appropriate nutrient content claim or carry a disclosure statement that it does not comply with the claim."  FDA, *Guidance for Industry and FDA: Dear Manufacturer Letter Regarding Food Labeling*, https://www.fda.gov/regulatory-information/search-fda-guidance-documents/guidance-industry-and-fda-dear-manufacturer-letter-regarding-food-labeling;

   b.   "Nutrient content claims describe the level of a nutrient in the product, using terms such as *free, high,* and *low*, or they compare the level of a nutrient in a food to that

of another food, using terms such as *more, reduced*, and *lite*. An *accurate quantitative statement* (e.g., 200 mg of sodium) *that does not otherwise "characterize"* the nutrient level may be used to describe the amount of a nutrient present." FDA Website, *Label Claims for Conventional Foods and Dietary Supplements*, https://www.fda.gov/food/nutrition-food-labeling-and-critical-foods/label-claims-conventional-foods-and-dietary-supplements;

26.     The IOM report commissioned by FDA and NAS, *Examination of Front-of-Package Nutrition Rating Systems and Symbols*, similarly states: "Claims for 'positive' nutrients (e.g., vitamins and minerals) are used to emphasize the presence of a nutrient. Regulations provide for claims at two levels, 'high' and 'good source.'" https://www.ncbi.nlm.nih.gov/books/NBK209847/.

27.     No disclaimer is required for these types of claims that lack language implicitly or otherwise characterizing the level of the nutrient. 21 CFR 101.13(i)(3).

28.     Therefore, accurate quantitative statements, such as "5g protein[,]" are not nutrient content claims that require a %DV. The label of a product may contain a statement about the amount or percentage of a nutrient, like protein, if *"the statement does not in any way implicitly characterize* the level of the nutrient in the food and it is not false or misleading in any respect (e.g., '100 calories' or '5 grams of fat')." 21 CFR 101.13(i)(3) (emphasis added). Because "5g protein" on the front label is an accurate quantitative statement, rather than a nutrient content claim that characterizes the level of a nutrient, a "corrected" amount of protein, expressed as %DV, is not required.

29.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 7, 2025 in Mount Pleasant, South Carolina.


| April 7, 2025 | _Paula R. Trumbo_ |
|---|---|
| Date | Dr. Paula Trumbo |

**APPENDIX A**

# PAULA R. TRUMBO

2217 Beckenham Drive                          Phone (cell) (703) 587-9023
Mount Pleasant, SC                            Email: Paulatrumbo@yahoo.com
29466

## Education

Ph.D., Biochemistry (1988)
Minor: Nutrition
North Carolina State University, Raleigh, NC

M.S., Biochemistry (1982)
West Virginia University, Morgantown, WV

B.S., Chemistry (1979)
Marshall University, Huntington, WV

## Summary of Work Experience

| | |
|---|---|
| 12/1/22 – present | Online Adjunct Professor, Liberty University, Lynchburg, VA<br>PhD Committees |
| 11/1/18 – present | Independent consultant, including with EAS Consulting Group<br>Mount Pleasant, SC |
| 6/1/03 – 9/1/18 | Team Leader/Supervisor, Nutrition Science Review,<br>NPS/ONLDS/CFSAN<br>Grade: Senior Biomedical Research Service |
| 2/1/11- 2/1/14 | Acting Director, Nutrition Programs Staff (NPS)<br>Office of Nutrition and Food Labeling (ONFL)<br>Center for Food Safety and Applied Nutrition (CFSAN)<br>U.S. Food and Drug Administration (FDA)<br>College Park, MD<br>Grade: Senior Biomedical Research Service |
| 10/1/98-5/1/03 | Senior Program Officer<br>Food and Nutrition Board (FNB)<br>Institute of Medicine (IOM)<br>National Academy of Sciences (NAS)<br>Washington, DC |
| 7/1/94-10/1/98 | Associate Director<br>Human Nutrition Institute<br>International Life Sciences Institute (ILSI)<br>Washington, DC |

3/1/93-6/1/94          Associate Professor of Nutritional Biochemistry
                       Department of Foods and Nutrition
                       Purdue University
                       West Lafayette, IN

