# EXHIBIT 2

Hi {{ subscriber.full_name }},

If you were affected by any of these issues, we may be able to help you seek compensation:



7. Dave's Killer Bread: Inflated Protein Clam





**Dave's Killer Bread: Inflated Protein Clam**

We are investigating whether consumers are entitled to compensation for the purchase of Dave's Killer Bread products, which make a claim regarding the amount of protein per serving in a product on the front label (e.g., 15g protein), when in fact the product does not contain as much protein as claimed. Please provide your purchase info at the following link so we can investigate:

https://www.gutridesafier.com/investigations/protein-claims/131



Best regards,

Todd Kennedy, Esq.
Gutride Safier, LLP
415-789-6390

---

Gutride Safier LLP, 100 Pine Street, Suite 1250, San Francisco, California 94111

We are a law firm representing consumers. You're receiving this attorney advertising email because you recently engaged with one of our Facebook ads, our website, or other materials.

Unsubscribe