**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** December 5, 2025 | **Time:** 1 Hour 34 Minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.**: 21-cv-10053-YGR | **Case Name:** Swartz v. Daves Killer Bread, Inc. et al | |

**Attorney for Plaintiff:** Hayley Reynolds and Seth Safier
**Attorney for Defendant:** Michael Resch, Kelly Perigoe and Rebecca Paradis

**Deputy Clerk:** Edwin Angelo A. Cuenco **Court Reporter:** Kendra Steppler; via Zoom

**PROCEEDINGS**

Motions for Summary Judgment – held.
Motions to Strike – held.

The Court heard argument on the parties' cross motions for summary judgment and both parties' motion to strike/exclude expert testimony. Arguments are taken in submission. The plaintiff is ordered to file the damages amount by December 9, 2025.

Written order to issue.