**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWARTZ, <br><br> Plaintiff, <br><br> v. <br><br> DAVE'S KILLER BREAD, INC. and FLOWERS FOODS, INC., <br><br> Defendants. | CASE NO. 4:21-cv-10053-YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

David Swartz ("Plaintiff") submits this Notice of Voluntary Dismissal pursuant to this Court's order (ECF No. 204) and Federal Rule of Civil Procedure 41(a)(2). Plaintiff's individual claims for violations of California's Consumers Legal Remedies Act ("CLRA"), California's False Advertising Law ("FAL"), common law fraud, and unjust enrichment are hereby dismissed.

Dated: January 9, 2026

**GUTRIDE SAFIER LLP**

*/s/ Hayley A. Reynolds*
Seth A. Safier (State Bar No. 197427)
   seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
   marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
   hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*