MICHAEL L. RESCH (SBN 202909)
mresch@kslaw.com
LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
KELLY L. PERIGOE (SBN 268872)
kperigoe@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200

REBECCA L. PARADIS (admitted *pro hac vice*)
rparadis@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

QUYEN L. TA (SBN 229956)
quyen.ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500

*Attorneys for Defendants Dave's Killer Bread, Inc.
and Flowers Foods Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVE'S KILLER BREAD, INC. AND<br>FLOWERS FOODS, INC.,<br><br>          Defendants. | Case No. 4:21-cv-10053-YGR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Honorable Yvonne Gonzalez Rogers |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff David Swartz and Defendants Dave's Killer Bread, Inc. and Flowers Foods, Inc. (hereafter "the Parties") by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in principle in the above-entitled matter.

The Parties are in the process of memorializing the terms of their agreement. Following execution of the agreement, the Parties will file a stipulation of dismissal of Plaintiff's claims with prejudice. In light of this Notice, the Parties further respectfully request that the Court vacate all pending deadlines and case-related events.

Dated: February 13, 2026

KING & SPALDING LLP

By:  */s/ Michael L. Resch*
Michael L. Resch
Livia M. Kiser
Kelly Perigoe
Samuel R. Diamant
Rebecca L. Paradis

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

Quyen L. Ta

*Attorneys for Defendants Dave's Killer Bread,
Inc. and Flowers Food, Inc.*

Dated: February 13, 2026

GUTRIDE SAFIER LLP

By:  */s/ Hayley Reynolds*
Seth A. Safier
Hayley Reynolds
Marie McCrary
Matthew T. McCrary
Patrick J. Branson

*Attorneys for Plaintiff David Swartz*

1

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 13, 2026

/s/ Michael L. Resch
Michael L. Resch