SETH A. SAFIER (SBN 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (SBN 262670)
marie@gutridesafier.com
HAYLEY REYNOLDS (SBN 306427)
hayley@gutridesafier.com
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*
David Swartz

MICHAEL L. RESCH (SBN 202909)
mresch@kslaw.com
LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

QUYEN L. TA (SBN 229956)
quyen.ta@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**
525 University Ave., Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 798-6523

*Attorneys for Defendants*
Flowers Food, Inc. and
Dave's Killer Bread, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID SWARTZ,<br><br>             Plaintiff,<br>       v.<br><br>DAVE'S KILLER BREAD, INC. AND<br>FLOWERS FOODS, INC.<br><br>             Defendants. | Case No. 4:21-cv-10053-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO FEDERAL RULE OF<br>CIVIL PROCEDURE 41(A)(1)(A)(ii) |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:21-CV-10053-YGR

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendants hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without prejudice to any putative class claims. Each party shall bear its own attorneys' fees and costs.

Dated:      March 6, 2026                           **GUTRIDE SAFIER LLP**

By: */s/Hayley Reynolds*
Seth A. Safier
Marie A. McCrary
Hayley Reynolds

*Attorneys for Plaintiff*
*David Swartz*

Dated:      March 6, 2026                           **KING & SPALDING LLP**

By: */s/Michael L. Resch*
Michael L. Resch
Livia M. Kiser
Samuel R. Diamant

*Attorneys for Defendants*
*Flowers Food, Inc. and*
*Dave's Killer Bread, Inc.*

1

## L.R. 5-1 ATTESTATION

I, Hayley Reynolds, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:     */s/ Hayley Reynolds*
        Hayley Reynolds

2

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:21-CV-10053-YGR