10/1/88-3/1/93         Assistant Professor of Nutritional Biochemistry
                       Department of Foods and Nutrition
                       Purdue University
                       West Lafayette, IN

10/1/86-10/1/88        Postdoctoral Research Associate
                       Department of Food Science and Human Nutrition
                       University of Florida
                       Gainesville, FL

9/1/82-9/1/86          Graduate Research Assistant
                       Department of Biochemistry
                       North Carolina State University
                       Raleigh, NC

9/1/80-5/1/82          Graduate Teaching Assistant
                       Department of Biochemistry
                       West Virginia University
                       Morgantown, WV

## Detailed Work Experience

### INDEPENDENT CONSULTANT

## Projects

Draft health claim petition that includes substantiation of the scientific evidence
Substantiation of structure function claims
Draft citizen petitions on dietary fiber that includes substantiation of the scientific evidence
Serve as an expert witness on legal complaints/law suits
Provide guidance on regulatory issues related to food labeling
Give invited talks
Draft and publish journal articles

Past clients:
Johnson & Johnson, GlaxoSmithKline, Pepsico, Nestle USA, Colgate Palmolive, Ocean Spray, General Mills, Kodiak Cakes, Bioneutra, Ingredion, Constellation Brands, Lantmannan, Hayashibara, Tate & Lyle, The Protein Brewery, Intertek, Quebec Maple Syrup Producers, 8Greens, Kappa Bioscience, Bay State Milling, GRAS Associates, International Life Sciences Institute, Covington & Burling LLP, Keller & Heckman LLP.

Expert Witness/Scientific Consultant:

Protein labeling, Kodiak Cakes, Lewis Brisbois LLP
Noncompliant Nestle import products, Nestle USA, Mayer Brown LLP

## Publications

Trumbo P. et al. Perspective: Current Scientific Evidence and Research Strategies in the Role of Almonds in Cardiometabolic Health. Cur Dev Nutr. 2024. 9(1):104516. doi: 10.1016/j.cdnut.2024.104516

Trumbo PR et al. Toward a science-based classification of processed foods to support meaningful research and effective health policies. Front Nutr. 2024. 11:1389601. doi: 10.3389/fnut.2024.1389601

Trumbo PR et al. North American considerations, strategies, and practices in reducing the sodium content in processed foods. J Food Sci. 2024. 89(10):6086-6097. doi: 10.1111/1750-3841.17361.

Trumbo PR. Et al. Perspective: Challenges and Strategies to Reduce the Sodium Content of Foods by the Food Service Industry. Adv Nutr. 2023. 14(4):592-598.  doi: 10.1016/j.advnut.2023.04.013.

Trumbo PR. Global evaluation of the use of glycaemic impact measurements to food or nutrient intake Public Health Nutr. 2021 Aug;24(12):3966-3975.

Trumbo PR, Appleton KM, de Graaf K, Hayes JE, Baer DJ, Beauchamp GK, Dwyer JT, Fernstrom JD, Klurfeld DM, Mattes RD, Wise PM.  Perspective: Measuring Sweetness in Foods, Beverages, and Diets: Toward Understanding the Role of Sweetness in Health.  Adv Nutr. 2021 Mar 31;12(2):343-354

Jarrold K, Helfer B, Eskander M, Crawley H, Trabulsi J, Caulfield LE, Duffy G, Garcia-Larsen V, Hayward D, Hyde M, Jeffries S, Knip M, Leonardi-Bee J, Loder E, Lodge CJ, Lowe AJ, McGuire W, Osborn D, Przyrembel H, Renfrew MJ, Trumbo P, Warner J, Schneeman B, Boyle RJ. Guidance for the Conduct and Reporting of Clinical Trials of Breast Milk Substitutes. JAMA Pediatr. 2020 Sep 1;174(9):874-881

Trumbo PR. Review of the scientific evidence used for establishing US policies on added sugars. Nutr Rev. 2019; 77:646-661.

## U.S. FOOD AND DRUG ADMINISTRATION

### Duties/Activities within the Agency

### **Management and Leadership**
As Acting Director (in addition to Team Leader):
  - Managed NPS budgets
  - Reviewed and signed off on pre-market review documents
  - Oversaw the handling of outside correspondence (congressional, FOIA) directed to NPS
  - Kept ONLDS director aware of NPS activities

As Team Leader, supervise CFSAN's nutrition science review team that reviews health claims, qualified health claims, nutrient content claims and other nutrition-related issues such as updating the Nutrition/Supplements Facts labels

### **Nutrition consultation/advice**

4

Provide nutrition science information/advice within FDA – labeling warning letters, information advisories (e.g., fish), dietary supplement NDI reviews, OFAS/food additives, OCC/litigation issues, CDER/IND issues

**Committees/Activities**

FDA Foods, Dietary Supplements and Cosmetics IND Review Team (2016-2018)
SBRS credentialing committee (2012-2018)
CFSAN Nutrition Review (2013-2014)
FDA Expert Regulatory Review Scientist Peer Review Committee (2010-2014)
Commissioner's Fellowship Program – review applications for CFSAN (2009)
CFSAN working group on diversity of scientific opinion/dispute resolution– drafted CFSAN guidance on dispute resolution (2008-2009)
FDA Cardiovascular Research Interest Group Steering Committee (2008-2009)
CFSAN Science Council (2005-2011)
CFSAN Strategic Research Plan Committee (2009 -2010)
Risk/Benefits of fish – reviewer of white paper (2008)
Staff College Training Presentations
     Dietary Reference Intakes for Macronutrients (2006)
     Development of Daily Values (2006)
     Dietary Reference Intakes for Vitamins (2006)

**Interagency, Non-government and Professional Activities**

Scientific expert for the Federal Trade Commission *vs* Gerber deposition (2017)
https://www.ftc.gov/news-events/press-releases/2014/10/ftc-charges-gerber-falsely-advertising-its-good-start-gentle
Health Claim Science Review for Alcohol and Tobacco Tax and Trade Bureau (2016)
2015-2020 *Dietary Guidelines for Americans*- policy/technical reviewer (2015)
US Government 2016-2020 National Nutrition Research Roadmap (2014)
US Government Nutrition Strategy Working Group (2014)
Interagency Committee on Human Nutrition Research (2013 - 2018)
Perchlorate/Iodine issues with HHS and EPA (2009-2014)
HHS/USDA 2010 *Dietary Guidelines for Americans* – co-lead author (2010)
IOM working group on the use of chronic disease in developing DRIs (2009)
IOM Study on the Evaluation of Biomarkers and Surrogate Endpoints in Chronic Disease – agency representative (2009-2010)
IOM Study on Developing Dietary Reference Intakes for Vitamin D and Calcium – agency representative (2009-2010)
IOM Food Forum – Utility of biomarkers (2007)

Symposium on surrogate endpoints for cardiovascular disease (2006-2008)
USDA/AMS – provide guidance and training to staff on nutrition labeling regulations
(2007)
IOM Workshop – Use of the DRIs for setting Policy at the FDA (2007)
NIH/Office of Dietary Supplements expert consultation on the development of an
evidence-based review system for deriving nutrient reference intakes (2007)
International Life Sciences Institute expert panel on evidence-based approaches
(2006-2007)
Planning committee for the NIH/Office of Dietary Supplements conference on
the health benefits of multi-micronutrients (2006)
Federal Working Group on Bioactive Food Components (2005 – 2006)
Liaison, American Heart Association, Committee on Nutrition (2003 – 2008)
Federal Dietary Reference Intakes Steering Committee (2004-2012)
Reviewer of the *2005 Dietary Guidelines for Americans* (2004)
Inter-agency agreement with HHS/Agency for Healthcare Research and Quality on
scientific reviews (2004-2006)
Ad-hoc reviewer of grant proposals submitted to USDA (2005-2006)
Intermittent reviewer for *Journal of Nutrition, American Journal of Clinical Nutrition,
European Journal of Clinical Nutrition, and Journal of Food Composition and
Analysis, Experimental Biology and Medicine* (ongoing)
Contributing Editor of *Nutrition Reviews* (2007-present)

**International Activities**

ILSI-Canadian Diabetic Association Workshop on Carbohydrate Quality (Speaker)-
2017
International Health Claim Working Group (includes European Union, Canada, New
Zealand and Australia) (2016-2018)
CODEX Committee on Nutrition and Foods for Special Dietary Uses (CCNFSDU) –
U.S. Delegate (2013 - 2015)
World Health Organization (WHO) Global Network of Institutions for Scientific Advice
on Nutrition Committee – Peer-review of draft WHO evidence-based nutrition
guidelines (2014-present)

Speaking and Workgroup Invitations from International Government Agencies
Health Canada – Expert workgroup on scientific evidence for added sugars
and health – Ottawa, Canada (2016)
European Commission – Nutrition, Health and Food Information – Know
What You Eat – Milan, Italy (2015)
French Institut National de la Recherche Agronomonique  (French
Government) - Dietary Fibre: Labeling, Structure Function Claims and
Health Claims in the United States – Paris, France (2015)
Health Canada – Nutrition Facts Label Proposed Rule – Canadian Nutrition
Society - St Johns, Canada (2014)
Health Canada - Regulatory Policies and Applied Science: Convergence for
Health Claims – Quebec City, Canada (2012)
Korean Food and Drug Administration – Scientific Review of Health Claims -
Seoul Korea (2009)

6

Finnish National Technology Agency – Health Claims, Helsinki, Finland (2005)

**Publications**

**Regulations (Peer–reviewed by HHS, CDC, NIH, other OPDIVs)**

Final rule on updating the Nutrition and Supplement Facts labels*,** (2016)
https://www.gpo.gov/fdsys/pkg/FR-2016-05-27/pdf/2016-11867.pdf
Proposed rule on updating the Nutrition and Supplement Facts labels*,** (2014)
https://www.federalregister.gov/articles/2014/03/03/2014-04387/food-labeling-revision-of-the-nutrition-and-supplement-facts-labels
Proposed rule on phytosterols and heart disease (2010)*,**
https://www.federalregister.gov/documents/2010/12/08/2010-30386/food-labeling-health-claim-phytosterols-and-risk-of-coronary-heart-disease

**Advance Notice of Proposed Rulemaking**

Revision of the Nutrition/Supplements Facts label (2007)*
https://www.federalregister.gov/documents/2008/01/28/E8-1446/food-labeling-revision-of-reference-values-and-mandatory-nutrients-extension-of-comment-period

**Guidance**

The Declaration of Certain Isolated or Synthetic Non-Digestible Carbohydrates as Dietary Fiber on Nutrition and Supplement Facts Labels:  Guidance for Industry – Enforcement discretion guidance (2018)*,**
https://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/ucm610111.htm

Scientific Evaluation of the Evidence on the Beneficial Physiological Effects of Isolated or Synthetic Non-digestible Carbohydrates Submitted as a Citizen Petition (21 CFR 10.30): Final Guidance for Industry*
https://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/ucm528532.htm

Draft Guidance on Scientific Evaluation of the Evidence on the Beneficial Physiological Effects of Isolated or Synthetic Non-digestible Carbohydrates Submitted as a Citizen Petition (21 CFR 10.30): Guidance for Industry (2016)*
http://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/ucm528532.htm

Draft and Final guidance on the evidence-based review system for the scientific evaluation of health claims (2007/2009)*
http://www.fda.gov/Food/GuidanceComplianceRegulatoryInformation/GuidanceDocuments/FoodLabelingNutrition/ucm073332.htm

Final Guidance for Industry: FDA's Implementation of "Qualified Health Claims: Questions and Answers (2006)*

http://www.fda.gov/Food/GuidanceComplianceRegulatoryInformation/GuidanceDocuments/FoodLabelingNutrition/ucm053843.htm

**Invited Presentations**

Annual Meeting of the Institute of Food Technologists – Dietary Fiber – Chicago, IL (2018)

7th International Dietary Fiber Conference – Rotterdam, Netherlands (2018)

National Academy of Medicine (IOM) – Use of Chronic Disease Endpoints for Setting Dietary Reference Intakes – Washington DC (2017)

Annual Meeting of the Institute of Food Technologists - Dietary Fiber- Las Vegas, NV (2017)

Vahouny Dietary Fiber Symposium – Bethesda, MD (2017)

American Association of Cereal Chemists Technical Conference –Baltimore, MD (2017)

4th Semi-Annual Food Labeling Conference – Alexandria, VA (2017)

AOAC Annual Meeting – Dietary Fiber – Dallas, TX (2016)

3rd Semi-Annual Food Labeling Conference – Alexandria, VA (2016)

20th International Functional Food Conference/Harvard University – Boston MA (2016)

Prime label Annual Conference – Updated Nutrition and Supplements Facts label – Washington DC (2016)

DC Metro Academy of Nutrition and Dietetics – Scientific Substantiation for Food Labeling - Washington, DC (2016)

American Frozen Food Association – Scientific Substantiation of for Food Labeling – Mclean, Virginia (2016)

ILSI – Dietary fiber and fermentation – Washington, DC (2015)

American Association of Cereal Chemists- Labeling of Dietary Fiber (2015)

USDA/AMS –FDA Overview of Food Labeling – Washington, DC (2015)

Q1 conference-FDA Labeling Update: Proposed Changes to Nutrition Facts- Alexandria, VA (2015)

American Heart Association –Current FDA Perspectives on Cardiovascular Risk Biomarkers – Chicago, IL (2014)

USDA/AMS –FDA Overview of Food Labeling – Washington, DC (2014)

ILSI – Panelist – Nutrition and Risk Assessment – Washington, DC (2014)

Vahouny Conference – Nutrition Facts Label Proposed Rule – Dietary Fiber- Bethesda, MD (2014)

Grocery Manufacturers Association – Nutrition Facts Label Proposed Rule – Washington DC (2014)

Canadian Nutrition Society – Nutrition Facts Label Proposed Rule – St Johns, Canada (2014)

IOM Food Forum – Biomarkers of Health – Washington, DC (2014)

USDA/ARS – Nutrition Issues at the FDA – Beltsville, MD (2013)

Experimental Biology – Research Needed to Inform the Next DRIs for Iodine – Boston, MA (2013)

ILSI Annual Meeting- Challenges in Qualifying Biomarkers for Use in Food Related Health Claims (2013)

Benefiq/Health Canada - Regulatory Policies and Applied Science: Convergence for Health Claims – Quebec City, Canada (2012)

American Oil Chemists Society -Surrogate Endpoints used by FDA for the Premarket Review of Health Claims – (2012)

New York Academy of Sciences – The Use of Biomarkers to Substantiate Health Claims – (2012)

American Society for Preventive Oncology – FDA Review of Cancer Heath Claims – Washington, DC (2012)

Food Institute – Food Labeling - Washington, DC (2011)

IOM Food Forum on informing health and food policy through systematic, evidence-based reviews –Washington, DC (2011)

Food and Drug Law Institute – Updating the Nutrition Facts Label – Washington, DC (2011)

Fondation Mérieux – Better Foods for Human Health – US FDA Regulatory Perspective – Annecy, France (2010)

Vahouny Conference – Food Labeling Regulations for Dietary Fiber -Bethesda, MD (2010)

Institute of Food Technology – Regulations for the Labeling of Whole Grains and Dietary Fiber – Chicago, IL (2010)

Cantox - Progress of Health Claims in Europe – U.S. Perspective of Health Claims – Brussels, Belgium (2010)

University of North Carolina Public Policy Conference – Food labeling – Washington, DC (2010)

Council for Responsible Nutrition – Health Claims: The Decision Making Process – Washington, DC (2009)

American Association of Cereal Chemists – Labeling of Dietary Fiber- Baltimore, MD (2009)

Korean FDA – Scientific Review of Health Claims - Seoul Korea (2009)

Cantox – Scientific Review of Health Claims – Chicago, IL (2009)

University of North Carolina Public Policy Conference – Food labeling – Washington, DC (2009)

2008 Cardiovascular Biomarkers and Surrogate Endpoints Symposium – Panelist: The Use of Biomarkers for FDA Regulatory Decision Making – Bethesda, MD (2008)

Life Sciences Research Office – The Nutrition Facts Label – Bethesda, MD (2008)

Experimental Biology – Minisymposium: Achieving Evidence-Based Approaches to Nutrition – San Diego, CA (2008)

32nd National Nutrient Databank Conference – FDA's Modernization of the Nutrition/Supplements facts Label – Ottawa Canada (2008)

University of North Calorie Public Policy Conference – Food labeling – Washington, DC (2008)

FDA Cardiovascular Research Interest Group – Health Claims - White Oak Campus (2007)

Cardiovascular Biomarkers and Surrogate Endpoints Symposium - The Use of Biomarkers for FDA Regulatory Decision Making – Bethesda, MD (2007)

Institute of Medicine – Case Study: Use of Chronic Disease Endpoints in Setting DRIs – Washington, DC (2007)

International Corporate Chefs Association – Health Claims – Newport, RI (2007)

ExpoEast – Food labeling Claims – Baltimore, MD (2007)

9

USDA/AMS – Food labeling Claims – Washington, DC (2007)

International Food Information Council – FDA's Evidence-Based Review – Washington, DC (2007)

Scripps Conference on Dietary Supplements – FDA's Evidence-Based Review- Torrey Pines, CA (2007)

Cardiovascular Biomarkers and Surrogate Endpoints Symposium – The Use of Biomarkers for FDA Regulatory Decision Making – Health Claims – Bethesda, MD. Sponsored by CFSAN and the Montreal Heart Institute (2006)

National Academy of Science Institute of Medicine Food Forum – Evidence Based Review of Health Claims, Washington, DC (2006)

Drug, Chemical and Associated Technologies – Evidence Based Review of Health Claims, East Brunswick, NJ (2006)

Western Association of Food and Drug Officials – FDA Food Labeling Issues, Albuquerque, NM (2006)

Council for Responsible Nutrition – Science Review of Qualified Health Claims, Washington, DC (2006)

USDA/Agricultural Marketing Service – Qualified Health Claims, Washington, DC (2006)

Consumer Healthcare Products Association – Pitfalls in the Health Claim Petition Process, Washington, DC (2006)

Guelph Food Technology Centre – Process for Making US Health Claims, Toronto, Canada (2006)

USDA/Agricultural Research Service – Science Review of Qualified Health Claims, Beltsville, MD (2006)

Food and Drug Law Institute – Science Review of Qualified Health Claims, Washington, DC (2006)

USDA/Center for Nutrition Policy and Promotion – Overview of Nutrition Programs at FDA, Alexandria, VA (2005)

NIH/Office of Dietary Supplements – Supply Side West -Clinical Trials in Nutrition Research, Las Vegas, NV (2005)

NIH/National Cancer Institute – Evaluating the Health Benefits of Bioactive Food Components, Bethesda, MD (2005)

NIH/National Cancer Institute – Safety of Lycopene, Bethesda, MD (2005)

National Technology Agency – Health Claims, Helsinki, Finland (2005)

Institute of Food Technology – Nutrition Labeling, Washington, DC chapter (2004, 2005)

Institute of Food Technology – Qualified Health Claims, Las Vegas, NV (2004)

Tufts University Nutrition Department – Nutrition Labeling, Boston, MA (2004, 2005)

International Life Sciences Institute – Health Claims, Washington, DC (2004)

International Life Sciences Institute – Dietary Fiber, Washington, DC (2004)

National Food Processors Association – Science Review of Qualified Health Claims (2004)

Experimental Biology – Scientific Evidence for Qualified Health Claims for Selenium/Cancer and Vitamin E/Heart Disease, Washington, DC (2004)

Food and Drug Law Institute – Science Review of Qualified Health Claims, Washington, DC (2004)

**Awards**

FDA Group Recognition Award (2015) – Nutrition and Supplement Facts Label Regulation

CFSAN Exceptional Achievement Award (2014) – Outstanding service for over 3 years as Acting Director of the Nutrition Programs Staff

FDA Group Recognition Award – Outstanding commitment and dedication to the peer review process as members of the FDA Regulatory Review Scientists Expert Committee (2013)

CFSAN Team spirit award (2011) – Updating the Nutrition and Supplement Facts labels

CFSAN Team Award (2004) – Evidence-based review system for the scientific evaluation of health claims

**NATIONAL ACADEMY OF SCIENCES-INSTITUTE OF MEDICINE (1998-2003)**

**Duties**

Served as senior program officer/study director of five NAS/IOM committee studies. Directed the scientific review of nutrition studies for developing conclusions/recommendations. In this role, had primary responsibility for consolidating the deliberations of each committee, working with the chairs to verify and integrate the scientific information and conclusions reached by each committee and develop the draft reports. Played a major role in identifying and reviewing the relevant studies, making conclusions/recommendations and drafting the study reports. Played a major role in proposing complex strategies for applying scientific evidence in developing the conclusions and recommendations.
Managed government contracts (through HHS) that funded various IOM projects
Directorate of the U.S. National Committee to the International Union for Nutritional Sciences

**NAS Workshops**

Dietary Reference Intakes for Electrolytes and Water – NAS (2002)
Definition of Dietary Fiber – Experimental Biology (2001)
Dietary Reference Intakes for Lipids – Experimental Biology (2001)
Dietary Reference Intakes for Carbohydrates – Experimental Biology (2001)
Dietary Reference Intakes for Trace Elements – NAS (2000)
Dietary Reference Intakes for Vitamin A and K – NAS (1999)

**Invited Presentations**

Experimental Biology – Dietary Reference Intakes for Macronutrients, Washington, DC (2003)
Canadian Nutrition Society – Dietary Reference Intakes for Fats, Montreal, Canada (2003)
American Dietetic Association – Dietary Reference Intakes for Macronutrients, Philadelphia, PA (2003)
Society for Nutrition Education – Dietary Reference Intakes for Macronutrients, Minneapolis, MN (2002)
26th International Nutrient Database Conference – Nutritional equivalents for folate, vitamin E and provitamin A carotenoids, Baton Rouge, LA (2002)

**Committee Publications**

The below DRI publications have been crucial in setting U.S. science-based nutrition policy including the 2005 Dietary Guidelines for Americans, the USDA MyPyramid,

12

and USDA's National School Lunch and School Breakfast Programs, Woman, Infants, Children's Supplemental Nutrition Program.

Institute of Medicine. 2005. *Dietary Reference Intakes for Electrolytes and Water.*
    National Academy Press: Washington, DC (617 pages)
    https://www.nap.edu/catalog/10925/dietary-reference-intakes-for-water-potassium-sodium-chloride-and-sulfate
Institute of Medicine. 2004. *Infant Formula: Evaluating the Safety of New Ingredients.* National Academy Press: Washington, DC (206 pages)
    https://www.nap.edu/catalog/10935/infant-formula-evaluating-the-safety-of-new-ingredients
Institute of Medicine. 2002. *Dietary Reference Intakes for Energy, Carbohydrate, Fiber, Fat, Fatty Acids, Cholesterol, Protein and Amino Acids.* 2002. National Academy Press: Washington, DC (1,331 pages).
    https://www.nap.edu/catalog/10490/dietary-reference-intakes-for-energy-carbohydrate-fiber-fat-fatty-acids-cholesterol-protein-and-amino-acids-macronutrients
Institute of Medicine. 2001. *Dietary Reference Intakes Proposed Definition of Dietary Fiber.* National Academy Press: Washington, DC (64 pages).
    https://www.nap.edu/catalog/10161/dietary-reference-intakes-proposed-definition-of-dietary-fiber
Institute of Medicine. 2001. *Dietary Reference Intakes for Vitamin A, Vitamin K, Arsenic, Boron, Chromium, Copper, Iodine, Iron, Manganese, Molybdenum, Nickel, Silicon, Vanadium and Zinc.* National Academy Press: Washington, DC (773 pages)
    https://www.nap.edu/catalog/10026/dietary-reference-intakes-for-vitamin-a-vitamin-k-arsenic-boron-chromium-copper-iodine-iron-manganese-molybdenum-nickel-silicon-vanadium-and-zinc


## INTERNATIONAL LIFE SCIENCES INSTITUTE

**Duties**

Organized and held scientific meetings on international nutrition-related topics
    Co-drafted and edited publications from scientific expert panels, related advisory committee meetings and related ILSI sponsored scientific meetings and conferences.
Managed (identified research topics, submitted requests for proposals, and reviewed the progress of funded research projects) a five-year competitive grants program for international nutrition research funded by the U.S. Agency for International Development ($6 million)
Directorate for the International Nutritional Anemia Consultative Groups
Worked with the food industry on various ILSI committees

**Accomplishments**

Managed the review and funding of 30 research projects on international nutrition. These projects addressed research strategies to reduce micronutrient malnutrition in developing countries, including supplementation, fortification, education and behavior change. The findings from a number of these

13

research projects have been applied by various non-governmental organizations (e.g., UNICEF, Cooperative for Assistance and Relief Everywhere [CARE]) that provide nutrition services in developing countries.

**Invited Presentations**

Institute for Child Health, University of London. Interaction of iron with other
        nutrients. London, England (1999)

**Publications from Expert Panel Meetings**

Invited to participate as a member of expert panels on micronutrient malnutrition. Discussion and conclusions from these expert panels were published.

The Oxford Brief: Child Development and Iron Deficiency. 1997. ILSI Press:
        Washington, DC. http://inacg.ilsi.org/file/childdev.pdf
Iron/Multi-Micronutrient Supplements for Young Children. 1997. ILSI Press:
        Washington, DC. http://inacg.ilsi.org/file/ironmicr.pdf

**Publications from Workshops**

Organized and invited speakers to present on various aspects related to the interaction between micronutrients that can aid in identifying and resolving issues critical to the promotion and implementation of complementary and supplementation programs in developing countries.

Micronutrient Interactions: Impact on Child Health and Nutrition. 1998. ILSI
        Press: Washington, DC.
        http://hni.ilsi.org/NR/rdonlyres/8A79C2B5-FE87-4D0E-A165-66E3CB42BE46/0/o4.pdf

**PURDUE UNIVERSITY**

**Duties**

Taught undergraduate and graduate nutrition courses
Obtained support for and conducted nutrition science research
Supervised 6 graduate students and 1 post-doctoral research associate
Served on a variety of departmental and university committees
Served on 3 masters and 9 PhD student committees

**Presentations**

NASA/Johnson Space Center – Nutritional adequacy of a CELSS diet for long
        term habitation on Mars, Houston, TX (1994)
NASA/Kennedy Space Center - Interdisciplinary CELSS-related research by the
        NSCORT in Bioregenerative Life Support, Cape Canaveral, FL (1994)
Experimental Biology - Bioavailability of pyridoxine in rats fed various levels of
        casein. Meetings, Atlanta, GA (1991)


## UNIVERSITY OF FLORIDA

**Duties**

As a postdoctoral research associate, 100% of time was committed to nutrition
research. Conducted nutrition research using laboratory animals and humans to
understand the nutritional contribution of pyridoxine- glucoside, a form of vitamin B6
found in certain plants. Animal studies involved providing istopically-labelled
pyridoxine-glucoside to evaluate its metabolic utilization. Human studies involved
providing stable-isotopically labeled pyridoxine-glucoside. In vitro studies were
conducted to measure activity of the enzyme responsible for catalyzing the
hydrolysis of pyridoxine glucose to pyridoxine (a biochemically active form of vitamin
B6). It was demonstrated that the hydrolysis of pyridoxine-glucoside to metabolically
active pyridoxine is limited and this corresponded with the limited metabolic
utilization of pyridoxine-glucoside in animals and humans.  The findings of her
research led to a reconsideration of the bioavailability of dietary sources of B6.  Her
work was considered when the Dietary Reference Intakes (see below) for vitamin B6
were established by the NAS/IOM.


**Research Grant Awards**

NIH/NRSA (NIDDK). 1988-1989. Nutritional implications of pyridoxine-glucoside.

**Presentations**

Experimental Biology - Hydrolysis of pyridoxine-glucoside by a broad specificity β-
glucosidase from mammalian tissues, Anaheim, CA (1989)


## NORTH CAROLINA STATE UNIVERSITY


**Duties**

As a graduate research assistant, conducted research for a doctoral dissertation. Research involved investigating the role of lipids in the regulation of body temperature. It had been previously reported that the consumption of the monoglyceride, palmitoyl glycerol, by mice resulted in hypothermia and eventually death. Research was conducted to investigate the biochemical basis for the lipid-induced hypothermia. It was demonstrated that consumption of palmitoyl glycerol affected the function of the thyroid gland, which is important in regulating body temperature.  The findings from this research were used by the U.S. Navy, the sponsor of the project, because of their interest in factors, such as diet, on body temperature when in cold climates.